# EXHIBIT B

Bombardier Inc.
800 blvd. René-Lévesque West
Montreal Quebec H3B 1Y8
Tel: 514-861-9481 ext. 12008
Fax: 514-861-2746
carolyn.picard@aero.bombardier.com
www.bombardier.com


**BOMBARDIER**
the evolution of mobility

October 22nd, 2015

Via email: mkorwin@aerotec.com

Michel Korwin-Szymanowski
AeroTEC LLC
Director, Test & Evaluation
6100 4th Ave S, Suite 300
Seattle, Washington 98108

Dear Mr. Korwin-Swymanowski:

This letter serves as a reminder of the obligations you have towards Learjet and Bombardier Inc. as a former director of Learjet owing a confidentiality duty. Your recent behavior unquestionably constitutes a breach of your confidentiality duty and also a breach of contract.

In your position of Director, Flight Test for Learjet for nearly five years, you were entrusted with confidential information on Learjet and Bombardier flight test and engineering employees. Confidential information about Learjet and Bombardier flight test and engineering employees include, but is not limited to, their relative abilities and experience, evaluations, career aspirations, qualities and personal characteristics, salary and benefits, etc. Furthermore, you were entrusted with confidential information on Learjet and Bombardier flight test activities, schedules and manpower plans. That information belongs to Bombardier and Learjet and cannot be used by you or your new employer in any circumstances

We were recently informed that you sent emails to several key Bombardier and Learjet flight test employees inviting them to participate in a recruitment activity. Furthermore, we were also informed that your company has posted marketing signs close to Learjet facilities in Wichita, both mobile truck signage with the mention "Now hiring in Seattle" with interview dates and times.

Your behavior is not acceptable and must stop immediately. As you well know, Bombardier is in a critical stage of the flight test activities for the *CSeries* and starting the flight test activities for the Global 7000 and 8000. These two programs are critical for Bombardier's future. As you well know, conducting activities in order to entice some key flight test employees to leave the employ of Bombardier and join AeroTEC LLC may lead to serious consequences on Bombardier's affairs.

Courts have routinely reached the conclusion that former employees are not allowed to facilitate the piracy of employees from their former employer through the use of confidential information obtained in the course of their function at their former employer. In these situations, employees and their new employer are liable for the conspiracy to achieve such piracy.

1

Resignation has not severed your obligation to maintain the confidentiality of information acquired in the course of your employment with Learjet and Bombardier. We do consider that you are breaching your obligations under the *Code of Ethics and Business Conduct* executed by yourself, which included your agreement that confidential information, including personal employee information, would not be divulged to anyone and that confidentiality of all confidential information would be maintained at all times, "*even after leaving the employ of Bombardier.*"

We hereby request the following:

1. You shall cease to use Learjet and Bombardier's confidential information.

2. You shall cease to act in situations where you will inevitably use Learjet or Bombardier's confidential information. These situations include, without limitations, the identification of Learjet employees to be contacted for employment, recruitment activities targeting Learjet or Bombardier's employees, the interview of Learjet or Bombardier employees and the pre-employment discussion with Learjet or Bombardier employees. You should refrain from participating in these activities, either directly or indirectly, through a headhunter or otherwise.

3. You shall cancel the two events that you have planned with Bombardier and Learjet employees namely: the event at Hangar 1 tonight in Wichita and the event at Boston Pizza on October 28 in Montréal;

4. You shall remove the recruitment truck currently around Learjet facilities and refrain from having any more recruitment trucks around Bombardier and Learjet facilities.

We hope that you will understand the seriousness of the situation. Without prejudice to any of our rights regarding previous breaches, should you continue to breach your duties and act against Bombardier's legitimate interests, we will have no other choice but to institute legal proceedings against you without any further notice.

**PLEASE DO GOVERN YOURSELF ACCORDINGLY**

*[signature]*

Carolyn Picard
Director, Legal Services
Bombardier Inc.

c.c.   Dominique Denicourt, Senior Director Human Resources, Product Development Engineering
François Caza, Vice President, Product Development Engineering
Christian Poupart, Vice President, Legal, Product Development Engineering

2