# EXHIBIT D



Code of Ethics and Business Conduct



**BOMBARDIER**

Bombardier
# Mission
Statement

Our mission is to be the world's leading manufacturer of planes and trains.

We are committed to providing superior value and service to our customers and sustained profitability to our shareholders by investing in our people and products.

We lead through innovation and outstanding product safety, efficiency and performance.

Our standards are high. We define excellence—and we deliver.

1

# Table of Contents

**1** | **INTRODUCTION** | **3**

Who Must Follow the Code | 4
Which Laws Apply | 4
Committing to the Code | 4
Policies and Procedures of the Corporation | 4
Upholding the United Nations Global Compact | 5

**2** | **OUR RESPONSIBILITIES** | **6**

Employees | 7
Management | 8

**3** | **BOMBARDIER CORE VALUES** | **9**

**4** | **CODE OF ETHICS AND BUSINESS CONDUCT** | **11**

Work Environment | 12
Employment Practices | 12
Harassment and Personal Security | 12
Health, Safety and the Environment | 12

Business Practices | 13
Company Property | 13
Intellectual Property | 13
Books and Records | 13
Communications | 13

2

## Business Practices (continued)

Electronic Mail and Internet Usage                  14
Gifts and Entertainment                             14
Confidential Information                            14
Securities Laws and Insider Trading                 15
Conflicts of Interest                               17
Illegal and Improper Payments                       18
Anti-Corruption Laws                                18
Political Activity                                  19

## Relationships with External Stakeholders         19

Customers                                           19
Suppliers, Partners and Third Parties               19
Competition                                         20
Governments                                         20

## 5  GOVERNANCE OF THE CODE                          21

Compliance Officer                                  22
Bombardier Ethics Advisory Council                  22
Reporting Violations                                22
When an Action is Unethical                         22
Who to Contact                                      23
Confidentiality and Anonymity                       24

Penalties for Violations                            24

*Note: To simplify the text, the masculine implies the feminine and the singular implies the plural unless the context indicates otherwise.*

3

# Introduction <span>1</span>

This Code of Ethics and Business Conduct[1] explains the standards of behaviour that Bombardier Inc.[2] expects of you in your daily activities and dealings with others. The Code cannot foresee every situation that might arise. Rather, it identifies guiding principles to help you make decisions consistent with Bombardier's values and reputation. You should also familiarize yourself with various corporate policies that provide more detailed guidance on specific issues that may affect your work, such as international business and marketing; Internet policy; health, safety and the environment; and human resources.

When a company practises and promotes ethical behaviour, everyone benefits. Being honest, forthright and consistent in our dealings with others fosters a positive work environment. A company that prides itself on integrity inspires confidence in employees, customers, shareholders, suppliers and the wider community. From time to time, changes in the business context or regulatory environment create a need for new guidelines. As a result, the printed version of the Code is subject to change without notice. Any updates will appear in the electronic version of the Code posted on the Bombardier Web site.

[1] Hereinafter, Bombardier's Code of Ethics and Business Conduct will be referred to as "the Code."
[2] Hereinafter, the word "Corporation" means Bombardier Inc., its groups, divisions and subsidiaries, unless stated otherwise.

## WHO MUST FOLLOW THE CODE

This Code applies at all times, without exception, to all members of the Board of Directors and all Bombardier employees[3]. Bombardier suppliers and partners, as well as third parties (such as agents), are also expected to adhere to the Code when dealing with or acting on behalf of Bombardier.

## WHICH LAWS APPLY

As an international corporation, Bombardier does business in many countries around the world. As a result, we are subject to the laws of many jurisdictions, including nations, provinces, states, municipalities and international bodies, such as the European Union. Bombardier and its employees must obey the law in each jurisdiction where the Corporation operates. If a conflict should arise between the applicable laws of different countries where Bombardier does business, or between the Bombardier Code and any law or regulation, the matter should be brought to the attention of a Bombardier Legal Services representative.

## COMMITTING TO THE CODE

Where applicable, newly-hired employees must sign an acknowledgement that they have read and understood the Code. Designated members of senior management are also required to annually sign an acknowledgement stipulating not only that they have read and understood the Code, but also that they have neither breached nor are aware of any breach of the Code's provisions.

## POLICIES AND PROCEDURES OF THE CORPORATION

Each business group or division issues its own set of policies and procedures, in line with Bombardier's corporate policies. Employees have an obligation to follow those policies and procedures in addition to those described in this Code.

[3] Bombardier's Code applies to all employees, including management. In the Code, the word "employee" includes all managers. For specific provisions concerning supervisory and executive employees, see the section on Management's Responsibilities.

## UPHOLDING THE UNITED NATIONS
## GLOBAL COMPACT

Bombardier signed the United Nations Global Compact, the world's largest corporate citizenship and sustainability initiative, in 2007. As a signatory, we are committed to actively promoting, through our strategies and across our operations, its 10 fundamental principles addressing human rights, labour, the environment and anti-corruption.

The United Nations Global Compact provides us with a policy framework for developing innovative initiatives and partnerships with civil society, governments and other stakeholders.

Our Code of Ethics and Business Conduct guides all employees to uphold our core values, standards of behaviour and commitment to the United Nations Global Compact's 10 principles of social responsibility throughout our global activities.

6

## Our Responsibilities

2

The key responsibilities associated with this Code are understanding and compliance. The Code makes Bombardier's expectations of employees and management clear and explicit.

## EMPLOYEES

As an employee, you are expected to:

- assume personal responsibility for performing your duties with fairness and integrity;

- agree to do your part to achieve Bombardier's objectives to the best of your abilities, while making decisions consistent with the Code, and without compromise;

- have a basic understanding of the Code and review it from time to time. You should also have a detailed knowledge of its provisions that apply specifically to your job; and

- consult your supervisor or one of the Bombardier contacts listed on page 23 if you have any questions about the Code.

If you become aware of a possible violation of the Code, you are expected to:

- act promptly and in good faith by raising it with your supervisor or one of the other contacts listed on page 23;

- take your concern beyond your supervisor to one of the other contacts listed on page 23 if the suspected breach you have reported was not resolved; and

- be prepared to cooperate in Bombardier investigations regarding violations of the Code.

## MANAGEMENT

The responsibilities of Bombardier managers include and go beyond those of other employees. As a manager, you are expected to:

- know the Code in detail and actively promote it in the workplace;

- lead by providing a model of high standards of ethical conduct, creating a work environment reflecting the content and the spirit of the Code;

- be vigilant in preventing, detecting and responding to any violations of the Code;

- protect those who report violations; and

- work with the Bombardier Ethics Advisory Council and the Compliance Officer to distribute the Code to employees and collect the above-mentioned acknowledgments when required.

9

# Bombardier Core Values

3

All Bombardier policies, including this Code, stem from our Core Values. These common values must therefore inspire all our actions and decisions and provide a benchmark for everyone.

**Our Core Values are:**

## INTEGRITY

**We behave with integrity and in an ethical manner in everything we do and say,** thereby earning and maintaining the trust and respect of customers, shareholders, suppliers, colleagues, partners and communities.

## COMMITMENT TO EXCELLENCE

**Our commitment is to demonstrate excellence in all spheres of our work** and in our interactions with customers, shareholders, suppliers, colleagues, partners and communities. In addition, we commit to exercising judgment, professionalism, rigour, self-discipline, perseverance and team spirit.

## CUSTOMER ORIENTATION

**We promote a customer-centered culture** that emphasizes outstanding service and meets our commitments at every level of our organization.

## SHAREHOLDER FOCUS

**We are focused on creating sustainable shareholder value** through developing profitable products and projects, and soundly managing the business for the benefit of customers, shareholders, suppliers, colleagues, partners and communities.

11

# Code of Ethics
# & Business Conduct

4

The Bombardier Code addresses ethical conduct in relation to the work environment, business practices and relationships with external stakeholders.

## WORK ENVIRONMENT

■  **Employment Practices**

Bombardier treats all employees fairly, ethically, respectfully and with dignity. The Corporation offers equal employment opportunities without regard to any distinctions based on age, gender, sexual orientation, disability, race, religion, citizenship, marital status, family situation, country of origin or other factors, in accordance with the laws and regulations of each country where it does business.

■  **Harassment and Personal Security**

Bombardier policies protect employees from harassment, bullying and victimization in the workplace, including all forms of sexual, physical and psychological abuse. As an employee, you are entitled to, and are expected to preserve, a positive, harmonious and professional work environment.

■  **Health, Safety and the Environment**

The occupational health and safety of employees and environmental protection are priorities at Bombardier, where they are regarded as a fundamental corporate social responsibility. We strive to reduce the impact of our activities and of the performance of our products on the environment, and work towards a "total life-cycle" view in product design, while maintaining our competitiveness.

Bombardier and its employees comply with all applicable laws and regulations. We adopt standards, procedures, contingency measures and management systems to ensure that our operations are managed safely, ecologically and in a sustainable way.

To protect their own safety as well as that of their colleagues and communities, employees undertake not to work under the influence of any substance that could impair their judgment or interfere with the effective and responsible performance of their duties.

## BUSINESS PRACTICES

### ■ Company Property

Company property should only be used for legitimate business purposes. Bombardier employees are expected to take good care of company property and not expose it to loss, damage, misuse or theft.

### ■ Intellectual Property

Intellectual property comprises trademarks, domain names, patents, industrial designs, copyrights and trade secrets. Employees have a duty to protect Bombardier's intellectual property, just as they have the obligation to respect that of others. Subject to applicable laws, any inventions or discoveries made by employees during the course of their work are Bombardier's property.

Intellectual property is considered confidential information. Therefore, it is covered by the non-disclosure guidelines set out in the "Confidential Information" section of this Code.

### ■ Books and Records

Bombardier's books and records are complete, fair and accurate and comply with all legal reporting requirements. Supported by Bombardier's systems of internal controls, they reflect all assets, liabilities, transactions and events and conform to required accounting principles.

Bombardier employees manage, store, archive and dispose of books and records—both print and electronic—according to established policies and legal requirements.

### ■ Communications

As a Bombardier employee, you should be truthful and straightforward in your dealings and not intentionally mislead colleagues, customers or suppliers. Use appropriate, professional language, both in written documents and public conversations.

Communications with the media, the investment community and regulators are the responsibility of designated Corporate spokespersons. Inquiries received by an employee must be referred to an authorized spokesperson.

### ■ Electronic Mail and Internet Usage

Bombardier's electronic mail and Internet systems are provided for business use. When using electronic mail, you should remember that it is susceptible to interception, creates a permanent record, can be printed or forwarded to others by the recipient and will likely be retained on the recipient's computer for a long time. Therefore, exercise the same care in sending electronic mail as in other written business communications. Never use Bombardier's Internet connection or computer equipment to access, transmit or download content that is inappropriate and does not meet business requirements.

### ■ Gifts and Entertainment

Employees, suppliers, partners and other third parties representing Bombardier must avoid giving or receiving gifts or entertainment if these might improperly influence the recipient's judgment or might be perceived to do so. Gifts can include goods, services, favours, loans, trips, accommodation or use of property, etc.

Sometimes in business, for example, in certain cultures, an exchange of gifts is appropriate. In such instances, the gifts should be reasonable, in good taste, and have token or nominal value. Employees must never give or accept gifts when prohibited from doing so by law or by the recipient's or donor organization's policies.

### ■ Confidential Information

Confidential information is information belonging to Bombardier that is not subject to public disclosure. Confidential information encompasses information produced by Bombardier or obtained in confidence from a third party and covered by a non-disclosure agreement.

Examples of confidential information are financial data, strategic plans, intellectual property, information on bids, personal employee information, legal documents and information on customers and suppliers.

Do not divulge confidential information to anyone other than the person or persons for whom it is intended, unless authorized or legally required to do so. This includes confidential information provided by suppliers and customers. Employees agree to maintain such confidentiality at all times, even after leaving the employ of Bombardier.

Employees should also exercise caution to avoid misusing or inadvertently disclosing confidential information. This includes:

– keeping electronic and paper documents and files containing confidential information in a safe place;

– not discussing confidential matters where they could be overheard, for example, in public places such as elevators, hallways, restaurants, airplanes and taxis;

– exercising caution when discussing confidential matters on wireless telephones or other wireless devices;

– transmitting confidential documents by electronic devices, such as by fax or e-mail, only when it is reasonable to believe this can be done under secure conditions; and

– avoiding unnecessary copying of confidential documents.

■ **Securities Laws and Insider Trading**

It is illegal for anyone who has material information about a public corporation that has not been made public to buy, sell or trade in securities of said corporation, or to pass on undisclosed material information to anyone else. Material information is defined as any information relating to a

company that, if disclosed, could reasonably be expected to influence investors, or to affect the market price of the company's shares. Examples of this type of information include:

– unpublished financial information, including quarterly or annual financial results not yet disclosed to the public;

– a major corporate acquisition, disposition or joint venture;

– a significant change in senior management or to the Board of Directors of the Corporation; and

– obtaining or losing a significant contract.

Therefore, if you have any knowledge of undisclosed material information about the Corporation, you are prohibited from trading in Bombardier securities until the information has been fully disclosed to the public and a reasonable period of time has passed for the information to be widely disseminated by way of a press release. Securities include common shares (such as Bombardier Class B shares), preferred shares or bonds. Similarly, if you have knowledge of undisclosed material information about third parties, such as customers, vendors and suppliers, you are prohibited from trading in securities of that third party until the information has been fully disclosed and a reasonable period of time has elapsed.

Under no circumstances shall any employee engage in hedging activity or in any form of transactions of publicly-traded options on Bombardier securities, or of any other form of derivatives relating to Bombardier securities, including "puts" and "calls." No employee of Bombardier shall sell Bombardier securities that he or she does not own (a "short sale").

All employees are absolutely prohibited from conveying undisclosed material information (known as "tipping") about Bombardier to anyone, including outside professional advisors, other employees of Bombardier or members of their families, unless doing so in the necessary course of Bombardier business.

Since it may be extremely difficult to distinguish between information that is "material information," as defined above, and information that is not, and in order to avoid the appearance of possible impropriety, as an employee, you are required to comply with the following rules:

– at all times, avoid recommending the purchase or the sale of the securities of Bombardier Inc. to third parties;

– if, as an employee, you wish to buy, sell or trade in securities of Bombardier Inc. for yourself or otherwise, the Corporation strongly suggests that you do so only during a trading period of 25 calendar days, starting the fifth working day following the publication of Bombardier Inc.'s quarterly or annual financial reports; and

– it is understood however that at all times, even during this 25-day period, you cannot trade in securities of Bombardier Inc. if you are aware of, or have access to, any undisclosed material information as defined above, or if Bombardier Inc. has provided notice to its employees under its corporate Disclosure Policy that trading in Bombardier securities is prohibited.

■ **Conflicts of Interest**

Avoid conflicts of interest, whether real or perceived, in the performance of your duties. A conflict of interest is considered to be any situation or arrangement where your personal activities or interests conflict with your responsibilities to Bombardier.

Do not put yourself in a position where there is or could be an obligation to any third party who might benefit from such situation at the expense of Bombardier. Your actions must never lead to personal gain to the detriment of Bombardier's stated business interests.

Situations of conflict of interest can also arise when you take on outside work that could compromise the diligent performance of your duties for Bombardier. Should such a situation arise, you are encouraged to discuss it with your supervisor or the Compliance Officer to assess the impact the outside work could have on your duties for Bombardier.

- **Illegal and Improper Payments**

  Bombardier employees, suppliers, partners and other third parties are strictly prohibited from offering or taking any form of illegal or improper payment. Bombardier funds and assets must never be used for any unlawful purpose. As an employee, you must never approve, authorize or make any payment, gift or favour to any person in a position of authority, such as a government or corporate official, in order to obtain favourable treatment in negotiations or the awarding of contracts, or any other dealings.

- **Anti-Corruption Laws**

  Bombardier complies with anti-corruption legislation in all jurisdictions where it operates. This legislation includes the Corruption of Foreign Public Officials Act of Canada (and its amendments), which applies to Bombardier's global business. Bombardier employees, suppliers, partners and other third parties (such as agents) must never make or approve an illegal payment to anyone, under any circumstances. If you are authorized to deal with third-party agents, you must comply with Bombardier's Policy Concerning Practices in International Business and Marketing.

■ **Political Activity**

As a Bombardier employee, you may, subject to applicable laws, engage in legitimate political activity, as long as it is carried out on your own time and without using Bombardier property. You may seek election or other political office, but you must notify your supervisor or the Compliance Officer to discuss the impact your involvement may have on your duties at Bombardier. You may express your views on public or community issues of importance but it must be clear at all times that the views expressed are not those of Bombardier.

Bombardier and its employees abide by all laws and regulations governing political contributions in every jurisdiction where the Corporation does business.

## RELATIONSHIPS WITH EXTERNAL STAKEHOLDERS

■ **Customers**

Bombardier is committed to meeting the needs of its customers and strives to provide high-quality services and products. In customer relationships, employees behave in an ethical fashion. Sensitive, private or confidential customer information is safeguarded according to Bombardier's standards, with access restricted to those who have a need to know.

■ **Suppliers, Partners and Third Parties**

Bombardier suppliers, partners and other third parties must know and agree to comply with the Code. All agreements with suppliers, partners and third parties must be in writing and must specify the goods and services to be provided and the fees to be paid. Such agreements must be in line with reasonable competitive and market practices, the principles established in this Code and relevant corporate policies.

■ **Competition**

Bombardier employees and suppliers, partners and third parties must never employ unethical or illegal practices to collect competitive intelligence. Bombardier complies with antitrust laws wherever it does business. In general, we must guard against:

– price-fixing or arranged market segmentation; or

– monopolistic behaviour that aims to reduce competition.

■ **Governments**

Given its international and diversified nature, Bombardier is subject to a great variety of national and local laws and regulations. The Corporation and its employees and partners comply with all legal and contractual obligations in dealing with the various governments and regulatory agencies with which they are in contact. Employees and partners of Bombardier who deal with government officials and negotiate contracts are responsible for knowing and complying with all applicable laws and regulations, including those pertaining to lobbying activities.

21

## Governance of the Code

5

Bombardier has implemented a structure of governance to ensure that the principles of the Code are promoted throughout the organization and that the Code is managed effectively.

## COMPLIANCE OFFICER

■ The Compliance Officer oversees corporate efforts to promote an ethical work environment and business practices. The Compliance Officer reports to the Audit Committee through the Bombardier Ethics Advisory Council.

## BOMBARDIER ETHICS ADVISORY COUNCIL

■ In consultation with the Compliance Officer, the Bombardier Ethics Advisory Council (BEAC) directs and oversees implementation of the Code. It also provides expertise, arbitrates disputes and reports on the Code's effectiveness. The BEAC refers sensitive or potentially harmful violations to the President and Chief Executive Officer or to the Board of Directors, as appropriate. Five senior executives, from Finance, Human Resources, Legal Services, Corporate Audit Services/Risk Assessment and Public Affairs, as well as the Compliance Officer, sit on the BEAC. Groups within Bombardier each name a BEAC liaison member.

## REPORTING VIOLATIONS

■ Any individual in the employ of Bombardier, or any customer, supplier, partner or other third party, who becomes aware of a possible violation of the Code, or of a violation of the law by the Corporation or any of its employees, has an important duty to report it. While it is natural to have misgivings about raising such a concern, you are strongly encouraged to do so, as remaining silent could have serious negative consequences for the Corporation.

■ **When an Action is Unethical**

When in doubt about a decision that involves workplace ethics, ask yourself the following questions. If the answer(s) makes you feel uncomfortable, the proposed action might not be appropriate.

- Is my action in line with the Bombardier Code?

- Is my action legal?

- Is my action honest and fair?

- How would my family, friends and neighbours react if they knew about my action?

- Would customers or shareholders approve of my action?

■ **Who to Contact**

If you have questions, need guidance or have grounds to believe that a provision of this Code has been breached, or that you may have breached the Code, you should promptly speak to one of the following:

- your supervisor;

- your Human Resources representative;

- your Legal Services representative;

- an Internal Audit representative; or

- the next level of management.

Generally, your supervisor should be able to resolve the issue rapidly. If you report a violation and it is not investigated, raise it with one of the other contacts listed above.

Bombardier employees, customers, suppliers, partners and other third parties can also raise concerns with Bombardier's Compliance Officer:

### *By regular mail*

Bombardier Compliance Officer
800 René-Lévesque Blvd. West
Montréal, Québec
Canada H3B 1Y8

### *By telephone*

(514) 861-9481

### By e-mail

compliance.office@bombardier.com

Alternatively, Bombardier employees, customers, suppliers, partners and other third parties can report their concerns through a secured reporting system offered and managed by an independent third party. Details on how to access this reporting service are available to you on the Bombardier Web site (www.bombardier.com).

■ **Confidentiality and Anonymity**

All inquiries will be handled promptly and discreetly. If you report a possible breach of the Code, you have the right to remain anonymous, and confidentiality and/or anonymity will be maintained. However, it is usually easier to conduct a full and fair investigation of your concerns if you identify yourself and those involved. Bombardier will make every effort to keep you informed about the action taken to address your concern.

You will not be penalized, dismissed, demoted or suspended and no retaliatory action will be taken against anyone for reporting or inquiring in good faith about potential breaches of the Code or for seeking guidance on how to handle suspected breaches.

## PENALTIES FOR VIOLATIONS

■ Failure to respect the letter or the spirit of the Code or the law may lead to disciplinary measures commensurate with the violation, including termination of employment. Employees who break the law expose both themselves and the Corporation to criminal penalties (such as fines and jail sentences) or civil sanctions (such as damage awards or fines).

**BOMBARDIER**

© January 2012, Bombardier Inc. or its subsidiaries.
All rights reserved. Printed in Canada.



Code d'éthique et de conduite

# Nous
## nous engageons

**BOMBARDIER**

Énoncé de la

# Mission

de Bombardier

Notre mission est d'être le chef de file mondial dans la fabrication d'avions et de trains.

Nous nous engageons à fournir à nos clients des produits et des services de qualité supérieure, et à nos actionnaires une rentabilité soutenue en misant sur notre personnel et nos produits.

Notre leadership repose sur l'innovation et sur le caractère exceptionnel de nos produits sur les plans de la sécurité, de l'efficacité et de la performance.

Nos exigences sont élevées. Nous définissons l'excellence et nous respectons nos engagements.

1

# Table des matières

| 1 | **INTRODUCTION** | **3** |
|---|---|---|
| | À qui s'adresse ce Code | 4 |
| | Quelles lois s'appliquent | 4 |
| | Engagement envers le Code | 4 |
| | Politiques et procédures de la Société | 4 |
| | En soutien au Pacte mondial des Nations Unies | 5 |

| 2 | **NOS RESPONSABILITÉS** | **6** |
|---|---|---|
| | Employés | 7 |
| | Gestionnaires | 8 |

| 3 | **LES VALEURS FONDAMENTALES DE BOMBARDIER** | **9** |
|---|---|---|

| 4 | **CODE D'ÉTHIQUE ET DE CONDUITE** | **11** |
|---|---|---|
| | Milieu de travail | 12 |
| | Pratiques en matière d'emploi | 12 |
| | Harcèlement et sécurité des personnes | 12 |
| | Santé, sécurité et environnement | 12 |
| | Pratiques commerciales | 13 |
| | Biens de la Société | 13 |
| | Propriété intellectuelle | 13 |
| | Livres et registres | 13 |
| | Communications | 13 |
| | Courrier électronique et utilisation d'Internet | 14 |
| | Présents et gratifications | 14 |

2

**Pratiques commerciales (suite)**

Information confidentielle 15

Réglementation des valeurs
mobilières et délits d'initié 16

Conflits d'intérêts 18

Paiements illicites ou inconvenants 18

Lois anticorruption 18

Activités politiques 19

**Relations avec les tiers** **19**

Clientèle 19

Fournisseurs, partenaires et autres tiers 20

Concurrence 20

Gouvernements 20

5 | **GESTION DU CODE** **21**

Chef de la conformité 22

Conseil consultatif d'éthique
de Bombardier 22

Signaler une infraction 22

Reconnaître une action qui
n'est pas éthique 22

Qui contacter 23

Confidentialité et anonymat 24

**Mesures disciplinaires** 24

Note : Afin d'alléger le texte, le masculin comprend le féminin et le singulier, le
pluriel, à moins que le contexte ne le précise autrement.

3

# Introduction  1

Le code d'éthique et de conduite[1] présente les normes que tout le personnel de Bombardier Inc.[2] est tenu de respecter dans ses activités quotidiennes et ses relations avec autrui. Le Code ne peut prévoir toutes les situations auxquelles nous pouvons être confrontés. Son rôle consiste plutôt à proposer des lignes directrices qui vous aideront à prendre des décisions, en accord avec les valeurs et la réputation de Bombardier. Vous devriez prendre connaissance des diverses politiques de la Société, dans lesquelles vous trouverez des balises bien définies pour des enjeux spécifiques pouvant avoir une incidence sur votre travail ; ces politiques couvrent, entre autres, les pratiques commerciales et de marketing à l'échelle internationale, la politique en matière d'Internet, les questions de santé, sécurité et environnement, et les ressources humaines.

Lorsqu'une entreprise adopte un comportement éthique qui favorise de saines pratiques, tout le monde en bénéficie. Ainsi, faire preuve d'honnêteté, de sincérité et de cohérence dans nos rapports avec autrui contribuent à un milieu de travail positif. En outre, l'entreprise qui agit avec intégrité inspire confiance à ses employés, clients, actionnaires et fournisseurs, ainsi qu'à l'ensemble de sa communauté. Par ailleurs, l'évolution du contexte d'affaires et de la réglementation appelle la révision périodique des lignes directrices de l'entreprise. Aussi, la version imprimée de ce Code pourrait être modifiée sans préavis. La version électronique figurant dans le site Internet de Bombardier incorporera toute modification ou mise à jour.

---

[1] Ci-après « le Code ».
[2] Sauf indication contraire, le terme « Société » désigne ci-après Bombardier Inc., ses groupes, divisions et filiales.

## À QUI S'ADRESSE CE CODE

Le présent Code s'adresse, en toute circonstance et sans exception, à tous les membres du conseil d'administration, ainsi qu'à tous les employés de Bombardier[2]. Les fournisseurs et partenaires de Bombardier, de même que les tiers (par exemple des agents) sont également tenus de respecter les dispositions du présent Code lorsqu'ils traitent avec la Société ou en son nom.

## QUELLES LOIS S'APPLIQUENT

Entreprise d'envergure internationale, Bombardier mène ses activités dans plusieurs pays du monde et doit donc obéir aux lois de divers territoires, pays, provinces ou états, municipalités ou organisations internationales telle que l'Union européenne. Bombardier et ses employés doivent respecter la réglementation de chaque territoire où la Société exerce ses activités. Tout employé confronté à un conflit entre les lois en vigueur dans divers pays où la Société est présente, ou entre les dispositions du Code de Bombardier et toute loi ou tout règlement, devra soumettre la question à un membre de l'équipe des affaires juridiques de la Société.

## ENGAGEMENT ENVERS LE CODE

Le cas échéant, les nouveaux employés devront signer un certificat stipulant qu'ils ont lu et bien compris le Code. Certains membres désignés de la haute direction sont également tenus de signer annuellement un certificat stipulant qu'ils ont non seulement lu et compris le Code, mais qu'ils n'ont en outre commis aucune infraction aux dispositions de ce Code et n'ont connaissance d'aucun manquement à celles-ci.

## POLITIQUES ET PROCÉDURES DE LA SOCIÉTÉ

En accord avec les politiques émises par le siège social de Bombardier, chacun des groupes et chacune des divisions de la Société adopte ses propres politiques et procédures. Les employés sont tenus de respecter ces politiques et procédures en plus de celles qui sont énoncées dans le présent Code.

---

[2] Le Code d'éthique et de conduite de Bombardier s'applique à tout le personnel, y compris les gestionnaires de la Société. Le terme « employés » utilisé dans le Code désigne tous les employés, y compris les gestionnaires. La rubrique traitant des responsabilités des gestionnaires couvre les dispositions précises liées au personnel de supervision et de direction.

## EN SOUTIEN AU PACTE MONDIAL
## DES NATIONS UNIES

En 2007, Bombardier a signé le Pacte mondial des Nations Unies, qui constitue la plus importante initiative au monde dans le domaine de la responsabilité sociale d'entreprise et du développement durable. En tant que signataire, nous sommes engagés à promouvoir activement, par nos stratégies et dans le cadre de nos activités, les dix principes fondamentaux associés au Pacte et touchant les domaines des droits de l'homme, des normes de travail, de l'environnement et de la lutte contre la corruption.

Le Pacte mondial des Nations Unies nous prête un cadre stratégique pour élaborer des initiatives novatrices et des partenariats avec la société civile, les gouvernements et d'autres intervenants. Notre code d'éthique et de conduite aide les employés à soutenir nos valeurs fondamentales, nos normes comportementales et notre engagement relativement aux dix principes de responsabilité sociale du Pacte mondial des Nations Unies dans l'ensemble de nos activités.



# Nos responsabilités 2

La compréhension et la conformité sont
les principales responsabilités associées
à ce Code qui décrit de manière claire et
explicite ce qui est attendu de la part des
employés et des gestionnaires.

## EMPLOYÉS

Il est attendu des employés qu'ils :

- exécutent leurs tâches avec équité et intégrité ;

- contribuent à l'atteinte des objectifs de Bombardier au meilleur de leurs capacités et prennent, sans faire de compromis, des décisions qui soient conformes à la lettre et à l'esprit du Code ;

- connaissent les principes de base du Code et les révisent de temps à autre. Chacun doit en outre connaître en détail les dispositions applicables à son travail ; et

- consultent, pour toute question relative au Code, leur supérieur immédiat ou l'une des personnes-ressources mentionnées à la page 23.

Tout employé ayant connaissance d'une infraction potentielle au Code doit :

- en toute bonne foi, la signaler promptement à son supérieur immédiat ou à l'une des personnes-ressources mentionnées à la page 23 ;

- dans le cas où l'infraction potentielle n'a pas été traitée après qu'elle ait été signalée à son supérieur, porter la question directement à l'attention de l'une des autres personnes-ressources mentionnées à la page 23 ; et

- être prêt à collaborer avec Bombardier dans le cadre de toute enquête menée par la Société relativement à une infraction au Code.

## GESTIONNAIRES

En plus d'assumer les responsabilités qui précèdent, les gestionnaires de Bombardier doivent:

- connaître le Code de manière approfondie et en promouvoir activement l'application dans leur lieu de travail ;

- donner l'exemple en ayant une conduite inspirée de normes d'éthique élevées et créer un milieu de travail reflétant la lettre et l'esprit du Code ;

- être vigilants afin de prévenir, détecter et traiter adéquatement tout manquement au Code ;

- protéger toute personne signalant un manquement au Code ; et

- travailler en collaboration avec le Conseil consultatif d'éthique et le chef de la conformité de Bombardier pour la distribution du Code aux employés et la collecte des certificats mentionnés plus haut, le cas échéant.



# Les valeurs fondamentales de Bombardier   3

Toutes les politiques de Bombardier, y compris le présent Code, découlent de nos valeurs fondamentales. Toutes nos actions et décisions doivent donc s'inspirer de ces valeurs communes, qui servent de référence à tous.

**Nos valeurs fondamentales sont les suivantes :**

## INTÉGRITÉ

**Nous agissons de manière intègre et conforme à l'éthique en tout temps** afin de mériter et de préserver la confiance et le respect des clients, des actionnaires, des fournisseurs, des collègues, des partenaires et des collectivités.

## ENGAGEMENT ENVERS L'EXCELLENCE

**Nous nous engageons à faire preuve d'excellence** dans tout ce que nous entreprenons ainsi que dans nos rapports avec les clients, les actionnaires, les fournisseurs, les collègues, les partenaires et les collectivités. Nous devons en outre faire preuve de jugement, de professionnalisme, de rigueur, de discipline personnelle, de persévérance et d'esprit d'équipe.

## ORIENTATION CLIENT

**Nous veillons à mettre en place une culture centrée sur le client** qui repose sur un service hors pair et le respect de nos engagements à tous les échelons de l'entreprise.

## IMPORTANCE DES ACTIONNAIRES

**Nous nous concentrons sur la création de valeur durable pour les actionnaires** en développant des produits et en réalisant des projets rentables de même qu'en gérant sainement l'entreprise, et ce, pour le bénéfice des clients, des actionnaires, des fournisseurs, des collègues, des partenaires et des collectivités.



## Code d'éthique et de conduite

4

11

Le Code de Bombardier couvre la conduite éthique liée au milieu de travail, aux pratiques commerciales et aux relations avec les tiers.

## MILIEU DE TRAVAIL

### Pratiques en matière d'emploi

Bombardier traite tous ses employés avec équité, éthique, respect et dignité. La Société offre des chances égales d'emploi à tous, sans distinction fondée sur l'âge, le sexe, l'orientation sexuelle, l'invalidité, la race, la religion, la citoyenneté, l'état matrimonial, la situation de famille, le pays d'origine, ou quelque autre facteur que ce soit, conformément aux lois et aux règlements en vigueur dans chaque pays où Bombardier exerce ses activités.

### Harcèlement et sécurité des personnes

Les politiques de Bombardier protègent les employés contre toute forme de harcèlement, d'intimidation et de victimisation, qu'elle soit de nature sexuelle, physique ou psychologique. Chaque employé a droit à un milieu de travail positif, harmonieux et professionnel et doit en retour se comporter de façon à maintenir un tel climat de travail.

### Santé, sécurité et environnement

Chez Bombardier, l'engagement envers la santé et la sécurité au travail et l'environnement est une responsabilité sociale fondamentale et une priorité pour la Société. Celle-ci doit également relever le défi de la performance environnementale de ses activités et produits, et intégrer graduellement la notion de cycle de vie total dans la conception des produits tout en maintenant sa capacité concurrentielle.

Bombardier et ses employés se conforment à toutes les lois et règlementations en vigueur. Bombardier met en place des normes, procédures, plans de mesure d'urgence et systèmes de gestion nécessaires à l'exercice sécuritaire et écologique de ses activités dans le cadre d'une vision fondée sur le développement durable.

Afin d'assurer leur propre sécurité, et celles de leurs collègues et de leurs communautés, les employés doivent s'engager à ne pas exercer leurs fonctions avec les facultés affaiblies par une substance susceptible d'altérer leur bon jugement ou de nuire à l'exécution sécuritaire, efficace et responsable de leurs tâches.

## PRATIQUES COMMERCIALES

### ■ Biens de la Société

Les biens de la Société ne doivent servir qu'à des fins professionnelles légitimes. Bombardier attend de ses employés qu'ils prennent soin de ses biens et qu'ils les protègent contre la perte, les dommages, l'utilisation abusive et le vol.

### ■ Propriété intellectuelle

La propriété intellectuelle couvre les marques de commerce, noms de domaine, brevets, dessins industriels, droits d'auteur et secrets commerciaux. Les employés ont le devoir de protéger la propriété intellectuelle de Bombardier comme celle des autres. Sous réserve de la réglementation en vigueur, les inventions et découvertes faites par les employés dans le cadre de leurs fonctions chez Bombardier sont la propriété de la Société.

La propriété intellectuelle est considérée comme de l'information confidentielle, et elle est, à ce titre, couverte par les directives de non-divulgation exposées dans la rubrique « Information confidentielle » du présent Code.

### ■ Livres et registres

Bombardier tient des livres et registres complets, fidèles, exacts et conformes aux exigences de divulgation prévues par la loi. Reposant sur les systèmes de contrôles internes de Bombardier, ces livres et registres font état de tous les éléments d'actif et de passif de la Société, ainsi que de toutes les transactions et événements impliquant la Société, et sont conformes aux principes comptables applicables.

Les employés de Bombardier assurent la gestion, la conservation, l'archivage et l'élimination des livres et registres, imprimés et électroniques, selon les politiques et exigences réglementaires applicables.

### ■ Communications

Les employés de Bombardier sont tenus d'être francs et sincères dans leurs relations avec autrui, et de ne pas tromper intentionnellement collègues, clients ou

fournisseurs. Un langage correct et professionnel est attendu de tous, que ce soit en matière de communication écrite ou d'échange verbal.

La Société a nommé des porte-parole chargés des communications avec les médias, la communauté financière et les organismes de réglementation. Toute demande adressée à un employé devra être transmise à un porte-parole désigné de la Société.

### Courrier électronique et utilisation d'Internet

Les systèmes de courrier électronique et Internet sont mis à la disposition des employés par la Société à des fins strictement professionnelles. Il est important de se rappeler que tout courrier électronique peut être intercepté, crée un dossier permanent, peut être imprimé ou transféré à d'autres personnes par le destinataire, qui peut d'ailleurs le conserver pendant une longue période. Il faut donc accorder le même soin aux courriers électroniques qu'à tout autre type decommunication écrite à vocation professionnelle. L'accès Internet et les ordinateurs de Bombardier ne doivent jamais être utilisés pour consulter, transmettre ou télécharger des contenus inappropriés et qui ne répondent pas à des critères professionnels.

### Présents et gratifications

Les employés, fournisseurs, partenaires ou autres tiers représentant Bombardier doivent éviter d'offrir ou d'accepter des présents ou des gratifications s'il est probable que ceux-ci sont destinés, ou puissent être perçus comme tel, à influencer de manière inappropriée le jugement de la personne qui les reçoit. L'expression «présent» désigne des objets, services, faveurs, prêts, voyages, hébergement ou usage de biens immobiliers, etc.

L'échange de présents peut être acceptable en certaines circonstances, notamment lorsqu'il s'inscrit dans des us et coutumes locaux. Les présents offerts ou reçus dans de tels cas doivent être raisonnables, de bon goût, et leur valeur, symbolique. Les employés ne doivent ni offrir ni accepter de présents qui contreviennent aux lois locales ou qui soient contraires aux politiques en la matière de Bombardier ou de l'autre partie.

■ **Information confidentielle**

Est jugée confidentielle toute information appartenant à Bombardier et qui n'est pas visée par les exigences de divulgation au public. La définition de l'information confidentielle comprend toute information produite par Bombardier ou obtenue de manière confidentielle auprès d'un tiers et couverte par une entente de non-divulgation. Les données financières, plans stratégiques, propriété intellectuelle, renseignements sur des soumissions, renseignements personnels sur les employés, documents juridiques et renseignements sur les clients et fournisseurs sont des exemples d'information confidentielle.

Il est interdit de transmettre de l'information confidentielle à toute personne autre que la ou les personnes à qui cette information est destinée, sauf sur autorisation ou par prescription juridique. Cette interdiction couvre toute information confidentielle fournie par des fournisseurs et des clients. Les employés de Bombardier s'engagent à respecter le caractère confidentiel de l'information jugée comme telle même après avoir quitté la Société.

Les employés doivent faire preuve de diligence afin de prévenir l'usage inapproprié ou la divulgation par inadvertance d'une information confidentielle. Concrètement, il faut donc :

– conserver en lieu sûr tout document et dossier, en format papier ou électronique, contenant de l'information confidentielle ;

– ne pas discuter de questions confidentielles dans des endroits où la conversation pourrait être entendue, c'est-à-dire dans des lieux publics comme les ascenseurs, couloirs, restaurants, avions et taxis ;

– faire preuve de discrétion en discutant de questions confidentielles au téléphone cellulaire ou au moyen d'un autre dispositif sans fil ;

– ne transmettre des documents confidentiels par voie électronique (télécopieur ou courrier électronique), que s'il est permis de croire que l'envoi peut être effectué en toute sécurité ; et

– éviter la reproduction inutile de documents confidentiels.

- **Réglementation des valeurs mobilières et délits d'initié**

Il est interdit par la loi à quiconque d'acheter, de vendre ou de négocier des titres de toute entreprise ouverte en profitant d'une information importante touchant cette entreprise qui n'a pas été communiquée au public, ou encore de transmettre à des tiers une information importante qui n'a pas été communiquée au public. Est définie comme information importante toute information relative à une entreprise et dont la divulgation exercerait ou serait susceptible d'exercer une influence sur les investisseurs ou d'affecter la valeur ou le cours des actions de l'entreprise. Voici quelques exemples d'information importante :

– de l'information financière non publiée, y compris les résultats financiers trimestriels ou annuels qui n'ont pas encore été communiqués au public ;

– une acquisition ou une disposition d'envergure, ou la formation d'une coentreprise importante ;

– un changement important à la haute direction ou au conseil d'administration de la Société ; et

– l'obtention ou la perte d'un contrat important.

Ainsi, il est interdit aux employés de Bombardier en possession d'une information importante touchant la Société et non encore communiquée au public de négocier des titres de Bombardier tant que l'information en question n'a pas été intégralement communiquée au public et qu'une période raisonnable ne s'est pas écoulée afin que l'information puisse être largement diffusée au moyen d'un communiqué de presse. Les titres touchés par cette interdiction comprennent les actions ordinaires (par exemple les actions de classe B), les actions privilégiées et les obligations. Il est également interdit aux employés qui sont en possession d'une information importante non dévoilée au public au sujet d'un tiers (client, vendeur ou fournisseur) de négocier les titres de ce tiers jusqu'à ce que l'information en question ait été intégralement communiquée au public et qu'une période raisonnable se soit écoulée.

En outre, un employé ne doit, en aucune circonstance, se livrer à une activité de couverture, ou à quelque opération que ce soit, sur des options négociées en bourse portant sur des titres de Bombardier ni sur d'autres formes d'instruments financiers dérivés liés à des titres de Bombardier, y compris des options d'achat et de vente. Par ailleurs, aucun employé ne doit vendre des titres de Bombardier dont il n'est pas déjà propriétaire («vente à découvert»).

De même, il est absolument interdit à tous les employés de transmettre une information importante non communiquée au public (activité mieux connue sous le vocable «donner un tuyau») au sujet de Bombardier à quiconque, y compris les conseillers professionnels externes, d'autres employés de Bombardier ou encore des membres de leur famille, à moins que la transmission ne soit faite dans le cours normal des activités de Bombardier.

Étant donné qu'il peut être très difficile de distinguer une information «importante», selon la définition ci-dessus, d'une information qui ne l'est pas, et afin d'éviter toute apparence de conduite inappropriée, tous les employés sont tenus de se conformer aux règles suivantes:

– éviter, en tout temps, de recommander à des tiers l'achat ou la vente des titres de Bombardier Inc.;

– si l'employé désire acheter, vendre ou négocier des titres de Bombardier Inc. pour lui-même ou pour d'autres personnes, la Société recommande fortement de le faire seulement durant une période de négociation de 25 jours civils débutant le cinquième jour ouvrable suivant la publication des rapports trimestriels ou annuels de Bombardier Inc.; et

– il est toutefois entendu qu'en tout temps, et même pendant cette période de 25 jours, l'employé ne peut négocier des titres de Bombardier Inc. s'il est en possession d'une information importante non communiquée au public, selon la définition ci-dessus, ou s'il a accès à une telle information ou encore si Bombardier Inc., en vertu de la politique de communication de l'information, a donné un avis selon lequel il lui est interdit de négocier des titres de Bombardier Inc.

- **Conflits d'intérêts**

  Les employés doivent éviter les conflits d'intérêts, réels ou apparents, dans l'exercice de leurs fonctions. Il est entendu par conflit d'intérêts toute situation ou arrangement en vertu duquel les activités ou les intérêts personnels d'un employé entrent en conflit avec ses responsabilités envers Bombardier.

  Les employés doivent éviter de se placer dans des situations susceptibles de créer des obligations à l'égard de tiers qui pourraient en profiter aux dépens de Bombardier. Les employés doivent s'engager à ne tirer aucun gain personnel au détriment des intérêts commerciaux déclarés de Bombardier.

  Une situation de conflit d'intérêts peut survenir lorsqu'un employé accepte des fonctions externes qui pourraient compromettre l'exécution diligente de ses tâches chez Bombardier. Le cas échéant, les employés concernés sont invités à discuter de la situation avec leur supérieur immédiat ou avec le chef de la conformité, afin d'évaluer l'incidence de ces fonctions externes sur leurs responsabilités envers Bombardier.

- **Paiements illicites ou inconvenants**

  Il est rigoureusement interdit aux employés de Bombardier, ainsi qu'à ses fournisseurs, partenaires et autres tiers, d'offrir ou accepter des paiements illicites ou inconvenants. L'utilisation de ressources financières ou de biens de Bombardier à des fins contrevenant à la loi est rigoureusement interdite. Aussi, les employés éviteront d'approuver, autoriser ou effectuer un paiement, ou d'offrir un présent ou de consentir une faveur à une personne occupant un poste d'autorité, par exemple le représentant officiel d'un gouvernement ou d'une entreprise, afin d'obtenir un traitement favorable dans le cadre de négociations ou d'un processus d'attribution de contrats ou autre.

- **Lois anticorruption**

  Bombardier se conforme à la législation contrant la corruption dans tous les territoires où elle exerce ses activités, notamment la Loi canadienne sur la corruption d'agents publics étrangers (et ses amendements) qui

s'applique aux activités de la Société à l'échelle mondiale. Conformément à ce qui précède, il est interdit aux employés de Bombardier, ainsi qu'à ses fournisseurs, partenaires et autres tiers, par exemple des agents, de verser un paiement illicite ou d'approuver le versement d'un paiement illicite à qui que ce soit, et en quelque circonstance que ce soit. Si vous avez l'autorisation d'avoir recours aux services d'agents, vous devez respecter la Politique relative aux pratiques de commerce et marketing à l'échelle internationale de la Société.

■ **Activités politiques**

Les employés de Bombardier sont autorisés, sous réserve de la réglementation en vigueur, à mener des activités politiques légitimes, pour autant que ces activités soient menées en dehors des heures de travail et qu'aucun bien de Bombardier ne soit engagé dans le cadre de telles activités. Un employé peut se présenter comme candidat aux élections ou à tout autre poste de nature politique mais il doit en informer son supérieur immédiat ou le chef de la conformité afin de discuter de l'incidence qu'un tel engagement pourrait avoir sur ses responsabilités envers Bombardier. Enfin, tout employé peut exprimer librement son point de vue sur des questions sociales ou d'intérêt public, mais il doit être clair en tout temps que les opinions exprimées ne sont pas celles de Bombardier.

Bombardier et ses employés se conforment à toutes les lois applicables régissant les contributions à des partis politiques partout où la Société exerce ses activités.

## RELATIONS AVEC LES TIERS

■ **Clientèle**

Bombardier a pris l'engagement de satisfaire aux besoins de sa clientèle et s'attache à lui procurer des services et produits de première qualité. Les employés doivent se comporter d'une manière conforme à l'éthique dans leurs relations avec la clientèle. L'information confidentielle, privée ou délicate concernant la clientèle est protégée conformément aux normes de la Société en la matière, l'accès à ces données étant limité aux personnes ayant besoin de les connaître.

**Fournisseurs, partenaires et autres tiers**

Bombardier attend de ses fournisseurs, partenaires et autres tiers qu'ils prennent connaissance de son Code et qu'ils s'y conforment. Tous les contrats et ententes conclus avec des fournisseurs, partenaires et autres tiers doivent être consignés par écrit et préciser les biens et services prévus ainsi que les frais y afférents, et doivent être conformes à des pratiques commerciales et concurrentielles raisonnables, aux principes du présent Code et aux politiques pertinentes de Bombardier.

**Concurrence**

Les employés de Bombardier, ses fournisseurs, ses partenaires et autres tiers ne doivent en aucun cas utiliser des moyens illicites ou contraires à l'éthique pour recueillir de l'information sur la concurrence. Bombardier se conforme dans tous les territoires où elle exerce ses activités aux lois antitrust en vigueur. Il faut éviter de manière générale les pratiques suivantes :

– arrangements illicites sur les prix et le partage de marchés ;

– comportements monopolistiques visant à restreindre la concurrence.

**Gouvernements**

Étant donné la nature diversifiée et l'envergure de la Société, Bombardier doit se conformer à toute une gamme de lois et règlements nationaux et locaux. La Société et ses employés et partenaires doivent se conformer à toutes les obligations réglementaires et contractuelles dans le cadre de leurs rapports avec les divers gouvernements et organismes de réglementation. Les employés et les partenaires de Bombardier traitant avec des fonctionnaires ou autres représentants de gouvernements et négociant des contrats doivent connaître les lois et règlements applicables, y compris ceux portant sur les activités de lobbying, et s'y conformer.



21

## Gestion du Code 5

Bombardier a mis en place une structure de gestion chargée de la saine administration du Code et de la promotion de ses principes au sein de l'ensemble de la Société.

### CHEF DE LA CONFORMITÉ

- Le chef de la conformité supervise les efforts de promotion de la Société pour le maintien d'un milieu de travail et de pratiques commerciales conformes à l'éthique. Le chef de la conformité se rapporte au comité de vérification, par l'intermédiaire du Conseil consultatif d'éthique de Bombardier.

### CONSEIL CONSULTATIF D'ÉTHIQUE DE BOMBARDIER

- Le Conseil consultatif d'éthique de Bombardier (CCEB) dirige et supervise la mise en œuvre du Code, en collaboration avec le chef de la conformité. Il fournit également une expertise, arbitre certains conflits, et fait rapport sur l'efficacité du Code. Le Conseil soumet les cas délicats ou sérieux de manquement au Code soit au président-directeur général, soit au conseil d'administration, selon le cas. Le CCEB se compose d'un haut dirigeant de chacun des services des finances, ressources humaines, affaires juridiques, vérification et affaires publiques, ainsi que du chef de la conformité. Chacun des groupes de la Société nomme un agent de liaison.

### SIGNALER UNE INFRACTION

- Tout employé de Bombardier, ainsi que tout client, fournisseur, partenaire ou autre tiers ayant connaissance d'une possible infraction au Code ou d'une infraction à la loi, par la Société ou l'un de ses employés, a le devoir de signaler cette infraction. Bien qu'il soit normal d'hésiter devant une telle action, les employés sont néanmoins fortement encouragés à le faire car les conséquences de passer sous silence une telle infraction pourraient s'avérer très sérieuses pour la Société.

- **Reconnaître une action qui n'est pas éthique**

  S'il y a un doute au sujet d'une décision qui a des implications sur le plan de l'éthique en milieu de travail, il faut se poser les questions suivantes. Si la réponse génère un malaise, c'est peut-être que l'action proposée n'est pas appropriée.

&ndash; Cette action est-elle conforme au Code de Bombardier ?

&ndash; Cette action est-elle légale ?

&ndash; Cette action est-elle juste et honnête ?

&ndash; Comment réagiraient ma famille, mes amis et mes voisins s'ils étaient au courant ?

&ndash; Les clients et actionnaires approuveraient-ils cette action ?

■ **Qui contacter**

Toute personne désirant poser une question ou obtenir conseil, ou ayant des raisons de croire qu'une infraction à une disposition du Code a été commise, ou ayant elle-même commis une telle infraction, doit en discuter sans tarder avec l'une des personnes suivantes :

&ndash; son supérieur immédiat ;

&ndash; son représentant des ressources humaines ;

&ndash; son représentant des services juridiques ;

&ndash; un membre de l'équipe de la vérification ; ou

&ndash; le supérieur de son supérieur immédiat.

Dans la plupart des cas, le supérieur immédiat pourra résoudre la question promptement. L'employé ayant signalé l'infraction qui constate qu'elle ne fait pas l'objet d'une enquête doit s'adresser à l'une des autres personnes-ressources mentionnées ci-dessus.

Les employés de Bombardier, ses clients, ses fournisseurs, ses partenaires et autres tiers peuvent également s'adresser au chef de la conformité de Bombardier :

*Par la poste*

Chef de la conformité de Bombardier
800, boulevard René-Lévesque Ouest
Montréal (Québec)
Canada H3B 1Y8

*Par téléphone*

(514) 861-9481

*Par courrier électronique*

compliance.office@bombardier.com

Les employés de Bombardier, ses clients, ses fournisseurs, ses partenaires et autres tiers peuvent par ailleurs faire part de leurs préoccupations par le biais d'un système sécurisé offert et géré par un tiers indépendant. Ils trouveront dans le site Internet de Bombardier (www.bombardier.com) tous les renseignements nécessaires pour accéder à ce service.

- **Confidentialité et anonymat**

  Toute demande sera traitée promptement et avec discrétion. Toute personne signalant un manquement potentiel au Code a droit à l'anonymat; la confidentialité et (ou) l'anonymat seront respectés. Il est cependant plus facile, en général, de mener une enquête juste et approfondie si la personne rapportant les faits s'identifie et qu'elle identifie les personnes impliquées dans le manquement. Bombardier fera tout en son pouvoir pour tenir la personne ayant signalé le manquement informée des mesures prises pour régler la situation.

  Aucun employé ne sera pénalisé, congédié, rétrogradé ou suspendu ni ne fera l'objet de discrimination pour avoir déclaré un manquement possible au Code, s'être renseigné sur le sujet ou pour avoir demandé conseil sur la façon de traiter un manquement présumé.

## MESURES DISCIPLINAIRES

- Tout manquement à l'esprit ou à la lettre du Code ou de la loi pourrait entraîner les mesures disciplinaires qui s'imposent eu égard à l'infraction commise, lesquelles peuvent aller jusqu'au congédiement. Tout employé violant la loi s'expose lui-même, ainsi que la Société, à des sanctions criminelles (notamment des amendes et peines d'emprisonnement) ou à des poursuites au civil (dommages et intérêts ou amendes).



**BOMBARDIER**

© Juin 2011, Bombardier Inc. ou ses filiales.
Tous droits réservés. Imprimé au Canada.