# EXHIBIT E

Sterie, Chanel

| | |
|---|---|
| De: | luke_walker@mhi.co.jp |
| Envoyé: | 5 juin 2016 21:50 |
| À: | Christian Poupart |
| Cc: | akira_ishikawa@mitsubishiaircraft.com; tomoko_miyake@mhi.co.jp; kiyohisa_kamekawa@mhi.co.jp; 豊田 康志; STRICKLER CLIFTON |
| Objet: | Re: Hiring of Bombardier Flight Test resources |

Dear Christian,

It's good to hear from you. I hope you are doing well, as well. I see that you are now Vice President of Legal Services and Contracts, so congratulations on that move.

The MITAC legal department and I are looking into this matter, and we will get back to you after we find out more information. In the meantime, can you provide me with the non-solicitation agreement that Bombardier believes prohibits AeroTEC from recruiting Bombardier employees? If you would like to share any of the correspondence that you have had with AeroTEC, that will also help us greatly in this process.

Thanks,
Luke

| | |
|---|---|
| From: | Christian Poupart <christian.poupart@aero.bombardier.com> |
| To: | "luke_walker@mhi.co.jp" <luke_walker@mhi.co.jp> |
| Date: | 2016/06/03 03:12 |
| Subject: | Hiring of Bombardier Flight Test resources |

Good day Luke,

It's been a long time since we have talked and I hope this email finds you well.

I am reaching out to you because I am concerned by the conduct of AeroTEC, which we believe is one of MHI's subcontractors. AeroTEC specializes in flight testing operations and has recently been soliciting and recruiting a number of key employees from our Flight test Center, despite being asked by us on numerous occasions to cease and desist from that practice.

Most recently, we have reasons to believe that AeroTEC has been soliciting Mr. Ed Grabman, one of our test pilots who will be critical to the Global 7000 and 8000 flight test program. His departure would seriously disrupt our flight test program.

We also have reasons to believe that some of these former Bombardier employees have been transferred to MHI or are working on the MRJ flight test program.

This raises serious concerns. First, this is draining our capabilities and depriving us of key resources that are critical to the success of our aircraft programs in development. Second, the science and expertise of flight testing can only be acquired through experience and is extremely valuable to any OEM. We are concerned that some of the Bombardier proprietary methods and know-how ("Proprietary IP") developed or acquired by the former Bombardier employees hired by AeroTEC while working for Bombardier will inevitably be transferred and used by AeroTEC or MHI for the purpose of their flight testing activities.

I am seeking your assistance in ensuring that this practice of soliciting and hiring Bombardier key flight testing employees ceases

1

immediately and that those Bombardier employees who have been hired by AeroTEC or MHI and are working on MHI aircraft program development do not use any Bombardier Proprietary IP.

I thank you in advance for your cooperation and assistance on this matter and will make myself available at your convenience should you wish to discuss.

Regards,

**Christian Poupart**
Vice Président/Vice President
Services Juridiques et Contrats / Legal Services and Contracts
BAES, PDE & BUREAU DE LA DIRECTION DE L'APPROVISIONNEMENT BOMBARDIER INC.
christian.poupart@aero.bombardier.com

400, chemin de la Côte-Vertu ouest
Montréal, Québec H4S 1Y9
T. 514.855.8493
C. 514.502.5471

**BOMBARDIER**
l'évolution de la mobilité
**AVIS DE CONFIDENTIALITÉ** – Cette communication pourrait renfermer des informations privilégiées ou confidentielles. Si vous n'êtes pas la personne à laquelle s'adresse ce message ou si vous avez reçu cette communication par erreur, veuillez en informer l'expéditeur et supprimer le message sans le copier, le faire suivre et/ou en divulguer le contenu.
**CONFIDENTIALITY NOTICE** - This communication may contain privileged or confidential information. If you are not the intended recipient or received this communication by error, please notify the sender
and delete the message without copying, forwarding and/or disclosing it.

====

---

2