# EXHIBIT F



**BOMBARDIER**
the evolution of mobility

Bombardier Aerostructures and Engineering Services

400, Cote-Vertu west
Dorval, Quebec H4S 1Y9
Tel  514-855-8493
Cel 514-502-5471
Christian.poupart@aero.bombardier.com
www.bombardier.com

July 14th, 2016

By email : luke_walker@mhi.co.jp

Mr. Luke Walker
Managing Counsel
Mitsubishi Heavy Industries
16-5 Konan 2-chome
Minato-ku, Tokyo
108-8215, Japan

**RE :    Job Fair in Montreal on July 15th and 16th 2016**

Dear Mr. Walker,

We were recently informed that MHI is organizing a job fair, scheduled in Montreal for July 15th and July 16th 2016, with the objective of recruiting "over 200 aircraft system engineers" to work on MHI's MRJ aircraft program in Japan.  Although the advertisement is not directly aimed at Bombardier employees, the fact that this job fair is taking place in our backyard makes our employees prime targets for MHI's hiring activities.

As you must know, Bombardier is currently engaged in major aircraft development programs. These programs are critical for Bombardier's future. You will understand that conducting massive solicitation that could result in a significant number of key employees leaving Bombardier and joining MHI may have severe and detrimental consequences on Bombardier's business.  Courts have routinely reached the conclusion that massive solicitation that cause irreversible damages to a business is prohibited. In these situations, employees and their new employer can be held jointly liable for the prejudice caused by such practice.

Furthermore, employees of Bombardier who could be hired by MHI have developed and acquired during their employment with Bombardier valuable intellectual property that could accelerate the MRJ's development to the detriment of Bombardier.  We wish to remind you that employees of Bombardier have a duty of loyalty and confidentiality towards us, even after the end of their employment with us, preventing them from using or disclosing any such intellectual property for their benefit or the benefit of a third party.

We trust you understand the seriousness of the situation and ask that MHI refrains from engaging into any illegal activity that could cause Bombardier to suffer damages, failing which we reserve all of our rights against MHI, including our right to institute legal proceeding against MHI without any further notice.

Christian Poupart
Vice President
Contracts and Legal Services

c.c.     Michael Mancuso, Senior Director, Procurement, BAES
         Dominique Denicourt, Senior Director Human Resources, Product Development Engineering

2