# EXHIBIT G



**BOMBARDIER**
the evolution of mobility

Alain Bellemare
President and Chief Executive Officer

Corporate Office
800 René-Lévesque Blvd. West
Montréal, Québec Canada H3B 1Y8
Tel 514 861 9481
Fax 514 861 2676
www.bombardier.com

Montreal, August 5, 2016

Mr. Hideaki Omiya
Chairman of the Board
Mitsubishi Heavy Industries, Ltd.
16-5, Konan 2-chome, Minato-KU
Tokyo 108-8215 Japan

Dear Chairman,

As you are aware, Bombardier and MHI have been partners on various aircraft programs for several decades. Over the years, Bombardier and MHI had to face and resolve several issues in order to continue enjoying a mutually beneficial relationship.

As you know, pricing for Bombardier Business Aircraft as well as the entire business aircraft industry is facing difficult market conditions and we expect pricing to continue to be under pressure for the foreseeable future.

As MHI reached out to us in 2008 and obtained a price increase on its work packages, Bombardier is now seeking the support of MHI. My team is now engaging with MHI on firm fix price, payment terms linked to aircraft delivery, and on further rate changes for both the Global and Challenger platforms. I expect to see strong support from MHI as a business partner.

On a different note, I want to inform you about the matter referred to in the attached letter. You will appreciate the fact that the relationship between our two companies must be based on trust. As key suppliers, we expect Mitsubishi not to cause harm to Bombardier by engaging in massive solicitation of our engineers.

The long standing partnership between Bombardier and MHI has been a successful one and I trust that MHI will continue to be key supplier and will support Bombardier in light of the current market conditions.

Regards,

[signature]