# EXHIBIT H

CORPORATE OFFICE

BOMBARDIER INC.
800 RENÉ-LÉVESQUE BLVD. WEST
MONTRÉAL, QUÉBEC CANADA H3B 1Y8
TEL 514-861-9481
FAX 514-861-7053
www.bombardier.com


**BOMBARDIER**
the evolution of mobility

Montréal, January 27, 2017

Mr. Hideaki Omiya
Chairman of the Board
Mitsubishi Heavy Industries, Ltd.
16-5, Konan 2-chome, Minato-KU
Tokyo 108-8215 Japan

Dear Chairman,

I am reaching out to you personally for a second time in order to resolve an issue which has been causing significant harm to Bombardier over the past year.

Last August, I wrote to inform you that MHI has been engaging in massive solicitation of Bombardier engineers and asked that MHI ceases such solicitation which is contrary to the relationship of trust that must prevail between close business partners such as ourselves. Unfortunately, despite my letter to you and the various attempts that my team has made to address the situation with your team, MHI continues to actively solicit and hire key employees of Bombardier. The employees targeted by MHI are highly skilled and specialized engineers and test pilots that have developed valuable know-how and trade-secrets through their experience and work with Bombardier. The expertise acquired by these employees is rare and extremely valuable. It is very hard to acquire or replace.

As you can understand, the hiring of these employees by MHI is detrimental to Bombardier's business. Not only does it deprive Bombardier of key resources at a time when these resources are crucial to the development of its new aircraft programs, but we have reasons to believe that the employees recruited by MHI will use the intellectual property owned by Bombardier to assist MHI in developing the MRJ aircraft which will compete against Bombardier aircraft. Take note that my team is instructed to take all necessary actions to ensure the protection of the intellectual property of Bombardier and its know-how.

In light of the long standing partnership between our corporations, I trust that I can count on your cooperation in putting an end to the solicitation of our employees by MHI.

Regards,

Alain Bellemare
President and Chief Executive Officer