# EXHIBIT J

| | |
|---|---|
| **From:** | Laurus Basson |
| **To:** | laurusb@yahoo.com |
| **Subject:** | FW: Flap Skew presentation |
| **Date:** | Friday, March 04, 2016 11:50:00 AM |
| **Attachments:** | TCCA Skew Detection Presentation- Updated with latest Systems and Structure limits 16-02-01.pptx |
| | 2016-03-03 TCCA Skew Detection Presentation-JAN 28 FINAL.pptx |

**From:** Sylvain L Ouellette
**Sent:** Monday, February 01, 2016 4:17 PM
**To:** Harry Sayan; Enrique Davaze
**Cc:** Laurus Basson
**Subject:** RE: Flap Skew presentation

Here are the slides updated with the latest System performance and structural limits per the PCRs. This is our way forward plan.
Cheers
Sylvain

**From:** Harry Sayan
**Sent:** Monday, February 01, 2016 3:04 PM
**To:** Sylvain L Ouellette; Enrique Davaze
**Cc:** Laurus Basson
**Subject:** RE: Flap Skew presentation

No-

We can not present non-compliance unless show we have a plan to address it prior to SOF

Pls give me a call when U have a chance

TNX

**From:** Sylvain L Ouellette
**Sent:** Monday, February 01, 2016 2:56 PM
**To:** Harry Sayan; Enrique Davaze
**Cc:** Laurus Basson
**Subject:** RE: Flap Skew presentation

As I was preparing for the updates I just notice that these slides are actually saying that we do not comply to the structural requirement.
Do you still want to show this?

**From:** Harry Sayan
**Sent:** Monday, February 01, 2016 10:19 AM

**To:** Sylvain L Ouellette; Enrique Davaze
**Subject:** RE: Flap Skew presentation

Meci Sylvain

**From:** Sylvain L Ouellette
**Sent:** Monday, February 01, 2016 10:14 AM
**To:** Enrique Davaze
**Cc:** Harry Sayan
**Subject:** RE: Flap Skew presentation

I will

**From:** Enrique Davaze
**Sent:** Monday, February 01, 2016 9:18 AM
**To:** Sylvain L Ouellette
**Cc:** Harry Sayan
**Subject:** Flap Skew presentation

Sylvain,

Can you please update the graphs with the Flap SDS in the presentation with your latest graphs?
Thanks.
Enrique