# EXHIBIT K

# BOMBARDIER

## CODE OF ETHICS AND BUSINESS CONDUCT

### Commitment to the Code

*"Bombardier has built its enviable worldwide reputation on the excellence of its products and services as well as on the honesty and integrity of its people. Our Code of Ethics and Business Conduct reflects the common values that unite us. It sets the standard for ethical business practices and behaviour that will foster the continued confidence of our customers, shareholders, suppliers, employees and the wider community.*

*"High standards of conduct are demanded and expected from all employees. As a company, in turn, we are committed to fairness and transparency in our dealings with employees, customers, shareholders, suppliers and partners."*

**Laurent Beaudoin**, C.C., FCA
Chairman of the Board

I, the undersigned, hereby acknowledge having received Bombardier's Code of Ethics and Business Conduct.

I acknowledge having read and understood all the dispositions of that Code and I agree to conform to it.

**EMPLOYEE NAME & NO:** LAURUS BASSON   73324

**SIGNATURE:** Basson

**DATE:** 4 MA