# EXHIBIT L

| | |
|---|---|
| **From:** | Marc-Antoine Delarche |
| **To:** | marc_delarche@hotmail.com |
| **Subject:** | FW: Review of CS300 Reports |
| **Date:** | Friday, May 06, 2016 11:22:00 AM |
| **Attachments:** | image001.jpg |
| | RAA-BA503-412 Reduction of Temperature, Airspeed, Altitude and Mach Number Errors.pdf |
| | RAA-BA503-414 Lag_Effects_in_the_Production_and_Experimental_Pitot-Static_Systems.pdf |
| | RAA-BA503-418 Data Reduction of Ground Position Errors.pdf |
| | image002.png |

**From:** Charles Armand Tatossian
**Sent:** Tuesday, May 03, 2016 4:00 PM
**To:** Marc-Antoine Delarche
**Cc:** Charles Fichet; Jean-Francois Chretien; Mathieu Berthereau; Cedric Kho; Dave Corriveau
**Subject:** Review of CS300 Reports

Salut Marc-Antoine,

Pour offloader le workload de Charles, je vais te mettre comme **Checker** pour mes rapports du CS300. Il me semble que c'était le plan du tout début pour ta candidature de futur DAD. Avec les vols récents de Roswell, je viens de terminer le rapport des Ground PEs. Durant le mois prochain, je vais travailler sur le rapport de low speed drag, même si on n'a pas fini le ice sur le CS300.



**Charles A. Tatossian**
Spécialiste en ingénierie
Aérodynamique avancée / CSeries WP7.5 FTCE Technical
charles.armand.tatossian@aero.bombardier.com
Extension: 20155; Cell: (514) 497-3033

