# EXHIBIT N

# BOMBARDIER

OUVERTURE DU DOSSIER

## Renseignements personnels

| | | | |
|---|---|---|---|
| Nom: | DELARCHE | Prénom: | Marc-Antoine |
| Adresse: | ▓▓▓ | Citoyenneté: | Française |
| | | N.A.S.: | ▓▓▓ |
| | | Date de naissance: | ▓▓▓ jj mm aa |
| Téléphone: | ▓▓▓ | Sexe: | ▓▓▓ |

Correspondance : anglais o  ou français ☒    Autres langues parlées : Anglais

Personne à contacter en cas d'urgence : ▓▓▓    Tél : ▓▓▓

## Code d'éthique - Accusé de réception

Je, soussigné(e), reconnais avoir reçu une copie du code d'éthique de Bombardier Inc. Je reconnais avoir lu et compris toutes les dispositions dudit code, et je m'engage à m'y conformer.

Date : 17/01/05          Signature : _MAD_

## Autorisation de retenues sur rémunération

Par la présente, j'autorise mon employeur Bombardier Inc., à effectuer une retenue et à prélever de ma rémunération, y compris mon salaire, indemnité de congé ou jours fériés et autre bénéfice ou remboursement qui m'est dû, toute somme payable et exigible dont je suis redevable à la Société. Le solde impayé, le cas échéant, sera payable immédiatement.

Date : 17/01/05          Signature : _MAD_

## À l'usage des Ressources humaines

Picasso # : 0464647          Matricule # : 10008

**BOMBARDIER**

OPENING THE FILE

## Personal Information

Name: **DELARCHE**  
Address: [redacted]

First Name: **Marc-Antoine**  
Citizenship: **French**  
Social Assurance Number: [redacted]  
Birth Date: [redacted]  
dd  mm  yy

Telephone: [redacted]  
Sex: [redacted]

Correspondence: English ☐ or French ☒  
Other languages spoken: **English**

Person to contact in case of emergency: [redacted]   Tel: [redacted]

## Code of Ethics – Acknowledgment of receipt

I, underlining, acknowledge the receipt of a copy of Bombardier Inc.'s Code of Ethics. I acknowledge that I have read and understood all the provisions of this Code, and I undertake to comply with them.

Date: **17/01/05**          Signature: **s/Marc-Antoine Lelarche**

## Authorization of earnings withholding

I hereby authorize my employer Bombardier Inc. to withhold and remunerate my earnings, including my salary, vacation pay, and other benefits or refunds, any amount payable and I am indebted to the Society. The unpaid balance, if any, will be payable immediately.

Date: **17/01/05**          Signature: **s/Marc-Antoine Lelarche**

## For the use of Human Resources

Picasso #: **0464647**          Registration #: **10008**