# EXHIBIT O

| | |
|---|---|
| **From:** | Cindy Dorneval |
| **To:** | me2 (ceive68@hotmail.com) |
| **Subject:** | FW: CSeries Flight FTP rev 5.0 |
| **Date:** | Friday, November 18, 2016 12:54:00 PM |
| **Attachments:** | FTP PROD CSeries Rev 5.0 - 17 November 2016.docx |
| | FTP PROD CSeries Rev 5.0 - 17 November 2016.pdf |
| | CS100_Flight_FTP_Perf_N1_target.pdf |
| | CS300_Flight_FTP_Perf_N1_target.pdf |
| | image001.jpg |

**From:** Dominique Pilon
**Sent:** Friday, November 18, 2016 1:12 PM
**To:** Cindy Dorneval <Cindy.Dorneval@aero.bombardier.com>; Andrew Waryszewski <Andrew.Waryszewski@aero.bombardier.com>
**Subject:** FW: CSeries Flight FTP rev 5.0

Four your info.

Here's the copy of the latest Flight FTP with the new procedure for the performance data gathering.

Also, I'm attaching the N1 target table that can be used for the test point in case they don't have the CIFP on board.

Regards


**Dominique Pilon ing.**
Spécialiste Ingénierie / Engineering Specialist
Performance du Vol / Flight Performance
Aéronautique / Aerospace
dominique.pilon@aero.bombardier.com

*2351 Boul. Alfred Nobel, Saint-Laurent, H4S 2A9*

T   514-855-5001 X-55619
C   514-473-5032



**AVIS DE CONFIDENTIALITÉ** – Cette communication pourrait renfermer des informations privilégiées ou confidentielles.
Si vous n'êtes pas la personne à laquelle s'adresse ce message ou si vous avez reçu cette communication par erreur,
veuillez en informer l'expéditeur et supprimer le message sans le copier, le faire suivre et/ou en divulguer le contenu.
**CONFIDENTIALITY NOTICE** - This communication may contain privileged or confidential information.
If you are not the intended recipient or received this communication by error, please notify the sender
and delete the message without copying, forwarding and/or disclosing it.


**From:** Adam Mason
**Sent:** Thursday, November 17, 2016 4:10 PM
**To:** Dave Lewandowski; Alan Wongkee; Elio Ruggi; Jean-Francois Parent
**Cc:** Dominique Pilon; Jonathan Lussier

**Subject**: CSeries Flight FTP rev 5.0

Hi Folks,

Quick and dirty, the only changes from the previous rev (4.1) is the 2 min stabilization on the manual pressurization DN, as per Jonathan Lussier, and the new cruise perf data (5 pages) as per Dominque Pilon's group.

If you agree, please sign the pdf.  The word doc is included for quick search of the changes.

Cheers!

*Adam Mason*
*Production Test Pilot*
*Mirabel Flight Operations*
*Commercial Aircraft - Bombardier Aerospace*

*Email:* *adam.mason@aero.bombardier.com*

*Mobile: +1 514 467 0057*
*Office:  +1 514 855 5001 ext 28223*