# EXHIBIT P

# BOMBARDIER

## OUVERTURE DU DOSSIER

### Renseignements personnels

Nom: DORNÉVAL    Prénom: CINDY
Adresse: ▆▆▆▆▆▆    Citoyenneté: Canadienne
    N.A.S.: ▆▆▆▆▆▆
    Date de naissance: ▆▆▆▆▆▆

Téléphone: ▆▆▆▆▆▆    Sexe: ▆▆▆▆▆▆

Correspondance : anglais ☐ ou français ☒    Autres langues parlées : _____

Personne à contacter en cas d'urgence : ▆▆▆▆▆▆    Tél : ▆▆▆▆▆▆

### Code d'éthique et de conduite - Accusé de réception

Je, soussigné(e), reconnais avoir reçu, lu et compris le Code d'éthique et de conduite de Bombardier. Je comprends également que chaque employé est tenu de s'y conformer.

Date: 3 juillet 2007    Signature: Cindy Dornéval

### Autorisation de retenues sur rémunération

Par la présente, j'autorise mon employeur Bombardier, à effectuer une retenue et à prélever de ma rémunération, y compris mon salaire, indemnité de congé ou jours fériés et autre bénéfice ou remboursement qui m'est dû, toute somme payable et exigible dont je suis redevable à la Société. Le solde impayé, le cas échéant, sera payable immédiatement.

Date: 3 juillet 2007    Signature : Cindy Dornéval

### À l'usage des Ressources humaines

Picasso # : _____    Matricule # : _____

**BOMBARDIER**

**OPENING THE FILE**

## Personal Information

Name: <u>DORNEVAL</u>  First Name: <u>CINDY</u>
Address: ▮▮▮▮▮▮  Citizenship: <u>Canadian</u>
Social Assurance Number: ▮▮▮▮▮▮
Birth Date: ▮▮▮▮▮▮
                                                                                dd   mm   yy

Telephone: ▮▮▮▮▮▮   Sex: ▮▮▮▮▮▮

Correspondence: English [ ]   or French [X]   Other languages spoken: _____

Person to contact in case of emergency: ▮▮▮▮▮▮   Tel: ▮▮▮▮▮▮

## Code of Ethics – Acknowledgment of receipt

I, the undersigned, acknowledge having received, read and understood the Bombardier Code of Ethics and Conduct. I also understand that every employee is required to comply with them.

Date: <u>3 July 2007</u>                                Signature: <u>s/Cindy Dorneval</u>

## Authorization of earnings withholding

I hereby authorize my Bombardier Employee to make a deduction and to remit my remuneration, including my salary, leave or other holidays and other benefits or refunds to me, any amount due and payable from I am indebted to the Society. The unpaid balance, if any, will be payable immediately.

Date: <u>3 July 2007</u>                                Signature: <u>s/Cindy Dorneval</u>

## For the use of Human Resources

Picasso #: _____                    Registration #: _____