# EXHIBIT Q

**From:** Cindy Dorneval
**To:** me2 (ceive68@hotmail.com)
**Date:** Friday, February 10, 2017 8:02:00 PM
**Attachments:** ComparePlugin.zip
Carriere et training.zip

Computer ▸ Local Disk (C:) ▸ Exhibits ▸ Email 1 (Failed) 2-10-17 0803 PM ▸ Attachments ▸ Carriere et training ▸

Organize ▾    Include in library ▾    Share with ▾    Burn    New folder

| Name | Date modified | Type | Size |
|---|---|---|---|
| 1 on 1 with Dave | 5/21/2018 3:31 PM | File folder | |
| Designer in production | 5/21/2018 3:31 PM | File folder | |
| New Folder | 5/21/2018 3:31 PM | File folder | |
| OIQ | 5/21/2018 3:31 PM | File folder | |
| PDP | 5/21/2018 3:31 PM | File folder | |
| 010101.pdf | 2/19/2016 5:49 PM | Adobe Acrobat D... | 116 KB |
| 020301.pdf | 2/19/2016 5:46 PM | Adobe Acrobat D... | 391 KB |
| 20140926_orgform_dtidd.pdf | 9/26/2014 1:39 PM | Adobe Acrobat D... | 177 KB |
| Assessment_tool_Eng3_eng_sep2012.xls | 4/1/2013 2:15 PM | Microsoft Excel 97... | 34 KB |
| Assessment_tool_Eng4_eng.xls | 7/21/2016 4:01 PM | Microsoft Excel 97... | 53 KB |
| BM7002.02.15.02 - Flight Performances.pdf | 8/12/2008 1:52 PM | Adobe Acrobat D... | 1,151 KB |
| BM7002.06.01.01 - TSG.pdf | 10/31/2007 9:03 AM | Adobe Acrobat D... | 373 KB |
| engineering professional.pdf | 10/5/2007 11:42 AM | Adobe Acrobat D... | 134 KB |
| PDP.xls | 3/22/2013 2:28 PM | Microsoft Excel 97... | 44 KB |
| PDP_August_2014_CD.xlsx | 9/23/2014 11:04 AM | Microsoft Excel W... | 13 KB |
| Professionnel ingenierie.pdf | 10/11/2007 1:58 PM | Adobe Acrobat D... | 143 KB |
| Profile_Eng_4_ES.xls | 2/18/2013 4:22 PM | Microsoft Excel 97... | 24 KB |

Favorites

Libraries
- Documents
- Music
- Pictures
- Videos

Computer

Network

**From:** Cindy Dorneval
**To:** me2 (ceive68@hotmail.com)
**Date:** Friday, February 10, 2017 8:13:00 PM
**Attachments:** ComparePlugin.zip
Carriere et training.zip

Computer ▸ Local Disk (C:) ▸ Exhibits ▸ Email 2 (Failed) 2-10-17 0814 PM ▸ Attachments ▸ Carriere et training.zip ▸

Organize ▾   Include in library ▾   Share with ▾   Burn   New folder

| Name | Date modified | Type | Size |
|---|---|---|---|
| ★ Favorites | | | |
| 1 on 1 with Dave | 5/21/2018 3:32 PM | File folder | |
| Libraries | | | |
| Designer in production | 5/21/2018 3:32 PM | File folder | |
| Documents | | | |
| New Folder | 5/21/2018 3:32 PM | File folder | |
| Music | | | |
| OIQ | 5/21/2018 3:32 PM | File folder | |
| Pictures | | | |
| PDP | 5/21/2018 3:32 PM | File folder | |
| Videos | | | |
| 010101.pdf | 2/19/2016 5:49 PM | Adobe Acrobat D... | 116 KB |
| | 020301.pdf | 2/19/2016 5:46 PM | Adobe Acrobat D... | 391 KB |
| Computer | | | |
| 20140926_orgform_dtidd.pdf | 9/26/2014 1:39 PM | Adobe Acrobat D... | 177 KB |
| Local Disk (C:) | | | |
| Assessment_tool_Eng3_eng_sep2012.xls | 4/1/2013 2:15 PM | Microsoft Excel 97... | 34 KB |
| data (\\na270) (G:) | | | |
| Assessment_tool_Eng4_eng.xls | 7/21/2016 4:01 PM | Microsoft Excel 97... | 53 KB |
| vinklec (\\na270\hoi | | | |
| BM7002.06.01.01 - TSG.pdf | 10/31/2007 9:03 AM | Adobe Acrobat D... | 373 KB |
| c (\\cojk_acct_cr) (J: | | | |
| engineering professional.pdf | 10/5/2007 11:42 AM | Adobe Acrobat D... | 134 KB |
| bcp (\\sea-ms1) (P:) | | | |
| PDP.xls | 3/22/2013 2:28 PM | Microsoft Excel 97... | 44 KB |
| G (\\cojk.com\Share | | | |
| PDP_August_2014_CD.xlsx | 9/23/2014 11:04 AM | Microsoft Excel W... | 13 KB |
| | Professionnel ingenierie.pdf | 10/11/2007 1:58 PM | Adobe Acrobat D... | 143 KB |
| Network | | | |
| Profile_Eng_4_ES.xls | 2/18/2013 4:22 PM | Microsoft Excel 97... | 24 KB |

**From:** Cindy Dorneval
**To:** me2 (ceive68@hotmail.com)
**Date:** Friday, February 10, 2017 8:18:00 PM
**Attachments:** Carriere et training.zip
ComparePlugin.zip

Computer ▶ Local Disk (C:) ▶ Exhibits ▶ Email 3 (Failed) 2-10-17 0818 PM ▶ Attachments ▶ Carriere et training.zip ▶

Organize ▼   Include in library ▼   Share with ▼   Burn   New folder

| Name | Date modified | Type | Size |
|---|---|---|---|
| 1 on 1 with Dave | 5/21/2018 3:32 PM | File folder | |
| Carriere et training | 5/21/2018 3:32 PM | File folder | |
| New Folder | 5/21/2018 3:32 PM | File folder | |
| OIQ | 5/21/2018 3:32 PM | File folder | |
| PDP | 5/21/2018 3:32 PM | File folder | |
| 010101.pdf | 2/19/2016 5:49 PM | Adobe Acrobat D... | 116 KB |
| 020301.pdf | 2/19/2016 5:46 PM | Adobe Acrobat D... | 391 KB |
| 20140926_orgform_dtidd.pdf | 9/26/2014 1:39 PM | Adobe Acrobat D... | 177 KB |
| Assessment_tool_Eng3_eng_sep2012.xls | 4/1/2013 2:15 PM | Microsoft Excel 97... | 34 KB |
| Assessment_tool_Eng4_eng.xls | 7/21/2016 4:01 PM | Microsoft Excel 97... | 53 KB |
| BM7002.06.01.01 - TSG.pdf | 10/31/2007 9:03 AM | Adobe Acrobat D... | 373 KB |
| engineering professional.pdf | 10/5/2007 11:42 AM | Adobe Acrobat D... | 134 KB |
| PDP.xls | 3/22/2013 2:28 PM | Microsoft Excel 97... | 44 KB |
| PDP_August_2014_CD.xlsx | 9/23/2014 11:04 AM | Microsoft Excel W... | 13 KB |
| Professionnel ingenierie.pdf | 10/11/2007 1:58 PM | Adobe Acrobat D... | 143 KB |
| Profile_Eng_4_ES.xls | 2/18/2013 4:22 PM | Microsoft Excel 97... | 24 KB |

Sidebar:
- Favorites
- Libraries
  - Documents
  - Music
  - Pictures
  - Videos
- Computer
  - Local Disk (C:)
  - data (\\na270) (G:)
  - vinklec (\\na270\hor
  - c (\\cojk_acct_cr) (J:
  - bcp (\\sea-ms1) (P:)
  - G (\\cojk.com\Share
- Network

**From:** Cindy Dorneval
**To:** me2 (ceive68@hotmail.com)
**Date:** Friday, February 10, 2017 8:20:00 PM
**Attachments:** Carriere et training.zip

Computer ▸ Local Disk (C:) ▸ Exhibits ▸ Email 4 (Failed) 2-10-17 0820 PM ▸ Attachments ▸ Carriere et training ▸

Organize ▾ Include in library ▾ Share with ▾ Burn New folder

Favorites

Libraries
- Documents
- Music
- Pictures
- Videos

Computer
- Local Disk (C:)
- data (\\na270) (G:)
- vinklec (\\na270\ho
- c (\\cojk_acct_cr) (J:
- bcp (\\sea-ms1) (P:)
- G (\\cojk.com\Share

Network

| Name | Date modified | Type | Size |
|---|---|---|---|
| 1 on 1 with Dave | 5/21/2018 3:33 PM | File folder | |
| New Folder | 5/21/2018 3:33 PM | File folder | |
| OIQ | 5/21/2018 3:33 PM | File folder | |
| PDP | 5/21/2018 3:33 PM | File folder | |
| 010101.pdf | 2/19/2016 5:49 PM | Adobe Acrobat D... | 116 KB |
| 020301.pdf | 2/19/2016 5:46 PM | Adobe Acrobat D... | 391 KB |
| 20140926_orgform_dtidd.pdf | 9/26/2014 1:39 PM | Adobe Acrobat D... | 177 KB |
| Assessment_tool_Eng3_eng_sep2012.xls | 4/1/2013 2:15 PM | Microsoft Excel 97... | 34 KB |
| Assessment_tool_Eng4_eng.xls | 7/21/2016 4:01 PM | Microsoft Excel 97... | 53 KB |
| BM7002.06.01.01 - TSG.pdf | 10/31/2007 9:03 AM | Adobe Acrobat D... | 373 KB |
| engineering professional.pdf | 10/5/2007 11:42 AM | Adobe Acrobat D... | 134 KB |
| PDP.xls | 3/22/2013 2:28 PM | Microsoft Excel 97... | 44 KB |
| PDP_August_2014_CD.xlsx | 9/23/2014 11:04 AM | Microsoft Excel W... | 13 KB |
| Professionnel ingenierie.pdf | 10/11/2007 1:58 PM | Adobe Acrobat D... | 143 KB |
| Profile_Eng_4_ES.xls | 2/18/2013 4:22 PM | Microsoft Excel 97... | 24 KB |

