UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88, <br><br> Defendants. | No. 2:18-cv-1543 <br><br> BOMBARDIER INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to LCR 7.1, Plaintiff Bombardier Inc. herein submits its Corporate Disclosure Statement.

Bombardier Inc. is a Canadian Corporation and certifies that is has no parent corporation and no publicly-held corporation owns more than 10% of its stock.

BOMBARDIER INC.'S CORPORATE DISCLOSURE STATEMENT - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1
2  Dated this 19th day of October, 2018.
3
4                                        CHRISTENSEN O'CONNOR
                                         JOHNSON KINDNESS<sup>PLLC</sup>
5
6
7                                        s/John D. Denkenberger
                                         John D. Denkenberger, WSBA No.: 25,907
8                                        Brian F. McMahon, WSBA No. 45,739
                                         Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
9                                        1201 Third Avenue, Suite 3600
10                                       Seattle, WA  98101-3029
                                         Telephone:  206.682.8100
11                                       Fax:  206.224.0779
                                         E-mail: john.denkenberger@cojk.com,
12                                       brian.mcmahon@cojk.com, litdoc@cojk.com
13
                                         *Attorneys for Plaintiff Bombardier Inc.*
14
15
16
17
18
19
20
21
22
23
24
25
26
27

BOMBARDIER INC.'S CORPORATE
DISCLOSURE STATEMENT - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

        s/John D. Denkenberger
        John D. Denkenberger, WSBA No.: 25,907
        Brian F. McMahon, WSBA No. 45,739
        Christensen O'Connor Johnson Kindness$^{PLLC}$
        1201 Third Avenue, Suite 3600
        Seattle, WA  98101-3029
        Telephone:  206.682.8100
        Fax:  206.224.0779
        E-mail:  john.denkenberger@cojk.com,
        brian.mcmahon@cojk.com, litdoc@cojk.com

        *Attorneys for Plaintiff Bombardier Inc.*

BOMBARDIER INC.'S CORPORATE
DISCLOSURE STATEMENT - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100