UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88,<br><br>　　　　　Defendants. | No. 2:18-cv-1543<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL |

This matter having come before the Court on the motion of Plaintiff Bombardier Inc. ("Plaintiff" or "Bombardier") to seal and the Court being fully advised, and for compelling reasons shown, IT IS HEREBY ORDERED that Plaintiff's Motion to Seal is GRANTED.

The Clerk is directed to maintain the following documents under seal:

- Exhibits A-J to the Declaration of Daniel Burns in Support of Plaintiff's Motion for a Preliminary Injunction; and

- Exhibit A to the Declaration of David Tidd in Support of Plaintiff's Motion for a Preliminary Injunction.

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO SEAL - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

IT IS SO ORDERED.

Dated this \_\_\_\_ day of _____, 2018.

_____
United States District Judge

Presented by:

s/John D. Denkenberger
John D. Denkenberger, WSBA No. 25,907
Brian F. McMahon, WSBA No. 45,739
1201 Third Avenue, Suite 3600
Seattle, WA  98101
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  john.denkenberger@cojk.com,
brian.mcmahon@cojk.com,
litdoc@cojk.com

Attorneys for Plaintiff Bombardier Inc.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100