UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88,<br><br>    Defendants. | No. _____<br><br>DECLARATION OF DAVID TIDD IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

I, David Tidd, declare as follows:

1. I am an employee of Bombardier, Inc. ("Plaintiff"). I have personal knowledge of the matters addressed herein. My position at Bombardier is Vice President, Fly by Wire and Core Engineering. I have extensive experience in performance calculation methodologies for both Computerized and standard Airplane Flight Manuals ("AFM"), including the Computerized AFM ("CAFM") software and methodology offered by Bombardier to its customers.

2. In my role as Vice President, Fly by Wire and Core Engineering for Bombardier, I have been asked to review Bombardier's CAFM Calculation Methodology

DECLARATION OF DAVID TIDD IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

document, a copy of which I understand was taken without authorization by a former Bombardier employee prior to departing Bombardier. For purposes of this declaration, I will refer to this document as the "CAFM Methodology." I have also been asked to explain whether (and if so, how) the CAFM Methodology discloses information that Bombardier considers to be valuable, proprietary, confidential, and in general not readily ascertainable by way of reverse-engineering or other publicly available means. A copy of the CAFM Methodology, having electronic file name "BM7002.02.15.02 – Flight Performances," is attached as Exhibit A to this declaration.

3. The CAFM Methodology describes the performance calculation methodology of the Computerized Airplane Flight Manual. The CAFM is software used to calculate performance outputs for various scenarios that can occur during flight. I am informed that this is one document former Bombardier employee Cindy Dornéval attempted to email to herself late in the evening on her last day of work and that Bombardier believes she retained prior to her departure from Bombardier.

4. The CAFM Methodology contains information that is undoubtedly valuable. Bombardier considers it of high value because it contains, for example, numerous coefficients, coefficients determined by equations and constants that were negotiated with the applicable regulatory authorities, that are used for performance calculations depending on the applicable flight scenario. Moreover, the CAFM Methodology holds incredible value because the coefficients contained within are not all specific to one type of aircraft. Their applicability to any Bombardier aircraft, or any aircraft whatsoever for that matter, allows Bombardier to use the CAFM Methodology with any current Bombardier aircraft's CAFM and Bombardier can count on using the same CAFM Methodology in the future. Bombardier has invested countless person-hours and sums of money in the development of its CAFM Methodology, notwithstanding the incredible effort that went into negotiating the coefficients and constants disclosed in the CAFM with the regulatory authorities.

DECLARATION OF DAVID TIDD IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

5. Given that the CAFM Methodology is highly valuable to Bombardier, Bombardier has marked the document proprietary to Bombardier. Any relevant Bombardier employee with access to the CAFM would know that the CAFM Methodology, and the data contained within it, are proprietary and highly confidential. For example, the coefficients and constants disclosed in the CAFM Methodology include braking coefficients. The airplane-braking coefficient is used in rejected takeoff and in landing distance calculations. It is also used during the calculation of takeoff airspeed. The specific braking coefficient used depends on flight conditions. Bombardier's CAFM Methodology provides a different braking coefficient for dry runways, smooth wet runways, and grooved wet runways. Bombardier arrived at each one of the constants and equations used to determine the braking coefficient for each scenario through testing, research, and through highly confidential negotiations with the applicable regulatory authorities. The CAFM Methodology further includes calculation methodologies for scenarios involving drag on the aircraft from various precipitation conditions, for various airspeed and altitude calibrations, for maximum altitude, weight, mach, load factor, and bank angle scenarios, as well as for takeoff performance, among many others. To be clear, there is a large volume of significant information contained within the CAFM Methodology that is proprietary to Bombardier beyond these cited examples. Just a quick glance at the CAFM Methodology, or any document containing the information within the CAFM Methodology, would readily demonstrate that it is obviously the result of extraordinary investments in time and resources in design, development, and testing of a critical Bombardier aircraft components. And because Bombardier's Code of Ethics—a document I, like all other Bombardier employees, agreed to review, understand, and abide by—clearly identifies this type of information as "Confidential," any relevant Bombardier employee would know not to use this information for any non-Bombardier-related purpose even if the information were not marked as Private and Confidential.

6. I do not believe the information contained in the CAFM Methodology could be readily ascertained without having access to that information through reverse engineering or

DECLARATION OF DAVID TIDD IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

some other comparable approach. As noted above, the CAFM Methodology contains coefficients and constants developed through Bombardier testing and through confidential negotiations with regulatory authorities. All of this information is highly proprietary to Bombardier, and none of it is publicly disseminated or available.

7. It is for these reasons that the information contained in the CAFM Methodology, attached as Exhibit A, would have tremendous value to anyone seeking to implement a CAFM or AFM in a commercial aircraft. All commercial aircraft are required to have an AFM to obtain their Certificate of Airworthiness ("COA"). Bombardier's CAFM is a computerized version of an AFM that is more sophisticated than a traditional AFM. Because of this, the CAFM Methodology would hold incredible value for anyone trying to implement either an AFM or CAFM in a commercial aircraft. The information therefore provides a head-start to anyone involved in designing or developing an aircraft AFM that is ultimately required for flight because the reader now knows with greater certainty the coefficients and constants that the regulatory authorities have approved for AFM calculations. In other words, it conveys institutional knowledge of data that, without which, the reader would be forced to invest significant time and resources to develop independently. The CAFM Methodology is therefore a shortcut to aircraft airworthiness approval.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Montreal, QC, Canada, this 17 day of OCTOBER, 2018.

_____
David Tidd
Vice President, Fly by Wire and Core
Engineering, Bombardier, Inc.

DECLARATION OF DAVID TIDD IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION - 4

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100