UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88,<br><br>  Defendants. | No. _____<br><br>DECLARATION OF MOSHE TOLEDANO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

I, MOSHE TOLEDANO declare as follows:

1. I am an employee of Bombardier, Inc. ("Plaintiff"). I currently work in the position of Chief Information Security Officer and I have been asked to provide information concerning, among other topics, the measures Bombardier takes to safeguard its proprietary information. I have personal knowledge of the matters addressed herein, and if required I can and will testify competently to any of the matters addressed in this declaration.

2. Some of measures Bombardier takes to safeguard certain proprietary information take the form of electronic security. Bombardier employs a variety of electronic

DECLARATION OF MOSHE TOLEDANO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

security measures to protect its confidential and proprietary documents and information. These include both physically restricting access to Bombardier facilities as well as virtual restraints.

3. Bombardier restricts each of its employee's physical access to only those facilities required for that employee to perform his or her responsibilities as a Bombardier employee.

4. Bombardier further restricts each of its employee's virtual access to files and information required for that employee to perform his or her responsibilities as a Bombardier employee. As part of its virtual restrictions, Bombardier implements a tiered and segmented hierarchy of access. Thus, while a senior employee may be given access to additional files and information when compared to a junior employee within the same or related group, that senior employee will still only have access to the files and information necessary for his or her job duties and would not necessarily have access to the same information or files as another senior employee.

5. As a Senior Engineering Specialist at Bombardier, Laurus Basson was given access to confidential files and information, including two Powerpoint slide decks, entitled "TCCA Skew Detection Presentation- Updated with latest Systems and Structure Limits 16-02-01.pptx" and "2016-03-03 TCCA Skew Detection Presentation-JAN 28 FINAL.pptx." Access to these files was restricted to individuals, like Basson, who required this information to perform their responsibilities as Bombardier employees.

6. As a Engineering Specialist for Aircraft Performance at Bombardier, Marc-Antoine Delarche was given access to confidential files and information, including six documents entitled "RAA-BA503-412 Reduction of Temperature, Airspeed, Altitude and Mach Number Errors.pdf"; "RAA-BA503-414 Lag_Effects_in_the_Production_and_Experimental_Pitot-Static_Systems.pdf"; "RAA-BA503-418 Data Reduction of Ground Position Errors.pdf," "RAA-BA500-412 Rev A - Reduction of Temperature, Airspeed, Altitude and Mach Number Errors.pdf"; "RAA-BA500-414-RevA-Lag_Effects_in_the_Production_and_Experimental_Pitot-Static_Systems.pdf";

DECLARATION OF MOSHE TOLEDANO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

and "RAA-BA500-418_signed.pdf." Access to these files was restricted to individuals, like Delarche, who required this information to perform their responsibilities as Bombardier employees.

7. As an Aircraft Performance Engineer at Bombardier, Cindy Dornéval was given access to confidential files and information, including four documents entitled, "FTP PROD CSeries Rev 5.0 – 17 November 2016.docx"; "FTP PROD CSERIES Rev 5.0 – 17 November 2016.pdf"; "CS100_Flight_FTP_Perf_N1_target.pdf"; and "CS300_Flight_FTP_Perf_N1_target.pdf." Cindy Dornéval was also given access to Bombardier's proprietary Air Safety Investigation Office (ASIO) Manuals, entitled "010101" and "020301," its proprietary CAFM Calculation Methodology, entitled "BM7002.02.15.02 – Flight Performances.pdf," and its proprietary Incident / Accident Investigation manual, entitled, "BM7002.06.01.01 – TSG.pdf." Access to these files was restricted to individuals, like Dornéval, who required this information to perform their responsibilities as Bombardier employees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Montreal, QC, Canada, this _14_ day of _September_, 2018.

_____
MOSHE TOLEDANO

DECLARATION OF MOSHE TOLEDANO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100