**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

October 22, 2018

**BOMBARDIER INC V. MITSUBISHI AIRCRAFT CORPORATION ET AL**
Case # 2:18−cv−01543−RAJ

The court has received your case documents and has identified the deficiencies listed below.
**Please note:** Any underlined points of reference indicated below will contain a link to the source materials.

    **Secondary Signature(s) Improper:**
The secondary attorney(s) **Brian F. McMahon** indicated in your document(s) is/are not properly before this court and has/have been removed from the docket. Signatures must be in accordance with FRCP 11 and LCR 83.2, and must comply with Section III(L) of the Electronic Filing Procedures which states "*An electronically filed pleading or other document which requires an attorney's signature must have the signer's name(s) printed or typed under all signature lines with an original signature or the "/s" in lieu of the signature*". Please file a Notice of Appearance for attorney(s) **Brian F. McMahon** as soon as practical.

    **Additional Notes:** Attorney **Brian F. McMahon** was not added to the docket due to lack of proper signature.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file