Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88, <br><br> Defendants. | No. 2:18-cv-01543-RAJ <br><br> NOTICE OF APPEARANCE |

TO:   The Clerk of the Court

AND TO:   All Counsel of Record

PLEASE TAKE NOTICE that Brian F. McMahon hereby appears as counsel for Plaintiff Bombardier Inc.  Please serve copies of all documents and pleadings regarding this litigation, with the exception of service of process, upon the undersigned counsel.

NOTICE OF APPEARANCE (2:18-cv-01543-RAJ) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1  Dated this 22nd day of October, 2018.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>


s/ Brian F. McMahon
Brian F. McMahon WSBA No. 45,739
John D. Denkenberger, WSBA No.: 25,907
Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: brian.mcmahon@cojk.com,
john.denkenberger@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

NOTICE OF APPEARANCE (2:18-cv-01543-RAJ) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

s/Brian F. McMahon_____
Brian F. McMahon, WSBA No. 45,739
John D. Denkenberger, WSBA No.:  25,907
Christensen O'Connor Johnson Kindness[PLLC]
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  brian.mcmahon@cojk.com,
john.denkenberger@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

NOTICE OF APPEARANCE (2:18-cv-01543-RAJ) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100