THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88, <br><br> Defendants. | No. 2:18-cv-1543 RAJ <br><br> NOTICE OF APPEARANCE ON BEHALF OF MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC. |

**TO:**   All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this litigation of Defendant Mitsubishi Aircraft Corporation America, Inc. by and through the undersigned counsel.  Copies of all documents and pleadings in this litigation, with the exception of original process, are to be served on the undersigned counsel.

---

NOTICE OF APPEARANCE ON BEHALF OF MITSUBISHI
AIRCRAFT CORPORATION AMERICA, INC.
(NO. 2:18-CV-1543 RAJ) – 1

141756651.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED this 26th day of October 2018.

*s/Jerry A. Riedinger*
Jerry A. Riedinger, WSBA No. 25828

*s/Mack H. Shultz*
Mack H. Shultz, WSBA No. 27190

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: JRiedinger@perkinscoie.com
E-mail: MShultz@perkinscoie.com
E-mail: MGaston@perkinscoie.com

Attorneys for Defendant Mitsubishi Aircraft Corporation America, Inc.

NOTICE OF APPEARANCE ON BEHALF OF MITSUBISHI
AIRCRAFT CORPORATION AMERICA, INC.
(NO. 2:18-CV-1543 RAJ) – 2
141756651.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on October 26, 2018, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated this 26th day of October 2018      *s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
Perkins Coie LLP
201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: mgaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 2:18-CV-1543 RAJ)– 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

141756651.1