The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOMBARDIER, INC.,

         Plaintiff,

     v.

MITSUBISHI AIRCRAFT CORPORATION,
et al.,

         Defendants.

NO. 2:18-cv-1543 RAJ

NOTICE OF APPEARANCE

TO:       All Parties and Attorneys of Record

AND TO:    Clerk of the Court

PLEASE take notice that Defendant AEROSPACE TESTING ENGINEERING & CERTIFICATION INC. without waiving objections as to improper service or jurisdiction, enter its appearance herein by the undersigned attorneys of record.  Service of all further pleadings, notices, documents or other papers herein, exclusive of process, may be had upon said Defendant by serving the undersigned attorneys at the address below stated.

////

///

//

/

NOTICE OF APPEARANCE - 1
#1207001 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    DATED this 26th day of October 2018.

2

3                                    s/ Richard J. Omata
                                     Richard J. Omata, WSBA #7032
4                                    KARR TUTTLE CAMPBELL
                                     701 Fifth Avenue, Suite 3300
5                                    Seattle, WA 98104
                                     Telephone:  206-223-1313
6                                    Facsimile:  206-682-7100
                                     Email:  romata@karrtuttle.com
7                                    Attorneys for Defendant Aerospace Testing
                                     Engineering & Certification Inc.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE - 2
#1207001 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**CERTIFICATE OF SERVICE**

I, Sandy Watkins, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington.  I am over the age of 18 and not a party to the within action. My business address is:  701 Fifth Ave., Suite 3300, Seattle, WA  98104.  On this day, I caused the foregoing NOTICE OF APPEARANCE to be served on the parties listed below in the manner indicated.

| Brian F. McMahon | |
|---|---|
| John D. Denkenberger | ☐ Via U.S. Mail |
| Christensen O'Connor Johnson & Kindness | ☐ Via Hand Delivery |
| 1201 Third Avenue, Suite 3600 | ☐ Via Electronic Mail |
| Seattle, WA 98101-3029 | ☐ Via Overnight Mail |
| Email: brian.mcmahon@cojk.com | ☒ CM/ECF via court's website |
|       denkenj@cojk.com | |
| *Attorneys for Plaintiff* | |

| Mary Z. Gaston | |
|---|---|
| Perkins Coie | ☐ Via U.S. Mail |
| 1201 Third Avenue, Suite 4900 | ☐ Via Hand Delivery |
| Seattle, WA 98101-3099 | ☐ Via Electronic Mail |
| Email: mgaston@perkinscoie.com | ☐ Via Overnight Mail |
| *Attorneys for Defendant Mitsubishi Aircraft* | ☒ CM/ECF via court's website |
| *Corporation America Inc.* | |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.  Executed on this 26th day of October 2018 at Seattle, Washington.

*s/ Sandy Watkins*
Sandy Watkins
Assistant to Richard J. Omata

NOTICE OF APPEARANCE - 3
#1207001 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100