UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**Bombardier Inc.**
                Plaintiff(s),
VS.
**Mitsubishi Aircraft Corporation, et al**
                Defendant(s),

Case No.:2:18-cv-1543

DECLARATION OF SERVICE

      The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

      That on 10/24/2018 at 3:00 PM at the address of 6100 4th Avenue South, #300, Seattle, within King County, WA, the undersigned duly served the following document(s): Summons; Verified Complaint; Bombardier Inc.'s Corporate Disclosure Statement; Bombardier Inc.'s Motion to Seal Exhibits A-J to the Declaration of Daniel Burns and Exhibit A to the Declaration of David Tidd in Support of its Motion for a Preliminary Injunction; [Proposed] Order Granting Plaintiff's Motion to Seal; Bombardier Inc.'s Motion for Preliminary Injunction; [Proposed] Order Granting Motion for Preliminary Injunction; Declaration of Daniel Burns in Support of Motion for Preliminary Injunction; Declaration of Nicole L'Ecuyer in Support of Motion for Preliminary Injunction; Declaration of Moshe Toledano in Support of Motion for Preliminary Injunction; Declaration of David Tidd in Support of Motion for Preliminary Injunction; Standing Order for Civil Cases Assigned to Judge Richard A. Jones;  Letter dated October 22, 2018 in the above entitled action upon Aerospace Testing Engineering & Certification Inc, by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with Bradley Briscoe, Governor, who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Male | Race: White | Age: 45 | Height: 5' 9" | Weight: Medium | Hair: Brown

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 10/24/2018
TOTAL: $ 969.13

N. Young
Registered Process Server
License#: 1417954 - Expiration Date: 6/18/2019
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885