UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**Bombardier, Inc.**
               Plaintiff(s),
VS.
**Mitsubishi Aircraft Corporation, et al**
               Defendant(s),

Case No.:2:18-cv-1543

DECLARATION OF SERVICE

    The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

    That on 10/24/2018 at 3:00 PM at the address of 6100 4th Avenue South, #300, Seattle, within King County, WA, the undersigned duly served the following document(s): Summons; Verified Complaint; Bombardier Inc.'s Corporate Disclosure Statement; Bombardier Inc.'s Motion to Seal Exhibits A-J to the Declaration of Daniel Burns and Exhibit A to the Declaration of David Tidd in Support of its Motion for a Preliminary Injunction; [Proposed] Order Granting Plaintiff's Motion to Seal; Bombardier Inc.'s Motion for Preliminary Injunction; [Proposed] Order Granting Motion for Preliminary Injunction; Declaration of Daniel Burns in Support of Motion for Preliminary Injunction; Declaration of Nicole L'Ecuyer in Support of Motion for Preliminary Injunction; Declaration of Moshe Toledano in Support of Motion for Preliminary Injunction; Declaration of David Tidd in Support of Motion for Preliminary Injunction; Standing Order for Civil Cases Assigned to Judge Richard A. Jones; Letter dated October 22, 2018 in the above entitled action upon Laurus Basson c/o Aerospace Testing Engineering & Certification Inc., by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with Bradley Briscoe, Governor for Aerospace Testing Engineering & Certification Inc., who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Male | Race: White | Age: 45 | Height: 5' 9" | Weight: Medium | Hair: Brown

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 10/24/2018
TOTAL: $ 45.00



N. Young
Registered Process Server
License#: 1417954 - Expiration Date: 6/18/2019
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885