The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, et al., <br><br> Defendants. | NO. 2:18-cv-1543 RAJ <br><br> NOTICE OF APPEARANCE OF COUNSEL |

TO: All Parties and Attorneys of Record;

AND TO: Clerk of the Court:

PLEASE take notice that Defendant AEROSPACE TESTING ENGINEERING & CERTIFICATION INC. without waiving objections as to improper service or jurisdiction, enter its appearance herein by the undersigned attorneys of record. Service of all further pleadings, notices, documents or other papers herein, exclusive of process, may be had upon said Defendant by serving the undersigned attorneys at the address below stated.

////

///

NOTICE OF APPEARANCE OF COUNSEL - 1
#1207043 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1   DATED this 26th day of October 2018.

*s/ Mark A. Bailey*
Mark A. Bailey, WSBA #26337
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email:  mbailey@karrtuttle.com
*Attorneys for Defendant Aerospace Testing Engineering & Certification Inc.*

NOTICE OF APPEARANCE OF COUNSEL - 2
#1207043 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**CERTIFICATE OF SERVICE**

I, Sherelyn Anderson, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, WA 98101. On this day, I caused a true and correct copy of the foregoing Notice of Appearance of Counsel, to be served upon all parties in the following manner:

✓ *Via E-Service (Court's Website)*

| | |
|---|---|
| Brian F. McMahon, WSBA #45739<br>John D. Denkenberger, WSBA #25907<br>Christensen O'Connor Johnson & Kindness<br>1201 Third Avenue, Suite 3600<br>Seattle, WA 98101-3029<br>Phone: 206-682-8100<br>Fax: 206-224-0779<br>Email: brian.mcmahon@cojk.com<br>        denkenj@cojk.com<br>*Attorneys for Plaintiff* | Mary Z. Gaston, WSBA #27258<br>Perkins Coie LLP<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Phone: 206-359-8000<br>Fax: 206-359-9000<br>Email: mgaston@perkinscoie.com<br>*Attorneys for Mitsubishi Aircraft Corporation America, Inc.* |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 26th day of October 2018 at Seattle, Washington.

  */s/ Sherelyn Anderson*
  Sherelyn Anderson
  Legal Assistant

NOTICE OF APPEARANCE OF COUNSEL - 3
#1207043 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100