Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88,<br><br>        Defendants. | No. 2:18-cv-01543-RAJ<br><br>RE-NOTE OF PLAINTIFF'S MOTION TO SEAL EXHIBITS A-J TO THE DECLARATION OF DANIEL BURNS AND EXHIBIT A TO THE DECLARATION OF DAVID TIDD IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION<br><br>**RE-NOTED ON MOTION CALENDAR: NOVEMBER 9, 2018** |

TO:        THE CLERK OF THE COURT

AND TO:    ALL PARTIES

Please take notice that Plaintiff Bombardier Inc. is re-noting its Motion to Seal Exhibits A-J to the Declaration of Daniel Burns and Exhibit A to the Declaration of David Tidd in Support of its Motion for Preliminary Injunction (Docket No. 3), originally noted for November 2, 2018, to **November 9, 2018.** Plaintiff requests that the Court update the docket accordingly with the new noting date of November 9, 2018.

RE-NOTE OF MOTION TO SEAL (2:18-cv-01543-RAJ) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1 | Dated this 30th day of October, 2018.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

s/ Brian F. McMahon
Brian F. McMahon, WSBA No. 45,739
John D. Denkenberger, WSBA No.: 25,907
Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail: john.denkenberger@cojk.com,
brian.mcmahon@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

RE-NOTE OF MOTION TO SEAL (2:18-cv-01543-RAJ) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jerry A. Riedinger
PERKINS COIE LLP
Email: JRiedinger@perkinscoie.com

Mack H. Shultz
PERKINS COIE LLP
Email: MShultz@perkinscoie.com

Mary Z. Gaston
PERKINS COIE LLP
Email: MGaston@perkinscoie.com

Attorneys for Mitsubishi Aircraft Corporation America Inc.

Richard J. Omata
KARR TUTTLE CAMPBELL
Email: romata@karrtuttle.com

Attorney for Aerospace Testing Engineering & Certification Inc.

s/ Brian F. McMahon
Brian F. McMahon, WSBA No. 45,739
John D. Denkenberger, WSBA No.: 25,907
Christensen O'Connor Johnson Kindness$^{PLLC}$
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com,
brian.mcmahon@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

RE-NOTE OF MOTION TO SEAL (2:18-cv-01543-RAJ) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100