The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, et al., <br><br> Defendant. | NO. 2:18-cv-1543 RAJ <br><br> DEFENDANT AEROSPACE TESTING ENGINEERING & CONSULTING'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Local Rule 7.1, Defendant Aerospace Testing Engineering & Certification, Inc. ("AeroTEC"), discloses that it is a Washington corporation that has no parent corporation and no publicly-held corporation owns more than 10% of its stock.

Dated this 31st day of October, 2018.

**KARR TUTTLE CAMPBELL**
*Attorneys for Defendant AeroTEC*

/s/ Mark A. Bailey
Mark A. Bailey, WSBA# 26337
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: 206-223-1313
Fax: 206-682-7100
Email: mbailey@karrtuttle.com

CORPORATE DISCLOSURE STATEMENT - 1
#1206555 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

CERTIFICATE OF SERVICE

I, Sherelyn Anderson, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, WA 98101. On this day, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court and caused to be served upon the below parties' counsel of record using the CM/ECF system.

| | |
|---|---|
| Brian F. McMahon, WSBA #45739<br>John D. Denkenberger, WSBA #25907<br>Christensen O'Connor Johnson & Kindness<br>1201 Third Avenue, Suite 3600<br>Seattle, WA 98101-3029<br>Phone: 206-682-8100<br>Fax: 206-224-0779<br>Email: brian.mcmahon@cojk.com<br>       denkenj@cojk.com<br>*Attorneys for Plaintiff* | Jerry A. Riedinger, WSBA #25828<br>Mack H. Shultz, Jr., WSBA #27190<br>Mary Z. Gaston, WSBA #27258<br>Perkins Coie LLP<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Phone: 206-359-8000<br>Fax: 206-359-9000<br>Email: mgaston@perkinscoie.com<br>       mshultz@perkinscoie.com<br>       jriedinger@perkinscoie.com<br>*Attorneys for Mitsubishi Aircraft Corporation America, Inc.* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge.

Dated this 31st day of October, 2018, at Seattle, Washington.

/s/ Sherelyn Anderson
Sherelyn Anderson
Legal Assistant

CORPORATE DISCLOSURE STATEMENT - 2
#1206555 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100