THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>             Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88,<br><br>             Defendants. | No. 2:18-cv-1543 RAJ<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC. |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule Western District of Washington LCR 7.1, the parent company of Defendant Mitsubishi Aircraft Corporation America, Inc. (MITAC-America) is Mitsubishi Aircraft Corporation (MITAC (Japan)). The only publicly-traded company that owns more than 10% of parent company MITAC (Japan) is Mitsubishi Heavy Industries, Ltd.

CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT MITSUBISHI AIRCRAFT
CORPORATION AMERICA, INC. (NO. 18-1543 RAJ)
121153-0002/LEGAL141829311.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED this 5th day of November 2018. | By: *s/Mary Z. Gaston* |
| 4 | | Mary Z. Gaston, WSBA No. 27258 |
| 5 | | Jerry A. Riedinger, WSBA No. 25828 |
| 6 | | Mack H. Shultz, WSBA No. 27190 |
| 7 | | |
| 8 | | **Perkins Coie LLP** |
| 9 | | 1201 Third Avenue, Suite 4900 |
| 10 | | Seattle, WA  98101-3099 |
| 11 | | Telephone:  206.359.8000 |
| 12 | | Facsimile:  206.359.9000 |
| 13 | | E-mail:  JRiedinger@perkinscoie.com |
| 14 | | E-mail:  MShultz@perkinscoie.com |
| 15 | | E-mail:  MGaston@perkinscoie.com |
| 16 | | |
| 17 | | Attorneys for Defendant Mitsubishi Aircraft |
| 18 | | Corporation America, Inc. |

CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT MITSUBISHI AIRCRAFT CORPORATION
AMERICA, INC. (NO. 18-1543 RAJ)– 2

121153-0002/LEGAL141829311.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on November 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated this 5th day of November 2018

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: mgaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 2:18-CV-1543 RAJ)– 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

141756651.1