The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOMBARDIER, INC.,

            Plaintiff,

      v.

MITSUBISHI AIRCRAFT CORPORATION, et al.,

            Defendants.

NO. 2:18-cv-1543 RAJ

NOTICE OF APPEARANCE

TO:        All Parties and Attorneys of Record

AND TO:     Clerk of the Court

        PLEASE take notice that Defendants MICHEL KORWIN-SZYMANOWKSI, LAURUS BASSON, and CINDY DORNÉVAL, without waiving objections as to improper service or jurisdiction, hereby enter their appearance herein by the undersigned attorney of record.  Service of all further pleadings, notices, documents or other papers herein, exclusive of process, may be had upon said Defendants by serving the undersigned attorney at the address below stated

////

///

//

/

NOTICE OF APPEARANCE - 1
2:18-cv-1543 RAJ
#1209262 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1      DATED this 7th day of November 2018.

2

3                          *s/ Richard J. Omata*
                         Richard J. Omata, WSBA #7032

4                          **KARR TUTTLE CAMPBELL**
                         701 Fifth Avenue, Suite 3300

5                          Seattle, WA 98104
                         Telephone:  206-223-1313

6                          Facsimile:  206-682-7100
                         Email:  romata@karrtuttle.com

7                          *Attorneys for Defendants Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowksi, Laurus Basson, and Cindy Dornéval*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE - 2
2:18-cv-1543 RAJ
#1209262 v1 / 45898-028

**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

## CERTIFICATE OF SERVICE

2      I, Sandy Watkins, affirm and state that I am employed by Karr Tuttle Campbell in King

3  County, in the State of Washington.  I am over the age of 18 and not a party to the within action.

4  My business address is:  701 Fifth Ave., Suite 3300, Seattle, WA  98104.  On this day, I caused

5  the foregoing NOTICE OF APPEARANCE to be served on the parties listed below in the manner

6  indicated.

7  Brian F. McMahon                                    ☐  Via U.S. Mail
   John D. Denkenberger                               ☐  Via Hand Delivery
8  Christensen O'Connor Johnson & Kindness            ☐  Via Electronic Mail
   1201 Third Avenue, Suite 3600                      ☐  Via Overnight Mail
9  Seattle, WA 98101-3029                             ☒  CM/ECF via court's website
10 Email: brian.mcmahon@cojk.com
            denkenj@cojk.com
11 *Attorneys for Plaintiff*

12
   Mary Z. Gaston                                     ☐  Via U.S. Mail
13 James Sanders                                      ☐  Via Hand Delivery
   Shylah R. Alfonso                                  ☐  Via Electronic Mail
14 Perkins Coie                                       ☐  Via Overnight Mail
   1201 Third Avenue, Suite 4900                      ☒  CM/ECF via court's website
15 Seattle, WA 98101-3099
16 Email: mgaston@perkinscoie.com
            jsanders@perkinscoie.com
17          salfonso@perkinscoie.com
18 *Attorneys for Defendant Mitsubishi Aircraft*
   *Corporation America Inc.*

19     I declare under penalty of perjury under the laws of the State of Washington that the

20 foregoing is true and correct, to the best of my knowledge.  Executed on this 7th day of November

21 2018 at Seattle, Washington.

22

23                                    *s/ Sandy Watkins*
                                      _____
24                                              Sandy Watkins
                                      Assistant to Richard J. Omata
25

26

27

NOTICE OF APPEARANCE - 3
2:18-cv-1543 RAJ
#1209262 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100