1

The Honorable Richard A. Jones

2

3

4

5

6

7

8

9        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
10                 AT SEATTLE

11   BOMBARDIER, INC.,                   )
                                          )   NO. 2:18-cv-1543-RAJ
12            Plaintiff,                   )
                                          )
13      v.                                )
                                          )   DECLARATION OF RICHARD J.
14   MITSUBISHI AIRCRAFT CORPORATION,     )   OMATA IN SUPPORT OF THE
     MITSUBISHI AIRCRAFT CORPORATION      )   AEROTEC DEFENDANTS'
15   AMERICA, INC.; AEROSPACE TESTING     )   OPPOSITION TO PLAINTIFF'S
     ENGINEERING & CERTIFICATION, INC.;   )   MOTION TO SEAL EXHIBITS
16   MICHEL KORWIN-SZYMANOWSKI;           )
     LAURUS BASSON; MARC-ANTOINE          )
17   DELARCHE; CINDY DORNÉVAL; KEITH      )   Re-noted on Motion Calendar:
     AYRE; and JOHN AND/OR JANE DOES 1-88,)   Friday, November 9, 2018
18                                        )
             Defendants.                   )
19   _____)

20        I, Richard J. Omata, declare as follows:

21        1.      I am an attorney with Karr Tuttle Campbell, counsel of record for Defendants

22   Aerospace Testing Engineering & Certification, Inc. ("AeroTEC"), Michel Korwin-Szymanowski,

23   Laurus Basson, and Cindy Dornéval.  I make this declaration based on personal knowledge, and

24   am otherwise competent to testify to the matters stated herein.

25        2.      Bombardier, Inc. filed its Motion to Seal Exhibits A-J to the Declaration of Daniel

26   Burns and Exhibit A to the Declaration of David Tidd, Ct. Dkt. No. 3 (the "Motion to Seal"), on

27   October 19, 2018, the day it commenced this action.

OMATA DECLARATION - 1
#1208994 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

3.      Bombardier has known that I represent AeroTEC in this dispute for two and a half years.  Bombardier's then attorneys, Jackson Lewis, sent AeroTEC a letter dated April 26, 2016, accusing Defendant Michel Korwin-Szymanowski and other AeroTEC employees of using Bombardier's confidential information, and threatening litigation.  I advised Jackson Lewis that I represented AeroTEC in a response letter dated May 3, 2016, and thereafter had a number of communications with Jackson Lewis about this dispute.

4.      Plaintiff's counsel did not attempt to meet and confer prior to filing the Motion to Seal.

5.      Plaintiff's counsel has made hard copies of sealed exhibits available to AeroTEC's counsel, and my partner Mark Bailey reviewed the documents at Plaintiff's counsel's offices on October 31, 2018.  Plaintiff has refused to allow anyone other than counsel review the documents.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 7th day of November, 2018, at Seattle, Washington.

_____
Richard J. Omata

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

OMATA DECLARATION - 2
#1208994 v1 / 45898-028

CERTIFICATE OF SERVICE

I, Sherelyn Anderson, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, WA 98101. On this day, I electronically filed the foregoing Declaration of Richard J. Omata in Support of the AeroTEC Defendants' Opposition to Plaintiff's Motion to Seal Exhibits with the Clerk of the Court and caused it to be served upon the below counsel of record using the CM/ECF system.

| | |
|---|---|
| Brian F. McMahon, WSBA #45739<br>John D. Denkenberger, WSBA #25907<br>Christensen O'Connor Johnson & Kindness<br>1201 Third Avenue, Suite 3600<br>Seattle, WA 98101-3029<br>Phone: 206-682-8100<br>Fax: 206-224-0779<br>Email: brian.mcmahon@cojk.com<br>        denkenj@cojk.com<br>*Attorneys for Plaintiff* | Jerry A. Riedinger, WSBA #25828<br>Mack Harrison Shultz, WSBA #27190<br>James Sanders, WSBA #24565<br>Mary Z. Gaston, WSBA #27258<br>Shylah R. Alfonso, WSBA #33138<br>Perkins Coie LLP<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Phone: 206-359-8000<br>Fax: 206-359-9000<br>Email: Jriedinger@perkinscoie.com<br>        mshultz@perkinscoie.com<br>        JSanders@perkinscoie.com<br>        mgaston@perkinscoie.com<br>        SAlfonso@perkinscoie.com<br>*Attorneys for Mitsubishi Aircraft<br>Corporation America, Inc.* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge.

Dated this 7th day of November, 2018, at Seattle, Washington.

/s/ Sherelyn Anderson
Sherelyn Anderson
Legal Assistant

OMATA DECLARATION - 3
#1208994 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100