THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., | 2:18-cv-1543 RAJ |
| Plaintiff, | |
| v. | DECLARATION OF JERRY A. RIEDINGER IN SUPPORT OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC'S OPPOSITION TO PLAINTIFF'S MOTION TO SEAL EXHIBITS A-J TO THE DECLARATION OF DANIEL BURNS AND EXHIBIT A TO THE DECLARATION OF DAVID TIDD IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION |
| MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al., | |
| Defendants. | |
| | NOTED ON MOTION CALENDAR: November 9, 2018 |

Jerry A. Riedinger declares:

1. I am a partner in the law firm of Perkins Coie LLP and counsel for Defendant Mitsubishi Aircraft Corporation America, Inc. ("Mitsubishi Aircraft America") in this action. I make this declaration based on personal knowledge of the events and matters described herein.

2. I have a degree in Mechanical Engineering, awarded by Rice University in Houston, Texas, with an emphasis on fluid mechanics and aerospace technology. I hold a Private Pilot's license and am familiar with basic aeronautical and aerodynamic principles.

DECLARATION OF JERRY A. RIEDINGER IN SUPPORT OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.'S OPP'N TO MOT. TO SEAL (NO. 18-CV-1543
121153-0002/142040359.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. The original Summons served on Mitsubishi Aircraft America was unsigned and without the Court's seal. A true and correct copy of that Summons is attached as Exhibit A. That Summons was provided to me by Mitsubishi Aircraft America's corporate secretary.

4. I have not yet received verification that the Summons was properly served on Mitsubishi Aircraft Corporation America, Inc. Service of an additional document on Mitsubishi Aircraft America was attempted last week, but I have not yet received that document.

5. Neither Perkins Coie nor Mitsubishi Aircraft America has been provided with copies of Exhibits A-J to the Declaration of Daniel Burns or Exhibit A to the Declaration of David Tidd. Counsel for Bombardier permitted two Perkins Coie lawyers representing Mitsubishi Aircraft America, myself included, to view those exhibits in their office for less than two hours. One of the conditions of allowing us to review the documents was that we could not share what we had seen or the substance of the documents with our clients, or anyone else, including the in-house attorneys for Mitsubishi Aircraft America. We were also not permitted to copy or retain any portion of the sealed documents or take notes regarding the content of the documents.

6. Based on my memory of the documents, Exhibit A to the Burns Declaration appears to be an approximately 60 page PowerPoint presentation made to Transport Canada. Numerous pages contained no confidential information. We have received no indication from Bombardier regarding which portions of that document are considered by Bombardier to be trade secrets.

7. Based on my memory, Exhibit A to the Tidd Declaration consists of an approximately 200-page document that appears to include, among other non-confidential statements, standard aerodynamic equations and generic paragraphs of descriptive verbiage of standard aerodynamic principles, as well as other non-confidential information that is not specific to Bombardier or Bombardier aircraft.

DECLARATION OF JERRY A. RIEDINGER IN SUPPORT OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.'S OPP'N TO MOT. TO SEAL (NO. 18-CV-1543
121153-0002/142040359.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

8. Bombardier's counsel was notified that Perkins Coie represented Mitsubishi Aircraft America by no later than September 2018. At that time, I made a presentation to Bombardier counsel, including Bombardier's current litigation counsel, regarding this matter.

9. Bombardier's counsel John Denkenberger sent an email to me asking for confirmation that Perkins Coie would continue to represent Mitsusbishi Aircraft America. He did so on the early evening of October 19, 2018 shortly after Bombardier filed the Complaint, the Motion for a Preliminary Injunction, and the Motion to Seal. A true and correct copy of that correspondence is attached as Exhibit B.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct**

Executed this 7th day of November 2018.

                                          _s/Jerry A. Riedinger_
                                          Jerry A. Riedinger

DECLARATION OF JERRY A. RIEDINGER IN SUPPORT OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.'S OPP'N TO MOT. TO SEAL (NO. 18-CV-1543
121153-0002/142040359.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on November 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 7th day of November, 2018.

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail: MGaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

121153-0002/142040359.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

PSC 6008

10-23-18

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| BOMBARDIER INC. | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:18-cv-1543 |
| MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mitsubishi Aircraft Corporation America Inc.
4951 Airport Parkway Ste 500
Addison, TX 75001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John D. Denkenberger
Christensen O'Connor Johnson Kindness PLLC
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-1543

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT B

**Riedinger, Jerry A. (SEA)**

| | |
|---|---|
| **From:** | John Denkenberger <john.denkenberger@cojk.com> |
| **Sent:** | Friday, October 19, 2018 4:15 PM |
| **To:** | Riedinger, Jerry A. (SEA) |
| **Subject:** | Bombardier v. MITAC et al. |

Jerry,

You may already be aware, but I wanted to inform you that COJK, on behalf of Bombardier, has filed suit against MITAC, MITAC America, AeroTEC, and individually named defendants today in W.D. Washington. We assume that you and Perkins Coie will be representing at least MITAC in this matter.

If that is the case, would you please identify all of the parties you are representing in this matter? Also, please let us know if MITAC will agree to waive service of process. If so, we'll provide the necessary forms and requisite copies per governing rules in short order. If MITAC will insist on formal service of process, or if you are in fact not going to be representing MITAC in this matter, we would appreciate knowing that as well so that we initiate formal service efforts.

Please let me know if you have any questions, and thank you for your attention to this matter.

Best,
John
Cell: 206.601.4576

1