UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

**Bombardier Inc.**
              Plaintiff(s),
VS.

**Mitsubishi Aircraft Corporation America Inc., et al.**
        Defendant(s),

Case No.:2:18-cv-01543

AFFIDAVIT OF SERVICE

STATE OF TEXAS
COUNTY OF TRAVIS ss.

    The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

    That on 10/23/2018 at 1:15 PM at the address of 206 E 9th Street #1300, Austin, within Travis County, TX, the undersigned duly served the following document(s): Cover letter dated October 22, 2018; Summons in a Civil Action; Verified Complaint; Bombardier Inc.'s Corporate Disclosure Statement; Bombardier Inc.'s Motion to Seal Exhibits A-J to The Declaration of Daniel Burns and Exhibit A to The Declaration of David Tidd in Support of it's Motion for a Preliminary Injunction; Bombardier Inc.'s Motion for Preliminary Injunction; Declaration of Daniel Burns in Support of Motion for Preliminary Injunction; Declaration of David Tidd in Support of Motion for Preliminary Injunction, 00Declaration of Nicole L'Ecuyer in Support of Motion for Preliminary Injunction; Declaration of Moshe Toledano in Support of Motion for Preliminary Injunction; Declaration of David Tidd in Support of Motion for Preliminary Injunction in the above entitled action upon Mitsubishi Aircraft Corporation America Inc., by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with Mary Ann Quick, Intake Agent, Capitol Corporate Services, Inc., Registered Agent, who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Female | Race: White | Age: 65 | Height: 5' 6" | Weight: 160 | Hair: Gray

I declare under penalty of perjury under the laws of the state of Texas that the foregoing is true and correct.

DATE: 10-26-18
TOTAL: $ 341.25



C. Dathe
Registered Process Server
License#: SCH6008 - Expiration Date: 12/31/2018
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

Subscribed and sworn before me, a Notary Public, this 26th day of October, 2018

Cecilia Dathe
_____, Notary Public

CECILIA DATHE
ID #129576644
My Commission Expires
September 29, 2021

My Commission expires on: 9-29-21

AFFIDAVIT OF SERVICE      258015   PAGE 1