UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**Bombardier Inc.**

    VS.    Plaintiff(s),

**Mitsubishi Aircraft Corporation, et al**

    Defendant(s),

Case No.:2:18-cv-1543

AFFIDAVIT OF SERVICE

STATE OF TEXAS
COUNTY OF TRAVIS ss.

    The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

    That on 10/31/2018 at 12:10 PM at the address of 206 E 9th Street #1300, Austin, within Travis County, TX, the undersigned duly served the following document(s): Summons in a Civil Action; Verified Complaint; Standing Order for Civil Cases Assigned to Judge Richard A. Jones in the above entitled action upon Mitsubishi Aircraft Corporation America Inc., by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with Joe DiGaetano, Intake Agent, Capitol Corporate Services, Inc., Registered Agent, who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Male | Race: White | Age: 30 | Height: 6' 2" | Weight: 250 | Hair: Dark

I declare under penalty of perjury under the laws of the state of Texas that the foregoing is true and correct.

DATE: 11-1-18
TOTAL: $ 323.50



C. Dathe
Registered Process Server
License#: SCH6008 - Expiration Date: 12/31/2018
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

Subscribed and sworn before me, a Notary Public, this ___1st___ day of November, 2018

CECILIA DATHE
ID #129576644
My Commission Expires
September 29, 2021

Cecilia Dathe
_____, Notary Public
My Commission expires on: 9-29-21