# EXHIBIT A

**From:** John Denkenberger
**Sent:** Friday, October 19, 2018 5:08 PM
**To:** JRiedinger@perkinscoie.com
**Cc:** BMBD-6-3764
**Subject:** Bombardier v. MITAC et al.

Jerry,

I am writing as a follow-up to our recent telephone conference regarding sealed documents to our motion for preliminary injunction.  As you know, it is our position that these documents contain Bombardier trade secrets.  We are willing to share the documents with Perkins in your capacity as counsel for MITAC and MITAC America in this litigation but only with the understanding that you will treat them as "ATTORNEYS EYES ONLY."  Under this designation, these documents may be shared only with Perkins personnel—they may not be shared with any other entity.

While we appreciate your position that you may need to share these documents with MITAC in-house counsel, we are not in a position to authorize the sharing of Bombardier trade secrets with competitors.  As such, in the event that you perceive a need to share these documents with anyone other than Perkins' personnel, I request that you do so only with prior permission from us or the Court.

If you agree with these terms, we will provide you copies of the sealed documents in short order.

Thanks,
John
Cell: 206.601.4576