# EXHIBIT B

| | |
|---|---|
| **From:** | Riedinger, Jerry A. (Perkins Coie) <JRiedinger@perkinscoie.com> |
| **Sent:** | Monday, October 29, 2018 5:07 PM |
| **To:** | John Denkenberger; Brian McMahon |
| **Cc:** | Shultz, Mack H. (Perkins Coie); Gaston, Mary Z. (Perkins Coie) |
| **Subject:** | Bombardier v. Mitsubishi Aircraft America -- Sealed Documents |

John and Brian,

You suggested over the weekend that we could review the documents filed under seal to help us determine our position on Bombardier's Motion to Seal. We would like to conduct that review. Please understand that by agreeing to review the documents, we are not agreeing to take any position on the Motion, nor are we waiving our right to require proper service for purposes of an appropriate noting date. Our position will be decided after we have a chance to review the documents.

Tomorrow morning would be a convenient time for us to review the documents. Will that work for you? Thanks.

Jerry

**Jerry A. Riedinger | Perkins Coie LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
Direct 206.359.8664
Cell 425.985.9469
Fax 206.359.9664
Email JRiedinger@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.