# EXHIBIT C

| | |
|---|---|
| **From:** | Brian McMahon |
| **Sent:** | Monday, October 29, 2018 6:02 PM |
| **To:** | 'Riedinger, Jerry A. (Perkins Coie)'; John Denkenberger |
| **Cc:** | 'Shultz, Mack H. (Perkins Coie)'; 'Gaston, Mary Z. (Perkins Coie)' |
| **Subject:** | RE: Bombardier v. Mitsubishi Aircraft America -- Sealed Documents |

Jerry,

Notes are fine, so long as the notes themselves or their substance will not be shared with anyone beyond Perkins Coie attorneys. If we have your assurance on that front, we have no objections to note-taking. We also have no objections to two attorneys from Perkins conducting the review.

Brian

Brian F. McMahon
Member
Christensen O'Connor Johnson Kindness PLLC
1201 Third Avenue, Suite 3600
Seattle, Washington 98101
Direct Dial: 206.695.1655

www.cojk.com
PRIVILEGED and CONFIDENTIAL. If you received this e-mail in error, please advise the sender and permanently delete the message, including all attachments, without copying or disclosing the contents. Thank you.

---

**From:** Riedinger, Jerry A. (Perkins Coie) [mailto:JRiedinger@perkinscoie.com]
**Sent:** Monday, October 29, 2018 5:45 PM
**To:** Brian McMahon; John Denkenberger
**Cc:** Shultz, Mack H. (Perkins Coie); Gaston, Mary Z. (Perkins Coie)
**Subject:** RE: Bombardier v. Mitsubishi Aircraft America -- Sealed Documents

Thanks Brian. We are evaluating your proposal. Quick question: do you object if we take notes? Also, do you object if two attorneys from Perkins review the documents? Please let us know.

Jerry

**Jerry A. Riedinger | Perkins Coie LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
Direct 206.359.8664
Cell 425.985.9469
Fax 206.359.9664
Email JRiedinger@perkinscoie.com

---

**From:** Brian McMahon <brian.mcmahon@cojk.com>
**Sent:** Monday, October 29, 2018 5:42 PM
**To:** Riedinger, Jerry A. (SEA) <JRiedinger@perkinscoie.com>; John Denkenberger <john.denkenberger@cojk.com>
**Cc:** Shultz, Mack H. (SEA) <MShultz@perkinscoie.com>; Gaston, Mary Z. (SEA) <MGaston@perkinscoie.com>
**Subject:** RE: Bombardier v. Mitsubishi Aircraft America -- Sealed Documents

Jerry,

1

Thank you for being amenable to the review.  We understand that you are not committing to a particular position on the motion to seal by virtue of agreeing to the review, and we do not view your review as an express or implied waiver of any rights.

We can make the documents available for your review at 10:00 am tomorrow, and we will designate a conference room for the review.  I'm sure you understand that we must have a COJK employee present in the room with the documents at all times, and we must insist that any means to photograph, scan, or otherwise copy the documents electronically or otherwise must remain outside of the conference room.  Unless you need more time, we will have the conference room available from 10:00-12:00.

We'll assume that unless we hear from you in the interim, the above terms and times are acceptable.  Please let us know if there are any issues.

Thanks again,
Brian

Brian F. McMahon
Member
Christensen O'Connor Johnson Kindness PLLC
1201 Third Avenue, Suite 3600
Seattle, Washington 98101
Direct Dial: 206.695.1655

www.cojk.com
PRIVILEGED and CONFIDENTIAL. If you received this e-mail in error, please advise the sender and permanently delete the message, including all attachments, without copying or disclosing the contents. Thank you.

---

**From:** Riedinger, Jerry A. (Perkins Coie) [mailto:JRiedinger@perkinscoie.com]
**Sent:** Monday, October 29, 2018 5:07 PM
**To:** John Denkenberger; Brian McMahon
**Cc:** Shultz, Mack H. (Perkins Coie); Gaston, Mary Z. (Perkins Coie)
**Subject:** Bombardier v. Mitsubishi Aircraft America -- Sealed Documents

John and Brian,

You suggested over the weekend that we could review the documents filed under seal to help us determine our position on Bombardier's Motion to Seal.  We would like to conduct that review.  Please understand that by agreeing to review the documents, we are not agreeing to take any position on the Motion, nor are we waiving our right to require proper service for purposes of an appropriate noting date.  Our position will be decided after we have a chance to review the documents.

Tomorrow morning would be a convenient time for us to review the documents.  Will that work for you?  Thanks.

Jerry


**Jerry A. Riedinger | Perkins Coie LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
Direct 206.359.8664
Cell 425.985.9469
Fax 206.359.9664
Email JRiedinger@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.