Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88, <br><br> Defendants. | No. 2:18-cv-01543-RAJ <br><br> DECLARATION OF CHRIS DATHE IN SUPPORT OF SERVICE ON MITSUBISHI AIRCRAFT CORPORATION AMERICA INC. |

I, Chris Dathe, declare as follows:

1. I am a Registered Process Server, license #: SCH6008, expiration date 12/31/2018. I have personal knowledge of all of the facts set forth herein, and, if called as a witness, could competently testify thereto.

2. On October 23, 2018 at 1:15 PM at the address of 206 E. 9th Street #1300, Austin, within Travis County, TX, I served upon Mitsubishi Aircraft Corporation America Inc., by then and there personally delivering to Mary Ann Quick, in her role of Intake Agent, Capitol Corporate Services, Inc., Registered Agent, the following documents:

DECLARATION IN SUPPORT OF SERVICE ON
MITSUBISHI AIRCRAFT CORPORATION
AMERICA INC. (2:18-cv-01543-RAJ) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

   a. A Summons in a Civil Action Directed to Mitsubishi Aircraft Corporation America Inc., which was dated 10/22/2018 with the signature of Donna Jackson affixed thereto;

   b. Cover Letter Dated October 22, 2018;

   c. Verified Complaint and accompanying papers, which included an unexecuted copy of A Summons in a Civil Action Directed to Mitsubishi Aircraft Corporation America Inc., the civil cover sheet, the Declaration of John D. Denkenberger and exhibits 1-35 attached thereto (identified as exhibit A to the Verified Complaint), and exhibits B-R to the Verified Complaint;

   d. Bombardier Inc.'s Corporate Disclosure Statement;

   e. Bombardier Inc.'s Motion to Seal Exhibits A-J to the Declaration of Daniel Burns and Exhibit A to the Declaration of David Tidd in Support of its Motion for a Preliminary Injunction;

   f. Bombardier Inc.'s Motion for Preliminary Injunction;

   g. Declaration of Daniel Burns in Support of Motion for Preliminary Injunction;

   h. Declaration of David Tidd in Support of Motion for Preliminary Injunction;

   i. Declaration of Nicole L'Ecuyer in Support of Motion for Preliminary Injunction; and

   j. Declaration of Moshe Toledano in Support of Motion for Preliminary Injunction.

3. On October 31, 2018 at 12:10 PM at the address of 206 E. 9th Street #1300, Austin, within Travis County, TX, I served upon Mitsubishi Aircraft Corporation America Inc., by then and there personally delivering to Joe DiGaetano, in his role of Intake Agent, Capitol Corporate Services, Inc., Registered Agent, the following documents:

   a. A Summons in a Civil Action Directed to Mitsubishi Aircraft Corporation America Inc., which was dated 10/22/2018 with the signature of Donna Jackson affixed thereto;

DECLARATION IN SUPPORT OF SERVICE ON
MITSUBISHI AIRCRAFT CORPORATION
AMERICA INC. (2:18-cv-01543-RAJ) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1        b.   Verified Complaint and accompanying papers, which included an unexecuted copy of A Summons in a Civil Action Directed to Mitsubishi Aircraft Corporation America Inc., the civil cover sheet, the Declaration of John D. Denkenberger and exhibits 1-35 attached thereto (identified as exhibit A to the Verified Complaint), and exhibits B-R to the Verified Complaint; and

       c.   Standing Order for Civil Cases Assigned to Judge Richard A. Jones.

4.   A true and correct copy of the Summons in a Civil Action Directed to Mitsubishi Aircraft Corporation America Inc., which was dated 10/22/2018 with the signature of Donna Jackson affixed thereto, is attached hereto as Exhibit A. This is a true and correct copy of the document that was served upon Mitsubishi Aircraft Corporation America Inc. as described above on October 23, 2018, and October 31, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Austin, TX, this 8th day of November, 2018.

_____
Chris Dathe
Registered Process Server

DECLARATION IN SUPPORT OF SERVICE ON
MITSUBISHI AIRCRAFT CORPORATION
AMERICA INC. (2:18-cv-01543-RAJ) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| BOMBARDIER INC. *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 2:18-cv-1543 |
| MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., et al. *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mitsubishi Aircraft Corporation America Inc.
4951 Airport Parkway Ste 500
Addison, TX 75001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John D. Denkenberger
Christensen O'Connor Johnson Kindness PLLC
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/22/2018

CLERK OF COURT

*Donna Jackson*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-1543

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: