THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al., <br><br> Defendants. | 2:18-cv-1543 RAJ <br><br> STIPULATED NOTICE OF AGREEMENT TO EXTEND TIME FOR DEFENDANTS MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC, AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, AND CINDY DORNEVAL TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT |

Plaintiff Bombardier Inc., and Defendants Mitsubishi Aircraft Corporation America, Inc., Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowksi, Laurus Basson, and Cindy Dornéval, by and through their respective counsel of record, hereby notify the Court that they have agreed to extend the deadline for the undersigned Defendants to respond to the Verified Complaint to December 21, 2018.

STIPULATED NOTICE OF AGREEMENT TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT
(NO. 18-CV-1543 RAJ) – 1
142135187.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

RESPECTFULLY SUBMITTED this 28th day of November 2018.

| | |
|---|---|
| s/ Brian F. McMahon | s/Mary Z. Gaston |
| John Denkenberger, WSBA No. 25907 | Jerry A. Riedinger, WSBA No. 25828 |
| Brian F. McMahon, WSBA No. 45739 | Mack H. Shultz, WSBA No. 27190 |
| **Christensen O'Connor Johnson Kindness PLLC** | James Sanders, WSBA No. 24565 |
| | Mary Z. Gaston, WSBA No. 27258 |
| 1201 Third Avenue, Suite 3600 | Shylah R. Alfonso, WSBA No. 33138 |
| Seattle, WA 98101-3029 | **Perkins Coie LLP** |
| Telephone: 206.682.8100 | 1201 Third Avenue, Suite 4900 |
| Facsimile: 206.224.0779 | Seattle, WA 98101-3099 |
| E-mail: john.denkenberger@cojk.com, | Telephone: 206.359.8000 |
| E-mail: brian.mcmahon@cojk.com | Facsimile: 206.359.9000 |
| | E-mail: JRiedinger@perkinscoie.com |
| Attorneys for Plaintiff Bombardier Inc. | E-mail: MShultz@perkinscoie.com |
| | E-mail: MGaston@perkinscoie.com |
| | Attorneys for Defendant Mitsubishi Aircraft Corporation America, Inc. |

s/Mark A. Bailey
Richard J. Omata, WSBA #7032
Mark A. Bailey, WSBA #26337
**Karr Tuttle Campbell**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: romata@karrtuttle.com
  mbailey@karrtuttle.com

Attorneys for Defendants Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowksi, Laurus Basson, and Cindy Dornéval

STIPULATED NOTICE OF AGREEMENT TO EXTEND TIME TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT
(NO. 18-CV-1543 RAJ) – 2
142135187.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on November 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 28th day of November 2018.

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail: MGaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

142135187.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000