THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al., <br><br> Defendants. | 2:18-cv-1543 RAJ <br><br> STIPULATED MOTION FOR A SCHEDULING CONFERENCE <br><br> Noted for Consideration:  November 28, 2018 |

Plaintiff Bombardier Inc. (Bombardier) and all Defendants who have been served--Mitsubishi Aircraft Corporation America, Inc. (Mitsubishi Aircraft America), Aerospace Testing Engineering & Certification Inc. (AeroTEC), Laurus Basson (Basson) and Cindy Dorneval (Dorneval) (collectively, the Moving Parties), jointly request a scheduling conference pursuant to Fed. R. Civ. Proc. 16(a).

Bombardier's Motion for Preliminary Injunction currently pending was filed on October 19, 2018.  It is noted for Dec. 14, 2018.  The key documents supporting the Motion have not yet been served on the Defendants.

STIPULATED MOTION FOR A SCHEDULING
CONFERENCE (NO. 18-CV-1543 RAJ) – 1

121153-0002/142239371.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

The parties have conferred on scheduling and the following issues set forth below remain outstanding, and thus the parties request a scheduling conference from the Court to assist them in reaching resolution.

1. Scheduling of Multiple Motions for Preliminary Injunctions:

2. Access to Unserved Documents & Interim Confidentiality Agreement:

3. Briefing Schedule for the Motion for Preliminary Injunction:

4. Trade Secret Identification

5. Preliminary Injunction Evidentiary Hearing

RESPECTFULLY SUBMITTED this 28th day of November 2018.

| *s/ Brian F. McMahon* | *s/ Mary Z. Gaston* |
|---|---|
| John Denkenberger, WSBA No. 25907<br>Brian F. McMahon, WSBA No. 45739<br>**Christensen O'Connor Johnson Kindness PLLC**<br>1201 Third Avenue, Suite 3600<br>Seattle, WA 98101-3029<br>Telephone: 206.682.8100<br>Facsimile: 206.224.0779<br>E-mail: john.denkenberger@cojk.com,<br>E-mail: brian.mcmahon@cojk.com<br><br>Attorneys for Plaintiff Bombardier Inc. | Jerry A. Riedinger, WSBA No. 25828<br>Mack H. Shultz, WSBA No. 27190<br>James Sanders, WSBA No. 24565<br>Mary Z. Gaston, WSBA No. 27258<br>Shylah R. Alfonso, WSBA No. 33138<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>E-mail: JRiedinger@perkinscoie.com<br>E-mail: MShultz@perkinscoie.com<br>E-mail: MGaston@perkinscoie.com<br><br>Attorneys for Defendant Mitsubishi Aircraft Corporation America, Inc. |

STIPULATED MOTION FOR A SCHEDULING
CONFERENCE (NO. 18-CV-1543 RAJ) – 2

121153-0002/142239371.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

```
 1    s/ Mark A. Bailey
 2    Richard J. Omata, WSBA #7032
 3    Mark A. Bailey, WSBA #26337
 4    Karr Tuttle Campbell
 5    701 Fifth Avenue, Suite 3300
 6    Seattle, WA 98104
 7    Telephone: 206-223-1313
 8    Facsimile: 206-682-7100
 9    Email: romata@karrtuttle.com
10    Email: mbailey@karrtuttle.com
```

Attorneys for Defendants Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowksi, Laurus Basson, and Cindy Dornéval

STIPULATED MOTION FOR A SCHEDULING CONFERENCE (NO. 18-CV-1543 RAJ) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

121153-0002/142239371.1

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on November 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 28th day of November, 2018.

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail: MGaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

121153-0002/142239371.1