THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al.,<br><br>　　　　　　　Defendants. | 2:18-cv-1543 RAJ<br><br>[PROPOSED ORDER] GRANTING STIPULATED MOTION FOR A SCHEDULING CONFERENCE |

Pending before this Court is Plaintiff Bombardier Inc. (Bombardier) and all Defendants who have been served--Mitsubishi Aircraft Corporation America, Inc. (Mitsubishi Aircraft America), Aerospace Testing Engineering & Certification Inc. (AeroTEC), Laurus Basson (Basson) and Cindy Dorneval (Dorneval) (collectively, the Moving Parties) Stipulated Motion for Scheduling Conference.  Having considered the motion submitted by the parties and all other matters, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. IT IS FURTHER ORDERED that the Scheduling Conference will occur on _____.

[PROPOSED ORDER] GRANTING STIPULATED MOTION FOR
A SCHEDULING CONFERENCE (NO. 18-CV-1543 RAJ) – 1

121153-0002/142185833.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Dated this ____ day of November 2018

_____
RICHARD A. JONES
United States District Court Judge

Presented by.

*s/ Brian F. McMahon*
John Denkenberger, WSBA No. 25907
Brian F. McMahon, WSBA No. 45739
**Christensen O'Connor Johnson Kindness PLLC**
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Facsimile: 206.224.0779
E-mail: john.denkenberger@cojk.com,
E-mail:  brian.mcmahon@cojk.com

Attorneys for Plaintiff Bombardier Inc

*s/Mary Z. Gaston*
Jerry A. Riedinger, WSBA No. 25828
Mack H. Shultz, WSBA No. 27190
James Sanders, WSBA No. 24565
Mary Z. Gaston, WSBA No. 27258
Shylah R. Alfonso, WSBA No. 33138
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  JRiedinger@perkinscoie.com
E-mail:  MShultz@perkinscoie.com
E-mail:  MGaston@perkinscoie.com

Attorneys for Defendant Mitsubishi Aircraft Corporation America, Inc.

[PROPOSED ORDER] GRANTING STIPULATED MOTION FOR A SCHEDULING CONFERENCE (NO. 18-CV-1543 RAJ) – 2

121153-0002/142185833.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

*s/ Mark A. Bailey*
Richard J. Omata, WSBA #7032
Mark A. Bailey, WSBA #26337
**Karr Tuttle Campbell**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: romata@karrtuttle.com
       mbailey@karrtuttle.com

Attorneys for Defendants Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowksi, Laurus Basson, and Cindy Dornéval

[PROPOSED ORDER] GRANTING STIPULATED MOTION FOR A SCHEDULING CONFERENCE (NO. 18-CV-1543 RAJ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

121153-0002/142185833.1

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on November 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 28th day of November, 2018.

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail: MGaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

121153-0002/142185833.1