Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOMBARDIER INC.,

    Plaintiff,

v.

MITSUBISHI AIRCRAFT CORPORATION, *et al.*,

    Defendants.

No. C18-1543 RAJ

MINUTE ORDER

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

THIS MATTER comes before the Court on the stipulation of the Plaintiff and the Defendants who have been served requesting the Court set a scheduling conference in this matter to address the following:

1. Scheduling of Multiple Motions for Preliminary Injunctions;

2. Access to Unserved Documents and Interim Confidentiality Agreement;

3. Briefing Schedule for the Motion for Preliminary Injunction;

4. Trade Secret Identification; and

5. Preliminary Injunction Evidentiary Hearing.

The Court DENIES the parties' request for a scheduling conference. Instead, the Court will require the parties to each file a brief which shall not exceed ten (10) pages in length setting forth the parties' respective position regarding the issues set

MINUTE ORDER – 1

forth above.  Such briefing shall be filed no later than December 7, 2018.  After consideration of the parties' briefs, the Court will enter an order providing guidance on the above issues.

DATED this 30th day of November, 2018.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 2