THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al.,<br><br>　　　　　　Defendants. | 2:18-cv-1543 RAJ<br><br>DECLARATION OF JERRY A. RIEDINGER IN SUPPORT OF DEFENDANTS MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.'S POSITION ON SCHEDULING MATTERS |

Jerry A. Riedinger declares:

1. I am a partner in the law firm of Perkins Coie LLP and counsel for Defendant Mitsubishi Aircraft Corporation America, Inc. ("Mitsubishi Aircraft America") in this action. I am lead counsel for Mitsubishi Aircraft America in this case. I have personal knowledge of the matters herein.

2. I received today an email this afternoon from John Denkenberger, counsel for Bombardier Inc. ("Bombardier"). The email confirmed that Bombardier would narrow the injunction sought in Bombardier's Motion for a Preliminary Injunction, an issue that Bombardier has been considering for weeks. Bombardier has not yet served a copy of the narrower Proposed Order on the parties. A true and correct copy of the email is attached as Exhibit A.

DECLARATION OF JERRY A. RIEDINGER IN SUPPORT OF DEFENDANTS MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.'S POSITION ON SCHEDULING MATTERS (NO. 18-CV-1543 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

142365039.3

3. The parties have negotiated an Interim Confidential Agreement that governs the production and distribution of the eleven documents that Bombardier relies on in support of its Motion for Preliminary Injunction. The eleven documents are identified by Bombardier as Exhibits A-J to the Burns declaration (Dkt. 5) and Exhibit A to the Tidd Declaration (Dkt. 7). Bombardier moved to file those eleven exhibits under seal (Dkt. 6, 8). That motion is pending (Dkt. 3). A true and correct copy of the Interim Confidentiality Agreement is attached as Exhibit B.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct**

Executed this 7th day of December 2018.

    *s/Jerry A. Riedinger*
Jerry A. Riedinger

DECLARATION OF JERRY A. RIEDINGER IN SUPPORT OF DEFENDANTS MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC'S POSITION ON SCHEDULING MATTERS (NO. 18-CV-1543 RAJ) – 2

142365039.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on December 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 7th day of December 2018.

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail: MGaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

142365039.3