Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88, <br><br> Defendants. | No. 2:18-cv-01543-RAJ <br><br> NOTICE OF CHANGE OF ADDRESS |

TO:        The Clerk of the Court

AND TO:    All Counsel of Record

PLEASE TAKE NOTICE that Erin Lindsay Calkins, Attorney for Bombardier Inc., has changed address and is now at Christensen O'Connor Johnson Kindness PLLC, 1201 Third Avenue, Suite 3600, Seattle, WA 98101-3029; and the email address: lindsay.calkins@cojk.com. Plaintiff requests that the Court update the docket accordingly with the new address for Erin Lindsay Calkins.

NOTICE OF CHANGE OF ADDRESS (2:18-cv-01543-RAJ) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

Dated this 11th day of December, 2018.

           CHRISTENSEN O'CONNOR
           JOHNSON KINDNESS<sup>PLLC</sup>

           <u>s/ Erin Lindsay Calkins</u>
           Erin Lindsay Calkins, WSBA No.: 44,217
           John D. Denkenberger, WSBA No.: 25,907
           Brian F. McMahon, WSBA No.: 45,739
           Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
           1201 Third Avenue, Suite 3600
           Seattle, WA  98101-3029
           Telephone:  206.682.8100
           Fax:  206.224.0779
           E-mail:  lindsay.calkins@cojk.com,
           john.denkenberger@cojk.com,
           brian.mcmahon@cojk.com, litdoc@cojk.com

           *Attorneys for Plaintiff Bombardier Inc.*

NOTICE OF CHANGE OF ADDRESS (2:18-cv-01543-RAJ) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jerry A. Riedinger
PERKINS COIE LLP
Email: JRiedinger@perkinscoie.com
docketsea@perkinscoie.com
lshaw@perkinscoie.com
sporter@perkinscoie.com

Mack H. Shultz
PERKINS COIE LLP
Email: MShultz@perkinscoie.com
docketseapl@perkinscoie.com
sbilger@perkinscoie.com

Mary Z. Gaston
PERKINS COIE LLP
Email: MGaston@perkinscoie.com
docketsea@perkinscoie.com
jstarr@perkinscoie.com

James Sanders
PERKINS COIE LLP
Email: JSanders@perkinscoie.com
RBecken@perkinscoie.com
docketsea@perkinscoie.com
jdavenport@perkinscoie.com

Shylah R. Alfonso
PERKINS COIE LLP
Email: SAlfonso@perkinscoie.com
docketsea@perkinscoie.com

Attorneys for Mitsubishi Aircraft Corporation America Inc.

Richard J. Omata
KARR TUTTLE CAMPBELL
Email: romata@karrtuttle.com
jnesbitt@karrtuttle.com
swatkins@karrtuttle.com

Mark A. Bailey
KARR TUTTLE CAMPBELL
Email: mbailey@karrtuttle.com
jsmith@karrtuttle.com
mmunhall@karrtuttle.com
sanderson@karrtuttle.com

Attorneys for Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowski, Laurus Basson, and Cindy Dornéval

s/ Erin Lindsay Calkins
Erin Lindsay Calkins, WSBA No.: 44,217
John D. Denkenberger, WSBA No.: 25,907
Brian F. McMahon, WSBA No.: 45,739
Christensen O'Connor Johnson Kindness[PLLC]
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100

NOTICE OF CHANGE OF ADDRESS (2:18-cv-01543-RAJ) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

Fax:  206.224.0779
E-mail:  lindsay.calkins@cojk.com,
john.denkenberger@cojk.com,
brian.mcmahon@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

NOTICE OF CHANGE OF ADDRESS (2:18-cv-01543-RAJ) - 4

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100