The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER, INC., <br><br>        Plaintiff, <br><br>    v. <br><br>MITSUBISHI AIRCRAFT CORPORATION, et al., <br><br>        Defendants. | NO. 2:18-cv-1543 RAJ <br><br>NOTICE OF APPEARANCE OF COUNSEL |

TO:        All Parties and Attorneys of Record;

AND TO:    Clerk of the Court:

PLEASE take notice that Defendant AEROSPACE TESTING ENGINEERING & CERTIFICATION INC. without waiving objections as to improper service or jurisdiction, enter its appearance herein by the undersigned attorneys of record. Service of all further pleadings, notices, documents or other papers herein, exclusive of process, may be had upon said Defendant by serving the undersigned attorneys at the address below stated.

DATED this 20th day of December 2018.

*/s/ Daniel T. Hagen*
Daniel T. Hagen, WSBA #54015
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
P: 206.223.1313; F: 206.682.7100
Email: dhagen@karrtuttle.com
*Attorneys for Defendant Aerospace Testing Engineering & Certification Inc.*

NOTICE OF APPEARANCE OF COUNSEL - 1

#1215254 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# CERTIFICATE OF SERVICE

I, Jessica G. Smith, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, WA 98101. On this day, I caused a true and correct copy of the foregoing Notice of Appearance of Counsel, to be served upon all parties in the following manner:

✓ *Via E-Service (Court's Website)*

Brian F. McMahon, WSBA #45739
John D. Denkenberger, WSBA #25907
Christensen O'Connor Johnson & Kindness
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Phone: 206-682-8100
Fax: 206-224-0779
Email: brian.mcmahon@cojk.com
　　　　denkenj@cojk.com
　　　　litdoc@cojk.com
*Attorneys for Plaintiff*

Mary Z. Gaston, WSBA #27258
Perkins Coie LLP
1201 3rd Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000
Email: mgaston@perkinscoie.com
*Attorneys for Mitsubishi Aircraft Corporation America, Inc.*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 20th day of December 2018 at Seattle, Washington.

　　　　　　　　　　*/s/ Jessica G. Smith*
　　　　　　　　　　Jessica G. Smith
　　　　　　　　　　Legal Assistant

NOTICE OF APPEARANCE OF COUNSEL - 2
#1215254 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100