THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>                Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al.,<br><br>                Defendants. | 2:18-cv-1543 RAJ<br><br>[PROPOSED ORDER] GRANTING DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM |

    Pending before this Court is Defendant Mitsubishi Aircraft Corporation America, Inc.'s Motion to Dismiss for Failure to State a Claim.  Having considered the Motion submitted and all other matters, and good cause appearing therefor,

    IT IS HEREBY ORDERED that Defendant's Mitsubishi Aircraft Corporation America, Inc.'s Motion to Dismiss for Failure to State a Claim is GRANTED.

Dated this ____ day of _____ 2018

                                                                                   _____
                                                                                   RICHARD A. JONES
                                                                                   United States District Court Judge

[PROPOSED ORDER] GRANTING DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (NO. 18-CV-1543 RAJ) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

121153-0002/142486230.1

Presented by.

*s/Mary Z. Gaston*
Jerry A. Riedinger, WSBA No. 25828
Mack H. Shultz, WSBA No. 27190
James Sanders, WSBA No. 24565
Mary Z. Gaston, WSBA No. 27258
Shylah R. Alfonso, WSBA No. 33138
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  JRiedinger@perkinscoie.com
E-mail:  MShultz@perkinscoie.com
E-mail:  MGaston@perkinscoie.com

Attorneys for Defendant Mitsubishi Aircraft Corporation America, Inc.

[PROPOSED ORDER] GRANTING DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (NO. 18-CV-1543 RAJ) – 2

121153-0002/142486230.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on December 20, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 20th day of December, 2018.

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail: MGaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

121153-0002/142486230.1