THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al.,<br><br>　　　　　　Defendants. | 2:18-cv-1543 RAJ<br><br>DECLARATION OF MARY Z. GASTON IN SUPPORT OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM<br><br>NOTE ON MOTION CALENDAR:<br><br>Friday, January 11, 2018<br><br>ORAL ARGUMENT REQUESTED |

　　　　Mary Z. Gaston declares:

　　　　1.　　　I am a partner in the law firm of Perkins Coie LLP and counsel for Defendant Mitsubishi Aircraft Corporation America, Inc. ("MITAC America") in this action. Unless otherwise stated, I make this declaration based on personal knowledge of the events and matters described herein.

　　　　2.　　　Attached as Exhibit A is a copy of the document titled "Employee Proprietary Information, Inventions, Non-Competition and Non-Solicitation Agreement," with a signature page (page 8) matching Exhibit R (Dkt. 1-27) to the Complaint (at page 4). The highlighting of Article 7 in Exhibit A was done by Perkins Coie.

DECLARATION OF MARY Z. GASTON IN SUPPORT OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.'S MOT. TO DISMISS FOR FAILURE TO STATE A CLAIM (NO. 18-CV-1543 RAJ) – 1
121153-0002/142485990.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct**

Executed this 20th day of December 2018.

          *s/Mary Z. Gaston*
          Mary Z. Gaston

DECLARATION OF MARY Z. GASTON IN SUPPORT OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (NO. 18-CV-1543 RAJ) – 2

121153-0002/142485990.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on December 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 20th day of December 2018.

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail: MGaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

121153-0002/142485990.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000