The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, et al., <br><br> Defendant. | NO. 2:18-cv-1543 RAJ <br><br> ORDER GRANTING AEROTEC DEFENDANTS' MOTION TO DISMISS <br><br> [PROPOSED] <br><br> [CLERK'S ACTION REQUIRED] |

This matter came on regularly before the Court on the AeroTEC Defendants' Motion to Dismiss. The Court has reviewed the pleadings, files and records herein, including the submissions of the parties, and considered the arguments of counsel. The Court finds that the Counts V, VI, IX, X, XI, XII, XVI, XVII, XVIII, XIX, XX and XXI of Verified Complaint, filed by Plaintiff Bombardier, Inc. ("Plaintiff"), on October 19, 2018 (Ct. Dkt. No. 1), fails to state a claim under Fed. R. Civ. P. 12(b)(6).

NOW, THEREFORE, it is hereby ORDERED that AeroTEC Defendants' Motion to Dismiss is hereby GRANTED and the above-referenced causes of action are hereby DISMISSED.

Dated this _____ day of _____, 2018.

_____
RICHARD A. JONES
United States District Judge

[PROPOSED] ORDER GRANTING AEROTEC
DEFENDANTS' MOTION TO DISMISS - 1
#1217936 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Presented by:

**KARR TUTTLE CAMPBELL**
*Attorneys for Defendants AeroTEC, Basson, Dornéval and Korwin-Szymanowski*

*/s/ Richard J. Omata*
*/s/ Mark A. Bailey*
Richard J. Omata, WSBA #7032
Mark A. Bailey, WSBA# 26337
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: 206-223-1313
Fax: 206-682-7100
Email:  romata@karrtuttle.com
        mbailey@karrtuttle.com

[PROPOSED] ORDER GRANTING AEROTEC
DEFENDANTS' MOTION TO DISMISS - 2
#1217936 v1 / 45898-028

# CERTIFICATE OF SERVICE

I, Sherelyn Anderson, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, WA 98101. On this day, I caused a true and correct copy of the foregoing [Proposed] Order Granting AeroTEC Defendants' Motion to Dismiss, to be served upon all parties in the following manner:

✓ *Via E-Service (Court's Website)*

| | |
|---|---|
| Brian F. McMahon, WSBA #45739<br>Erin L. Calkins, WSBA #44127<br>John D. Denkenberger, WSBA #25907<br>Christensen O'Connor Johnson & Kindness<br>1201 Third Avenue, Suite 3600<br>Seattle, WA 98101-3029<br>Phone: 206-682-8100<br>Fax: 206-224-0779<br>Email: brian.mcmahon@cojk.com<br>          lindsay.calkins@cojk.com<br>          denkenj@cojk.com<br>*Attorneys for Plaintiff* | Jerry A. Riedinger, WSBA #25828<br>Mack H. Shultz, WSBA #27190<br>James Sanders, WSBA #24565<br>Mary Z. Gaston, WSBA #27258<br>Shylah R. Alfonso, WSBA #33138<br>Perkins Coie LLP<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Phone: 206-359-8000<br>Fax: 206-359-9000<br>Email: jriedinger@perkinscoie.com<br>          mshultz@perkinscoie.com<br>          jsanders@perkinscoie.com<br>          mgaston@perkinscoie.com<br>          salfonso@perkinscoie.com<br>*Attorneys for Mitsubishi Aircraft Corporation America, Inc.* |

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 20th day of December, 2018 at Seattle, Washington.

*/s/ Sherelyn Anderson*
Sherelyn Anderson
Legal Assistant

[PROPOSED] ORDER GRANTING AEROTEC
DEFENDANTS' MOTION TO DISMISS - 3
#1217936 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100