THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOMBARDIER INC.,

    Plaintiff,

v.

MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al.,

    Defendants.

2:18-cv-1543 RAJ

JOINT NOTICE OF AGREEMENT TO EXTEND FILING DATE FOR OPPOSITION TO BOMBARDIER'S MOTION FOR A PRELIMINARY INJUNCTION BY DEFENDANTS MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., LAURUS BASSON, AND CINDY DORNEVAL

    Defendants Mitsubishi Aircraft Corporation America, Inc., Aerospace Testing Engineering & Certification Inc., Laurus Basson, and Cindy Dornéval (collectively, the "Subject Defendants"[1]) hereby jointly notify the Court that the Subject Defendants and Plaintiff Bombardier Inc. ("Bombardier") have agreed to extend by one day the date by which the Subject Defendants will file their opposition Bombardier's Motion for a Preliminary Injunction.  The new filing date for the opposition is still prior to the filing date required by the local rules.  The parties have agreed that the Subject Defendants will file their opposition briefs and supporting

---

[1] Bombardier also moved for a preliminary injunction against Defendant Marc Delarche, but he has not been served and is thus not yet a party to this suit.

JOINT NOTICE OF AGREEMENT TO EXTEND FILING DATE (NO. 18-CV-1543 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

142588713.1

materials on December 27, 2018, instead of December 26, 2018, as originally agreed as explained below.

Bombardier's Motion for Preliminary Injunction (Dkt. 4) is noted for January 4, 2019. (Dkt. 46). Under the local rules, the Subject Defendants' opposition papers are not due until December 31, 2018. However, the parties previously agreed that the Subject Defendants would file and serve their opposition papers on December 26, 2018.

However, Bombardier has designated certain information that is discussed in the Subject Defendants' opposition briefs and supporting materials as "confidential." (*See* Dkt. 22, 50.) The parties entered into an agreement regarding how information designated by Bombardier as confidential is to be treated (Interim Confidentiality Agreement). (*See* Dkt. 50). The Interim Confidentiality Agreement requires the Subject Defendants to confer with Bombardier regarding the filing of materials that discuss or reference information designated by Bombardier to be confidential. (*Id.*) Local Rule 5(g), also requires redactions to be minimized.

To comply with Local Rule 5(g) and the Interim Agreement, the parties have negotiated the following process to minimize the amount of material that the Subject Defendants will redact from their filing: The Subject Defendants will serve their opposition briefs and supporting materials on Bombardier by 3:00 p.m. today, December 26, 2018. Bombardier will then review the documents to identify the content it deems confidential and appropriate for redaction, if any. Bombardier will notify the Subject Defendants of such content by 3:00 p.m. on Thursday, December 27, 2018. Pursuant to Local Rule 5(g), the parties will then meet and confer on Bombardier's proposed redactions on December 27, 2018. If necessary, the Subject Defendants will then file redacted versions of their opposition briefs and supporting materials (redacting only the content that Bombardier maintains is confidential after the meet and confer) on December 27, 2018. It will also file an unredacted version with a Motion to Seal. If Bombardier does not identify any content requiring redaction, the Subject Defendants will file unredacted versions of their opposition briefs and supporting materials on December 27, 2018.

JOINT NOTICE OF AGREEMENT TO EXTEND FILING DATE (NO. 18-CV-1543 RAJ) – 2

142588713.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

This procedure will cause no prejudice or delay any other deadlines.

RESPECTFULLY SUBMITTED this 26th day of December 2018.

*s/ John Denkenberger*
John Denkenberger, WSBA No. 25907
Brian F. McMahon, WSBA No. 45739
**Christensen O'Connor Johnson Kindness PLLC**
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Facsimile: 206.224.0779
E-mail: john.denkenberger@cojk.com,
E-mail: brian.mcmahon@cojk.com

Attorneys for Plaintiff Bombardier Inc.

*s/ Mary Z. Gaston*
Jerry A. Riedinger, WSBA No. 25828
Mack H. Shultz, WSBA No. 27190
James Sanders, WSBA No. 24565
Mary Z. Gaston, WSBA No. 27258
Shylah R. Alfonso, WSBA No. 33138
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: JRiedinger@perkinscoie.com
E-mail: MShultz@perkinscoie.com
E-mail: MGaston@perkinscoie.com

Attorneys for Defendant Mitsubishi Aircraft Corporation America, Inc.

*s/  Mark A. Bailey*
Richard J. Omata, WSBA #7032
Mark A. Bailey, WSBA #26337
**Karr Tuttle Campbell**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: romata@karrtuttle.com
Email: mbailey@karrtuttle.com

Attorneys for Defendants Aerospace Testing Engineering & Certification Inc., Laurus Basson, and Cindy Dornéval

JOINT NOTICE OF AGREEMENT TO EXTEND FILING DATE (NO. 18-CV-1543 RAJ) – 3

142588713.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on December 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 26th day of December 2018.

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail: MGaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

142588713.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000