The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, et al., <br><br> Defendant. | NO. 2:18-cv-1543 RAJ <br><br> ORDER GRANTING AEROTEC DEFENDANTS' MOTION TO FILE UNDER SEAL <br><br> [PROPOSED] |

This matter came on regularly before the Court on the AeroTEC Defendants' motion to file the following documents under seal: (1) an unredacted version of the AeroTEC Defendant's Opposition to Bombardier Inc.'s Motion for Preliminary Injunction; (2) the supporting Declaration of Laurus Basson; and (3) the supporting Declaration of Cindy Dornéval.  The AeroTEC Defendants do not believe the documents should remain under seal, but have filed the motion pursuant to a litigation agreement regarding the treatment of information designated by a party as confidential.  The documents were designated by Plaintiff as appropriate for filing under seal.  The Court has reviewed the pleadings, files and records herein, including the submissions of the parties, and considered the arguments of counsel.  NOW, THEREFORE, it is hereby:

ORDERED that AeroTEC Defendants' Motion to File Under Seal is hereby GRANTED and the above-referenced documents may be filed under seal via the CM/ECF system and shall remain under seal in accordance with Local Rule 5(g) until further order of the Court; and it is

[PROPOSED] ORDER GRANTING AEROTEC
DEFENDANTS' MOTION TO SEAL - 1
#1218897 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1 | further

2 |     ORDERED that, as the party that designated the above-referenced documents as

3 | confidential, the Plaintiff shall file a response to the motion to seal, and include the information

4 | required by Local Rule 5(g)(3)(B) to justify the need for the documents to remain under seal.

5 |     Dated this _____ day of _____, 2018.

 

                                                                 RICHARD A. JONES
                                                                 United States District Judge

Presented by:

**KARR TUTTLE CAMPBELL**
*Attorneys for Defendants AeroTEC, Basson, Dornéval and Korwin-Szymanowski*

*/s/ Richard J. Omata*
*/s/ Mark A. Bailey*
Richard J. Omata, WSBA #7032
Mark A. Bailey, WSBA# 26337
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: 206-223-1313
Fax: 206-682-7100
Email:  romata@karrtuttle.com
           mbailey@karrtuttle.com

[PROPOSED] ORDER GRANTING AEROTEC DEFENDANTS' MOTION TO SEAL - 2
#1218897 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100