The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, et al., <br><br> Defendant. | NO. 2:18-cv-1543 RAJ <br><br> ORDER DENYING BOMBARDIER INC.'S MOTION FOR PRELIMINARY INJUNCTION AS TO THE AEROTEC DEFENDANTS <br><br> [PROPOSED] <br><br> [CLERK'S ACTION REQUIRED] |

This matter came before the Court on Bombardier Inc.'s Motion for Preliminary Injunction (Dkt. No. 4). The Court has reviewed the pleadings, files and records herein, including the submissions of the parties, and considered the arguments of counsel. The Court finds that Plaintiff has failed to establish a likelihood of success on the merits of its claims against Aerospace Testing Engineering & Certification, Inc., ("AeroTEC"), Laurus Basson and/or Cindy Dornéval (collectively, the "AeroTEC Defendants"), and has failed to show that injunctive relief is necessary to prevent irreparable harm, equitable or in the public interest.

NOW, THEREFORE, it is hereby ORDERED that Bombardier Inc.'s Motion for Preliminary Injunction is hereby DENIED as to the AeroTEC Defendants.

[PROPOSED] ORDER GRANTING AEROTEC
DEFENDANTS' MOTION TO DISMISS - 1
#1218449 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | |
|---|---|
| 1 | Dated this _____ day of _____, 2018. |
| 2 | |
| 3 | |
| 4 | _____<br>RICHARD A. JONES<br>United States District Judge |

Presented by:

**KARR TUTTLE CAMPBELL**
*Attorneys for Defendants AeroTEC, Basson, Dornéval and Korwin-Szymanowski*

*/s/ Richard J. Omata*
*/s/ Mark A. Bailey*
Richard J. Omata, WSBA #7032
Mark A. Bailey, WSBA# 26337
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: 206-223-1313
Fax: 206-682-7100
Email:  romata@karrtuttle.com
           mbailey@karrtuttle.com

[PROPOSED] ORDER GRANTING AEROTEC
DEFENDANTS' MOTION TO DISMISS - 2
#1218449 v1 / 45898-028