The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER, INC., | NO. 2:18-cv-1543 RAJ |
| Plaintiff, | |
| v. | DECLARATION OF RICHARD PERRILLO (FRONTEO USA, INC.) |
| MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.; AEROSPACE TESTING ENGINEERING & CERTIFICATION, INC.; MICHEL KORWIN-SZYMANOWSKI; LAURUS BASSON; MARC-ANTOINE DELARCHE; CINDY DORNÉVAL; KEITH AYRE; and JOHN AND/OR JANE DOES 1-88, | |
| Defendants. | |

I, Richard Perrillo, declare as follows:

1. I am an individual resident of Astoria, New York. I have personal and firsthand knowledge of the facts set forth in this declaration. I can and will testify competently to such facts if called as a witness

2. I am a certified digital forensic examiner, ENCE, CCE, ACE, CCPA, employed by FRONTEO, USA Inc. ("FRONTEO") as a Senior Forensic Examiner and work out of

PERRILLO DECLARATION - 1
#1217225 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

FRONTEO's New York office (777 3rd Avenue, 17th Floor, New York, NY 10017). My role with FRONTEO is with providing clients with digital forensics, e-Discovery, and related services. I have experience in, but not limited, to the forensic preservation, collection, and analysis of electronically stored information in support of both criminal and civil investigations for corporate clients. My designations are highly recognized and provide for a thorough understanding of digital forensics. I have been involved in hundreds of digital forensic investigations throughout my seventeen (17) years as a certified Forensic Examiner. A copy of my curriculum vitae was previously provided to Mark Bailey, attorney at Karr Tuttle Campbell ("Karr Tuttle").

3. On November 28, 2018, FRONTEO was retained by Aerospace Testing Engineering & Certification, Inc. ("AeroTEC"), Michel Korwin-Szymanowski, Laurus Basson and Cindy Dornéval (collectively, the "Clients") to perform data collections pertaining to AeroTEC custodians. FRONTEO has been working with their counsel, Karr Tuttle Campbell.

4. FRONTEO was directed to forensically collect the Clients' electronically stored information ("ESI") for subsequent analysis for the purpose of an exercise in due diligence in preparation for this matter (*Bombardier Inc. v. Mitsubishi Aircraft Corporation, et al*). I was advised that Bombardier had alleged that eleven documents had been misappropriated, and we were to determine whether those files existed on the Clients' servers or work devices.

5. Duc Nguyen (FRONTEO, Senior Consultant) and I (on-site at AeroTEC's location, 6100 4th Avenue South, Seattle, Washington 98108), obtained forensic images of multiple devices from the Clients (including laptops, desktops, hard drives, and servers), and later obtained forensic images of AeroTEC Network devices, including but not limited to the following, for which we have completed our initial analysis (Windows Forensic Environment was used along with FTK Imager to forensically acquire images of all laptop and desktop devices):

PERRILLO DECLARATION - 2
#1217225 v3 / 45898-028

- AeroTec Laptop devices:

    *Cindy Dorneval - AeroTec - Laptop_SKYHOPPER335

    *Cindy Dorneval - Laptop_SKYHOPPER196

    *Laurus Basson - AeroTec - Laptop_SKYHOPPER339

    *Marc-Antoine Delarche - Laptop_SKYHOPPER125

    *Michel Korwin-Szymanowski - Microsoft Surface Pro 3_SURFACE001

- AeroTec Desktop devices:

    *Laurus Basson – AeroTec – Desktop_PRECISION106

    *Marc-Antoine Delarche – Desktop_PRECISION153

- AeroTec Network devices:

    *AeroTec_FileServer_DataDrive_ROADEDGE2

    *AeroTec_FileServer_DataDrive_COMMONSHARE - Four Extensions (DOC, DOCX, PDF, PPTX) – Native collection

    *AeroTec_FileServer_DataDrive_FILEEDGE - Four Extensions (DOC, DOCX, PDF, PPTX) – Native collection

    *Marc-Antoine DeLarche - Targeted (Old NAS)

(the "AeroTEC ESI"). A copy of the chain of custody logs are provided hereto as **EXHIBIT A**.

6. Upon return to the FRONTEO New York office, the forensic image files were copied, and hash verified without error to FRONTEO's redundant network storage. Confirmation of the hash verification of FRONTEO's network copies is provided here as **EXHIBIT B**.

7. I have examined all AeroTEC corporate devices and have searched each device, including the AeroTEC workstations, laptops, and Network devices for documents of interest.

PERRILLO DECLARATION - 3
#1217225 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

8. In following with Karr Tuttle Campbell's direction for the analysis of the AeroTEC ESI, I performed a file listing review against a list of file names as provided to me by Karr Tuttle. The file listings were generated for the items forensically imaged. A copy of the original file name list and additional keyword searches performed is provided in **EXHIBIT C.**

9. None of the following original eleven (11) filenames or any of the additional keyword searches resulted in any hits for the eleven documents listed below:

   a) TCCA Skew Detection Presentation- Updated with latest Systems and Structure Limits 16-02-01.pptx
   b) 016-03-03 TCCA Skew Detection Presentation-JAN 28 FINAL.pptx.RAA-BA503-412 Reduction of Temperature, Airspeed, Altitude and Mach Number Errors.pdf
   c) RAA-BA503-414 Lag_Effects_in_the_Production_and_Experimental_Pitot-Static_Systems.pdf
   d) RAA-BA503-418 Data Reduction of Ground Position Errors.pdf
   e) RAA-BA500-412 Rev A - Reduction of Temperature, Airspeed, Altitude and Mach Number
   f) Errors.pdf RAA-BA500-414-RevA-Lag_Effects_in_the_Production_and_Experimental_Pitot
   g) Static_Systems.pdf
   h) RAA-BA500-418_signed.pdf
   i) FTP PROD CSeries Rev 5.0 – 17 November 2016.docx
   j) FTP PROD CSERIES Rev 5.0 – 17 November 2016.pdf
   k) BM7002.02.15.02 – Flight Performances.pdf

10. The file listing review and keyword searches resulted in zero (0) matches to the eleven files on any of the collected AeroTEC laptops, AeroTEC desktops and Network AeroTEC devices included in the AeroTEC Devices.

11. After signing a confidentiality agreement, I was provided access to the eleven documents. The eleven documents were not forensic copies of the eleven documents alleged to have been misappropriated. The files provided were simply PDF copies of the files for the purposes of this matter, and thus the files could not be treated as originals. Once forensic copies of the eleven documents are provided, hash value analysis of the data can be used to confirm the forgoing conclusions.

12. Based on the foregoing analysis, it is my opinion to a reasonable degree of certainty

PERRILLO DECLARATION - 4
#1217225 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | |
|---|---|
| 1 | based on standard forensic techniques and analysis that the eleven identified files do not exist on |
| 2 | the devices and/or server "data" provided included in the AeroTEC ESI and analyzed by |
| 3 | FRONTEO. |
| 4 | I declare under penalty of perjury of the laws of the United States that the foregoing is true |
| 5 | and accurate. |
| 6 | Executed this 26th day of December, 2018, at Astoria, New York. |

rperrillo@ubicglobal.com
Digitally signed by rperrillo@ubicglobal.com
DN: cn=rperrillo@ubicglobal.com
Date: 2018.12.26 16:04:37 -05'00'

Richard Perrillo

PERRILLO DECLARATION - 5
#1217225 v3 / 45898-028
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# EXHIBIT A



**FRONTEO**

1114 Avenue of the Americas, 4th Floor New York, NY 10036 | 866.803.7668 | www.fronteo.com/usa

CHAIN OF CUSTODY FORM
Revised 10/15/2018

## Chain of Custody Form

Job Number: 181399  
Firm Name: Karr Tuttle Campbell  
Case Name: N181141 - AeroTEC - Collections  
Primary Contact: Mark A. Bailey / Karr Tuttle Campbell

### PROPERTY SECTION
#### Item Characteristics

| Item #: | Description: | Sealed | Item Specifics: | |
|---|---|---|---|---|
| 1 | Custodian: Michel Korwin-Szymanowski<br>Microsoft Surface (074189644353) (Surface Pro 3) | Yes / No | Make: | Microsoft |
| | | | Model: | Surface 1631 |
| | | | Serial: | 074189644353 |
| 2 | Custodian: Michel Korwin-Szymanowski<br>Samsung S8 Smartphone | Yes / No | Make: | Samsung |
| | | | Model: | Galaxy S8 (SM-G950U) |
| | | | Serial: | IMEI: 358332080181857 |
| 3 | FA00003357 (FRONTEO Asset)<br>Toshiba External Hard Drive | Yes / No | Make: | Toshiba |
| | | | Model: | DTB420 2TB |
| | | | Serial: | 68BFTF63TSVF |
| | | Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |
| | | Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |

**CONSENT TO SEARCH AGREEMENT:** You have presented yourself to FRONTEO as the person having care, control, and custody of the above listed items. By signing below, you are expressing your agreement to transfer care, control, and custody of the above listed items to FRONTEO as well as your consent to FRONTEO's search, both physical as well as electronic interrogation, of the above listed items.

### CHAIN OF CUSTODY SECTION

| Item # | Date/Time | From | To | Reason |
|---|---|---|---|---|
| 1 | Date: 11/28/18<br>Time: 4:23p | Name: Richard Reade<br>Sign: | Name: Duc Nguyen<br>Sign: | Received item #1 for forensic collection. |
| 2 | Date: 11/29/18<br>Time: 3:20pm | Name: Michel Korwin-Szymanowski<br>Sign: | Name: Richard Perrillo<br>Sign: | Received smartphone for forensic collection |
| 2 & 3 | Date: 11/29/18<br>Time: 9:27pm | Name: Richard Perrillo<br>Sign: | Name: Richard Reade<br>Sign: | Returned devices after forensic collection |
| 1 | Date: 11-30-18<br>Time: 5:29 pm | Name: Duc Nguyen<br>Sign: | Name: Richard Reade<br>Sign: | Returned item #1 after forensic collection. |
| | Date:<br>Time: | Name:<br>Sign: | Name:<br>Sign: | |

SAN FRANCISCO | SILICON VALLEY | LOS ANGELES | PORTLAND | SEATTLE | PHOENIX | DENVER | HOUSTON
WASHINGTON, D.C. | NEW YORK | TOKYO | OSAKA | NAGOYA | SEOUL | TAIPEI CITY | MANILA | HONG KONG | LONDON

1

# FRONTEO

1114 Avenue of the Americas, 4th Floor New York, NY 10036 | 866.803.7668 | www.fronteo.com/usa

CHAIN OF CUSTODY FORM
Revised 10/15/2018

## Chain of Custody Form

Job Number: 181399
Firm Name: Karr Tuttle Campbell
Case Name: N181141 - AeroTEC - Collections
Primary Contact: Mark A. Bailey / Karr Tuttle Campbell

### PROPERTY SECTION
**Item Characteristics**

| Item # | Description | Sealed | Make | Model | Serial |
|---|---|---|---|---|---|
| 1 | Laurus Basson (custodian) Dell Precision Tower 3620 "PRECISION 106" | Yes / No | Dell | Precision Tower 3620 | Service Tag: BSYK48a |
| 2 | Laurus Basson (custodian) Lenovo ThinkPad P50 "SKYHOPPER339" | Yes / No | Lenovo | ThinkPad P50 | PC-0N5QAA 17/07 |
| 3 | Laurus Basson (Custodian) Apple iPhone 6 (A1549) | Yes / No | Apple | iPhone 6 (A1549) | IMEI: 352018072607803 |
|  |  | Yes / No |  |  |  |
|  |  | Yes / No |  |  |  |

**CONSENT TO SEARCH AGREEMENT:** You have presented yourself to FRONTEO as the person having care, control, and custody of the above listed items. By signing below, you are expressing your agreement to transfer care, control, and custody of the above listed items to FRONTEO as well as your consent to FRONTEO's search, both physical as well as electronic interrogation, of the above listed items.

### CHAIN OF CUSTODY SECTION

| Item # | Date/Time | From (Name/Sign) | To (Name/Sign) | Reason |
|---|---|---|---|---|
| 1 | Date: 11/28/18  Time: 1:28p | Richard Reade | Duc Nguyen | Received item #1 for forensic collection. |
| 2 & 3 | Date: 11/29/18  Time: 2:12 | L. Basson | Richard Terrillo | Received devices for forensic collection |
| 3 | Date: 11-29-18  Time: 10:17 pm | Duc Nguyen | L. Basson | Returned item #3 after collection completion. |
| 1 & 2 | Date: 11-30-18  Time: 5:32 pm | Duc Nguyen | Richard Reade | Returned items #1 & 2 after collection completion. |
|  | Date:  Time: |  |  |  |

SAN FRANCISCO | SILICON VALLEY | LOS ANGELES | PORTLAND | SEATTLE | PHOENIX | DENVER | HOUSTON
WASHINGTON, D.C. | NEW YORK | TOKYO | OSAKA | NAGOYA | SEOUL | TAIPEI CITY | MANILA | HONG KONG | LONDON

1



**FRONTEO**
1114 Avenue of the Americas, 4th Floor New York, NY 10036 | 866.803.7668 | www.fronteo.com/usa

CHAIN OF CUSTODY FORM
Revised 10/15/2018

## Chain of Custody Form

Job Number: 181399
Firm Name: Karr Tuttle Campbell
Case Name: N181141 - AeroTEC - Collections
Primary Contact: Mark A. Bailey / Karr Tuttle Campbell

### PROPERTY SECTION
**Item Characteristics**

| Item #: | Description: | | Item Specifics: | |
|---|---|---|---|---|
| 1 | Custodian: Marc-Antoine DeLarche  Lenovo ThinkPad P50  "SKYHOPPER125" | Sealed: Yes / No | Make: | Lenovo |
| | | | Model: | ThinkPad P50 |
| | | | Serial: | PC-0FGHYX 16/09 |
| 2 | Custodian: Marc-Antoine DeLarche  Dell Precision Tower 3620  "PRECISION153" | Sealed: Yes / No | Make: | Dell |
| | | | Model: | Precision Tower 3620 |
| | | | Serial: | Service Tag: 8LV1JB2 |
| | | Sealed: Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |
| | | Sealed: Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |
| | | Sealed: Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |

**CONSENT TO SEARCH AGREEMENT:** You have presented yourself to FRONTEO as the person having care, control, and custody of the above listed items. By signing below, you are expressing your agreement to transfer care, control, and custody of the above listed items to FRONTEO as well as your consent to FRONTEO's search, both physical as well as electronic interrogation, of the above listed items.

### CHAIN OF CUSTODY SECTION

| Item # | Date/Time | From | | To | | Reason |
|---|---|---|---|---|---|---|
| 1 | Date: 11/28/18  Time: 1:23 p | Name: Richard Reade  Sign: | | Name: Duc Nguyen  Sign: | | Received item #1 for forensic collection. |
| 2 | Date: 11/29/18  Time: 2:00 p | Name: Richard Reade  Sign: | | Name: Duc Nguyen  Sign: | | Received item #2 for forensic collection. |
| 1 & 2 | Date: 11-30-18  Time: 5:35 pm | Name: Duc Nguyen  Sign: | | Name: Richard Reade  Sign: | | Returned item #1 & 2 following completion of collection. |
| | Date:  Time: | Name:  Sign: | | Name:  Sign: | | |
| | Date:  Time: | Name:  Sign: | | Name:  Sign: | | |

SAN FRANCISCO | SILICON VALLEY | LOS ANGELES | PORTLAND | SEATTLE | PHOENIX | DENVER | HOUSTON
WASHINGTON, D.C. | NEW YORK | TOKYO | OSAKA | NAGOYA | SEOUL | TAIPEI CITY | MANILA | HONG KONG | LONDON

1

# FRONTEO

1114 Avenue of the Americas, 4th Floor New York, NY 10036 | 866.803.7668 | www.fronteo.com/usa

CHAIN OF CUSTODY FORM
Revised 10/15/2018

## Chain of Custody Form

Job Number: 181399   Case Name: N181141 - AeroTEC - Collections
Firm Name: Karr Tuttle Campbell   Primary Contact: Mark A. Bailey / Karr Tuttle Campbell

### PROPERTY SECTION
#### Item Characteristics

| Item #: | Description: | Sealed: | Item Specifics: | |
|---|---|---|---|---|
| 1 | Custodian: Mark Bailey (Karr Tuttle Campbell) UPS #4572 6169 2336 (small box) WD My Passport Slim (Decryption key: 1415313570) | Yes | Make: | WD |
| | | | Model: | My Passport Slim |
| | | | Serial: | WXH1E8548J1H |
| | | Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |
| | | Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |
| | | Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |
| | | Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |

**CONSENT TO SEARCH AGREEMENT:** You have presented yourself to FRONTEO as the person having care, control, and custody of the above listed items. By signing below, you are expressing your agreement to transfer care, control, and custody of the above listed items to FRONTEO as well as your consent to FRONTEO's search, both physical as well as electronic interrogation, of the above listed items.

### CHAIN OF CUSTODY SECTION

| Item # | Date/Time | | From | | To | Reason |
|---|---|---|---|---|---|---|
| 1 | Date: 11-29-18 | Name: | Mark Bailey | Name: | Duc Nguyen | Received sealed box (#1) for forensic collection. |
| | Time: 11:15 | Sign: | [signature] | Sign: | [signature] | |
| | Date: | Name: | | Name: | | |
| | Time: | Sign: | | Sign: | | |
| | Date: | Name: | | Name: | | |
| | Time: | Sign: | | Sign: | | |
| | Date: | Name: | | Name: | | |
| | Time: | Sign: | | Sign: | | |
| | Date: | Name: | | Name: | | |
| | Time: | Sign: | | Sign: | | |

# FRONTEO

1114 Avenue of the Americas, 4th Floor New York, NY 10036 | 866.803.7668 | www.fronteo.com/usa

CHAIN OF CUSTODY FORM
Revised 10/15/2018

## Chain of Custody Form

Job Number: 181399
Firm Name: Karr Tuttle Campbell
Case Name: N181141 - AeroTEC - Collections
Primary Contact: Mark A. Bailey / Karr Tuttle Campbell

### PROPERTY SECTION
#### Item Characteristics

| Item #: | Description: | Sealed | Item Specifics: | |
|---|---|---|---|---|
| 1 | Lenovo ThinkPad P50<br>Custodian: Cindy Dorneval<br>(Current assigned AeroTEC laptop)<br>"SKYHOPPER335" | Yes / No | Make: | Lenovo |
| | | | Model: | ThinkPad P50 |
| | | | Serial: | PC-ON5QA5 17/07 |
| | | Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |
| | | Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |
| | | Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |
| | | Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |

**CONSENT TO SEARCH AGREEMENT:** You have presented yourself to FRONTEO as the person having care, control, and custody of the above listed items. By signing below, you are expressing your agreement to transfer care, control, and custody of the above listed items to FRONTEO as well as your consent to FRONTEO's search, both physical as well as electronic interrogation, of the above listed items.

### CHAIN OF CUSTODY SECTION

| Item # | Date/Time | From | To | Reason |
|---|---|---|---|---|
| 1 | Date: 11/29/2018<br>Time: 12:11 p | Name: RICHARD READE<br>Sign: [signature] | Name: Duc Nguyen<br>Sign: [signature] | Received item #1 for forensic collection. |
| 1 | Date: 11-30-18<br>Time: 5:26 pm | Name: Duc Nguyen<br>Sign: [signature] | Name: RICHARD READE<br>Sign: [signature] | Returned item #1 after collection completion. |
| | Date:<br>Time: | Name:<br>Sign: | Name:<br>Sign: | |
| | Date:<br>Time: | Name:<br>Sign: | Name:<br>Sign: | |
| | Date:<br>Time: | Name:<br>Sign: | Name:<br>Sign: | |

# FRONTEO

1114 Avenue of the Americas, 4th Floor New York, NY 10036 | 866.803.7668 | www.fronteo.com/usa

CHAIN OF CUSTODY FORM
Revised 10/15/2018

## Chain of Custody Form

Job Number: 181399
Firm Name: Karr Tuttle Campbell
Case Name: N181141 – AeroTEC – Collections
Primary Contact: Mark A. Bailey / Karr Tuttle Campbell

### PROPERTY SECTION
**Item Characteristics**

| Item # | Description | Sealed | Make | Model | Serial |
|---|---|---|---|---|---|
| 1 | Lenovo ThinkPad P50 / Custodian: Cindy Dorneval / "SKYHOPPER196" | Yes/No | Lenovo | ThinkPad P50 | PC-0J1TS3 16/12 |
| 2 | Custodian: Cindy Dorneval. Apple iPhone SE – 64GB | Yes/No | Apple | MLMF2LL/A | DX3T3UWQH2XL |
| 3 | Custodian: Cindy Dorneval / Samsung Phone SM-G850W | Yes/No | Samsung | SM-G850W | R38FA10X46Z |
| 4 | Custodian: Cindy Dorneval / Fujitsu LifeBook – Personal Laptop | Yes/No | Fujitsu | LifeBook AH550 | R9Z08358 |
| 5 | Custodian: Cindy Dorneval / HP ProBook – Personal Laptop | Yes/No | HP | ProBook 450 G5 | 5CD751C46K |

**CONSENT TO SEARCH AGREEMENT:** You have presented yourself to FRONTEO as the person having care, control, and custody of the above listed items. By signing below, you are expressing your agreement to transfer care, control, and custody of the above listed items to FRONTEO as well as your consent to FRONTEO's search, both physical as well as electronic interrogation, of the above listed items.

### CHAIN OF CUSTODY SECTION

| Item # | Date/Time | From (Name/Sign) | To (Name/Sign) | Reason |
|---|---|---|---|---|
| 1 | 11/28/18  4:29p | Richard Reade | Duc Nguyen | Received ThinkPad Laptop for Forensic Collection |
| 2,3 | 11/28/18  4:41PM | CINDY DORNEVAL / Cindy Dorneval | Duc Nguyen | Received Smartphones for Forensic Collection |
| 2 | 11/28/18  6:47pm | Richard Perrillo | CINDY DORNEVAL / Cindy Dorneval | Returned Smartphone after collection completed |
| 4 & 5 | 11/29/18  10:08AM | CINDY DORNEVAL / Cindy Dorneval | Richard Perrillo | Received Laptops for Forensic Imaging |
| 1 | 11/29/2018  5:20pm | Duc Nguyen | Richard Reade | Returned item #1 after collection completion. |

SAN FRANCISCO | SILICON VALLEY | LOS ANGELES | PORTLAND | SEATTLE | PHOENIX | DENVER | HOUSTON
WASHINGTON, D.C. | NEW YORK | TOKYO | OSAKA | NAGOYA | SEOUL | TAIPEI CITY | MANILA | HONG KONG | LONDON    1

181399 – Cindy Dorneval        Page 1 of 2

# FRONTEO

1114 Avenue of the Americas, 4th Floor New York, NY 10036 | 866.803.7668 | www.fronteo.com/usa

CHAIN OF CUSTODY FORM
Revised 10/15/2018

## Chain of Custody Form

Job Number: 181399  
Firm Name: Karr Tuttle Campbell  
Case Name: N181141 - AeroTEC - Collections  
Primary Contact: Mark A. Bailey / Karr Tuttle Campbell

### PROPERTY SECTION
#### Item Characteristics

| Item #: | Description: | | Item Specifics: | |
|---|---|---|---|---|
| | | Sealed: Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |
| | | Sealed: Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |
| | | Sealed: Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |
| | | Sealed: Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |
| | | Sealed: Yes / No | Make: | |
| | | | Model: | |
| | | | Serial: | |

**CONSENT TO SEARCH AGREEMENT:** You have presented yourself to FRONTEO as the person having care, control, and custody of the above listed items. By signing below, you are expressing your agreement to transfer care, control, and custody of the above listed items to FRONTEO as well as your consent to FRONTEO's search, both physical as well as electronic interrogation, of the above listed items.

### CHAIN OF CUSTODY SECTION

| Item # | Date/Time | From | To | Reason |
|---|---|---|---|---|
| 4 | Date: 11-30-18 Time: 4:00 pm | Name: Duc Nguyen Sign: [signature] | Name: CINDY DORNEVAL Sign: Cindy Dorneval | Returned item #4 after collection completion. |
| 3 | Date: 11-30-18 Time: 4:59 pm | Name: Duc Nguyen Sign: [signature] | Name: CINDY DORNEVAL Sign: Cindy Dorneval | Returned item #3 after collection completion. |
| 5 | Date: 11-30-18 Time: 5:01 pm | Name: Duc Nguyen Sign: [signature] | Name: CINDY DORNEVAL Sign: Cindy Dorneval | Returned item #5 after collection completion. |
| | Date: Time: | Name: Sign: | Name: Sign: | |
| | Date: Time: | Name: Sign: | Name: Sign: | |

SAN FRANCISCO | SILICON VALLEY | LOS ANGELES | PORTLAND | SEATTLE | PHOENIX | DENVER | HOUSTON  
WASHINGTON, D.C. | NEW YORK | TOKYO | OSAKA | NAGOYA | SEOUL | TAIPEI CITY | MANILA | HONG KONG | LONDON

1

181399 - Cindy Dorneval   Page 2 of 2

# EXHIBIT B



ATTACHMENT B: AeroTec Workstations – Verified Hash Values

Upon return to the FRONTEO New York office, the forensic image files were copied, and hash verified without error to FRONTEO's redundant network storage.
Confirmation of the hash verification of FRONTEO's network copies is provided here:

Cindy Dorneval - AeroTec – Laptop - SKYHOPPER335
MD5 checksum:   9efa70cfe3fbd009681f5f452595b816 : verified (MATCH)
SHA1 checksum:  1469b6ca2f043beb5f666d96cbd722903a0e469d : verified (MATCH)

Cindy Dorneval - Laptop_SKYHOPPER196
MD5 checksum:   9e6da2423be7167e416506245d4e6fe2 : verified (MATCH)
SHA1 checksum:  4f428ba7c1adbe2ceab6d48a3caef4ea153bcb4e : verified (MATCH)

Laurus Basson - AeroTec - Laptop_SKYHOPPER339
MD5 checksum:   8fd9d9a5780c95b97535a973240dffe8 : verified (MATCH)
SHA1 checksum:  de73b0bfd9e9ba4aaa7e109f98d3fce2954eb2e3 : verified (MATCH)

Marc-Antoine DeLarche - Laptop_SKYHOPPER125
MD5 checksum:   7cefd8dc37ba0fb3b38ef413d108a32e : verified (MATCH)
SHA1 checksum:  ae436fb6eecc7adf825e022db349ce4e18e6cb4f : verified (MATCH)

Michel Korwin-Szymanowski - Microsoft Surface Pro 3_SURFACE001
MD5 checksum:   2218500af7002d089c67d3e6af25a5a5 : verified (MATCH)
SHA1 checksum:  de048c02b9fdd467bb581f05d16e2693091216cf : verified (MATCH)

Laurus Basson – AeroTec – Desktop_PRECISION106
MD5 checksum:   49ba3c4e189ceb6e6c199c1db3aae630: verified (MATCH)
SHA1 checksum:  74245c1919e0ba4a354960633822e61c05b65454: verified (MATCH)

Marc-Antoine DeLarche - Desktop_PRECISION153
MD5 checksum:   b567573be12a1efe28463ce61b8a30cb: verified (MATCH)
SHA1 checksum:  3dca9387e4f9d7f02c708f2d3d3f95d09cd51467: verified (MATCH)

AeroTec_FileServer_DataDrive_ROADEDGE2
MD5 checksum:   43d5c6a77bab685625ad53ec1c2d2449: verified (MATCH)
SHA1 checksum:  c5654f724d9855ba1d00afb03732647dde1a38fe: verified (MATCH)

CONFIDENTIAL: Intended only for use by Karr Tuttle Campbell and principals
© 2018 FRONTEO USA



AeroTec_FileServer_DataDrive_ROADEDGE2
MD5 checksum:   43d5c6a77bab685625ad53ec1c2d2449: verified (MATCH)
SHA1 checksum:  c5654f724d9855ba1d00afb03732647dde1a38fe: verified (MATCH)

Marc-Antoine DeLarche - Targeted (Old NAS)
MD5 checksum:   c862459e5b9897d01f78ca6d840d8326: verified (MATCH)
SHA1 checksum:  102651a7d6903a20841985970fb7f0ab56adb6cf: verified (MATCH)

CONFIDENTIAL: Intended only for use by Karr Tuttle Campbell and principals
© 2018 FRONTEO USA

# EXHIBIT C



Exhibit C
Search Criteria

| # | Source | Details (File Name or Search Term) |
|---|---|---|
| 1 | Original File Name | TCCA Skew Detection Presentation- Updated with latest Systems and Structure Limits 16-02-01.pptx |
| 2 | Original File Name | 2016-03-03 TCCA Skew Detection Presentation-JAN 28 FINAL.pptx. |
| 3 | Original File Name | RAA-BA503-412 Reduction of Temperature, Airspeed, Altitude and Mach Number Errors.pdf |
| 4 | Original File Name | RAA-BA503-414 Lag_Effects_in_the_Production_and_Experimental_Pitot-Static_Systems.pdf |
| 5 | Original File Name | RAA-BA503-418 Data Reduction of Ground Position Errors.pdf |
| 6 | Original File Name | RAA-BA500-412 Rev A - Reduction of Temperature, Airspeed, Altitude and Mach Number Errors.pdf |
| 7 | Original File Name | RAA-BA500-414-RevA-Lag_Effects_in_the_Production_and_Experimental_Pitot-Static_Systems.pdf |
| 8 | Original File Name | RAA-BA500-418_signed.pdf |
| 9 | Original File Name | FTP PROD CSeries Rev 5.0 - 17 November 2016.docx |
| 10 | Original File Name | FTP PROD CSERIES Rev 5.0 - 17 November 2016.pdf |
| 11 | Original File Name | BM7002.02.15.02 - Flight Performances.pdf |
| 12 | Search Term for PDF Subset (OCRd) | could not provide required skew resolution |
| 13 | Search Term for PDF Subset (OCRd) | BA500-000001 |
| 14 | Search Term for PDF Subset (OCRd) | Systems limits for Jam Disconnect skew |
| 15 | Search Term for PDF Subset (OCRd) | RAA-BA503-412 |
| 16 | Search Term for PDF Subset (OCRd) | RAA-BA503-414 |
| 17 | Search Term for PDF Subset (OCRd) | RAA-BA503-418 |
| 18 | Search Term for PDF Subset (OCRd) | RAA-BA500-412 |
| 19 | Search Term for PDF Subset (OCRd) | RAA-BA500-414 |
| 20 | Search Term for PDF Subset (OCRd) | RAA-BA500-418 |
| 21 | Search Term for PDF Subset (OCRd) | HIGH ALPHA PROTECTION |
| 22 | Search Term for PDF Subset (OCRd) | BM7002.02.15.02 |
| 23 | Search Term from Original File Names | TCCA Skew Detection Presentation |
| 24 | Search Term from Original File Names | Updated with latest Systems and Structure Limits |
| 25 | Search Term from Original File Names | TCCA Skew Detection Presentation |
| 26 | Search Term from Original File Names | RAA-BA503-412 |
| 27 | Search Term from Original File Names | Lag_Effects_in_the_Production_and_Experimental_Pitot-Static_Systems |

CONFIDENTIAL: Intended only for use by Karr Tuttle Campbell and principals
© 2018 FRONTEO USA



| # | Source | Details (File Name or Search Term) |
|---|---|---|
| 28 | Search Term from Original File Names | RAA-BA503-418 |
| 29 | Search Term from Original File Names | Data Reduction of Ground Position Errors |
| 30 | Search Term from Original File Names | RAA-BA500-412 |
| 31 | Search Term from Original File Names | Rev A - Reduction of Temperature, Airspeed, Altitude and Mach Number Errors |
| 32 | Search Term from Original File Names | RAA-BA500-414-RevA |
| 33 | Search Term from Original File Names | Lag_Effects_in_the_Production_and_Experimental_Pitot-Static_Systems |
| 34 | Search Term from Original File Names | RAA-BA500-418 |
| 35 | Search Term from Original File Names | FTP PROD CSeries |
| 36 | Search Term from Original File Names | FTP PROD CSERIES |
| 37 | Search Term from Original File Names | BM7002.02.15.02 |
| 38 | Search Term from Original File Names | TCCA Skew |
| 39 | Search Term from Original File Names | RAA-BA50 |
| 40 | Search Term from Original File Names | Lag_Effects |
| 41 | Search Term from Original File Names | Lag Effects |
| 42 | Search Term from Original File Names | CSeries |
| 43 | Search Term from Original File Names | Flight Performances |
| 44 | Search Term from Original File Names | BM7002 |

CONFIDENTIAL: Intended only for use by Karr Tuttle Campbell and principals
© 2018 FRONTEO USA