THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al.,<br><br>　　　　　　Defendants. | 2:18-cv-1543 RAJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.'S MOTION TO FILE UNDER SEAL |

This matter comes before the Court on the motion of Defendant Mitsubishi Aircraft Corporation America, Inc. ("MITAC America") to file under seal its Opposition to Plaintiff's Motion for a Preliminary Injunction ("Opposition") and certain supporting materials thereto. The Court GRANTS the motion, and the Opposition and supporting materials identified in MITAC America's motion to seal may be filed under seal via the CM/ECF system and shall remain sealed in accordance with Local Rule 5(g).

　　　IT IS HEREBY ORDERED.


Dated this 27th day of December 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD A. JONES
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT MITSUBISHI
AIRCRAFT CORPORATION AMERICA, INC'S MOTION TO FILE
UNDER SEAL (NO. 18-CV-1543 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by.

*/s/ Jerry A. Riedinger*
Jerry A. Riedinger, WSBA No. 25828
Mack H. Shultz, WSBA No. 27190
James Sanders, WSBA No. 24565
Mary Z. Gaston, WSBA No. 27258
Shylah R. Alfonso, WSBA No. 33138
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  JRiedinger@perkinscoie.com
E-mail:  MShultz@perkinscoie.com
E-mail:  MGaston@perkinscoie.com

Attorneys for Defendant Mitsubishi Aircraft
Corporation America, Inc.

[PROPOSED] ORDER GRANTING DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC'S MOTION TO FILE UNDER SEAL (NO. 18-CV-1543 RAJ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on December 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 27th day of December 2018.

*/s/ Jerry A. Riedinger*
Mary Z. Gaston, WSBA No. 25828
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail: JRiedinger@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000