# EXHIBIT A

| | |
|---|---|
| **From:** | John Denkenberger |
| **To:** | Anna Tumanova; Gaston, Mary Z. (SEA) |
| **Cc:** | Mark Bailey; BMBD-6-3764; Richard J. Omata; Brian McMahon; Lindsay Calkins; Riedinger, Jerry A. (SEA); Shultz, Mack H. (SEA); Sanders, James (SEA); Alfonso, Shylah R. (SEA); Starr, June (SEA); Burley, Daniel (CHI); Daniel Hagen; Porter, Steve (SEA) |
| **Subject:** | RE: Meet & Confer re Motion to Seal |
| **Date:** | Thursday, December 27, 2018 5:20:55 PM |

Jerry and Mark,

For clarity, we have provided requested redactions of your oppositions and identified documents that do not need to be sealed. Because of the volume of the documents at issue (in excess of 1500 pages) and the short time that we have had to review them, we are unable to provide a comprehensive list of necessary redactions at this time. Accordingly, we have designated the remaining documents to be filed under seal. This is the only way that we can ensure that confidential information will not be publicly disclosed in the filings.

We note that the short timeline for review is further complicated by Bombardier being closed for the holidays, giving us no access to necessary personnel, including a key Bombardier manager who is most knowledgeable with the confidential information of Bombardier.

You have our permission to file the motion to seal in accordance with the below email. As always, we remain available to work with you to resolve this issue.

Thanks

**From:** Anna Tumanova
**Sent:** Thursday, December 27, 2018 3:36 PM
**To:** 'Gaston, Mary Z. (Perkins Coie)'; John Denkenberger
**Cc:** Mark Bailey; BMBD-6-3764; Richard J. Omata; Brian McMahon; Lindsay Calkins; Riedinger, Jerry A. (Perkins Coie); Shultz, Mack H. (Perkins Coie); Sanders, James (Perkins Coie); Alfonso, Shylah R. (Perkins Coie); Starr, June (Perkins Coie); Burley, Daniel (Perkins Coie); Daniel Hagen; Porter, Steve (Perkins Coie)
**Subject:** RE: Meet & Confer re Motion to Seal

Counsel,

Attached are copies of the MITAC-A and AeroTEC's Oppositions with our requested redactions highlighted in yellow.

All of the declarations and related exhibits will be filed under seal, except as noted below (no redactions required):

- Anderson Declaration
- Del Vecchio Declaration
- Riley Declaration
- Human Declaration
- Korwin-Szymanowski Declaration
-

    Perrillo Declaration
- Reade Declaration

Thank you
Anna


Anna Tumanova
Litigation Paralegal
Christensen O'Connor Johnson Kindness PLLC
1201 Third Avenue, Suite 3600
Seattle, WA 98101
T 206-695-1626
F 206-224-0779
www.cojk.com



-----Original Message-----
From: Anna Tumanova
Sent: Thursday, December 27, 2018 3:09 PM
To: 'Gaston, Mary Z. (Perkins Coie)'; John Denkenberger
Cc: Mark Bailey; BMBD-6-3764; Richard J. Omata; Brian McMahon; Lindsay Calkins; Riedinger, Jerry A. (Perkins Coie); Shultz, Mack H. (Perkins Coie); Sanders, James (Perkins Coie); Alfonso, Shylah R. (Perkins Coie); Starr, June (Perkins Coie); Burley, Daniel (Perkins Coie); Daniel Hagen; Porter, Steve (Perkins Coie)
Subject: RE: Meet & Confer re Motion to Seal

Mary,

On behalf of our team - in preparation for the Meet & Confer, we will send you the proposed redactions shortly.

Thank you
Anna


Anna Tumanova
Litigation Paralegal
Christensen O'Connor Johnson Kindness PLLC
1201 Third Avenue, Suite 3600
Seattle, WA 98101
T 206-695-1626
F 206-224-0779
www.cojk.com

-----Original Message-----
From: Gaston, Mary Z. (Perkins Coie) [mailto:MGaston@perkinscoie.com]
Sent: Thursday, December 27, 2018 1:09 PM
To: John Denkenberger
Cc: Mark Bailey; BMBD-6-3764; Richard J. Omata; Brian McMahon; Lindsay Calkins; Riedinger, Jerry A. (Perkins Coie); Shultz, Mack H. (Perkins Coie); Sanders, James (Perkins Coie); Alfonso, Shylah R. (Perkins Coie); Starr, June (Perkins Coie); Burley, Daniel (Perkins Coie); Daniel Hagen; Porter, Steve (Perkins Coie)
Subject: Re: Meet & Confer re Motion to Seal

Thanks Mark and John.   Call-in information is: 1-888-857-7291. Passcode: 2063593910#

June: please send a calendar invite.

> On Dec 27, 2018, at 3:54 PM, John Denkenberger <john.denkenberger@cojk.com> wrote:
>
> All,
>
> I am available to meet at 3:30 and we will need to meet.
>
> Thanks.
>
> -----Original Message-----
> From: Mark Bailey [mailto:mbailey@karrtuttle.com]
> Sent: Thursday, December 27, 2018 12:30 PM
> To: Gaston, Mary Z. (Perkins Coie); John Denkenberger; BMBD-6-3764;
> Richard J. Omata; Brian McMahon; Lindsay Calkins
> Cc: Riedinger, Jerry A. (Perkins Coie); Shultz, Mack H. (Perkins
> Coie); Sanders, James (Perkins Coie); Alfonso, Shylah R. (Perkins
> Coie); Starr, June (Perkins Coie); Burley, Daniel (Perkins Coie);
> Daniel Hagen
> Subject: RE: Meet & Confer re Motion to Seal
>
> 3:30 works for me.
>
> Mark A. Bailey
> Attorney at Law | mbailey@karrtuttle.com | Office: 206.224.8050  |
> Fax: 206.682.7100 Karr Tuttle Campbell | 701 Fifth Avenue, Suite 3300
> | Seattle, WA 98104 | www.karrtuttle.com -----Original Message-----
> From: Gaston, Mary Z. (Perkins Coie) [mailto:MGaston@perkinscoie.com]
> Sent: Thursday, December 27, 2018 12:28 PM
> To: john.denkenberger@cojk.com; BMBD-6-3764@cojk.com; Richard J. Omata

> <ROmata@karrtuttle.com>; Mark Bailey <mbailey@karrtuttle.com>; Brian
> McMahon <brian.mcmahon@cojk.com>; lindsay.calkins@cojk.com
> Cc: Riedinger, Jerry A. (Perkins Coie) <JRiedinger@perkinscoie.com>;
> Shultz, Mack H. (Perkins Coie) <MShultz@perkinscoie.com>; Sanders,
> James (Perkins Coie) <JSanders@perkinscoie.com>; Alfonso, Shylah R.
> (Perkins Coie) <SAlfonso@perkinscoie.com>; Starr, June (Perkins Coie)
> <JStarr@perkinscoie.com>; Burley, Daniel (Perkins Coie)
> <DBurley@perkinscoie.com>
> Subject: Meet & Confer re Motion to Seal
>
> Counsel,
>
> In order to ensure a timely filing of the defendants' oppositions to the PI, I propose we schedule the meet and confer for 3:30 PST this afternoon.  (If no redactions are needed we can always cancel the call.) Once the time is confirmed by COJK and Karr Tuttle, I will send a calendar invite with a call-in number.
>
> Thank you in advance,
>
> Mary
>
> _____
>
> NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.
>
> Please consider the environment before printing this email.
>
> IMPORTANT/CONFIDENTIAL: This e-mail message (and any attachments accompanying it) may contain confidential information, including information protected by attorney-client privilege. The information is intended only for the use of the intended recipient(s).  Delivery of this message to anyone other than the intended recipient(s) is not intended to waive any privilege or otherwise detract from the confidentiality of the message.  If you are not the intended recipient, or if this message has been addressed to you in error, do not read, disclose, reproduce, distribute, disseminate or otherwise use this transmission, rather, please promptly notify the sender by reply e-mail, and then destroy all copies of the message and its attachments, if any.

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.