THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., et al., <br><br> Defendants. | 2:18-cv-1543 RAJ <br><br> DECLARATION OF CHRISTOPHER ANDERSON |

I, Christopher Anderson, declare as follows:

1. I am the Senior Director of Integrated Product Team Operations in the United States for Defendant Mitsubishi Aircraft Corporation America ("MITAC America"), which is headquartered in Seattle, Washington. I have held this this position since April 2018.

2. My primary responsibilities for MITAC America include providing oversight and support to the company's flight test engineering program at its facility in Moses Lake, Washington and its engineering element in Seattle. I also am responsible for monitoring development, certification and related efforts. I act as an interface between MITAC America's engineering group in Seattle and the core engineering group of MITAC America's parent corporation, Mitsubishi Aircraft Corporation ("MITAC"), which is based in Nagoya, Japan.

DECLARATION OF CHRISTOPHER ANDERSON – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. I am responsible for providing the tools to support the certification of the Mitsubishi Regional Jet ("MRJ") program. Much of my time in this role involves working to restructure the relationship with a number of key suppliers in an effort to create a more effective organization.

4. Given my background and experience, I have assisted MITAC America in Seattle and at the Moses Lake Flight Test Center to adjust processes and practices to try and improve organizational performance. I have also been heavily involved in the recruitment of new personnel into the company, in particular safety professionals.

5. I have significant experience in aircraft certification, having worked in the civilian and military aerospace environment for over two decades, as described further below.

**Background**

6. I received a Bachelor's Degree in Aerospace Engineering in 1993 from the Royal Melbourne Institute of Technology in Melbourne, Australia.

7. I worked from 1994 to 1999 for Boeing in Melbourne, Australia. I was a Manufacturing Quality Engineer from 1994 to 1996, a role that involved monitoring and improving current manufacturing processes while ensuring a quality product was delivered to the customer. I was a Quality Coordinator from 1996 to 1999, and was responsible for the maintenance of quality standards within the facility.

8. I joined the Royal Australian Air Force ("RAAF") in March 2000, serving as a navigator. I initially took a number of courses in the RAAF in preparation for navigator training, including Junior Officer Initial Course, Combat Survival Training Course, and Aviation Medicine. I was exposed during my navigator training to the aviation environment and the challenges that it offers. The RAAF courses gave me practical and theoretical exposure to a wide variety of aviation subjects. I was awarded the Leadership Prize upon completing the course. I served as an RAAF navigator until 2002.

DECLARATION OF CHRISTOPHER ANDERSON – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

9.     I served as an engineer in the RAAF's Air Lift Support Program Office from 2002 to 2004. I was part of a team responsible for the upgrade of cockpit instruments in the C130H aircraft. This position provided my first exposure to the RAAF engineering system and the design requirements documents and processes associated with aircraft development.

10.    I was a Logistics and Engineering Officer in the RAAF from 2004 to 2005. I managed the logistics section within my squadron as well as other engineering duties. I was heavily involved in the retirement of an old aircraft and the introduction of the replacement platform. I also fulfilled the secondary duty of Unit Safety Officer.

11.    I served as a Flight Line Maintenance Officer for the RAAF in 2005. I was posted to an F/A-18 Hornet Squadron, where I was responsible to the unit Executive Officer and the Senior Engineering Officer for ensuring squadron's ability to achieve the unit's expected flying program. This required me to liaise heavily with all elements of the Squadron to ensure there would be sufficient aircraft to meet the program. The position was dynamic and challenging, with aircraft serviceability being a continual restriction. Despite the challenges, I achieved an exceptional success rate in maintaining aircraft availability. I also managed the maintenance element of a Squadron deployment to Perth, with six aircraft and approximately 90 personnel. I managed the Ground Support Equipment and Maintenance Control Sections of the Squadron throughout the posting. I gained valuable experience and insight into safety programs though my secondary role as unit Maintenance Aviation Safety Officer.

12.    From December 2005 to January 2007, I completed a one-year course at the Empire Test Pilots School, a British training center for test pilots and flight test engineers, located at MoD Boscombe Down in Wiltshire, England. The year-long course taught the principles and guidelines used in my professional career in aircraft certification activities. The course was intensive, and is often viewed as an 18-month course compressed into 12 months. The course covered all elements of aircraft certification, including requirements, planning, execution, reporting, and safety. It provided exposure to performance, handling qualities and

DECLARATION OF CHRISTOPHER ANDERSON – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

systems testing. The course taught time management and the ability to manage multiple concurrent tasks. The culmination of the course was an end-of-year project that involved the assessment of an unknown aircraft with the aim of planning, testing, and reporting on the aircraft within four weeks.  The Empire school is one of four test pilot and engineer schools in the world focused on the activities needed to verify the performance, safety and reliability of aircraft (the others are courses run by the U.S. Air Force, the U.S. Navy and the French Air Force).  The Empire school taught testing of both small fighter aircraft and large transport aircraft.

13. I returned to Australia from England in January 2007. From January 2007 until March 2009, I served as a Flight Test Engineer for the RAAF, employing the skills I had learned at the Empire Test Pilots School and apply them to the testing of the Australian Defense Force ("ADF") aircraft. I was involved in C130J airdrop trials, development of digital test camera capability for the Squadron's test Hornets and aero elasticity testing for weapons clearances activities. My understanding of the ADF operational and technical airworthiness process was expanded considerably. My time at the Squadron culminated in being assigned the flight test lead role for a concept demonstrator weapon that required the management of aircrew and maintenance personnel at a location deployed from Edinburgh for three weeks. The success of the deployment was critical for the ongoing development of the capability. During this posting I developed a strong understanding of the ADF Developmental Test process. I filled the role of Aviation Safety Officer and Flight Test Safety Officer.

14. I served as an Operational Test and Evaluation Manager in the Tactical Fighter Support program Office of the RAAF from March 2009 to January 2010.  I managed the operational test and evaluation on the Electronic Warfare upgrade to the F/A-18 Hornet.

15. I served as a Deputy Fixed Wing Flight Commander for the RAAF from January 2010 to October 2011. After being promoted above my peers to the rank of Squadron Leader (SQNLDR) I was posted to the Aircraft Research and Development Unit ("ARDU") to undertake a management role within Fixed Wing Flight. The role required me to directly manage, assess

DECLARATION OF CHRISTOPHER ANDERSON – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

and mentor junior flight test engineers within the Squadron, as well as indirectly growing the skillsets of the test pilots. I took a proactive role in the management of tasking within the unit in attempt to identify potential efficiency improvements. As a member of the unit executive, I represented ARDU at numerous meetings and undertook the role of Flight Commander in the Commander's absence. I directly worked on acceptance test activities for the KC-30A Air-to-Air Refueling aircraft, and continued to develop the safety hazard analysis process in the unit. I completed the ADF Requirements Engineering short course and the ADF Aircraft Systems Management Course.

16. I served as a Senior Flight Test Engineer for ARDU in the RAAF from October 2011 to July 2013. As a senior member of the unit, I was an integral element in the standardization of produced documentation, such as flight test reports. I was responsible for representing the flight test engineers within the RAAF at a number of different forums. I instigated a number of changes that allowed the organization to be more generative and prepared in the way it responded to customer requirements as well as meeting governance and regulatory requirements imposed on the unit from higher command.

17. I left the RAAF in July 2013 and began working for Bombardier in Canada. I took a position in the Bombardier CSeries Flight Test Certification Program in August 2013 as Flight Test Lead for Flight Test Vehicle 001, which refers to the first CSeries test vehicle produced for the test program. I immediately began using the skills I learned in the RAAF. Within six weeks of joining Bombardier, I was promoted to the position of Flight Test Team ("FTT") Lead. The FTT role was cross-functional and required the appropriate skills to work across the engineering, maintenance and flight operations departments to achieve the required outcomes on schedule. There were continual programmatic and technical challenges that needed to be resolved in order to minimize program delays. My extensive exposure to previous flight test tasks and my training completed at the Empire Test Pilot School prepared me well for this role.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Flight Testing for Bombardier at the Mirabel Facility**

18. My work for Bombardier occurred at the Mirabel facility located in Montreal, Canada, and the long-term test facility in Wichita, Kansas. Mirabel was the primary location for Bombardier's flight testing and certification efforts for its CSeries aircraft.

19. Before joining Bombardier, I believed I understood what working for Bombardier would be like. Given Bombardier's stature as the world's third-largest commercial/business airplane manufacturer (after Boeing and Airbus), I assumed Bombardier would have strong institutionalized knowledge about the certification process. I discovered that Bombardier's CSeries certification program was relativity disorganized and immature, in the sense that its leaders and the teams in general had less certification experience than I expected. Although Bombardier had some documented procedures and policies in place, it did not appear that many people followed them. I received pushback from my superiors when I discussed the need to update that documentation to make it more accurate. One of the key tenets of my training and work experience before joining Bombardier was ensuring, as best as possible, that all teams clearly understand the processes to be followed, but this tenet did not seem to be in play at Mirabel.

20. Bombardier opened Mirabel in March 2013, about four months before I arrived in Montreal. The facility consisted of multiple demountable buildings (i.e., trailers) that were connected together for offices.

21. From 2012 into 2015, Bombardier made a push to hire experienced pilots and flight test engineers to work on the CSeries certification project. The program management base for the CSeries was in Mirabel, including the Vice President of Flight Testing and then-Director of the CSeries Flight Test Teams, Michel Korwin-Szymanowski (who was commonly referred to as "MK17" due to his last name having 17 letters). Testing of the CSeries test aircraft was initially split between Mirabel and Wichita.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

22.     Bombardier also had ongoing projects at the Wichita facility relating to its sustaining aircraft (i.e., aircraft that had already been certified), and further had a team working on certification for a business jet, the Learjet 85, that was under development. The Learjet 85 team was conducting certification work similar to that of the CSeries team at Mirabel (with the exception that the main certifying authority for the Learjet was the U.S. Federal Aviation Administration whereas the certifying authority for the CSeries was Transport Canada).

23.     Bombardier was able to offer sufficient compensation to some of the Wichita experienced personnel to have them move up to Mirabel, but it was unable to move its entire certification force to Mirabel. Thus, Bombardier began to look for persons with experience outside the internal ranks of the company to work at Mirabel.

24.     Bombardier staffed Mirabel with engineers from its competitors around the world. From the beginning of 2015 through May 2015, Bombardier hired about six new flight test engineers to work on the CSeries certification at Mirabel, including at least two from Embraer, a competitor of Bombardier. Others came from the RAAF and British Aerospace.  There was a constant influx of new personnel at that time within the remaining engineering workforce at Mirabel. Bombardier hired engineers from Airbus, Embraer, the Canadian and British militaries, the aerospace division of Rolls Royce, and Boeing to work on the CSeries project.

**Move to Bombardier's Wichita Facility**

25.     For six weeks from February to March 2014, I was deployed to Bombardier's Wichita facility to assist the first deployment with the CSeries aircraft. In contrast to Wichita, Mirabel had a temporary feel. The operations at Wichita were more organized and mature, because the Wichita team was comprised of persons with more extensive experience than the CSeries team. The Wichita facility also looked different than Mirabel: rather than temporary structures, Wichita had actual brick-and-mortar buildings.

26.     In April 2015, I permanently relocated to Wichita from Quebec through an intra-company transfer. The decision to move was based in part on family considerations, but also was

DECLARATION OF CHRISTOPHER ANDERSON – 7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

heavily influenced by my sense that the Mirabel facility was not going to be kept operational for much longer. At some point in early 2015 there was an organizational change and the position of Vice President of Flight Test & Flight Operations was relocated from Mirabel to Wichita. This further supported my assessment that the future of flight testing for Bombardier would be in Wichita.

27. Bombardier eventually closed the Mirabel flight test center, resulting in the reassignment and departure of many employees, as described below.

**The Closing of Mirabel**

28. After relocating to Wichita, I continued to work on CSeries certification and maintained regular contact with my colleagues still at Mirabel.

29. From late 2015 through early 2016, Bombardier began to shift primary flight testing operations on the CSeries from Mirabel to Wichita, including by moving Flight Test Vehicle 001 to Wichita. During that period, my colleagues at Mirabel often talked to me about whether the Mirabel facility would be shut down. It was clear to me then that members of the Mirabel team were uncertain about their future with the company. I believe they were receiving upper-level briefings indicating longevity, but the teams in Wichita were not receiving those briefings. As a result, I believe that morale among the Mirabel employees was very low—the lowest I have ever personally observed in a workplace. Not surprisingly, it was common around that time to receive emails stating that a Mirabel employee was leaving Bombardier to work for another aerospace organization. The emails came from personnel in all functions, but particularly engineers, which comprised the largest group of professionals on the program.

30. Adding to this sense of uncertainty and poor morale was the fact that Bombardier cancelled the Learjet 85 project at the beginning of 2015, resulting in hundreds of Bombardier employees losing their jobs. The Learjet 85 cancellation left an impression on me, and I believe the handling of that situation was still on the minds of the people at Mirabel, as well.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

31. In December 2016, Bombardier imposed a mandatory two-week-long, unpaid furlough on hundreds of employees working on the CSeries certification project, including me. Notably, the furlough began one day after the company had received the Type Certificate for the CSeries (100 model). The furlough caused me to lose trust in Bombardier as an organization and motivated me to consider looking for new opportunities elsewhere. From discussions with colleagues at the time, I believe the furlough was the final straw for many Bombardier personnel who were already questioning their future with the company.

32. Bombardier ultimately closed the Mirabel flight test center in May 2016. Although Bombardier transferred some pilots and flight test engineers who had been staffed at Mirabel to Wichita, many other employees took it upon themselves to find opportunities elsewhere, including at other aerospace companies, such as Gulf Stream and Airbus. The section chief for the aircraft performance team went to Nav Canada, for example. Many people who stayed at Bombardier were moved into different roles in the company.

33. In mid-2017, I considered relocating back to Australia, and even received a job offer there that I strongly considered accepting. When I notified Bombardier of the offer, they countered by offering me a higher salary, which ultimately convinced me to stay with the company. I am aware that Bombardier similarly made a counteroffer to retain Ed Grabman, the lead test pilot for Bombardier's Global 7000 program (the only other aircraft Bombardier had under development), when he announced an intent to leave.

34. I continued to work for Bombardier at the Wichita facility until February 2018. As for my reasons for leaving Bombardier, following the drawdown of the Learjet and the CSeries certification programs, I could foresee the same thing happening after certification of the Global 7000 program was complete (which was approximately six months away at that time). Airbus bought a majority stake in the CSeries in October 2017, and Bombardier had no follow-on program after the Global 7000, all of which gave me the feeling that the organization would change and Bombardier would no longer be a desirable place to work. I could not see the growth

DECLARATION OF CHRISTOPHER ANDERSON – 9

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

potential at Wichita. I thus changed jobs and started in my current position at MITAC America in April 2018.

**Mobility in the Industry**

35. In my experience, there is a cyclical pattern in the aircraft certification industry. When one manufacturer's certification program begins, engineers tend to flock to that new program; likewise, when a certification program ends, engineers tend to seek new opportunities with other manufacturers. It is common in this industry for engineers to switch companies every two to three years to go to the newest certification projects.

36. While there are certainly engineers who have become certification specialists by staying at one company for decades, there are many others whose expertise stems from working for many different manufacturers.

37. To illustrate this point: While employed by Bombardier in Wichita, I reviewed the company's prior organization charts for its flight test engineers and pilots at Wichita's Bombardier Flight Test Center ("BFTC"). From those charts I determined that between 2012 and 2016, there had been significant employee turnover, with an estimated 20% of employees reallocating to other parts of BFTC, and more than 30% of employees leaving Bombardier altogether. These estimated figures included people in high-up positions, such as flight operations managers, and not just test pilots and flight test engineers.

**Production Flight Test Profile The MRJ**

38. MITAC is currently working to obtain a type certificate for the Mitsubishi Regional Jet, known as the "MRJ." That work includes efforts to demonstrate to the applicable regulatory agencies that the design of the MRJ meets all relevant regulations and is safe.

39. After the design of the MRJ has been "type certified," each individual MRJ plane will separately need to be certified for airworthiness. That separate certification involves testing to show that the individual MRJ aircraft in question adheres to the "type certified" design and is safe for operation before it is delivered to the customer.

DECLARATION OF CHRISTOPHER ANDERSON – 10

40. As part of the airworthiness testing for individual MRJ aircraft, the MRJ will undergo a flight test where flight test personnel will check, to the extent possible, all aircraft systems, alerts and operational functionality.  The flight tests for the individual MRJs will be governed by a production flight test profile, which is a document that will set forth the flight procedure and checklist that is used to ensure that there are no problems with the systems, alerts or operational functionality.

41. As of the date of this Declaration, the production flight test profile for the MRJ has not been written.  It is anticipated that the production flight test profile for the MRJ will be written after the MRJ is type certified, and that it will be based on the certification flight test profile used for the MRJ certification testing.

**Bombardier Confidential Information**

42. When I came to work for MITAC America, I signed an agreement stating that I would not bring to MITAC America, or use in my work for it, any trade secrets or other confidential or proprietary information I may have acquired from my former employers, including Bombardier. I understand and abide by my obligations under that agreement. It is my understanding that all MITAC America engineers sign agreements like the one I did, prohibiting them from using confidential information of other companies.  In performing my work for MITAC America, I have never used or disclosed any Bombardier confidential information.

43. Part of my current role at MITAC America is to ensure that company policies are followed by the employees who report to me. I am not aware of any other employees at MITAC America who have used or disclosed any Bombardier confidential information in performing their work for MITAC America.

44. I believe that the differences between the Bombardier aircraft I worked on while employed by Bombardier and the MRJ are significant, and it would be difficult to use Bombardier-specific certification information in the certification of the MRJ.

DECLARATION OF CHRISTOPHER ANDERSON – 11

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

45. I have personal knowledge of all the facts stated in this Declaration and, if called to, could and would testify competently thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of December, 2018 at SAMMAMISH, Washington.

/s/ _____
Christopher Anderson

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on December 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 27th day of December 2018.

> */s/ Jerry A. Riedinger*
> Jerry A. Riedinger, WSBA No. 25828
> **Perkins Coie LLP**
> 1201 Third Avenue, Suite 4900
> Seattle, WA 98101-3099
> Telephone: 206.359.8000
> Facsimile: 206.359.9000
> E-mail: JRiedinger@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000