THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOMBARDIER INC.,

Plaintiff,

v.

MITSUBISHI AIRCRAFT
CORPORATION, MITSUBISHI
AIRCRAFT CORPORATION AMERICA
INC., et al.,

Defendants.

No. 2:18-cv-1543 RAJ

**DECLARATION OF ALEXIS DEL VECCHIO**

I, Alexis Del Vecchio, declare as follows:

1.      I am over the age of eighteen and make this declaration based on personal knowledge.

2.      I am a professional translator with 13 years of experience, and I am employed by Morningside Translations.

3.      As part of my job duties, I was asked to translate from French to English the second page of the attached Exhibit A, which appears to be an email dated May 6, 2016. Page two has a header "Case 2:18-cv-01543 Document 1-21 Filed 10/19/18 Page 2 of 3."

4.      Attached to this declaration as Exhibit B is a copy of a true and accurate translation of Exhibit A, created by me.  Also attached to Exhibit B is a Certificate of Accuracy.

DECLARATION OF ALEXIS DEL VECCHIO
(NO. 18-CV-1543 RAJ) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

**I declare under penalty of perjury that the foregoing is true and correct.**

2

3

Executed this 14th day of December 2018 at Simpsonville, South Carolina.

4

5

6

7

Alexis Del Vecchio

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF ALEXIS DEL VECCHIO
(NO. 18-CV-1543 RAJ) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on December 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 27th day of December 2018.

*/s/ Jerry A. Riedinger*
Jerry A. Riedinger, WSBA No. 25828
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail: JRiedinger@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

# EXHIBIT A

# EXHIBIT L

| From: | Marc-Antoine Delarche |
|---|---|
| To: | marc_delarche@hotmail.com |
| Subject: | FW: Review of CS300 Reports |
| Date: | Friday, May 06, 2016 11:22:00 AM |
| Attachments: | image001.jpg |
| | RAA-BA503-412 Reduction of Temperature, Airspeed, Altitude and Mach Number Errors.pdf |
| | RAA-BA503-414 Lag_Effects_in_the_Production_and_Experimental_Pitot-Static_Systems.pdf |
| | RAA-BA503-418 Data Reduction of Ground Position Errors.pdf |
| | image002.png |

**From:** Charles Armand Tatossian
**Sent:** Tuesday, May 03, 2016 4:00 PM
**To:** Marc-Antoine Delarche
**Cc:** Charles Fichet; Jean-Francois Chretien; Mathieu Berthereau; Cedric Kho; Dave Corriveau
**Subject:** Review of CS300 Reports

Salut Marc-Antoine,

Pour offloader le workload de Charles, je vais te mettre comme **Checker** pour mes rapports du CS300. Il me semble que c'était le plan du tout début pour ta candidature de futur DAD. Avec les vols récents de Roswell, je viens de terminer le rapport des Ground PEs. Durant le mois prochain, je vais travailler sur le rapport de low speed drag, même si on n'a pas fini le ice sur le CS300.



**Charles A. Tatossian**
Spécialiste en ingénierie
Aérodynamique avancée / CSeries WP7.5 FTCE Technical
charles.armand.tatossian@aero.bombardier.com
Extension: 20155; Cell: (514) 497-3033



# EXHIBIT B

# EXHIBIT L

**From:** Marc-Antoine Delarche marc delarcheOhotmail.com FW: Review of CS300 Reports Friday, May 06, 2016 11:22:00 AM imaaeOOl.ipa
**To:** RAA-BA503-412 Reduction of Temperature. Airspeed. Altitude and Mach Number Errors.pdf RAA-BA503-414
**Subject:** Lag Effects in the Production and Experimental Pitot-Static Systems.pdf RAA-BA503-418 Data Reduction of
**Date:** Ground Position Errors.pdf image002.png
**Attachments:**

**From: Charles Armand Tatossian Sent:**

Tuesday, May 03, 2016 4:00 PM

**To:** Marc-Antoine Delarche

**Cc:** Charles Flehet; Jean-Francols Chretien; Mathieu Berthereau; Cedric Kho; Dave Corrlveau

**Subject:** Review of CS300 Reports

Hi Marc-Antoine,

To offload the workload of Charles, I will put you as Checker for my CS300 reports. It seems to me that this was the plan from the very beginning for your application as a future DAD. With Roswell's recent flights, I just finished the Ground PEs report. During the next month, I will work on the report of low speed drag, even if we did not finish the ice on the CS300.



**Charles A. Tatossian**
Spécialiste en ingénierie
Aérodynamique avancée / CSeries WP7.5 FTCE Technical
charles.armand.tatossian@aero.bombardier.com Extension:
20155; Cell: (514) 497-3033





**Morningside IP**   The Leader in Global IP Solutions

# TRANSLATOR CERTIFICATION

Date: December 14, 2018

To whom it may concern:

I, Alexis Del Vecchio, a translator fluent in the French and English languages, on behalf of Morningside Translations, do solemnly and sincerely declare that the following is, to the best of my knowledge and belief, a true and correct translation of the document(s) listed below in a form that best reflects the intention and meaning of the original text.

The documents are designated as:

- Second page of Exhibit A: email dated May 6, 2016, page 2 of which bears the header "Case 2:18-cv-01543 Document 1-21 Filed 10/19/18 Page 2 of 3."

Signature

Alexis Del Vecchio
Print

**NEW YORK**

450 Seventh Avenue
10th Floor
New York, NY 10123, USA
P: (212) 643-8800

**SAN FRANCISCO**

111 Pine Street
Suite 1815
San Francisco, CA 94111, USA
P: (415) 580-6360

**KENT**

Corn Exchange House
49 The Pantiles
Tunbridge Wells
Kent TN2 5TE, UK
P: +44 (0)1892 549784

**HAMBURG**

Kurze Mühren 1
2nd Floor
Hamburg, Germany 20095
P: +49 (0) 407 679 6500

**JERUSALEM**

43 Emek Refaim
Entrance B
Jerusalem 9314104, Israel
P: +972 (02) 563-1728

info@morningsideip.com  |  www.morningsideIP.com