THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOMBARDIER INC.,

        Plaintiff,

v.

MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., et al.,

        Defendants.

No. 2:18-cv-1543 RAJ

RE-NOTE OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA INC.'S MOTION TO SEAL OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING MATERIALS THERETO

RE-NOTED ON MOTION CALENDAR: Friday, January 11, 2019

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES

    Please take notice that Defendant Mitsubishi Aircraft Corporation America, Inc. ("MITAC America") is re-noting its Motion to Seal Opposition to Plaintiff's Motion for Preliminary Injunction and Supporting Materials Thereto (Dkt No.69). The revisions to the local civil rules effective December 4, 2918 resulted in a motion to seal being a three Friday motion rather than a two Friday motion. Accordingly, the Motion to Seal (Dkt. No. 69) is re-noted for the third Friday after its December 27th filing date, January 11, 2019. Defendant MITAC America requests that the Court update the docket accordingly with the new noting date of January 11, 2019.

RE-NOTE OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA INC.'S MOTION TO SEAL OPPOSITION (No. 2:18-cv-1543
121153-0002/142622430.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

RESPECTFULLY SUBMITTED this 28th day of December 2018.

*/s/ Mary Z. Gaston*
Jerry A. Riedinger, WSBA No. 25828
Mack H. Shultz, WSBA No. 27190
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: JRiedinger@perkinscoie.com
E-mail: MShultz@perkinscoie.com
E-mail: MGaston@perkinscoie.com

Attorneys for Defendant Mitsubishi Aircraft Corporation America Inc.

RE-NOTE OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA INC.'S MOTION TO SEAL OPPOSITION (No. 2:18-cv-1543 RAJ) – 2
121153-0002/142622430.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on December 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

.

DATED this 28th day of December 2018

*/s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: mgaston@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:18-cv-1543 RAJ) – 1

121153-0002/142622430.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000