The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BOMBARDIER, INC., | ) | NO. 2:18-cv-1543 RAJ |
| Plaintiff, | ) ) | RE-NOTE OF AEROTEC |
| v. | ) ) ) | DEFENDANTS' MOTION TO FILE PRELIMINARY INJUNCTION OPPOSITION AND EXHIBITS UNDER SEAL |
| MITSUBISHI AIRCRAFT CORPORATION, et al., | ) ) ) | |
| Defendant. | ) ) ) ) | RE-NOTED ON MOTION CALENDAR: JANUARY 18, 2019 |

TO:          THE CLERK OF THE COURT

AND TO:     ALL PARTIES OF RECORD

Please take notice that Aerospace Testing Engineering and Certification, Inc., Laurus Basson and Cindy Dornéval (the "AeroTEC Defendants) are re-noting their Motion to File its Opposition to Bombardier's Preliminary Injunction Motion and Supporting Exhibits Under Seal (Dkt. No. 58), originally noted for January 4, 2019, to January 18, 2019. The AeroTEC Defendants request that the Court update the docket accordingly with the new noting date of January 18, 2019.

///

///

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    Dated this 2nd day of January, 2019.

2

3                             **KARR TUTTLE CAMPBELL**

*Attorneys for Defendants AeroTEC, Basson,*
*Dornéval and Korwin-Szymanowski*

4

5                             */s/ Richard J. Omata*

*/s/ Mark A. Bailey*

6                             Richard J. Omata, WSBA #7032

Mark A. Bailey, WSBA# 26337

7                             701 Fifth Avenue, Suite 3300

Seattle, WA 98104

8                             Phone: 206-223-1313

Fax: 206-682-7100

9                             Email:  romata@karrtuttle.com

10                                   mbailey@karrtuttle.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE

I, Sherelyn Anderson, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, WA 98101. On this day, I caused a true and correct copy of the foregoing Re-Note of AeroTEC Defendants' Motion for Leave to File Exhibits Under Seal to be served upon all parties in the following manner:

✓ *ECF/Court's Website*

Brian F. McMahon, WSBA #45739
Erin L. Calkins, WSBA #44127
John D. Denkenberger, WSBA #25907
Christensen O'Connor Johnson & Kindness
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Phone: 206-682-8100
Fax: 206-224-0779
Email: brian.mcmahon@cojk.com
         lindsay.calkins@cojk.com
         denkenj@cojk.com
*Attorneys for Plaintiff*

Jerry A. Riedinger, WSBA #25828
Mack H. Shultz, WSBA #27190
James Sanders, WSBA #24565
Mary Z. Gaston, WSBA #27258
Shylah R. Alfonso, WSBA #33138
Perkins Coie LLP
1201 3rd Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000
Email: jriedinger@perkinscoie.com
         mshultz@perkinscoie.com
         jsanders@perkinscoie.com
         mgaston@perkinscoie.com
         salfonso@perkinscoie.com
*Attorneys for Mitsubishi Aircraft Corporation America, Inc.*

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 2nd day of January, 2019 at Seattle, Washington.

/s/ Sherelyn Anderson
Sherelyn Anderson
Litigation Legal Assistant

RE-NOTE OF MOTION TO SEAL - 3
#1219257 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100