THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., et al.,<br><br>　　　　　　Defendants. | No. 2:18-cv-1543 RAJ<br><br>RE-NOTE OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA INC.'S MOTION TO SEAL OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING MATERIALS THERETO<br><br>RE-NOTED ON MOTION CALENDAR: Friday, January 18, 2019 |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES

　　Please take notice that Defendant Mitsubishi Aircraft Corporation America, Inc. ("MITAC America") is re-noting its Motion to Seal Opposition to Plaintiff's Motion for Preliminary Injunction and Supporting Materials Thereto ("Motion", Dkt No.69). Pursuant to Plaintiff Bombardier Inc.'s request, MITAC America's Motion is re-noted to January 18, 2019. Defendant MITAC America requests that the Court update the docket accordingly with the new noting date of January 18, 2019.

RE-NOTE OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA INC.'S MOTION TO SEAL OPPOSITION (No. 2:18-cv-1543

121153-0002/142622430.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

RESPECTFULLY SUBMITTED this 2nd day of January 2019.

*/s/ Mary Z. Gaston*
Jerry A. Riedinger, WSBA No. 25828
Mack H. Shultz, WSBA No. 27190
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: JRiedinger@perkinscoie.com
E-mail: MShultz@perkinscoie.com
E-mail: MGaston@perkinscoie.com

Attorneys for Defendant Mitsubishi Aircraft Corporation America Inc.

RE-NOTE OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA INC.'S MOTION TO SEAL OPPOSITION (No. 2:18-cv-1543 RAJ) – 2
121153-0002/142622430.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that January 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

.

DATED this 2nd day of January 2019.

*/s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: mgaston@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:18-cv-1543 RAJ) – 1

121153-0002/142622430.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000