Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88,<br><br>Defendants. | No. 2:18-cv-01543-RAJ<br><br>DECLARATION OF JOHN DENKENBERGER IN SUPPORT OF BOMBARDIER INC.'S MOTION FOR PRELIMINARY INJUNCTION<br><br>**NOTE ON MOTION CALENDAR:**<br>**JANUARY 4, 2019**<br><br>ORAL ARGUMENT REQUESTED |

I, John Denkenberger, declare as follows:

1. I am an attorney with the law firm of Christensen O'Connor Johnson Kindness PLLC and counsel of record for Plaintiff Bombardier Inc. ("Plaintiff" or "Bombardier"). I have knowledge of all of the following facts.

2. Attached hereto as Exhibit A is a true and correct copy of 2 Doing Business in Canada § 22.04 (2018), as available from Lexis Advance Research.

3. Attached hereto as Exhibit B is a true and correct copy of is a true and correct copy of "ARTICLE: The Implications of the Social Model of Disablement for the Legal

DECLARATION OF JOHN DENKENBERGER IN
SUPPORT OF BOMBARDIER'S MOTION FOR
PRELIMINARY INJUNCTION
(2:18-cv-01543-RAJ) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

Regulation of the Modern Workplace in Canada and the United States," 33 Man. L.J. 1, as available from Lexis Advance Research.

4. Attached hereto as Exhibit C is a true and correct copy of "Mitsubishi Aircraft Corporation Receives Type Inspection Authorization; Program milestone beings final phase of Type Certification for Japan's first commercial jet," ENP Newswire, December 24, 2018, as available from Westlaw.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 4th day of January, 2019.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

s/ John D. Denkenberger
John D. Denkenberger, WSBA No.: 25,907
Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  john.denkenberger@cojk.com,

*Attorney for Plaintiff Bombardier Inc.*

DECLARATION OF JOHN DENKENBERGER IN SUPPORT OF BOMBARDIER'S MOTION FOR PRELIMINARY INJUNCTION
(2:18-cv-01543-RAJ) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Jerry A. Riedinger<br>PERKINS COIE LLP<br>Email:<br>JRiedinger@perkinscoie.com<br>docketsea@perkinscoie.com<br>lshaw@perkinscoie.com<br>sporter@perkinscoie.com | Mack H. Shultz<br>PERKINS COIE LLP<br>Email:<br>MShultz@perkinscoie.com<br>docketseapl@perkinscoie.com<br>sbilger@perkinscoie.com | Mary Z. Gaston<br>PERKINS COIE LLP<br>Email:<br>MGaston@perkinscoie.com<br>docketsea@perkinscoie.com<br>jstarr@perkinscoie.com |
| James Sanders<br>PERKINS COIE LLP<br>Email:<br>JSanders@perkinscoie.com<br>RBecken@perkinscoie.com<br>docketsea@perkinscoie.com<br>jdavenport@perkinscoie.com | Shylah R. Alfonso<br>PERKINS COIE LLP<br>Email:<br>SAlfonso@perkinscoie.com<br>docketsea@perkinscoie.com | |

Attorneys for Mitsubishi Aircraft Corporation America Inc.

| | |
|---|---|
| Richard J. Omata<br>KARR TUTTLE CAMPBELL<br>Email: romata@karrtuttle.com<br>jnesbitt@karrtuttle.com<br>swatkins@karrtuttle.com | Mark A. Bailey<br>KARR TUTTLE CAMPBELL<br>Email: mbailey@karrtuttle.com<br>jsmith@karrtuttle.com<br>mmunhall@karrtuttle.com<br>sanderson@karrtuttle.com |

Attorneys for Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowski, Laurus Basson, and Cindy Dornéval

Daneil T. Hagen
KARR TUTTLE CAMPBELL
Email: dhagen@karrtuttle.com

                                               s/ John D. Denkenberger
                                               John D. Denkenberger, WSBA No.: 25,907
                                               Brian F. McMahon, WSBA No.: 45,739
                                               E. Lindsay Calkins, WSBA No.: 44,127
                                               Christensen O'Connor Johnson Kindness[PLLC]
                                               1201 Third Avenue, Suite 3600

DECLARATION OF JOHN DENKENBERGER IN
SUPPORT OF BOMBARDIER'S MOTION FOR
PRELIMINARY INJUNCTION
(2:18-cv-01543-RAJ) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1
2
3
4
5

Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  john.denkenberger@cojk.com,
brian.mcmahon@cojk.com,
lindsay.calkins@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DECLARATION OF JOHN DENKENBERGER IN
SUPPORT OF BOMBARDIER'S MOTION FOR
PRELIMINARY INJUNCTION
(2:18-cv-01543-RAJ) - 4

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100