THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al.,<br><br>                    Defendants. | 2:18-cv-1543 RAJ<br><br>DECLARATION OF MARY Z. GASTON CERTIFYING COMPLIANCE WITH LOCAL RULE 5(g)(1)(A) AND (3)(A) IN SUPPORT OF SUR-REPLY/MOTION TO STRIKE<br><br>NOTE ON MOTION CALENDAR:<br><br>Friday, January 4, 2018 |

Mary Z. Gaston declares:

1.  I am a partner in the law firm of Perkins Coie LLP and counsel for Defendant Mitsubishi Aircraft Corporation America, Inc. ("MITAC America") in this action. I make this declaration based on personal knowledge of the events and matters described herein.

2.  Pursuant to Local Rule 5(g)(1)(A) and (3)(A), MITAC America, by and through its undersigned attorney, hereby certifies that it met and conferred with Bombardier to try and reach an agreement on the need to file a Sur-reply and Motion to Strike Footnote 1 from Bombardier's Reply in Support of Motion for Preliminary Injunction. The parties discussed the bases for the motion and explored alternatives to filing the motion in an attempt to minimize the amount of material filed with the Court. This discussion took place in person on January 8, 2019

DECLARATION OF MARY Z. GASTON CERTIFYING COMPLIANCE WITH LOCAL RULE 5(G)(1)(A) AND (3)(A) IN SUPPORT OF SUR-REPLY/MOTION TO STRIKE (NO. 18-CV-1543 RAJ) – 1
121153-0002/142865533.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

and participants were Brian McMahon, Lindsay Calkins, and John Whitaker with Christensen O'Connor Johnson Kindness PLLC (on behalf of Bombardier) and Mary Gaston and Jerry Riedinger with Perkins Coie LLP (on behalf of MITAC America).  The parties did not reach an agreement.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct**

Executed this 10th day of January 2019.

                         _s/Mary Z. Gaston_
                         Mary Z. Gaston

DECLARATION OF MARY Z. GASTON CERTIFYING COMPLIANCE WITH LOCAL RULE 5(G)(1)(A) AND (3)(A) IN SUPPORT OF SUR-REPLY/MOTION TO STRIKE (NO. 18-CV-1543 RAJ) – 2
121153-0002/142865533.1
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on January 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 10th day of January 2019.

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail: MGaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

121153-0002/142865533.1