Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88,<br><br>    Defendants. | No. 2:18-cv-01543-RAJ<br><br>DECLARATION OF BRIAN F. MCMAHON IN SUPPORT OF BOMBARDIER INC.'S RESPONSE TO MITSUBISHI AIRCRAFT CORPORATION AMERICA INC.'S MOTION TO SEAL<br><br>**NOTE ON MOTION CALENDAR:**<br>**JANUARY 18, 2019** |

I, Brian F. McMahon, declare as follows:

1. I am a Member at the law firm of Christensen O'Connor Johnson Kindness, and I represent Bombardier Inc. ("Plaintiff" or "Bombardier") in this matter. I have personal knowledge of the following:

2. Attached hereto as Exhibit A is a true and correct copy of an email exchange between counsel of record for Mitsubishi Aircraft Corporation America Inc. in this matter, and me spanning from December 20-21, 2018.

DECLARATION OF BRIAN F. MCMAHON IN SUPPORT OF BOMBARDIER INC.'S RESPONSE TO MITSUBISHI'S MOTION TO SEAL (2:18-cv-01543-RAJ) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

3. Attached hereto as Exhibit B are Bombardier's proposed redactions to Defendant Mitsubishi Aircraft Corporation America, Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 75).

4. Attached hereto as Exhibit C are Bombardier's proposed redactions to the Declaration of Stephen Boyd (Dkt. No. 77) not including Exhibits to the Declaration.

5. Attached hereto as Exhibit D are Bombardier's proposed redactions to the Declaration of Robert John Hansman Jr. (Dkt. No. 78) not including Exhibits to the Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 14th day of January, 2019.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS[PLLC]

s/ Brian F. McMahon
Brian F. McMahon, WSBA No.: 45,739
Christensen O'Connor Johnson Kindness[PLLC]
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  brian.mcmahon@cojk.com,
litdoc@cojk.com

*Attorney for Plaintiff Bombardier Inc.*

DECLARATION OF BRIAN F. MCMAHON IN SUPPORT OF BOMBARDIER INC.'S RESPONSE TO MITSUBISHI'S MOTION TO SEAL (2:18-cv-01543-RAJ) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Jerry A. Riedinger<br>PERKINS COIE LLP<br>Email:<br>JRiedinger@perkinscoie.com<br>docketsea@perkinscoie.com<br>lshaw@perkinscoie.com<br>sporter@perkinscoie.com | Mack H. Shultz<br>PERKINS COIE LLP<br>Email:<br>MShultz@perkinscoie.com<br>docketseapl@perkinscoie.com<br>sbilger@perkinscoie.com | Mary Z. Gaston<br>PERKINS COIE LLP<br>Email:<br>MGaston@perkinscoie.com<br>docketsea@perkinscoie.com<br>jstarr@perkinscoie.com |
| James Sanders<br>PERKINS COIE LLP<br>Email:<br>JSanders@perkinscoie.com<br>RBecken@perkinscoie.com<br>docketsea@perkinscoie.com<br>jdavenport@perkinscoie.com | Shylah R. Alfonso<br>PERKINS COIE LLP<br>Email:<br>SAlfonso@perkinscoie.com<br>docketsea@perkinscoie.com | |

Attorneys for Mitsubishi Aircraft Corporation America Inc.

| | |
|---|---|
| Richard J. Omata<br>KARR TUTTLE CAMPBELL<br>Email: romata@karrtuttle.com<br>jnesbitt@karrtuttle.com<br>swatkins@karrtuttle.com | Mark A. Bailey<br>KARR TUTTLE CAMPBELL<br>Email: mbailey@karrtuttle.com<br>jsmith@karrtuttle.com<br>mmunhall@karrtuttle.com<br>sanderson@karrtuttle.com |

Attorneys for Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowski, Laurus Basson, and Cindy Dornéval

Daneil T. Hagen
KARR TUTTLE CAMPBELL
Email: dhagen@karrtuttle.com

                              s/Brian F. McMahon
                              John D. Denkenberger, WSBA No.: 25,907
                              Brian F. McMahon, WSBA No.: 45,739
                              E. Lindsay Calkins, WSBA No.: 44,127
                              Christensen O'Connor Johnson Kindness[PLLC]
                              1201 Third Avenue, Suite 3600

DECLARATION OF BRIAN F. MCMAHON IN SUPPORT OF BOMBARDIER INC.'S RESPONSE TO MITSUBISHI'S MOTION TO SEAL (2:18-cv-01543-RAJ) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  john.denkenberger@cojk.com,
brian.mcmahon@cojk.com,
lindsay.calkins@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

DECLARATION OF BRIAN F. MCMAHON IN SUPPORT OF BOMBARDIER INC.'S RESPONSE TO MITSUBISHI'S MOTION TO SEAL (2:18-cv-01543-RAJ) - 4

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100