HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Bombardier Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mitsubishi Aircraft Corporation, et al. <br><br> Defendants. | CASE NO. CV18-1543 RAJ <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

This action is hereby transferred to the Honorable James L. Robart. All pleadings filed in the future shall bear case number CV18-1543JLR.

Dated this 15th day of January, 2019.

WILLIAM M. MCCOOL
Clerk

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER – 1