The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88,<br><br>Defendants. | NO.   2:18-cv-01543-JLR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING DATE FOR DEFENDANTS KEITH AYRE AND MARC-ANTOINE DELARCHE'S RESPONSE TO PLAINTIFF'S COMPLAINT** |

### I.   STIPULATION

Plaintiff Bombardier, Inc. ("Plaintiff") and Defendants Keith Ayre and Marc-Antoine Delarche ("Responding Defendants"), by and through their undersigned counsel, hereby stipulate and agree that Responding Defendants may have until May 9, 2019 to respond to the Complaint herein, without prejudice to or waiver of any defenses including without limitation those set forth in Fed. R. Civ. P. 12(b).

STIPULATION AND ORDER SETTING DATE FOR
RESPONSE TO COMPLAINT - 1
No. 2:18-cv-01543-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

SO STIPULATED AND AGREED this 4th day of April 2019.

**SAVITT BRUCE & WILLEY LLP**

By   *s/Jacob P. Freeman*
James P. Savitt, WSBA #16847
Jacob P. Freeman, WSBA #54123
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: jsavitt@sbwLLP.com
Email: jfreeman@sbwLLP.com

Attorneys for Defendants
Keith Ayre and Marc-Antoine Delarche

**CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC**

By   *s/John D. Denkenberger [email authorization]*
John D. Denkenberger, WSBA #25907
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Facsimile: 206.224.0779
Email: john.denkenberger@cojk.com

Attorneys for Plaintiff Bombardier, Inc.

## II.   ORDER

In accordance with the foregoing stipulation, it is so **ORDERED**.

DATED this 5th day of April, 2019.

_____
The Honorable James L. Robart

STIPULATION AND ORDER SETTING DATE FOR
RESPONSE TO COMPLAINT - 2
No. 2:18-cv-01543-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500