THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al.,<br><br>　　　　　　Defendants. | No. 2:18-cv-1543-JLR<br><br>DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.'S JURY DEMAND |

Under Federal Rule of Civil Procedure 38 and this Court's Local Civil Rules, Defendant Mitsubishi Aircraft Corporation America, Inc. respectfully demands a trial by jury on all issues triable in its Counterclaims.

MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.'S JURY DEMAND
(No. 2:18-cv-1543-JLR) – 1

LEGAL143553420.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

RESPECTFULLY SUBMITTED this 9th day of April 2019.

*/s/ Jerry A. Riedinger*
Jerry A. Riedinger, WSBA No. 25828
Mack H. Shultz, WSBA No. 27190
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: JRiedinger@perkinscoie.com
E-mail: MShultz@perkinscoie.com
E-mail: MGaston@perkinscoie.com

Attorneys for Defendant Mitsubishi Aircraft Corporation America Inc.

MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.'S JURY DEMAND
(No. 2:18-cv-1543-JLR) – 2

LEGAL143553420.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on April 9, 2019, a true and correct copy of the foregoing was served via ECF on all counsel of record.

DATED this 9th day of April 2019.

*/s/ Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: mgaston@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:18-cv-1543-JLR) – 1

LEGAL143553420.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000