UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., | CASE NO. C18-1543JLR |
| Plaintiff, | ORDER |
| v. | |
| MITSUBISHI AIRCRAFT CORPORATION, et al., | |
| Defendants. | |

On April 9, 2019, the parties contacted the court and requested a Local Rule 7(i) telephonic hearing on Defendants Marc-Antoine Delarche and Keith Ayre's motion for an extension of time to respond to Plaintiff Bombardier Inc.'s motion for a preliminary injunction. *See* Local Rules W.D. Wash. LCR 7(i) ("Upon the request of any party, and with the court's approval, a motion may be heard by telephone without the filing of motion papers."); (*see also* MPI (Dkt. # 123).) In light of this representation, the court ORDERS the parties to file letters of no more than one (1) page explaining the requested

ORDER - 1

1  extension and the opposition to the request.  The parties must file their letters no later
2  than Friday, April 12, 2019, at 5:00 p.m.  After reviewing the letters, the court will
3  inform the parties if a telephonic hearing on the motion will be necessary.
4      Dated this 10th day of April, 2019.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2