

Law Offices • Established 1904 • A Professional Service Corporation

**Daniel T. Hagen**
Attorney at Law
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Direct: (206) 224 8052
Main: (206) 223 1313
Fax: (206) 682 7100
dhagen@karrtuttle.com

April 12, 2019

*Via CM/ECF Electronic Filing*

The Honorable James L. Robart
United States District Court
700 Stewart Street, Suite 14128
Seattle, WA 98101-9906

RE: *Bombardier Inc v. Mitsubishi Aircraft Corporation, et al.*
Case No. 2:18-cv-01543-JLR

Judge Robart,

Karr Tuttle Campbell represents defendants AeroTEC, Laurus Basson, Michel Korwin-Szymanowski, and Cindy Dornéval ("the AeroTEC Defendants"). This letter is in response to your April 10, 2019 Order seeking an explanation for the parties' request for a telephonic hearing on Defendants Marc-Antoine Delarche and Keith Ayre's request for additional time to respond to Bombardier Inc.'s motion for preliminary injunction ("MPI").

Although the AeroTEC Defendants are not the subjects of the MPI filed against Delarche and Ayre, the AeroTEC Defendants support Delarche and Ayre's request. The MPI at issue includes the assertion that an employer may be vicariously liable for trade secret misappropriation by its employees. Dkt. No. 123 at 11. Given that the conduct complained of against Delarche is alleged to have occurred while he was an AeroTEC employee, it is important that we have sufficient opportunity to consult with Delarche's attorneys to develop a proper response. This may involve examination of forensic evidence which may take some time.

Further, we agree with the other defendants that it would be more efficient and in keeping with the Court's approach to this litigation to resolve all of the motions to dismiss before the preliminary injunctions and that there would be no prejudice to Bombardier in a short delay.

Sincerely,

Daniel T. Hagen
Attorney for AeroTEC, Laurus Basson, Michel Korwin-Szymanowski, and Cindy Dornéval

#1239926 v1 / 45898-028

April 11, 2019
Page 2

cc:    Richard J. Omata (via CM/ECF)
        Mark A. Bailey (via CM/ECF)
        James P. Savitt (via CM/ECF)
        Jerry A Riedinger (via CM/ECF)
        Mary Z. Gaston (via CM/ECF)
        John D. Denkenberger (via CM/ECF)
        Brian F. McMahon (via CM/ECF)