UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, et al., <br><br> Defendants. | CASE NO. C18-1543JLR <br><br> ORDER GRANTING EXTENSION |

Before the court are the parties' letters that explain Defendants Marc-Antoine Delarche and Keith Ayre's requested extension of time to respond to Plaintiff Bombardier Inc.'s motion for a preliminary injunction (*see* Delarche & Ayre Letter (Dkt. # 135); *see also* MPI (Dkt. # 123)); Plaintiff Bombardier Inc.'s ("Bombardier") opposition to the request (*see* Bombardier Letter (Dkt. # 134)); and the remaining Defendants' positions on the request (*see* MITAC Letter (Dkt. # 132); AeroTEC Letter (Dkt. # 133)). The court has considered the parties' submissions, the relevant portions of

ORDER - 1

the record, and the applicable law.  Being fully advised, the court finds good cause to extend Mr. Delarche and Mr. Ayre's preliminary injunction response deadline to May 9, 2019.  *See* Fed. R. Civ. P. 6(b)(1)(A) (requiring "good cause" for the court to extend a deadline).  The court also DIRECTS the Clerk to renote Bombardier's motion for a preliminary injunction (Dkt. # 123) to May 15, 2019, on which date Bombardier's preliminary injunction reply is due.

Dated this 15th day of April, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 2