THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., et al.,<br><br>                    Defendants. | No. 2:18-cv-1543 JLR<br><br>RE-NOTE OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND ITS MOTION TO FILE UNDER SEAL<br><br>RE-NOTED ON MOTION CALENDAR: Friday, May 17, 2019 |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES

Please take notice that Defendant Mitsubishi Aircraft Corporation ("MITAC") is re-noting its Motion to Dismiss for Failure to State a Claim (Dkt. No. 126) and its Motion to File Under Seal the following documents: a portion of Exhibit A and Exhibit B, both attached to the Declaration of Mary Z. Gaston (Dkt No.125). Defendant MITAC requests that the Court update the docket accordingly with the new noting date of May 17, 2019.

RE-NOTE OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION'S MOTION TO DISMISS AND ITS MOTION TO FILE UNDER SEAL (No. 2:18-cv-1543 RAJ) – 1

121153-0002/144220684.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

          RESPECTFULLY SUBMITTED this 25th day of April 2019.

　　　　　　　　　　　　　　　　　*/s/ Mary Z. Gaston*
　　　　　　　　　　　　　　　　　Jerry A. Riedinger, WSBA No. 25828
　　　　　　　　　　　　　　　　　Mack H. Shultz, WSBA No. 27190
　　　　　　　　　　　　　　　　　Mary Z. Gaston, WSBA No. 27258
　　　　　　　　　　　　　　　　　**Perkins Coie LLP**
　　　　　　　　　　　　　　　　　1201 Third Avenue, Suite 4900
　　　　　　　　　　　　　　　　　Seattle, WA 98101-3099
　　　　　　　　　　　　　　　　　Telephone: 206.359.8000
　　　　　　　　　　　　　　　　　Facsimile: 206.359.9000
　　　　　　　　　　　　　　　　　E-mail: JRiedinger@perkinscoie.com
　　　　　　　　　　　　　　　　　E-mail: MShultz@perkinscoie.com
　　　　　　　　　　　　　　　　　E-mail: MGaston@perkinscoie.com

　　　　　　　　　　　　　　　　　Attorneys for Defendant Mitsubishi Aircraft Corporation

RE-NOTE OF DEFENDANT MITSUBISHI
AIRCRAFT CORPORATION'S MOTION TO
DISMISS AND ITS MOTION TO FILE UNDER
SEAL (No. 2:18-cv-1543 RAJ) – 2

121153-0002/144220684.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that April 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

.

DATED this 25th day of April 2019.

/s/Mary Z. Gaston
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: mgaston@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:18-cv-1543 RAJ) – 1

121153-0002/144220684.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000