The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOMBARDIER INC.,

    Plaintiff,

v.

MITSUBISHI AIRCRAFT CORPORATION; MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.; AEROSPACE TESTING ENGINEERING & CERTIFICATION, INC.; MICHEL KORWIN-SZYMANOWSKI; LAURUS BASSON; MARC-ANTOINE DELARCHE; CINDY DORNÉVAL; KEITH AYRE; and JOHN AND/OR JANE DOES 1-88,

    Defendants.

NO. 2:18-cv-1543-RAJ

STIPULATED AGREEMENT RE TIME TO ANSWER

Counsel for Aerospace Testing Engineering & Certification, Inc. ("AeroTEC"), Michel Korwin-Szymanowski, Laurus Basson, and Cindy Dornéval (collectively, the AeroTEC Defendants") and counsel for Bombardier Inc. (the "Plaintiff") have met and conferred about the schedule for filing pleadings in this matter in light of the Court's April 15, 2019, Order on Motions to Dismiss (Dkt. # 136), pursuant to which certain claims in Plaintiff's Complaint were dismissed. Counsel for the parties hereby stipulate that, unless otherwise agreed or ordered by the Court, the AeroTEC Defendants shall have until Tuesday, May 14, 2019, to answer or otherwise respond to the Complaint or to any amended complaint that Plaintiff files on or before April 30, 2019.

STIPULATION - 1
#1241944 v4 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

So stipulated and agreed to this 29th day of April, 2019, by:

**KARR TUTTLE CAMPBELL**
*Attorneys for Defendants AeroTEC, Basson, Dornéval and Korwin-Szymanowski*

*s/Richard J. Omata*
Richard J. Omata, WSBA No. 7032
Mark A. Bailey, WSBA No. 26337
Daniel T. Hagen, WSBA No. 54015
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 223-1313
Fax: (206) 682-7100
Email: romata@karrtuttle.com
       mbailey@karrtuttle.com
       dhagen@karrtuttle.com

**CHRISTENSEN O'CONNOR JOHNSON KINDNESS**
*Attorneys for Plaintiff Bombardier Inc.*

*s/Brian F. McMahon (per email authority)*
John D. Denkenberger, WSBA No. 25907
Brian F. McMahon, WSBA No. 45,739
E. Lindsay Calkins, WSBA No. 44,127
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Phone: (206) 682-8100
Fax: (206) 224-0779
Email: john.denkenberger@cojk.com
       Brian.mcmahon@cojk.com
       Linsay.calkins@cojk.com
       litdoc@cojk.com

STIPULATION - 2
#1241944 v4 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# CERTIFICATE OF SERVICE

I, Sherelyn Anderson, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, WA 98101. On this day, I electronically filed the foregoing Stipulated Agreement re Time to Answer with the Clerk of the Court and caused it to be served upon all counsel of record using the CM/ECF system, including the following.

| | |
|---|---|
| Brian F. McMahon, WSBA #45739<br>John D. Denkenberger, WSBA #25907<br>Christensen O'Connor Johnson & Kindness<br>1201 Third Avenue, Suite 3600<br>Seattle, WA 98101-3029<br>Phone: (206) 682-8100<br>Fax: (206) 224-0779<br>Email: brian.mcmahon@cojk.com<br>       denkenj@cojk.com<br>*Attorneys for Plaintiff* | Jerry A. Riedinger, WSBA #25828<br>Mack H. Shultz, Jr., WSBA #27190<br>James Sanders, WSBA #24565<br>Mary Z. Gaston, WSBA #27258<br>Shylah R. Alfonso, WSBA #33138<br>Perkins Coie LLP<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Phone: (206) 359-8000<br>Fax: (206) 359-9000<br>Email: jriedinger@perkinscoie.com<br>       mshultz@perkinscoie.com<br>       jsanders@perkinscoie.com<br>       mgaston@perkinscoie.com<br>       salfonso@perkinscoie.com<br>*Attorneys for Mitsubishi Aircraft Corporation America, Inc.* |
| Jacob P. Freeman, WSBA #54123<br>James P. Savitt, WSBA #16847<br>Savitt Bruce & Willey LLP<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA 98101-2272<br>Phone: (206) 749-0500<br>Email: jfreeman@sbwllp.com<br>       jsavitt@sbwllp.com<br>*Attorneys for Keith Ayre and Marc-Antoine Delarche* | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge.

Dated this 29th day of April, 2019, at Seattle, Washington.

*s/Sherelyn Anderson*
Sherelyn Anderson
Litigation Legal Assistant

STIPULATION - 3
#1241944 v4 / 45898-028