# EXHIBIT A

Honorable Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BOMBARDIER INC.,

    Plaintiff,

  v.

MITSUBISHI AIRCRAFT CORPORATION,
MITSUBISHI AIRCRAFT CORPORATION
AMERICA INC., AEROSPACE TESTING
ENGINEERING & CERTIFICATION INC.,
MICHEL KORWIN-SZYMANOWSKI,
LAURUS BASSON, MARC-ANTOINE
DELARCHE, CINDY DORNÉVAL, KEITH
AYRE, AND JOHN AND/OR JANE DOES 1-
88,

    Defendants.

No. 2:18-cv-01543-JLR

DECLARATION OF JOHN D.
DENKENBERGER

I, John D. Denkenberger, declare as follows:

  1.  I am an attorney with the law firm of Christensen O'Connor Johnson Kindness PLLC and counsel of record for Plaintiff Bombardier Inc. ("Plaintiff" or "Bombardier"). I have personal knowledge of the matters addressed herein.  This declaration is being submitted in support of the Amended Complaint filed in this matter.

  2.  Attached hereto as Exhibit 1 is a true and correct copy of what on its face appears to be the LinkedIn profile of Defendant Michel Korwin-Szymanowski obtained from https://www.linkedin.com/in/michelk17/ on May 15, 2018.

DECLARATION OF JOHN D. DENKENBERGER
(2:18-cv-01543-JLR) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

3.      Attached hereto as Exhibit 2 is a true and correct copy of what on its face appears to be the LinkedIn profile of Defendant Laurus Basson obtained from https://www.linkedin.com/in/laurus-basson-2586b430 on May 15, 2018.

4.      Attached hereto as Exhibit 3 is a true and correct copy of what on its face appears to be the notes from the representative of Seattle Legal Messengers who attempted to affect service on Marc-Antoine Delarche on October 24, 2018.

5.      Attached hereto as Exhibit 4 is a true and correct copy of what on its face appears to be the LinkedIn profile of Defendant Marc-Antoine Delarche obtained from https://www.linkedin.com/in/marc-antoine-delarche-872634b2/ on May 15, 2018.

6.      Attached hereto as Exhibit 5 is a true and correct copy of what on its face appears to be the LinkedIn profile of Defendant Cindy Dornéval obtained from https://ca.linkedin.com/in/cindy-dorneval-59624042 on May 15, 2018.

7.      Attached hereto as Exhibit 6 is a true and correct copy of what on its face appears to be the LinkedIn profile of Defendant Keith Ayre obtained from https://jp.linkedin.com/in/keith-ayre-84324a128 on April 24, 2019.

8.      Attached hereto as Exhibit 7 is a true and correct copy of an article entitled "Moses Lake to be test site for Mitsubishi Aircraft regional jet," obtained at https://www.seattletimes.com/business/moses-lake-to-be-test-site-for-mitsubishi-aircraft-regional-jet/ on May 15, 2018.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Volume 25 of the MRJ Newsletter, dated June 1, 2017, obtained at http://www.flythemrj.com/media/newsletter.php.

10.      Attached hereto as Exhibit 9 is a true and correct copy of Volume 4 of the MRJ Newsletter, dated August, 2015, obtained at http://www.flythemrj.com/media/newsletter.php.

11.      Attached hereto as Exhibit 10 is a true and correct copy of an article entitled, "Splashy ceremony marks new 150-engineer Seattle site for testing Mitsubishi jet," obtained

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

at https://www.seattletimes.com/business/boeing-aerospace/150-engineers-in-seattle-will-work-on-testing-of-mitsubishi-jet/ on May 16, 2018.

12.     Attached hereto as Exhibit 11 is a true and correct copy of an article entitled, "Inside Moses Lake, The MRJ's U.S. Flight Test Center," obtained at http://progress.flythemrj.com/inside-moses-lake-flight-test-center on April 25, 2019.

13.     Attached hereto as Exhibit 12 is a true and correct copy of Volume 8 of the MRJ Newsletter, dated December, 2015, obtained at http://www.flythemrj.com/media/newsletter.php.

14.     Attached hereto as Exhibit 13 is a true and correct copy of Volume 18 of the MRJ Newsletter, dated October, 2016 obtained at http://www.flythemrj.com/media/newsletter.php.

15.     Attached hereto as Exhibit 14 is a true and correct copy of Volume 21 of the MRJ Newsletter, dated January, 2017, obtained at http://www.flythemrj.com/media/newsletter.php.

16.     Attached hereto as Exhibit 15 is a true and correct copy of an article entitled, "The aircraft certification process," obtained at https://www.ainonline.com/aviation-news/aviation-international-news/2006-12-18/aircraft-certification-process on April 25, 2019.

17.     Attached hereto as Exhibit 16 is a true and correct copy of an article entitled "MRJ entering more stable phase," obtained at https://leehamnews.com/2017/06/28/mrj-entering-stable-phase/ on April 25, 2019.

18.     Attached hereto as Exhibit 17 is a true and correct copy of a press release entitled, "MHI Officially Launches Mitsubishi Regional Jet Program -- Mitsubishi Aircraft Corp. to Conduct MRJ Business Operations --," obtained at http://www.mhi.com/news/story/200803281230.html on May 15, 2018.

19.     Attached hereto as Exhibit 18 is a true and correct copy of an article entitled, "AA09: Mitsubishi unveils major changes to MRJ programme," obtained at

DECLARATION OF JOHN D. DENKENBERGER
(2:18-cv-01543-JLR) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1  https://www.flightglobal.com/news/articles/aa09-mitsubishi-unveils-major-changes-to-mrj-

2  progra-332045/ on April 25, 2019.

3      20.    Attached hereto as Exhibit 19 is a true and correct copy of an article entitled,

4  "Mitsubishi   Aircraft   Proceeds   With   MRJ   Manufacturing   Phase,"   obtained   at

5  www.flythemrj.com/news/date/news_100915.html on April 25, 2019.

6      21.    Attached hereto as Exhibit 20 is a true and correct copy of an article entitled,

7  "Mitsubishi      Regional      Jet      Schedule      Update,"      obtained      at

8  http://www.flythemrj.com/news/date/news_120425.html on April 25, 2019.

9      22.    Attached hereto as Exhibit 21 is a true and correct copy of an article entitled

10  "Mitsubishi   Aircraft   delays   regional   jet   delivery   to   2017,"   obtained   at

11  https://www.reuters.com/article/us-mitsubishi-jet/mitsubishi-aircraft-delays-regional-jet-

12  delivery-to-2017-idUSBRE97L09720130822 on April 25, 2019.

13      23.    Attached hereto as Exhibit 22 is a true and correct copy of an article entitled

14  "Certification   Delegation   Causes   Latest   MRJ   Delay,"   obtained   at

15  http://aviationweek.com/commercial-aviation/certification-delegation-causes-latest-mrj-delay

16  on April 25, 2019.

17      24.    Attached hereto as Exhibit 23 is a true and correct copy of an article entitled

18  "MRJ        Completes        First        Flight,"        obtained        at

19  http://www.flythemrj.com/news/date/news_151111.html on April 25, 2019.

20      25.    Attached hereto as Exhibit 24 is a true and correct copy of an article entitled

21  "MRJ   airliner   delay   won't   disrupt   jobs   here,   says   local   partner,"   obtained   at

22  https://www.seattletimes.com/business/boeing-aerospace/japans-mrj-airliner-delayed-by-

23  another-year/ on May 15, 2018.

24      26.    Attached hereto as Exhibit 25 is a true and correct copy of an article entitled

25  "Mitsubishi expected to announce another MRJ delay," that upon information and belief was

26  obtained  at  http://dashboard.flightglobal.com/app/#/articles/433396?context=newssearch  on

27  May 9, 2017.

DECLARATION OF JOHN D. DENKENBERGER
(2:18-cv-01543-JLR) - 4

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

27.     Attached hereto as Exhibit 26 is a true and correct copy of an article entitled "Mitsubishi delays MRJ deliveries by two years," obtained at https://www.flightglobal.com/news/articles/mitsubishi-delays-mrj-deliveries-by-two-years-433402/ on May 9, 2017.

28.     Attached hereto as Exhibit 27 is a true and correct copy of an article entitled "Latest revisions bring MRJ back to preliminary design work," obtained at https://www.flightglobal.com/news/articles/latest-revisions-bring-mrj-back-to-preliminary-desig-433445/ on April 25, 2019.

29.     Attached hereto as Exhibit 28 is a true and correct copy of an article entitled "Mitsubishi rationalizes MRJ design change," that upon information and belief was obtained at http://dashboard.flightglobal.com/app/#/articles/436743?context=newssearch on May 9, 2017.

30.     Attached hereto as Exhibit 29 is a self-authenticating copy of Mitsubishi's Montréal Job Fair announcement published in the Montréal Gazette on July 9, 2016.

31.     Attached hereto as Exhibit 30 is a true and correct copy of an email string purportedly from October 22, 2015 between two Bombardier employees identifying the AeroTEC Job Fair trucks advertising for a job fair on October 23-24 of 2015 in Wichita, Kansas.

32.     Attached hereto as Exhibit 31 is a true and correct redacted copy of an apparent LinkedIn message sent from Nichelle Williams to Andrew Bromsey on September 17, 2015.

33.     Attached hereto as Exhibit 32 is a true and correct copy of an email string evidently from October 20, 2015 disclosing distribution of an email sent "to 247 Bombardier accounts."

34.     Attached hereto as Exhibit 33 is a true and correct copy of e-mail correspondence evidently from October 25, 2015 between Michel Korwin-Szymanowski and Mr. Stephen Stowe.

DECLARATION OF JOHN D. DENKENBERGER
(2:18-cv-01543-JLR) - 5

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

35.     Attached hereto as Exhibit 34 is a true and correct copy of an e-mail evidently sent by Michel Korwin-Szymanowski on October 20, 2015 regarding an upcoming hiring event in Mirabel on October 28, 2015.

36.     Attached hereto as Exhibit 35 is a true and correct copy of an article entitled "Q&A:   Mitsubishi   Aircraft   CEO   on   Japan's   New   Jet"   obtained   at https://blogs.wsj.com/japanrealtime/2014/10/17/qa-mitsubishi-aircraft-ceo-on-japans-new-jet on April 25, 2019.

37.     Attached hereto as Exhibit 36 is a true and correct copy of an article entitled "Japan jet may not make money, but aims to revive dormant industry" obtained at https://uk.reuters.com/article/uk-japan-aerospace-mrj-analysis/japan-jet-may-not-make-money-but-aims-to-revive-dormant-industry-idUKKBN17J1UE on April 25, 2019.

38.     Attached hereto as Exhibit 37 is a true and correct copy of a page entitled the Mitsubishi Aircraft Corporation's "Company Profile" obtained at www.flythemrj.com/corp/ on April 26, 2019.

39.     Attached hereto as Exhibit 38 is a true and correct copy of what on its face appears   to   be   the   LinkedIn   profile   of   Hirofumi   Takahashi   obtained   from https://www.linkedin.com/in/hirofumi-takahashi-2b5bb432 on April 26, 2019.

I declare under penalty of perjury that the foregoing is true and correct.


Dated this 30th day of April, 2019.


CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC



s/ John D. Denkenberger
John D. Denkenberger, WSBA No.:  25,907
Brian F. McMahon, WSBA No.:  45,739

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

E. Lindsay Calkins, WSBA No.: 44,127
Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  john.denkenberger@cojk.com,
brian.mcmahon@cojk.com,
lindsay.calkins@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on April 30, 2019, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4   following:

5
Jerry A. Riedinger                Mack H. Shultz                  Mary Z. Gaston
6   PERKINS COIE LLP                  PERKINS COIE LLP                PERKINS COIE LLP
Email:                            Email:                          Email:
7   JRiedinger@perkinscoie.com        MShultz@perkinscoie.com         MGaston@perkinscoie.com
docketsea@perkinscoie.com         docketseapl@perkinscoie.com     docketsea@perkinscoie.com
8   lshaw@perkinscoie.com             sbilger@perkinscoie.com         jstarr@perkinscoie.com
sporter@perkinscoie.com
9

10  James Sanders                     Shylah R. Alfonso
PERKINS COIE LLP                  PERKINS COIE LLP
11  Email:                            Email:
JSanders@perkinscoie.com          SAlfonso@perkinscoie.com
12  RBecken@perkinscoie.com           docketsea@perkinscoie.com
docketsea@perkinscoie.com
13  jdavenport@perkinscoie.com

14
Attorneys for Mitsubishi Aircraft Corporation and Mitsubishi Aircraft Corporation America
15  Inc.

16

17  Richard J. Omata                         Mark A. Bailey
KARR TUTTLE CAMPBELL                      KARR TUTTLE CAMPBELL
18  Email: romata@karrtuttle.com             Email: mbailey@karrtuttle.com
jnesbitt@karrtuttle.com                  jsmith@karrtuttle.com
19  swatkins@karrtuttle.com                  mmunhall@karrtuttle.com
sanderson@karrtuttle.com
20
Daneil T. Hagen
21  KARR TUTTLE CAMPBELL
Email: dhagen@karrtuttle.com
22  ksagawinia@karrtuttle.com

23
Attorneys for Aerospace Testing Engineering & Certification Inc., Michel Korwin-
24  Szymanowski, Laurus Basson, and Cindy Dornéval

25

26

27

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

James P. Savitt
SAVITT BRUCE &
WILLEY LLP
Email: jsavitt@sbwLLP.com
eservice@sbwllp.com

Jacob P. Freeman
SAVITT BRUCE &
WILLEY LLP
Email:
jfreeman@sbwLLP.com

Attorneys for Marc-Antoine Delarche and Keith Ayre

s/ John D. Denkenberger
John D. Denkenberger, WSBA No.: 25,907
Brian F. McMahon, WSBA No.: 45,739
E. Lindsay Calkins, WSBA No.: 44,127
Christensen O'Connor Johnson Kindness PLLC
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com,
brian.mcmahon@cojk.com,
lindsay.calkins@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

DECLARATION OF JOHN D. DENKENBERGER
(2:18-cv-01543-JLR) - 9

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

# EXHIBIT 1



Sign in



# Michel Korwin-Szymanowski

Director, Test & Evaluation at AeroTEC
Seattle, Washington | Airlines/Aviation

**500+**
connections

| | |
|---|---|
| Current | AeroTEC - Aerospace Testing Engineering & Certification L.L.C. |
| Previous | Bombardier Aerospace, Exploration Place, Bell Helicopter |
| Education | United States Naval Test Pilot School |
| Recommendations | **1 person has recommended Michel Korwin-Szymanowski** |

🌐 View this profile in another language ▾

## People Also Viewed


**Nevin Douangvilay**
Flight Test Engineer at AeroTEC


**Sylvie Brown**
Integrated Business Team Sr. Manager at Spirit AeroSystems


**Harita Mehta**
Flight Test Engineer & Commercial Pilot

**Eric Nordberg**
Section Chief / Senior Test Pilot at Bombardier Aerospace


**William (Bill) Hartman**
Flight Test Project Engineer at Bombardier Flight Test Center


**Michael Mansfield**
Flight Test Air Vehicle Engineering Lead at Northrop Grumman


**Charles Thomas**
Supervisor Flight Test Instrumentation Coordination - Data Management at Bombardier


**Annie Kasper**
Flight Test Team Lead, CSeries FTV2

**Prospero 'Paco' Uybarreta**
Chief Test Pilot, Martin Aircraft Company


**Justin McDonald**
Loving Flight Test

# View Michel Korwin-Szymanowski's full profile.
# It's free!

Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

**View Michel's Full Profile**

## Michel Korwin-Szymanowski's Activity

| | |
|---|---|
| Michel Korwin-Szymanowski liked this | Michel Korwin-Szymanowski liked this |
|  **AeroTEC is at #SciTech2018 in Kissimmee, Florida this week!...** |  **One of our employees recognized for his leadership.** ... |

## Experience

### Director, Test & Evaluation

AeroTEC - Aerospace Testing Engineering & Certification L.L.C.
May 2015 – Present (3 years 1 month) | Seattle, WA



Responsible for the operational, financial and technical performance of Flight Test, Ground and Flight Operations, Test Planning and Instrumentation.

### Director, CSeries Flight Test Teams

Bombardier Aerospace
August 2013 – May 2015 (1 year 10 months) | Montreal, Canada Area



Lead the Bombardier CSeries Flight Test Teams in Montreal, Canada and Wichita KS, comprised of Flight Test Operations (Pilots and Flight Test Engineers), Project Management and Aircraft Cross-Functional Teams. Responsible for the conduct of development and certification flight test of the new Bombardier CSeries Transport Category Aircraft.

### Trustee

Exploration Place
July 2012 – September 2013 (1 year 3 months) | Wichita, Kansas Area



## Public profile badge

Include this LinkedIn profile on other websites

| |
|---|
| **Michel Korwin-Szymanowski** |
| Director, Test & Evaluation at AeroTEC |
| AeroTEC - Aerospace Testing Engineering & Certification L.L.C. |
| United States Naval Test Pilot School |
| **View profile**　　**Linked in** |

**View profile badges**

## Search by name

Over 500 million professionals are already on



in

Sign in

**Example:** Jeff Weiner

### Director, Bombardier Flight Test Center
Bombardier Aerospace
April 2010 – August 2013 (3 years 5 months) | Wichita, KS

Lead the Bombardier Flight Test Center in Wichita, Kansas, comprised of Flight Test Operations (Pilots and Flight Test Engineers), Engineering, Maintenance, Quality, Instrumentation, Data Center and Project Management. Responsible for the development and certification flight test at Bombardier Aerospace. Launched a company shuttle service between Montreal, Wichita and Queretaro to allow Bombardier employees to have a quick means of traveling between manufacturing and engineering sites.

### Manager Learjet Systems and Project Engineering
Bombardier Aerospace
April 2005 – April 2010 (5 years 1 month)

### Section Chief Learjet Project Engineering
Bombardier Aerospace
October 2003 – April 2005 (1 year 7 months)

### Lead Flight Test Engineer
Bombardier Aerospace
May 2000 – October 2003 (3 years 6 months) | Wichita, KS

### Section Chief, Flight Test Engineering
Bell Helicopter
1994 – 2000 (6 years)

### Flight Test Engineer (Capt)
Department of National Defence
1985 – 1994 (9 years)

### Capt
Canadian Air Force
1982 – 1994 (12 years)

Education

### United States Naval Test Pilot School
Graduate, Flight Test Engineering
1988 – 1988

### Canadian Forces School of Aerospace Engineering
Graduate, Aerospace Engineering
1985 – 1985

### Carleton University

Learn new skills with online courses

**Product Management: Building a Product Roadmap**
Viewers: 8574

**SharePoint: Creating No-Code Business Solutions with Composites**
Viewers: 13431

**Office 365: Provision Office 365**
Viewers: 6449

View all online courses ▸



in                                                                                      Sign in

**Lycee Claudel**
High School
1977 – 1981

Skills

| | | | | |
|---|---|---|---|---|
| Systems Engineering | Flight Test | Project Engineering | Aircraft | Avionics |
| Aerospace | Aircraft Performance | Airworthiness | Aviation | |
| Engineering Management | Helicopters | Flight Operations | Aircraft Design | Military |
| Six Sigma | See 31+ | | | |

Languages

**English**
Native or bilingual proficiency

**French**
Native or bilingual proficiency

Recommendations

A preview of what LinkedIn members have to say about Michel:

❝ *Michel is a compassionate and caring
leader with incredible intellectual capacity.
He is a great listener and his open and
patient leadership style creates an*
See more

Sign up to see who recommended Michel

## View Michel Korwin-Szymanowski's full profile to...

· See who you know in common
· Get introduced
· Contact **Michel Korwin-Szymanowski** directly

View Michel's Full Profile

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

© 2018 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe

# EXHIBIT 2



Sign in     Join now



## Laurus Basson

**416**
connections

Mechanical Systems Engineer (FCS) at
Aerospace Testing Engineering Certification
(AeroTEC) L.L.C
United States

| | |
|---|---|
| Current | AeroTEC - Aerospace Testing Engineering & Certification Inc. |
| Previous | Bombardier Aerospace, International Test Pilots School (ITPS Canada Ltd), Pilatus Aircraft Ltd. |
| Education | a. University of Stellenbosch |

# View Laurus Basson's full profile. It's free!

Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

**View Laurus' Full Profile**

## Laurus Basson's Activity



Laurus Basson liked this

**The International Test Pilots School is an exhibitor at the...**

Laurus Basson liked this

**It is my pleasure to start teaching a class at the...**

Laurus Basson liked this

**Pilatus PC-24 Certification Schedule Remains on Track**

The Pilatus PC-24 is expected to achieve FAA and EASA approval before the end of the year.

## Experience

**Mechanical Systems Engineer (Flight Control & Hydraulic Systems)**

AeroTEC - Aerospace Testing Engineering & Certification Inc.
March 2016 – Present (2 years 3 months)

Development of the MRJ Flight Control and Hydraulic Systems

**Senior Engineering Specialist (Flight Controls). Candidate Design Approval Designee (FCS)**

Bombardier Aerospace
March 2013 – March 2016 (3 years 1 month)

Development of the Global 7000/8000 and sustaining engineering of the Global 5000/6000 Flight Control Systems

**Flight Test Engineering Instructor (part time)**

International Test Pilots School (ITPS Canada Ltd)
2008 – 2013 (5 years)

Interim instructor for aircraft performance, flying qualities and flight control systems

**Mechanical Systems Engineer**

Pilatus Aircraft Ltd.
October 2011 – October 2012 (1 year 1 month)

### People Also Viewed



**Francesco Longo**
Manager Propulsion, Pneumatics & Engine Performance at Bombardier Aerospace

**Melissa Campbell**
Systems Integrator - Product Development at Bombardier Aerospace

**Janet Qu**
Engineering Specialist at Bombardier Aerospace

**Shawn Schillemore**
Engineering Specialist, Technical Operations (Liaison) Engineer at Bombardier Aerospace

**Chris Razi**
Manager, Systems Integration at Safe Flight Instrument Corporation

**Jean-Sébastien Guay**
Au service de l'Aéronautique

**Nestor Li**
Engineering Analyst at Bombardier Aerospace

**Michelangelo Graziano**
System Engineering Group Leader - Eurofighter Typhoon Avionics Joint Team at BAE Systems

**Janice Faulconbridge**
Owner, Aircraft Consultant & Project Manager at Faulconbridge Completion Services Inc.

**Shazad Abraham-Doman**
Avionics Engineering Analyst at BOMBARDIER

### Public profile badge

Include this LinkedIn profile on other websites

**View profile badges**

### Search by name

Over 500 million professionals are already on LinkedIn. Find who you know.

| First Name | Last Name | |
|---|---|---|

**Example:** Jeff Weiner



Your dream job is closer than you think

See jobs

Linked in



in

Sign in     Join now

**CATIA V5: Surfacing**
Viewers: 15899

**Learning SOLIDWORKS PDM**
Viewers: 451

**Autodesk Inventor 2018 Essential Training**
Viewers: 76931

View all online courses ▶

**Mechanical Systems Engineer**
Diamond Aircraft
September 2007 – September 2011 (4 years 1 month)

Development of the DJET's Primary and Secondary (trim and flaps) Flight Control Systems

**Mechanical Systems Engineer**
Pilatus Aircraft Ltd.
May 2005 – August 2007 (2 years 4 months)

Development and sustaining engineering of Pilatus Trainer aircraft's mechanical systems

**Mechanical & Flight Test Engineer**
South African Air Force
January 1984 – April 2005 (21 years 4 months)

Mechanical & Flight Test Engineer at the Mechanical Engineering Office (initially) and Test Flight & Development Centre, including first flight of the OVID all-composites technology trainer aircraft

**Mechanical & Flight Test Engineer**
South African Air Force @ AgustaWestland Helicopters, Italy
August 2000 – February 2005 (4 years 7 months)

Mechanical & Flight Test Engineer for the co-development and acquisition of the Agusta A109 Light Utility Helicopter (LUH)

Education

**a. University of Stellenbosch**
M.Eng, Mechanical Engineering

**b. University of Stellenbosch**
B.Eng, Mechanical Engineering

**c. National Test Pilot School**
Graduate Flight Test Engineer (FTE)

**d. Pretoria Technikon**
National Higher Diploma, Mechanical Engineering

**e. Pretoria Technikon**
National Diploma, Mechanical Engineering

**f. University of Kansas**
Hydraulics & FCS Short Course



Design Analysis Short Course

**h. University of Kansas**
Aircraft Structural Loads: Requirements, Analysis, Testing and Certification Short Course

**i. Fanshawe College (London, Canada)**
Hydraulics

**j. Vibration Institute of South Africa (VISA)**
Vibration

Skills

Catia   Aircraft   Flight Test   Aircraft Design   Aerospace   Flights   Airworthiness

Aircraft Maintenance   Avionics   Mechanical Engineering   Aeronautics   Engineering

Testing   Helicopters   Flight Control Systems   See 24+

Groups

Canadian Aerospace ...   Canadian Aerospace ...   Flight Test and Certif...

## View Laurus Basson's full profile to...

- See who you know in common
- Get introduced
- Contact **Laurus Basson** directly

**View Laurus' Full Profile**

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more   Browse members   by country

© 2018   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Unsubscribe

EXHIBIT 3

# $S$eattle $L$egal Messengers

PROCESS SERVING
INFO@SEATTLELEGALMESSENGERS.COM
PHONE (206) 443-0885
FAX (206) 728-2833

**258039**



None assigned

| **STANDARD** |

| FIRM NAME: & ADDRESS: | **CUST #: COJK** | |
| Christensen O'Connor Johnson Kindness | **DUE DATE #: 10/25/2018** | CASE# 2:18-cv-1543 |
| 1201 3rd Avenue, # 3600 | | PLAINTIFF: Bombardier, Inc. |
| Seattle WA, 98101 | UNITED STATES DISTRICT | VS. |
| PHONE #:(206) 682-8100 FAX #: | COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE | Mitsubishi Aircraft Corporation, et al |
| CONTACT: Chris Vinkler | | |
| BILLING / FILE #: BMBD-6-3764 | , WA | INSTRUCTIONS: |
| DATE / RECEIVED: 10/23/2018 | | |

Servee: **Marc-Antoine Delarche | at Aerospace Testing Engineering & Certification Inc**
Documents: Summons; Verified Complaint; Bombardier Inc.'s Corporate Disclosure Statement; Bombardier Inc.'s Motion to Seal Exhibits A-J to the Declaration of Daniel Burns and Exhibit A to the Declaration of David Tidd in Support of its Motion for a Preliminary Injunction; [Proposed Order Granting Plaintiff's Motion to Seal; Bombardier Inc.'s Motion for Preliminary Injunction; [Proposed] Order Granting Motion for Preliminary Injunction; Declaration of Daniel Burns in Support of Motion for Preliminary Injunction; Declaration of Nicole L'Ecuyer in Support of Motion for Preliminary Injunction; Declaration of Moshe Toledano in Support of Motion for Preliminary Injunction; Declaration of David Tidd in Support of Motion for Preliminary Injunction; Standing Order for All Cases Assigned to Judge Richard A. Jones; Letter dated October 22, 2018;

**1.)**
**Business Address:**
**6100 4th Avenue South, #300**
**Seattle, WA 98108**

4 of 5

| DATE | TIME | # | SI | NOTES FROM None assigned | | |
| --- | --- | --- | --- | --- | --- | --- |
| 10-24-18 | 3:00 pm | 1 | MP | Per governor, Bradley Briscoe, No longer works for us. He works for Mitsubishi in Japan. | PROCESS SVC | |
| | | | | | CLIENT NOTIFIED | |
| | | | | | LOCATE | |
| | | | | | STAKE OUT | |
| | | | | | FEE ADV'D | |
| | | | | | BRIDGE/FERRY | |
| | | | | | SPECIAL PICKUP | |
| | | | | | PREPAID | |
| | | | | | TOTAL | |

Physical Description:
Sex:            Age:            Height:            Race:
Hair:           Weight:         Eyes:
Marks:

☐ Personal Service
☐ Substituted Service
☐ Not Served

Served To: _____          Title/Rel: _____
# of Sets: _____           Date: _____
_____                       Time: _____
_____                       Server: _____

# EXHIBIT 4



Sign in    Join now



# Marc-Antoine Delarche

Aircraft Performance Focal at AeroTEC - Aerospace Testing Engineering & Certification L.L.C.

Seattle, Washington | Aviation & Aerospace

**344** connections

| | |
|---|---|
| Current | AeroTEC - Aerospace Testing Engineering & Certification L.L.C., Bombardier Aerospace |
| Previous | Bombardier Aerospace |
| Education | Université de Technologie de Compiègne |

 View this profile in another language

**People Also Viewed**

 **Kenneth J Klein**
Director Of Flight Operations

 **raymond iskenderian**
Aircraft Performance Engineer

**Fadi Hajjar**
Senior Project Manager at Mitsubishi Aircraft Corporation Global Career

 **Stephen Watkins**
Manager, Flight Sciences at AeroTEC - Aerospace Testing Engineering & Certification L.L.C.

 **Talar K.**
Senior Administrative Assistant at BOMBARDIER

 **Nigel Waterhouse**
Aircraft Certification

 **Grégoire Dubois**
Engineering Supervisor - Project Engineer - Core Team Lead at Parker Aerospace

 **Alexander Bellamy CEng FRAeS**
Chief Development Officer 最高開発責任者 at Mitsubishi Aircraft Corporation Global Career

**Mathieu GALLEA**
Working on MRJ200 program

 **Michelangelo Graziano**
System Engineering Group Leader - Eurofighter Typhoon Avionics Joint Team at BAE Systems

## View Marc-Antoine Delarche's full profile. It's free!

Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

**View Marc-Antoine's Full Profile**

Marc-Antoine Delarche's Activity

| Marc-Antoine Delarche liked this | Marc-Antoine Delarche liked this |
|---|---|
|  **Encore un passage TV, cette fois-ci sur TF1 : https://lnkd...** |  **'Sleep should be prescribed': what those late nights out...** Leading neuroscientist Matthew Walker on why sleep deprivation is increasing our risk of cancer,... |

---

**Public profile badge**

Include this LinkedIn profile on other websites

**Marc-Antoine Delarche**

Aircraft Performance Focal at AeroTEC - Aerospace Testing Engineering & Certification L.L.C.

 AeroTEC - Aerospace Testing Engineering & Certification L.L.C.

Université de Technologie de Compiègne

**View profile**    Linked in

View profile badges

## Summary

Aircraft Performance
Flight Test Center Engineering
Telemetry support
Flight test data reduction
Certification
Engine Performance
Aviation enthusiast!
Private Pilot - Aircraft, Glider Pilot w/ Instructor Rating

## Experience

### Aircraft Performance Engineer

AeroTEC - Aerospace Testing Engineering & Certification L.L.C.

July 2016 – Present (1 year 11 months) | Seattle, WA

Aircraft Performance Engineer on the Mitsubishi MRJ-90 program.

### Engineering Specialist - Aircraft Performance

Bombardier Aerospace

June 2007 – Present (11 years)

Flight test support for field performance (takeoff, landing, braking) and drag polar / climb performance on: CRJ1000 (2008-2009), Challenger 350 (2012-2013) and CSeries (2015-present). On-site support including briefing/debriefing, telemetry support, data reduction and data review with certification authorities (TCCA).

**Search by name**

Over 500 million professionals are already on LinkedIn. Find who you know.

First Name | Last Name




5/15/2018     Marc-Antoine Delarche - Aircraft Performance Engineer - AeroTEC (Aerospace Testing Engineering & Certification) L.L.C. | LinkedIn

Case 2:18-cv-01543-JLR   Document 143-1   Filed 04/30/19   Page 23 of 184



Candidate Design Approval Designee (DAD) for the Aircraft Performance discipline on the CSeries program.

Flight Guidance development, testing and tuning: takeoff and go-around pitch guidance, single engine sideslip guidance.

### Engineering Professional - Engine Performance
Bombardier Aerospace
January 2005 – June 2007 (2 years 6 months)



## Education

### Université de Technologie de Compiègne
Bachelor's Degree, Mechanical Engineering
1999 – 2004



### École de technologie supérieure
Final Internship Study
2003 – 2003

6 month internship at Laboratoire sur les Alliages à Mémoire et Systèmes Intelligents (LAMSI).



### École de technologie supérieure
Aerospace
2002 – 2002

6 month exchange program to study Aircraft Design and Avionics.



## Skills

Aircraft   Aerospace   Aircraft Performance   Aircraft Design   Engineering   Avionics

Flight Test Engineering   Aircraft Certification   Aviation   Aerodynamics

Aerospace Engineering   Systems Engineering   Flights   Aeronautics   Flight Test

Private Pilot - Airplane   Flight Instructor - Glider   Private Pilot - Helicopter

## Languages

**English**
Full professional proficiency

**French**
Native or bilingual proficiency

**Spanish**
Elementary proficiency

## Groups

**Learn new skills with online courses**

**Chief Technology Officer Career Guide**
Viewers: 23430

**Cert Prep: FAA Part 107 Commercial Drone License**
Viewers: 28043

**Autodesk Inventor Professional: Stress Analysis Tools**
Viewers: 67071

View all online courses ▶

Case 2:16-cv-01543-JLR Document 143-1 Filed 04/30/19 Page 24 of 184



**Society of Aircraft Pe...**

## View Marc-Antoine Delarche's full profile to...

- See who you know in common
- Get introduced
- Contact **Marc-Antoine Delarche** directly

**View Marc-Antoine's Full Profile**

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

© 2018 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe

# EXHIBIT 5





Sign in

# Cindy Dorneval

**135** connections

Aircraft Performance Engineer at AeroTEC - Aerospace Testing Engineering & Certification L.L.C.

Montreal, Canada Area | Aviation & Aerospace

Current: AeroTEC - Aerospace Testing Engineering & Certification L.L.C., Bombardier Aerospace

Previous: Bombardier Aerospace

Education: École Polytechnique de Montréal

## View Cindy Dorneval's full profile. It's free!

Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

View Cindy's Full Profile

### Experience

**Aircraft Performance Engineer**
AeroTEC - Aerospace Testing Engineering & Certification L.L.C.
February 2017 – Present (1 year 4 months) | Seattle, Washington

**Aircraft performance engineer**
Bombardier Aerospace
January 2012 – Present (6 years 5 months)

**Design engineer**
Bombardier Aerospace
July 2007 – January 2012 (4 years 7 months)

### Education

**École Polytechnique de Montréal**
B. Eng., Aerospace, Mechanical
2002 – 2007

### Skills

Aerospace | Catia | Aircraft Design | Composites | Aircraft | Aeronautics | Aerospace Engineering | Aerodynamics | VPM

View this profile in another language

**People Also Viewed**

**Juan Carlos Rubio**
Airline Pilot / Production Test Pilot / Aerospace-Performance Engineering

**Patricia Vu**
Professionnelle en Ingénierie, Performance Moteur

**Francesco Longo**
Manager Propulsion, Pneumatics & Engine Performance at Bombardier Aerospace

**Balaji Kaushik**
Engineering Specialist at BOMBARDIER

**Bastien Fulchiron**
Senior Engineer in Aeronautics, International experience

**Charles A. Tatossian**
Engineering Specialist in Advanced Aerodynamics at Bombardier Aerospace

**Olivier Desgeorges**
Engine Performance Lead at Bombardier Aerospace

**raymond iskenderian**
Aircraft Performance Engineer

**Talar K.**
Senior Administrative Assistant at BOMBARDIER

**Ali Reza Sedaghatian**
Flight Test and Development, Aircraft Performance Lead, AeroTEC

**Public profile badge**

Include this LinkedIn profile on other websites

Cindy Dorneval
Aircraft Performance Engineer at AeroTEC - Aerospace Testing Engineering & Certification L.L.C.

AeroTEC - Aerospace Testing Engineering & Certification L.L.C.

École Polytechnique de Montréal

View profile | LinkedIn

View profile badges

**Search by name**

Sign in

First Name | Last Name

**Example:** Jeff Weiner

**English**
Professional working proficiency

**French**
Native or bilingual proficiency

Groups

**Canadian Aerospace ...**
**Canadian Aerospace ...**
**B Connection (BCon...**
**Aerospace & Defens...**
**Montreal Aerospace ...**

## View Cindy Dorneval's full profile to...

- See who you know in common
- Get introduced
- Contact **Cindy Dorneval** directly

**View Cindy's Full Profile**

**Learn new skills with online courses**

**Introduction to Composite Manufacturing**
Viewers: 6594

**Learning CATIA v5**
Viewers: 41455

**CATIA V5: Surfacing**
Viewers: 15899

View all online courses

LinkedIn members in Canada: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

© 2018 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe

# EXHIBIT 6

Sign in    Join now



# Keith Ayre

Project Manager at Mitsubishi Aircraft Corporation
Global Career

Japan

Airlines/Aviation

 **Mitsubishi Aircraft
Corporation Global Career**

**Bombardier Aerospace**

8 connections

## View Keith Ayre's full profile. It's free!

Your colleagues, classmates, and 500 million other
professionals are on LinkedIn.

# Join LinkedIn

## Experience

### Project Manager

Mitsubishi Aircraft Corporation Global Career

2016 – Present • 3 years

Nagoya, Aichi, Japan

### Aerospace Engineer

Bombardier Aerospace

1984 – 2016 • 32 years

Montreal, Canada Area

More than 32 years of experience in aircraft and systems product development.

Sign in    Join now

**Join LinkedIn to see Keith's skills, endorsements, and full profile**

## View Keith Ayre's full profile to...

- See who you know in common
- Get introduced
- Contact **Keith Ayre** directly

## Join LinkedIn

People also viewed



**Toshio Ono, PMP**

BGS Country Manager - Japan



**Motomasa Sakuma**

Business Partner at Mitsubishi Aircraft Corporation.

**Nagao Jo**

Mitsubishi Aircraft Corporation Global Career - Manager



**Dave Barrow**

Vice President - Supplier and Engineering Integration

**Sylvain Lavelle**

Liaison officer chez Aeroconseil

**Koichi Murakami**

Mitsubishi Aircraft Corporation Global Career - Manager



**Noriko Kamegai**

Senior Corporate HR Recruiter at MITAC Nagoya, Japan

Sign in    Join now



**Alexander Bellamy CEng FRAeS**

Chief Development Officer (最高開発責任者) at Mitsubishi Aircraft Corporation Global Career



**James Sykes**

V.P. and Head of Engineering at Mitsubishi Aircraft Corporation

Search for other people you know

| First name | Last name |
|---|---|

 

English (English)

© 2018
User Agreement
Privacy Policy
Community Guidelines
Cookie Policy
Copyright Policy
Guest Controls

Learn new skills with online



**SOLIDWORKS: Tools Suite**



**Exam Tips: Project Management Professional (PMP)®**



**Cert Prep: Word 2013 Microsoft Office Specialist (77-418)**

**View all online courses**

Sign in    Join now

**Keith Ayre**

Project Manager at Mitsubishi Aircraft Corporation Global Career

Project Manager at Mitsubishi Aircraft Corporation Global Career

View profile

Linked in

**View profile badges**

© 2019

About

User Agreement

Privacy Policy

Cookie Policy

Copyright Policy

Brand Policy

Guest Controls

Community Guidelines

Language

EXHIBIT 7



🔎 Search

GET A

NOW!

**Business**

# Moses Lake to be test site for Mitsubishi Aircraft regional jet

f  ✉  🐦

Originally published July 14, 2014 at 4:05 am *Updated July 22, 2014 at 5:38 pm*



Engines from Pratt & Whitney are mounted on MRJ's first flight-test aircraft, shown last month in Nagoya, Japan.

 By Dominic Gates 🐦

*Seattle Times Boeing reporter*

Japan's Mitsubishi Aircraft will create a flight-test center at Moses Lake for its new Mitsubishi Regional Jet (MRJ), bringing dozens of pilots, engineers and technicians to the Central Washington town, the company will announce Monday at the

Farnborough Air Show.

Mitsubishi, which is completing Japan's first new commercial passenger aircraft in more than 40 years, was attracted by the long, uncrowded runways at Grant County International Airport and the new-plane expertise available in Washington.

In all, about 100 people in Moses Lake will work on the flight-testing project, Mitsubishi Aircraft Corporation president Teruaki Kawai said in an interview.

The MRJ, smaller than any of Boeing's jets, will come initially in 92-seat and 78-seat variants. Launched seven years ago, it has experienced considerable program delays and is scheduled to enter service in 2017.

**Most Read Business Stories**

| | |
|---|---|
| **1** | A look at Seattle businesses facing the head tax |
| **2** | Amazon has been looking outside Seattle to add jobs for years — and now trend is accelerating |
| **3** | After head-tax vote, Amazon resuming work on one building, but unsure of plans for another |
| **4** | Albertsons closing two Seattle stores |
| **5** | Flipkart CEO steered around Amazon to deliver Indian consumers to Walmart | In Person |

Unlimited Digital Access: $1 for 4 weeks

Gov. Jay Inslee, sporting a gold MRJ pin in his lapel, said in an interview on the sidelines of Washington state's pre-Farnborough reception Sunday that the project "sets up an infrastructure for airplane certification and testing that may lead to bigger and better things. The infrastructure could be available to other companies over time."

Some 50 to 60 Japanese engineers and technicians will be based in Moses Lake for at least a year, Kawai said. A smaller number will stay for three or more years as follow-on variants of the MRJ are tested,

Seattle-based AeroTEC, a small engineering company that provides flight-testing and aircraft certification services, will provide technical support for Mitsubishi, according to a letter of intent signed by the Japanese company.

AeroTEC president Lee Human said his company will hire about 20 engineers and technicians for its part in the flight tests.

It will also build a new 65,000-square-foot hangar at the airfield in Moses Lake, Human said.

Initially that will house three flight-test MRJs, but he said it will be sized for potential future work "to accommodate every Boeing airplane, including the upcoming 777-9X."

Kawai said initial flights of the airplane will begin next spring in Japan. Then, in fall 2015, the majority of the testing will shift to Moses Lake. Three test aircraft will be based there, two in Japan.

Kawai said his company chose to come to the U.S. because the air space in Japan is congested and there are few long runways available for testing purposes.

Grant County International Airport, an Air Force base until 1966, will offer ideal flight-test conditions: runways up to 13,500 feet long, the newly built hangar, little competing air traffic and clear weather.

The expertise offered by AeroTEC is also part of the draw.

"The reason we had delays for this program is that we didn't have any experience in how to get certification," said Kawai. In Washington state, "there are a lot of experienced people."

The MRJ flight-test program will renew a longstanding cultural link between Moses Lake and Japan.



"Summer Starts Here
Event Ends June 4th

TOYOTA Let's Go Places     MORE LEASING TERMS
Options shown. Participating dealers only.

For 40 years until 2008, Japan Airlines (JAL) used the airfield as a base to train pilots to fly its 747-400s, the last of which JAL retired in 2011.

Over the decades, more than 10,000 JAL crew members were based there for short periods of training.

Boeing also conducts frequent flight tests of its much bigger jets out of Moses Lake.

Once largely rural, Moses Lake is growing rapidly as a center of heavy industry and high-tech manufacturing.

German firms SGL and BMW have just announced an expansion of their carbon-fiber plant there that by next year will make it the largest in the world, employing about 200 people.

The town is also home to REC Silicon, which makes silicon for solar panels and employs about 500 people.

The largest employer is Genie Industries, which makes aerial work platforms and employs 1,350 people.

Patrick Jones, executive director of the Port of Moses Lake, said having Mitsubishi join ATS, the aircraft-modification company, at the Grant County International Airport "is going to be another jump forward in our ability to support large-scale aviation services."

Jones said the hangar construction is mostly funded by private money from AeroTEC.

Inslee said the state also provided "some strategic reserve funds" for infrastructure to help make the Mitsubishi project come together.

"Relatively small investments by the state, but they are really going to pay off," he said.

The state's pre-air show reception Sunday afternoon was at the Shangri-La hotel in the Shard, a modernist skyscraper in central London.

The venue on the 34th floor offered stunning views of the river Thames, Tower Bridge and a wide vista of central London.

It was more impressive by far than the locations of state receptions at previous air shows.

The Washington Aerospace Partnership, a collaboration of state business, labor and government leaders co-sponsored the reception with HSBC, a British bank involved in trade between the U.K. and the state.

Alex Pietsch, director of the governor's aerospace office, said the aerospace partnership "felt that the 777X was a tremendous win for the state, and to celebrate that and to celebrate the Washington aerospace industry here in London on the eve of the air show, that this was a fitting venue."

Inslee's trip was funded by the fees paid by the 40-strong delegation. "I'm not here on the public dime," the governor said.

At this week's show, Inslee will meet with a selection of top aerospace executives, including Boeing CEO Jim McNerney and Airbus Americas Chairman Allan McArtor.

He'll also meet with Fred Hochberg, chairman of the U.S. Export-Import Bank, and will be one of 31 governors signing a letter asking Congress to reauthorize the bank.

*Dominic Gates: 206-464-2963 or dgates@seattletimes.com*

**Dominic Gates**: *206-464-2963 or* dgates@seattletimes.com; *on Twitter:* @dominicgates.



## We need your support

*In-depth journalism takes time and effort to produce, and it depends on paying subscribers. If you value these kinds of stories, consider subscribing.*

**Subscribe**

💬 View 0 Comments

Recommended in



Seattle Councilmember Mike O'Brien shoved out...



'Cry me a river that Amazon has to start...



Porn star's lawyer says Russian paid Trump...



UW Huskies forward Noah Dickerson snubbed from...

**Around the Web**



**Looking To Lose Weight? Here's Our Pick for Best Weight Loss Program**
Sponsored | Topdust



**The Best Security Systems for your Home**
Sponsored | Yahoo! Search



**The Crazy Facial That Celebrities Say "Takes 10 Years Off" Your Face**
Sponsored | Hanacure on Town and Country Magazine



**Make Your Bed Like a Hotel**
Sponsored | The Daily Doze

 [Gallery] Boy Goes Missing For Years, Then Police Check Behind Dresser
Sponsored | Absolutehistory

 Top Gut Doctor Says Carbs Are Not The Problem (These Are)
Sponsored | SmartConsumerToday

Recommended by

**Contact**

**About the company**

**Advertise**

**Subscriber Services**

**Today's Front Page**

f **Facebook**

🐦 **Twitter**

Copyright © 2018 The Seattle Times | Privacy statement | Terms of service

# EXHIBIT 8



# MRJ Newsletter

**Vol. 25**
**Jun. 1, 2017**

 ## *"Program Update"*

## PW1200G Engine for MRJ Acquires Type Certification

Pratt & Whitney's PurePower® Geared Turbofan™ PW1200G engine has successfully acquired type certification from the Federal Aviation Administration (FAA) of United States. More than 15 critical engine system level certification tests were successfully completed to meet FAA certification requirements. These captured required data for certification performance, stress, endurance, emissions, acoustics, bird impact, and fan blade containment. The MRJ-70 and MRJ-90 will each be powered by two PW1200G engines. The engine was optimized specifically for the MRJ program, which in turn designed the wing and aerodynamics with the PW1200G in mind. The engines' advanced technology will contribute to a 10-20% reduction in operating costs and 50% lower in regulated emissions compared to the current generation of regional aircraft, enabling the MRJ to offer best-in-class efficiency and environmental performance.



PurePower® Geared Turbofan™ PW1200G engine

 ## *"Hot Topic"*

## From Moses Lake Flight Test Center

## Latecoere Interconnection Systems to join the MRJ program

Mitsubishi Aircraft selected Latecoere Interconnection Systems (previously LATelec) as a partner for the MRJ program supporting the Electrical Wiring Interconnection System (EWIS). This partnership is a significant step towards resolution of the MRJ wiring design challenges announced in January. The onboarding of their expert team has already been kicked off at Mitsubishi Aircraft Head Office in Nagoya, and state-of-the-art EWIS tools and technologies are being deployed. Together with Latecoere we will continue advancing the MRJ project.



**Team of Latecoere and Mitsubishi Aircraft**

## Mitsubishi Aircraft Signs Airframe MRO Licensing Agreements with two partners in North America

Mitsubishi Aircraft signed definitive agreements with HAECO Americas and PEMCO World Air Services as the MRJ preferred airframe MRO (Maintenance, Repair and Overhaul) partners in North America (The LOI signing was announced last year). These agreements will greatly strengthen our customer support capabilities for our aircraft MRO services. We continue to reinforce and enhance our customer support network and infrastructure to provide higher-quality services to our customers.

At Moses Lake Flight Test Center, four test aircraft are being used efficiently amid high utilization rates under a busy testing program.



**Four MRJs are arrayed together**

# EXHIBIT 9



**Vol. 4**
**Aug. 2015**

# MRJ Newsletter

 ## "Program Update"

## Mitsubishi Aircraft holds an opening ceremony of Seattle Engineering Center

Mitsubishi Aircraft held a ceremony on August 3 (US date/time) to celebrate the opening of Seattle Engineering Center (SEC) in Seattle, Washington, a hub for MRJ development in the U.S.

The ceremony took place at the Museum of Flight in Seattle with approximately 200 guests in attendance, including Jay Inslee, Washington State Governor and Masahiro Omura, Consul General of Japan in Seattle.

During the ceremony, we received strong welcoming messages from guests saying the SEC opening would mark a new chapter in the history of long-term friendships between Washington State and Japan. A traditional "kagami-biraki" sake barrel opening activity was carried out to celebrate the initiation of our new relations while also wishing for the project's success.

SEC's approximately 150 members will work with AeroTEC, a partner company, to accelerate the MRJ's conformity activities and provide prompt support for flight tests in the U.S. that are scheduled to start in the second quarter of 2016.


"Kagami-biraki" at opening ceremony


Speech by Jay Inslee, Washington State Governor

## Mitsubishi Aircraft conducts media tour to Moses Lake (Base for flight tests in the U.S.)

On August 4, the next day after the ceremony, Mitsubishi Aircraft conducted a media tour to the Grant County International Airport at Moses Lake in Washington, located three hours inland from Seattle by ground transportation. Clear blue skies on the tour day characterized the local greater chance of fair weather, in keeping with the location's more than 90% sunny day average, which is actually one of the reasons we selected the airport as our base for MRJ's flight tests in the U.S.

The media toured by bus on the long 4,000-meter runways necessary for special flight tests that are difficult to be conducted in Japan. The tour also took the media to the 65,000-square feet hangar that could accommodate three MRJs and fire stations at the airport.

Moses Lake is a sister city with Yonezawa City, Yamagata Prefecture and has a very close relationship with Japan, including numerous exchanges including participation by thousands of Japanese students in local farm training programs. The MRJ program will also push forward to success amid this amicable relationship.


On a 4,000-meter runway


MRJ hangar (under construction)

# EXHIBIT 10

Case 2:18-cv-01543-JLR   Document 143-1   Filed 04/30/19   Page 45 of 184

 Search

**Boeing & Aerospace**

# Splashy ceremony marks new 150-engineer Seattle site for testing Mitsubishi jet

  

Originally published August 3, 2015 at 4:04 pm *Updated August 3, 2015 at 9:19 pm*





Case 2:18-cv-01543-JLR Document 143-1 Filed 04/30/19 Page 46 of 184

**1 of 2**    Gov. Jay Inslee, left, and Hiromichi Morimoto, president of Mitsubishi Aircraft Corp., smash open a ceremonial cask of sake at the Museum of Flight on Monday in celebration of the company's new Seattle... (Mike Siegel / The Seattle Times) **More** ⌄

Sign up for **Breaking News**. When a story breaks, you'll be among the first to know.

| *Your email address* | Sign up |
|---|---|

By signing up you are agreeing to our Privacy Policy and Terms of Service.

**Mitsubishi Aircraft Corp. executives opened their new Seattle engineering center, which will work on flight test analysis of the forthcoming Mitsubishi Regional Jet.**

    By **Dominic Gates** 🐦

The enthusiasm of dignitaries at an event to celebrate Mitsubishi Aircraft Corp.'s new engineering center in Seattle left Mayor Ed Murray, Gov. Jay Inslee and other guests with more than a little sake splattered on the traditional Japanese ceremonial jackets they had donned over their suits.

The engineering center in Georgetown will by next year more than double its staff to 150 people.

One hundred U.S. workers and about 50 Mitsubishi Aircraft engineers from Japan will work there on analyzing flight-test data to get the new Mitsubishi Regional Jet (MRJ) certified and into service with airlines.

**Featured Video**



Play Video

1955 barrel roll in a Boeing 707 *(1:08)*

**Most Read Business Stories**

1. A look at Seattle businesses facing the head tax

**4**    WTO ruling opens way for U.S. tariffs over Airbus subsidies

**5**    After head-tax vote, Amazon resuming work on one building, but unsure of plans for another

Unlimited Digital Access: $1 for 4 weeks

And the new engineering center will be tied tightly to the MRJ flight test program, most of which will be conducted at Moses Lake in Eastern Washington where another 200 people will be employed — twice the number touted a year ago when Moses Lake was first announced as a test site.

In a celebration at the Museum of Flight, some 200 guests heard speeches from Inslee and Mitsubishi Aircraft President and CEO Hiromichi Morimoto. Then the event culminated in a traditional "kagami" ceremony in which invited dignitaries broke open large barrels of sake with big wooden hammers.

Lee Human, chief executive of Mitsubishi Aircraft's local partner, AeroTEC, broke through the top of his barrel with extra force, eliciting laughter as those who shared his barrel — Murray and Rep. Suzan DelBene — were liberally doused with sake.

The MRJ is Japan's first all-new commercial plane since an unsuccessful 1960s-era turboprop. It's aimed at the market for regional jets, just below the capacity of the smallest jets built by Boeing and Airbus.

The first MRJ is an 88-seat version, to be followed a year later by a 76-seat version. The majority of the MRJ's total of 223 firm orders come from three U.S. regional airlines that operate low-density routes for the bigger U.S. carriers.

The MRJ's first flight is set for September or October in Japan. It is scheduled to enter service in 2017.

Morimoto said Mitsubishi chose to set up here "to make the best use of the resources and skill sets of the aircraft engineers and professionals of Seattle, which is a global hub of the aviation industry."

About half of the components inside the new jet are U.S.-made, including a significant portion in Washington.

Zodiac in Bellingham, formerly Heath Techna, provides the cabin interior.

The Korry unit of Esterline in Everett supplies various cockpit controls.

And Avtech Tyee, also in Everett, supplies the intercom phone system connecting the cabin and the cockpit.

Echoing Boeing's marketing in Japan — which advertises the 787 Dreamliner as "made with Japan" — Morimoto declared that "the MRJ is developed and made with the state of Washington."

Inslee, who will visit Japan on a trade mission next month, happily concurred.

He said the MRJ work represents "a new chapter in the long partnership between Washington state and Japan."

And he said the broadening of the state's aerospace industry signals that "we are not going to cede our leadership in world aerospace."

Scott Hamilton, Issaquah-based aviation analyst with Leeham.net, has long advocated that the state look "beyond Boeing" to maintain and grow its aerospace industrial base.

"Getting Mitsubishi here for flight testing is a good step," Hamilton said.

The Seattle engineering center will be tied tightly to the MRJ flight test program, most of which will be conducted in Eastern Washington.

After some initial flight tests in Japan, Mitsubishi Aircraft will fly four of the five flight test MRJ airplanes out of Moses Lake in Eastern Washington starting next spring.

That site provides plenty of open air space and dry weather that will allow more frequent test flights than are possible in Japan's crowded air space.

Mitsubishi is collaborating in the U.S. with AeroTEC, a Seattle firm that provides airplane manufacturers with "testing, engineering and certification" support (hence the name) to speed development and certification of a new airplane.

It currently has 52 engineers working with the first 13 engineers from Japan, with more to come in the near future.

AeroTEC CEO Human said the plan to build the engineering center came together only this year.

And he thanked Inslee for "substantial financial support to our Moses Lake project."

Inslee said last year that the state provided "some strategic reserve funds" for infrastructure — a 65,000-square-foot hangar now under construction at Grant County International Airport — to help make the Mitsubishi project come together.

Mitsubishi Aircraft is a unit of Japanese industrial giant Mitsubishi, which does extensive aerospace manufacturing. It is a major supplier to Boeing, with work that includes building the wings of the 787 Dreamliner.

Nobuo Kishi, senior executive vice president with Mitsubishi Aircraft's MRJ division, said the Seattle engineering center represents a beginning of collaboration with Washington state that will only increase in future.

"After the MRJ program, I expect more and more business in the Seattle area," Kishi said.

*Dominic Gates: 206-464-2963 or dgates@seattletimes.com*



💬 View 14 Comments

---

## Recommended in



UW Huskies forward Noah Dickerson snubbed from...



Amazon shows risk of Seattle City Hall head tax



Sweden admits its meatballs are poached...



Elderly German neo-Nazi apprehended, sent to...

## Around the Web



[Gallery] Little Boy Goes Missing Without a Trace, Then Stranger
Sponsored | Absolutehistory



[Gallery] NCIS Alum Cote de Pablo Is No Longer An Actress, Or
Sponsored | FetchSport



[Gallery] The Wild Wolf's Reaction To The Man Who Rescued Him
Sponsored | Nocartridge



Cable Companies Are Furious Over This Improved Antenna
Sponsored | www.skywiretvantenna.com



Landlines Are Finished. See the Technology That's Replacing Them
Sponsored | Yahoo! Search



16 Discounts Seniors Didn't Know They Could Get In
Sponsored | Prime8

Recommended by

**Contact** ▼

**About the company** ▼

**Advertise** ▼

**Subscriber Services** ▼

**Today's Front Page**

𝐟 **Facebook**

🐦 **Twitter**

Copyright © 2018 The Seattle Times   |   Privacy statement   |   Terms of service

# EXHIBIT 11





# Inside Moses Lake, The MRJ's U.S. Flight Test Center

Posted by The MRJ Team on Dec 7, 2017 12:32:58 PM

It's a sunny and hot July afternoon in Eastern Washington, and Kenji Okimoto is racing down the runway of Grant County International Airport. Okimoto, a vice president at Mitsubishi Aircraft Corporation America who runs operations support at Moses Lake Flight Test Center, is looking to position himself near the right runway so he can take a group of guests to observe today's take-off of the Mitsubishi Regional Jet (MRJ). Air traffic control switched the runway due to a change in the wind conditions.

"It's right around here," he says, pulling the car over onto the side of the tarmac. Minutes later, the sleek regional jet quietly whooshes by and lifts off into the clear blue sky.

The Moses Lake Flight Test Center (MFC) is an under-the-radar, but pivotal part of the MRJ development program. MFC is where the MRJ is immersed in a rigorous testing schedule on its way toward type certification in 2019. Led by Hank Iwasa and stationed about 200 miles east of Seattle, Washington, Moses Lake serves as the central testing hub for the MRJ where all flight tests are currently managed. The center is home to a giant hangar housing four flight test

aircraft (FTA) and approximately 250 Mitsubishi Aircraft Corporation employees and important partner AeroTEC.

On the surface, Moses Lake might seem to be an unlikely place to center the testing of a next-generation regional jet, but in many ways, it's ideal. The center is adjacent to the Grant County International Airport, and it's surrounded by open airspace that's sparsely populated and receives little rain in the shadow of the Cascade Mountains. In addition, AeroTEC – a turnkey flight testing, engineering and certification partner – keeps an office on-site.



Moses Lake is also nearby a well-known aviation center in Seattle—where the MRJ has its own engineering team—that allows for a constant flow of communication with Mitsubishi Aircraft Corporation in Nagoya, Japan.

"Any data that needs crunching, engineering that needs to be worked out, we can hand over to Japan and they can take a stab at it while we're asleep," said Morgan Heysse, who works in the MRJ's operations support group.

At Moses Lake, there's no such thing as a typical day. Work starts early so the team can take advantage of as much optimal flying weather as possible. The maintenance day shift arrives around 5:30 a.m., and executives arrive soon after for the morning leadership meeting. Everyone reviews the plan for the day, and the hive prepares for a flight test. For certain tests, pilots go through required simulator exercises to get a feel for the actual flight.

"If there's a particularly interesting test going on, people's interest gets really piqued and you'll find more people than usual standing by the fence, watching the MRJ take off," said Heysse.



Once a flight test has been performed, there's a debrief in the afternoon where results are reviewed and data is prepared for transmission to Japan. As the day progresses, Nagoya wakes up and the cycle begins anew. Workers on site say it feels similar to working at a commercial airport, where there's a constant flurry of activity.

Rather than two teams working separately from opposite sides of the world, the MRJ operation has evolved and come together as one team. The process began around 18 months ago when Mitsubishi Heavy Industries and Mitsubishi Aircraft Corporation restructured the MRJ development program, including operations at Moses Lake. Each flight test aircraft now has its own functional leader, with a core team of around 10 people who work on each aircraft across all disciplines – spanning engineering, supply chain, manufacturing, flight operations, pilots and engineers – to drive performance.

This relationship is already producing results: In recent months, the MRJ's development has accelerated and the company has set important benchmarks on tests critical to achieving type certification. Major steps have been taken with tests for static strength, natural icing, cold and hot soak, cargo smoke containment and hot weather.

Importantly, the MRJ is seeing just a 1% takeoff cancellation rate due to technical issues during the testing program. That bodes well for the MRJ's future as a regional jet, which often rely on quick turnaround during commercial service.

The plane also made a successful debut at the Paris Air Show this June where CNN's aviation correspondent wrote, "the 92-passenger plane promises to reshape regional flying in the U.S. and upend a market long dominated by Canada's Bombardier and Embraer of Brazil."

With a slate of upcoming tests and a united development team in place, Moses Lake will continue to be critical to the MRJ's development, performance and first delivery in mid-2020.



1 of 7

Tags: Testing, Flight Testing, Engineering, Ground Testing, Program Management Office, Moses Lake Flight Test Center, Program Developments

# Subscribe to updates to see the MRJ's progress

Email

Subscribe

## Popular Posts The Mitsubishi Regional Jet is Answering the Call for Choice

AvWeek: MRJ70 Approved and MRJ90 Program on Schedule

Watch the MRJ in Flight at Farnborough

MRJ: Delivering Choice for the New Era in Regional Travel

Inside Moses Lake, The MRJ's U.S. Flight Test Center

## Related Articles

**The Mitsubishi Regional Jet is Answering the Call for Choice**

**Highlights From the Past Year of the MRJ**

**Mapping the MRJ's Key USA Partners**

## Archives

January 2019

August 2018

July 2018

June 2018

February 2018

January 2018

**View All Posts >**

Design

Efficiency

Passenger Experience

Environment

Craftsmanship

Support

News

Media Center

mitsubishi.com

About Us

Terms of Use

Privacy Policy

© 2008-2019, Mitsubishi Aircraft Corporation. All Rights Reserved.

Eagle® is a registered trademark of United Technologies Corporation, Pratt & Whitney Division.

# EXHIBIT 12



# MRJ Newsletter

**Vol. 8**
**Dec. 2015**



## "Program Update"



### Update on the MRJ's flight tests

Mitsubishi Aircraft conducted the second and third flight tests of the MRJ's first flight test aircraft on November 19 and 27 respectively, completing a total of three flight tests including the first flight test on November 11. The flight tests has confirmed its basic characteristics and functionality in ascent, descent, cruising and turning in airspace.

The landing gear and the flap have been in operations since the second test, verifying performance and outer appearance of the aircraft after operations.

Based on the flight tests that were carried out, we have confirmed functional performances to be according to specifications. We are currently making planned system upgrades on the aircraft based on the feedback of the results from ground, taxiing and flight tests.

## 【Customer Support】Milestone achievement ceremony held with Boeing

After signing a customer support contract with Boeing in June 2011, Mitsubishi Aircraft has moved forward with the construction of its customer support system. The partners recently unveiled their ongoing development of the MMF (My MRJ Fleet.com) Web portal enabling customers to access MRJ customer support services from anywhere and at any time.

A ceremony was held on December 10 at the Museum of Flight in Seattle to celebrate the achievement of a major milestone toward the completion of the Web portal. Mitsubishi Aircraft's President Morimoto was in attendance, as was Mr. Per Noren, Boeing's Vice President of Digital Solutions. Both reaffirmed their partnership and their commitment to work together to create a state-of-the-art customer support system.



Vice President Mr. Noren and President Morimoto



## "Hot Topic"

## MRJ Partners Conference held

A Partners Conference was held in Nagoya on December 2. A total of 25 partners and support companies from both Japan and abroad gathered for this ninth conference, sharing information on the MRJ and engaging in broad-ranging discussions and exchanges of views regarding flight testing, development and manufacturing.

The conference kicked off with a video of the MRJ in flight, enabling everyone to share once again the success of its first flight. This meeting also included the presentation of honors to express gratitude to the partners who have supported the MRJ program.

**<< Three honorable partners in 2015 >>**

Three partners were honored for 2015:

- AIDC (Aerospace Industrial Development Corporation) [Taiwan]
- Airbus Helicopters [Germany]
- Nabtesco Corporation [Japan]

To realize the MRJ project, engagement in team activities and working together as an integrated unit have been crucial. These conferences will prove to be even more important in coming months, as the MRJ program moves forward with development and manufacturing.



From Left: Mr. Jung-Hsin (Anson) Liao, Chairman, AIDC; Dr. Hans Bartosch, Vice President, Head of Airplane Door Programme, Airbus Helicopters; Mr. Nobutaka Osada, Representative Director, Senior Managing Executive Officer, Nabtesco Corporation

# EXHIBIT 13



**Vol. 18
October 2016**

# MRJ Newsletter



## "Program Update"

### *The MRJ starts flight tests in the U.S.*

The MRJ (Mitsubishi Regional Jet) first flight test aircraft (FTA-1) carried out flight tests in the U.S. for the first time on October 17 (PST, October 18 (JST)). FTA-1, which arrived at Moses Lake in Washington State on September 28 (PST, (September 29 (JST)), took off from Grant County International Airport shortly after 1:00 pm (PST) and confirmed its flight envelope and functionality of the onboard systems in airspace near Moses Lake during the 3.5-hour flight. MRJ has achieved a memorable milestone in the U.S., the largest market for regional jetliners.





## "Hot Topic"

### *Matsusaka Plant completed; Riveting ceremony held*

A riveting ceremony was held at the Matsusaka Plant on October 3 with more than 100 people in attendance to commemorate the launch of assembly for the horizontal and vertical tails of the MRJ. Riveting work was performed on a structural component of the vertical tail of the 1st delivery aircraft. At the ceremony, congratulations were received from All Nippon Airways Co., MRJ's launch customer. Following the sub-assembly work at the Matsusaka Plant, final assembly work will continue at the Komaki South Plant.



### *Mitsubishi Aircraft awarded from Aerospace Industry in Washington*

Mitsubishi Aircraft won on October 6 the "Company of the Year Award" at a summit held by Aerospace Futures Alliance, an aerospace industry association in Washington State, for its contribution to employment and economy in the State. At the ceremony where President Hiromichi Morimoto attended, we received an honorable comment from Washington Governor Jay Inslee, showing high expectations for the MRJ from the State.



### *Message*
#### *- Aerolease Aviation, LLC -*



Jep Thornton, Partner, Aerolease Aviation, gave an encouraging message to the employees of Mitsubishi Aircraft at a lecture held at its headquarters on Oct. 11, saying, "We believe that aircraft getting to Moses Lake was a huge milestone -- it was a very, very cool thing, and those kind of milestones -- our order, Rockton's order -- these are all great, great milestones. It is important for everybody, including ourselves, to understand that this is the process to find success and that there will be challenges. Always believe in yourselves and keep moving forward. We believe that the MRJ will be a great piece."

### *ERA 2016 / JA 2016*

Mitsubishi Aircraft participated in ERA (European Regions Airline Association) General Assembly 2016. During the Assembly, Yoshihisa Kumagai, President of Mitsubishi Aircraft Corporation Europe B.V. was named an associate board member for the first time. We also took part in Japan International Aerospace Exhibition 2016 (JA2016), which is held once every four years in Japan, achieving a great success with a large number of visitors.



**MRJ's mock-up at JA2016**

# EXHIBIT 14

**Vol. 21**
**January 2017**

# MRJ Newsletter



 ## "Program Update"

### MRJ FTA-2 starts flight tests in the U.S.

The 2nd MRJ (Mitsubishi Regional Jet) Flight Test Aircraft (FTA-2) carried out flight tests in the U.S. for the first time on January 5 (PST). FTA-2, which arrived at Moses Lake in Washington State on December 19, 2016, took off from Grant County International Airport at noon and confirmed its basic characteristics and functionality. After a flight of approximately 2 hours and 20 minutes, FTA-2 returned to the airport at 2:20 pm.

The MRJ have made a steady progress in flight tests with multiple flight tests on a daily basis even in record-setting freezing cold weather conditions in the area surrounding Moses Lake Flight Test Center (MFC).



FTA-2's takeoff

### Press Conference held on MRJ Business Promotion



Shunichi Miyanaga, President and CEO, MHI

A press conference was held on Jan. 23 on MRJ business promotion, explaining the program update and steps to take in the future.

- The first delivery of the MRJ is adjusted from mid-2018 to mid-2020 due to revisions of certain systems and electrical configurations on the aircraft to meet the latest requirements for certification.
- These design changes will not affect aircraft performance, fuel consumption, or functionality of systems. We will continue with ongoing flight test program with current test aircraft configuration and obtain certification flight test data of performance, flight characteristics for type certificate.
- MHI is committed to the development and delivery of the MRJ with world-class performance and compatibility with the latest industry certifications.

Please see the link for more details.

 ## "Hot Topic"

### President Morimoto participates in Governor's Aerospace Meeting

President Morimoto took part in the Governor's Aerospace Meeting supported by the Washington State Department of Commerce on January 12, 2017 (PST), in which the representatives from the aerospace industry exchanged their views and opinions with Jay Robert Inslee, the Governor of the State. Companies such as airlines that have bases in the State participated in the meeting. President Morimoto expressed his gratitude to the State for ongoing support of our activities in Seattle and Moses Lake, and asked for their continued cooperation for our efforts to efficiently carry out flight tests and obtain type certificate. The Governor and President Morimoto agreed to build and further strengthen mutually cooperative relationships. After the meeting, an MRJ photo was presented to the Governor.



An MRJ's photo presented to the Governor

# EXHIBIT 15

BUSINESS AVIATION

# The aircraft certification process

by Matt Thurber
December 18, 2006, 5:41 AM



You are sitting in a diner, sipping your fourth cup of coffee, solving aviation's problems with an old friend, when the idea comes to you in a caffeinated burst of inspiration: a new jet, one that will fill a niche no manufacturer has yet tackled, with safety features, performance, efficiency and comfort that will open new markets and sell like hot cakes around the globe.

You grab a fistful of napkins and begin sketching frantically, trying to get the idea on paper before it loses its luster. Your friend adds some helpful details, the rough outline takes shape, including the number of engines and the basic configuration, and after a few minutes, you start throwing names around. In that diner-inspired creative session, a new airplane manufacturer is born.

Welcome!

You are about to embark on one of the most frustrating, time-consuming, bureaucratically convoluted, mind-bogglingly expensive yet ultimately rewarding business ventures of all.

While nothing can prepare you for how much hair will fall out or turn gray, here is a basic outline about what to expect after the napkin-conceptual phase and advice from those who have been through this process. Aircraft design, certification and production is not for the faint of heart. If you're not willing to give up a normal life; spend every dime you have and anyone else's money that you can pry loose; and maintain a positive outlook while the media and other critics rip into your dreams and plans, then tear up that napkin and leave the dangerous journey of aircraft certification and manufacturing to the experts, brave dreamers, call them what you will.

## Step 1 | The Idea
After some initial research on the FAA Web site (www.faa.gov), you'll likely come across some documents pertinent to aircraft certification. You might assume that you should carefully read these documents before doing anything else, but not so, according to David Hempe, the FAA's manager of the Aircraft Engineering Division, Aircraft Certification Branch. "Those are all tools," he said, "and just reading them without talking to the FAA probably isn't going to add much value."

Instead, Hempe suggests making an appointment for a "pre-familiarization" meeting at the regional FAA office that will handle your certification project. This meeting is where you say to the FAA, "I have a new product; here's what I'm thinking." You'll learn about when and where to submit the application for the type certificate, what will be expected of your organization and of the FAA people you will work with and the kind of personnel you will need to employ to bring the airplane through the certification process.

Hempe has seen all kinds of certification hopefuls during his career, ranging widely from manufacturers with finely honed certification processes to start-up entrepreneurs with no idea of what certification entails and no experience working with FAA certification experts.

"Whether it's sophisticated or new," Hempe said, "if it's a new technology or a new product, the expectation is that you visit with the region that's going to affect you the most." Before the pre-familiarization meeting with the FAA, it's safe to noodle around as much as you want with the design, but keep it simple and don't go spending money on consultants or the aerodynamicist-of-the-month or any other steps that you think will take you closer to FAA certification. You need an idea of the lay of the land before you start asking questions.

After your meeting is a good time to review the documents on the FAA Web site because they will reinforce exactly what you're facing, and they will also help you ask the right questions when you begin paying for expert advice.

There are a few ways you can approach the initial design phase. Your napkin was your first inspiration, but it shouldn't box you into a design corner. The overall goals of the airplane should drive the design. To meet those goals, it's likely that only a few airframe-engine configurations will be suitable, meaning they can be manufactured productively, operated safely and efficiently and maintained at a reasonable cost.

How the major OEMs conduct this phase can be instructive for new entrants. Most manufacturers were reluctant to discuss these issues, however, probably due to competitive concerns. This whole process–design, certification, production–is the heart of each company's competitive advantage, its own special secret sauce, and they are not about to reveal the recipe.

Watching companies operate, however, provides some clues and lessons for budding aviation entrepreneurs. Cessna, for example, has an excellent track record with new-airplane programs. The Mustang was designed, certified and has entered production right on the schedule the company laid out at the unveiling of the program four years ago, a remarkable achievement and one that Cessna accomplishes consistently.

Bombardier has much the same record, having certified a number of new designs, although that pace has slowed. Gulfstream's record is good, too, although it was one of the first to publicize the use of an odd wrinkle in FAA certification, the provisional type certificate, which it obtained presumably to show the financial world that the GV was on the proper certification trajectory during the final stages of its program. The company's latest project, the midsize G150, was FAA certified in November 2005, at a lower weight than originally planned and with better-than-forecast range and runway performance.

Eclipse Aviation also took the provisional certification step last summer, and Cessna has used provisional certification on one jet program. Raytheon Aircraft made some bold moves in new airplane development with the composite-fuselage Premier I and Hawker 4000, and the 4000 program suffered numerous delays and took twice as long as the company initially announced.

The Hawker 4000 (née Horizon) was provisionally certified in December 2004 and received full FAA type certification almost two years later, last November. Eclipse also took longer than initially expected. Embraer's record is good, but the Phenom 100 and 300 programs will better illustrate the company's certification expertise in the clean-sheet business jet arena. Dassault Falcon Jet not only is highly accurate about staying on track but also in its estimates of final weight. New entrant Spectrum Aeronautical projects an ambitious schedule for two new jets; time will tell, as it will for the PiperJet, Cirrus's planned jet and Diamond's D-Jet.

## The Program Announcement

How much of a new design is complete by the time the company unveils the program at a press conference? Most manufacturers declined to comment, but it's likely that the design is well beyond the conceptual phase when the big OEMs announce the project to the world. At the time of the announcement, many OEMs have already been through multiple rounds of customer feedback, which helps refine the design and gives early indications of the potential size of the market.

An extreme example of pre-announcement preparation is Honda's new HondaJet. Michimasa Fujino, president and CEO of Honda Aircraft, has been working on Honda airplane concepts since 1986. It seems reasonable to suppose that he has got through many napkins to arrive at today's HondaJet.

What is unusual about Honda's effort is that the announcement of a commercial go-ahead for the HondaJet came not only after the conceptual design phase but also after refinement, wind-tunnel testing and freezing of the design, prototype construction and 240 hours of sophisticated ground and flight testing, not to mention near-simultaneous design, development, testing and installation of a completely new Honda turbofan engine.

Honda Aircraft applied for an FAA type certificate on October 11 and plans to begin deliveries in 2010, which should be achievable given all the work the company has done thus far. The company didn't begin taking deposits until a week after it applied for FAA certification, just months after it announced that the HondaJet would be a formal program.

By contrast, Eclipse Aviation announced the airplane that launched the recent very light jet frenzy well before the company had

constructed a prototype. The actual certification program might take the same time as though Adam talked about an aviation consumer might understandably perceive the Eclipse program to be longer, given the early announcement.

## Last-minute Design Changes

Although experienced manufacturers generally wait until the design is close to final before announcing the program, changes often happen during the final design tweaking that inevitably takes place during certification. These sometimes include performance improvements, but often they are necessary to meet an unanticipated regulatory need, a shortfall in performance or something as major as a mid-program engine switch.

The Eclipse 500 grew heavier and sprouted wing tip tanks, for example, when Eclipse Aviation switched from a small Williams International turbofan to the larger Pratt & Whitney Canada PW600. Later, Eclipse had to install bigger tip tanks to achieve range performance goals.

Dassault's Falcon 7X came out ahead of the performance curve after installation of a forward-fuselage fuel tank, modified winglets and redesigned empennage during the certification program. Launched with a 5,700-nm range, the 7X will be certified at 5,950 nm, although certification is now expected later, in the first or second quarter of this year instead of late last year.

Bombardier has certified 18 aircraft since 1989. The company learned a lot from the rather protracted development and certification process for the Learjet 45. While some of these 18 aircraft are derivative models such as the Learjet 40XR, others are entirely new clean-sheet designs that have demonstrated Bombardier's robust certification process.

For a new airplane program, Bombardier begins with conceptual development, focusing on the configuration and aerodynamics, and it conducts marketing studies to see how the new airplane might be accepted. "That's all part of our initial design," said Dan Burns, chief airworthiness engineer, Bombardier Aerospace. Burns has worked on certification programs for Bombardier for the past 18 years and, along with Transport Canada and EASA certification officials, is a key player in new ways to improve the certification process.

Once the conceptual development is done, the next step for Bombardier is "authorization to offer," which means that company leadership gives the go-ahead to the program. Only then do Burns and his team prepare to apply to Transport Canada for a type certificate. "Sometimes we take the conceptual design a little further before authorization to offer," he said. "But once we have authorization to offer, [the program] is essentially public."

## Step 2 | Type Certification Application

Applying for a type certificate is the next step, and the timing is important because this is where the clock starts ticking. Part 23 airplanes generally have three years from the date of application to be certified; Part 25 airplanes have five years. This is a critical stage for any aircraft program because of something called "certification basis."

When a company applies for a type certificate, the rules that are in force at the time of application are the rules with which the applicant must comply. If, for example, the FAA changed the certification rules after someone applied for certification, requiring that icing tests be done with 100-micron freezing drizzle instead of the current 40-micron droplet size, the applicant would not have to meet that new regulation.

This is where a protracted certification program can run into problems, because if there are delays that push the program beyond the three- or five-year limit, then the applicant has to apply for an extension and might have to comply with rules that took effect after the initial application. This situation recently caught up with Raytheon Aircraft on the Hawker 4000/Horizon program, and Raytheon had to apply for an exemption to post-application fuel system regulations. Raytheon Aircraft will eventually have to redesign the 4000's fuel system to meet those regulations. Eclipse Aviation also had to apply for an extension of the model 500's certification program.

The FAA's Hempe recommends that after the pre-familiarization meeting, an applicant assemble a team that will form the core of the certification effort. The team may include FAA designees like DARs (designated airworthiness representatives) or the company's own experts under an ODAR system (organized designated airworthiness representative). Spectrum Aeronautical recently received ODAR status, allowing it to hire and train its own team of airworthiness experts who can approve some of the certification work. This should speed up the certification process because Spectrum won't have to rely on independent representatives who will also be serving other clients on other certification projects.

Hempe cautioned that applicants should be thinking at this point about the end of the tunnel, which is not just the type certificate, although that is one of the three goals of the program. The other two are the production certificate and airworthiness certificates.

The production certificate (PC) is almost as hard to obtain as the type certificate, according to Joe Walker, president and COO of Adam Aircraft, which is nearing certification of its A700 jet and has received type and production certification for the A500 piston twin. The production certificate is basically a quality system that shows the FAA that a manufacturer is capable of reproducing many copies of an aircraft to the same standards.

# Efficient Production

Without the production certificate, FAA inspectors would have to inspect every aircraft coming off the assembly line before issuing the airworthiness certificate. With the PC in hand, the manufacturer's designees can perform those inspections and sign off the airworthiness certificates. "You have to focus on a program that leads to the production and airworthiness certificates," Hempe said.

Applicants also have to consider how the airplane will be used, how pilots will train and the structure of continuous airworthiness (maintenance) programs. The sooner a manufacturer creates these programs, the better. Bombardier likes to have flight simulators ready before type certification and first delivery and even uses the simulators with their realistic aerodynamic modeling to help with aircraft development, according to chief airworthiness engineer Burns.

As the certification program develops, the company simultaneously updates the simulator. "We use the simulator for engineering support for high-risk maneuvers and for workups," he said. "It's not so much practice but trying the maneuvers on the simulator before going in the actual aircraft."

## Step 3 | Certification Program

This is the meat and potatoes of new airplane development, the process of testing and evaluating and proving compliance according to the certification plan. This is also where a manufacturer really begins tapping FAA resources.

The FAA region that is overseeing the certification program assigns a program manager to run the project, and the manager forms a team of FAA experts in disciplines such as powerplants, structures, flight testing, avionics, systems and so on. While the program manager sticks with one certification project, the team members might move from team to team, depending on how much of their time is needed on a particular program. "The system wasn't set up for us to be at every single place in time for every report that has to be approved," said Hempe. This is where the certification plan helps because most of the tasks that the FAA needs to directly oversee have already been determined.

The determination of which tasks require FAA involvement is done, said Hempe, "using risk-management approaches from lessons learned in the past."

Bombardier has been working closely with regulators using a process called "level of involvement" and "work-statement approach," which Burns helped develop on the Q400 regional turboprop program. This method more clearly defines responsibilities early in the program and provides more detail in the compliance phase, including not only method of compliance but also precisely what kind of testing and analysis will be conducted and whether the regulator or manufacturer designees need to oversee the compliance.

"We agree what [the FAA] needs to see, and that's what we deliver," Burns said. "It takes out the ambiguity. We build a work statement, we manage it and if something pops up, the authorities have the right to change something. We try to work with them in partnership."

The Q400 program also used "gated certification phases," where type board meetings were held at key intervals to make sure that all required work was completely finished before moving on to the next phase. "If the requirements are not done," Burns said, "we're not going to the next phase." This helps keep everyone involved accountable to the program. The FAA uses a similar process of phase checks.

To speed certification outside Canada, because first deliveries typically take place in the U.S., Bombardier has asked regulators to work together closely. The Global Express program, for example, has three regulatory teams working in parallel on essentially the same certification program. For the Challenger 300, Bombardier's latest clean-sheet design, there was one regulatory team led by Transport Canada with FAA and EASA members, which helped make the 300 program much more efficient.

Certification by the FAA and EASA now takes place within weeks of Transport Canada's OK, Burns said, a significant achievement. "We recognize that all three have different processes," Burns said. "Transport Canada is the state of design, and we want them to take the lead and bring in the FAA and EASA."

Inevitably, there will be problems during certification, and sometimes they include big issues such as a redesign or change of materials. "We have the ability to generate issue papers," said the FAA's Hempe. "It's a good way to get the issue on the table, then we negotiate an agreement. This is used heavily in certification projects to resolve things that might come up that you didn't know about in the pre-familiarization meeting."

In addition to evaluating certification compliance, FAA personnel will also pre-audit production facilities during this stage to help spot any problems that could hold up the program.

Before the OEM flies a prototype of the design, the FAA will need to issue an experimental type certificate. FAA personnel will

conduct a safety review and check that the airplane conforms to its design. Proof-of-concept prototypes, which don't conform to the final design, can be used for flying will be in all requirements. And before FAA test pilots fly in the airplane it must have flown through its full flight envelope. Flight testing is a challenging part of the certification program and can take a year or more, meeting requirements for compliance with various certification standards, noise testing, reliability testing, human factors analysis and qualitative assessments of the flying qualities to make sure it meets the standards for pilots to receive type ratings.

Proof-of-concept prototypes, which don't conform to the final design, can be used for flight testing in areas where they do conform, if the test isn't in an area where non-conformity is an issue.

## Step 4 | Production and Delivery

"Anyone who wants to move into the marketplace needs a production certificate," said Hempe. The best way to make the process of obtaining the production certificate smooth is to plan for production certification in parallel with type certification. That way, you don't end up at the end of type certification with an airplane that isn't ready for volume production because the FAA has to perform a detailed inspection on each airplane. Both Sino Swearingen and Eclipse have found themselves in this situation. "Production," he explained, "is the birth certificate of allowing these aircraft to take the next stage [of development]."

While the certification process is complicated, the actual manufacturing process is another hugely complex operation. There are myriad suppliers to deal with, quality-control issues, problems to fix, development of a quality-control system and then the issues of finishing completed aircraft to customer specifications. FAA designees can help with these, too.

REGULATIONS AND GOVERNMENT        REGULATIONS AND GOVERNMENT

https://www.ainonline.com/aviation-news/aviation-international-news/2006-12-18/aircraft-certification-process

There are no comments yet, please Login or Register to begin a discussion.

# EXHIBIT 16

There's more to real news than a news release.

# MRJ entering more stable phase

By Bjorn Fehrm

 DOWNLOAD

 **June 28, 2017, ©. Leeham Co:** The Mitsubishi Regional Jet, MRJ, has been through troubled years. The aircraft, which should have entered the market 2013, will now be delivered to first customer, All Nippon Airways (ANA), in mid-2020.

The latest delay, announced in January 2017, was significant: from mid-2018 to mid-2020.



We sat down with MRJ's Program and Flight test management to understand what is going on.

## Discovery of certification problems

We sat with Alex Bellamy, Head of the MRJ Program Management office, Michel Korwin-Szymanowski, Head of MRJ Flight Testing (an Aerotec consultant) and Hideyuki Kamiya, MRJ Strategic marketing, at the sidelines of the Paris Air Show.

We first wanted to understand exactly what caused the last delay. Bellamy, who was manager for the CSeries Flight Test program at Bombardier before joining MAC last spring, explained it was because of concerns the present aircraft configuration would be challenging to get through certification.

When MAC engaged Aerotec L.L.C. of Seattle to aid with flight tests and certification, the experienced Aerotec team began analyzing how the MRJ should be certified. They soon saw problems with the criteria for safety for avionics and its wiring. Damage from explosion/engine part penetration, water flooding (from a ruptured fresh waterline) and fire damage to the avionics and its wiring could cause single point of failure.

The separation of avionics functions and its wiring would not pass the tests in the two below deck avionics compartments in front of and aft of the wing. As an example, the landing gear controller, while being dual channel, had both functions in one box. One event could knock out the landing gear extension function.

## Review of all systems

After the detection of the avionics safety problem, independent experts were called in to review all aspects of the aircraft during autumn 2016. No other major issues were found.

The hardware changes in the bays and the box changes are now frozen. What is not finished is the redesign of the Electrical Wiring Interconnect Systems (EWIS). Here, a specialist company, Latecoere Interconnection Systems, with special tools and know-how was hired. The company experts now work with MAC personnel in Nagoya Japan, to make sure the EWIS is reconfigured correctly.

## Cause of certification lapse

One can wonder how the lapse could happen. Bellamy and Korwin-Szymanowski explained it's almost impossible to understand the full certification criteria for an aircraft, if one has not been through it once or twice. The MRJ is Korwin-Szymanowski's sixth aircraft certification.

To beef up MAC's organization with experienced experts, the necessary Western experts were hired over the last year. These now work in a revised MRJ organization.

Engineering, Customer Support and Flight test are now coordinated by a Program Management Office, headed by Bellamy. Bellamy is responsible for the delivery of a certified aircraft by mid-2020 to ANA.

During a Press Conference with MAC's President, Hisakazu Mizutani, it was revealed the internal target was mid-2019. Bellamy confirmed,

but said: "It shall be considered as margin. Official delivery is mid-2020. We can't be late another time."

## Ongoing testing

The present five test aircraft can finish all testing except for the tests that need final configuration of the aircraft (HIRF/EMI tests, Function and Reliability tests). MAC is building a sixth aircraft to complete such testing and to use for route proving tests. A seventh aircraft could be built if this would speed up testing further.

Testing is now progressing at a high rate. The test program has passed 940 hours out of an estimated 3,000 hours (includes new tests). Dispatch reliability of the four test aircraft at Moses Lake (WA) is above 98%.

"It's a high figure at this stage of a test program," says Korwin-Szymanowski. "This enables full days of test flying. Climatic tests at McKinley (hot and cold soak, Figure 1) were passed at first try and tests into known icing has confirmed no deice is needed on the empennage. Progress is good."



Figure 1. MRJ90 at cold soak test. Source: Mitsubishi Aircraft Corporation

## MRJ70

The first MRJ70 flight test aircraft is in fuselage join at Nagoya FAL (Final Assembly Line). The certification and delivery of the MRJ70 will follow about one year after MRJ90**.**

**Share this:**

- Print
- Email
- Twitter
- Pinterest
- WhatsApp
- LinkedIn
- Tumblr
- Facebook
- Reddit

**Related**

MRJ regional jet delayed until mid-2020
January 23, 2017
In "Mitsubishi"

2019 Outlook: A critical year for Mitsubishi's MRJ regional jet
January 8, 2019
In "Mitsubishi"

Laser focus for MRJ program
July 5, 2018
In "Airlines"

Category: Mitsubishi, Paris Air Show, Pratt & Whitney    Tags: Mitsubishi, MRJ70, MRJ90, Paris Air Show, Pratt & Whitney

← Airbus augments A350-1000 capability

Qantas' ultra-long haul dream, Part 2 →

Copyright © 2019 · All Rights Reserved · Leeham News and Analysis

Sitemap · RSS Feed · Log in

# EXHIBIT 17

Case 2:18-cv-01543-JLR  Document 143-1  Filed 04/30/19  Page 80 of 184

PRESS INFORMATION

**MEDIA CONTACTS**

Media Inquiry

# MHI Officially Launches Mitsubishi Regional Jet Program
## -- Mitsubishi Aircraft Corp. to Conduct MRJ Business Operations --

2008-03-28 No.1230

Tokyo, March 28, 2008 – Mitsubishi Heavy Industries, Ltd. (MHI) officially launched the Mitsubishi Regional Jet (MRJ), a next-generation regional jetliner, on March 28. Beginning April 1, Mitsubishi Aircraft Corporation (tentative name), a new company established by MHI to conduct MRJ business, will accelerate the MRJ's development and further strengthen sales activities to potential customers worldwide. As Japan's first company to manufacture and market original passenger jetliners, Mitsubishi Aircraft will fulfill a long-cherished wish of the Japanese aircraft industry, leveraging technological expertise that MHI has built up through its aerospace business.

Mitsubishi Aircraft will be responsible for various key activities in the MRJ project, including the jetliner's design, acquisition of type certification (T/C), procurement, sales and customer support. MHI's Nagoya Aerospace Systems Works will manufacture both the prototype aircraft and production models; it will also be in charge of the MRJ's flight testing.

Mitsubishi Aircraft was established as a wholly owned subsidiary of MHI capitalized at 3 billion yen (common stock and capital reserve), with plans calling for an increase up to 100 billion yen in line with business operations development. MHI plans to furnish roughly two-thirds of the requisite capital, and to secure the remaining equity investment it has approached companies including Toyota Motor Corporation, Mitsubishi Corporation, Mitsui & Co., Ltd., Sumitomo Corporation and the Development Bank of Japan. Mitsubishi Aircraft, headquartered in Nagoya, is to start with approximately 200 employees. Nobuo Toda, Director and Senior Vice President at MHI, has been named its first president.

The MRJ is a 70–90 seat class regional jet currently being developed by MHI with cutting-edge technology that will enable dual achievement of top-class operational economy and outstanding cabin comfort. The MRJ will be the first regional jet to adopt composite materials for its wings and vertical fins on significant scale. In combination with new engines and an advanced aerodynamic design, the aircraft is being planned to reduce fuel consumption substantially and to contribute greatly to enhanced competitiveness and lower operating costs for the airline companies.

Since deciding on authorization to offer (ATO) the MRJ in October 2007, MHI has been conducting full-scale marketing activities worldwide. Based on positive responses from potential customers, including an order for 25 aircraft (15 firm, 10 optional) from All Nippon Airways Co., Ltd, MHI has now decided to formally launch the MRJ program, targeting the aircraft's entry into service in 2013. MHI, by getting the country's domestic passenger jet business, which is seen to have high growth potential, off the ground with sales expansion of the MRJ overseas – a feat enabled by its having secured cooperation from entities including trading houses and Nippon Export and Investment Insurance (NEXI) – aims to contribute to this ongoing development of Japan's industries.

Among the major partners in the MRJ program, Pratt & Whitney will supply its most advanced, highly efficient Geared Turbofan™ (GTF) engines. Other major companies participating are: Parker Aerospace, to supply the aircraft's hydraulic system; Hamilton Sundstrand Corporation, furnishing various systems, including electrical power, air management and auxiliary power units; Rockwell Collins, providing the flight control computers and avionics; Nabtesco Corporation, to furnish the flight control actuators; and Sumitomo Precision Products Co., Ltd., supplying the landing gear.

Going forward MHI will continue to devote its utmost effort to the promotion of its MRJ business and penetration of the aircraft into the global market.

Outline of the new company for MRJ business

| | |
|---|---|
| Company name: | Mitsubishi Aircraft Corporation (tentative name) |
| Major activities: | Development and design of commercial aircraft, acquisition of type certification (T/C), procurement, sales, customer support, etc. |
| Capital (common stock and capital reserve): | 3 billion yen |
| President: | Nobuo Toda (currently Director & Senior Vice President at Mitsubishi Heavy Industries, Ltd.) |
| Main office: | Oye-cho, Minato-ku, Nagoya, Japan |
| Number of employees: | Approximately 200 |

BACK TO NEWS INDEX

MHI Officially Launches Mitsubishi Regional Jet Program | Mitsubishi Heavy Industries, Ltd. Global Website

FOLLOW US :

SITE MAP   TERMS OF USE   PRIVACY POLICY   CONTACT   |   SPECTRA

© MITSUBISHI HEAVY INDUSTRIES, LTD.

MOVE THE WORLD FORW>>RD   **MITSUBISHI
HEAVY
INDUSTRIES
GROUP**

# EXHIBIT 18



SIGN IN / REGISTER

ADVERTISING

NEWS  >  AA09: MITSUBISHI UNVEILS MAJOR CHANGES TO MRJ PROGRAMME

# AA09: Mitsubishi unveils major changes to MRJ programme



09 SEPTEMBER, 2009  |  SOURCE: FLIGHT DAILY NEWS  |  BY: SIVA GOVINDASAMY  |  HONG KONG

## Mitsubishi Aircraft has introduced a stretched variant to its MRJ regional jet family and unveiled extensive design changes, including using aluminium instead of carbonfibre composites for the aircraft's wings.

The changes are being made after discussions with potential customers in Europe and the USA, and the final design will now be frozen in mid-2010 instead of the third-quarter of 2009.

As a result, the first flight is delayed from the fourth quarter of 2011 to the second quarter of 2012. Launch customer All Nippon Airways will receive its first aircraft in the first quarter of 2014 instead of the fourth quarter of 2013.





"Although first flight is delayed by two quarters, the number of flight test aircraft will be increased from four to five, which will shorten the flight test period," says Mitsubishi Aircraft. The changes are necessary to ensure that the company comes up with a competitive regional jet, it adds.

Mitsubishi could add a 100-seat model to the already announced 92-seat MRJ90 and 78-seat MRJ70, potentially putting it in contention against Bombardier's CRJ1000 and Embraer's E190.

"The MRJ stretch model is added to the family to respond to customer needs. The launch is subject to demand and business case," it says.

With the aluminium wings, the company moves away from its earlier aim of using significant amounts of composite materials for the airframe. The result is that the only remaining composite parts will be the empennage, horizontal tail and vertical tail, amounting to 10-15% of the total airframe.

"Conceptually, this is a very big change," admits Mitsubishi Aircraft. "Structural changes are easier and require shorter lead-time with aluminium wings. With an aluminium wing box, the wing structure can be more easily optimised for the MRJ70/90 and the stretch model, which enhances the overall competitiveness of the MRJ family."



 SIGN IN / REGISTER 

"This will allow weight reduction through structural changes, allowing for larger winglets and resulting in a reduction of block fuel [consumption] and take-off performance improvement," says Mitsubishi.

The company has also increased the height of the cabin by 1.5in (3.81cm) to 80.5in, increasing the fuselage height by 2.5in to 116.5in. This will give the MRJ a rounder cabin, and one that is wider and higher than comparable aircraft manufactured by Bombardier and Embraer.

The aft cargo compartment has been enlarged and the forward cargo compartment is eliminated. This will make "baggage handling simpler and easier and to use space more efficiently", says Mitsubishi.

It reiterates that the changes will not affect the performance of the MRJ, promising that this will still be "the most fuel efficient aircraft, have the lowest fuel-burn, noise and emissions, and the most comfortable cabin" in the regional jet market.

"We want to deliver an aircraft that our customers will want and use for decades," says Mitsubishi.

ADVERTISING



Case 2:18-cv-01543-JLR   Document 143-1   Filed 04/30/19   Page 86 of 184

SIGN IN / REGISTER

## Related Content



🔍        SIGN IN / REGISTER     ☰

**Mitsubishi marketing MRJ to Taiwan's Evergreen Group**

**PARIS AIR SHOW: Pratt to begin detailed design of geared turbofan in July**

**Mitsubishi completes preliminary design review for MRJ**

ADVERTISING

## MARKETPLACE RECOMMENDATIONS



**Cabin Management System (CMS) Upgrade**



**Upgrade Baker's Cabin Management System**



**Generation easyJet Pilot Training**



**Vueling Cadet Training Program**

Ads Powered with

# Trending News



SIGN IN / REGISTER

ANALYSIS: FAA 'late' grounding costs Boeing $1 billion

23 HOURS AGO

PICTURE: First ACJ319neo takes flight

5 HOURS AGO

23 HOURS AGO

US Army awards five FARA prototype contracts

23 HOURS AGO

PICTURES: ANA reveals new A380 interior

A DAY AGO

Two Cathay pilots suffer vision impairment during flights

A DAY AGO

Air Italy to suspend three transatlantic routes over the winter

A DAY AGO

Boeing Defense backlog hits $67bn on surveillance aircraft orders

20 HOURS AGO

Atlantic Airways to serve New York from autumn

A DAY AGO

Norwegian outlines expected cost of Max grounding

9 HOURS AGO



Part of rbi reed business information

Copyright © 2019  Reed Business Information Limited



SIGN IN / REGISTER

Events

FAQs

RSS

FlightGlobal Brands

Diio

FlightStats

Flight Ascend Consultancy

Jobs at FlightGlobal

Disclaimer

Terms and conditions

Privacy Policy

Cookie Policy

Fair Processing Notice

Advertise

Site map



# EXHIBIT 19

4/25/2019
Case 2:18-cv-01543-JLR   Document 143-1   Filed 04/30/19   Page 91 of 184
www.flythemrj.com/news/date/news_100915.html



Mitsubishi Aircraft News No. 16

# Mitsubishi Aircraft Proceeds With MRJ Manufacturing Phase

September 15, 2010

Mitsubishi Aircraft Corporation announced today that it has entered the production drawing phase for the company's next-generation Mitsubishi Regional Jet (MRJ) and continues to proceed with the manufacturing process. Since finalizing the MRJ configuration in September 2009, Mitsubishi Aircraft has been working on the design review targeted for completion by summer 2010.

In the manufacturing process, Mitsubishi Aircraft is responsible for design integration, while production of components will be carried out by respective partners. Mitsubishi Aircraft's partners have already been designated, while Mitsubishi Heavy Industries (MHI) is responsible for fabricating the fuselage, wing, empennage, and aircraft final assembly.

Development of the MRJ program continues to progress on schedule, with first flight scheduled for 2Q 2012, and first delivery in 1Q 2014.

## About Mitsubishi Aircraft Corporation
Mitsubishi Aircraft Corporation commenced operation on April 1, 2008 to conduct the design, type certification, procurement, sales & marketing and customer support of the Mitsubishi Regional Jet (MRJ). It is currently capitalized at 100 billion yen, with financing furnished by, among others, Mitsubishi Heavy Industries, Ltd., Toyota Motor Corporation, Mitsubishi Corporation, Sumitomo Corporation and Mitsui & Co., Ltd.

## About MRJ
The Mitsubishi Regional Jet (MRJ) is a family of 70- to 90-seat next-generation regional jets which will offer both top-class operational economy

and outstanding cabin comfort based on a vision of applying advanced mainline jet technology to create a new standard of next-generation regional jets.

The MRJ is under development by Mitsubishi Aircraft and will be based on cutting-edge technology cultivated by Mitsubishi Heavy Industries, Ltd. (MHI) during its many years engaged in the development and manufacture of both military and commercial aircraft.

By featuring state-of-the-art aerodynamic design, noise analysis technologies and a game-changing engine, the MRJ will significantly cut fuel consumption, noise and emissions, consequently improving airline competitiveness and profitability. The MRJ will have a four-abreast seat configuration, large overhead bins, and feature an innovative slim seat offering heightened passenger comfort.

# EXHIBIT 20



Mitsubishi Aircraft News No. 21

# Mitsubishi Regional Jet Schedule Update

April 25, 2012

Since its establishment in 2008, Mitsubishi Aircraft Corporation (MITAC) has aggressively conducted world-wide Mitsubishi Regional Jet (MRJ) sales campaigns focusing on the 70-100 seat regional jet market that is envisioned to exceed more than 5,000 units over the next 20 years. Airlines have placed high expectations on the MRJ as the sole "next-generation" regional jet able to deliver unbeatable competitiveness through superior fuel efficiency, environmental friendliness, and cabin comfort.

Following an in-depth review of the MRJ program, MITAC today announces the following schedule update:

- MRJ first flight is scheduled for JFY* 3Q 2013, in order to:
  (i) Confirm respective fabrication processes.
  (ii) Provide sufficient time for technical studies.
  First flight details to be announced at a later date or during events such as MRJ roll-out.
- First delivery of MRJ is slated for the summer or later half of JFY* 2015.
  MITAC continues to strive towards accelerating development and delivery the first MRJ to the customer. And also we are considering to ramp up in following mass production line.

MITAC notes that the Pratt & Whitney PurePower® engine program is progressing smoothly with first test flight of the MRJ's PW1217G engine planned from the end of this month.

MITAC is fully committed to fine-tuning the MRJ's development program in order to ensure that the MRJ becomes the true game-changer setting the new standards for next-generation regional jets.

*JFY (Japanese fiscal year) runs April to March.

## MRJ
Mitsubishi Regional Jet is a family of 70~90-seat next-generation aircraft

Case 2:18-cv-01543-JLR   Document 143-1   Filed 04/30/19   Page 95 of 184

featuring state-of-the-art aerodynamics and Pratt & Whitney's revolutionary PurePower® engine to drastically reduce fuel consumption, noise, and emissions, while offering top-class operational benefits, an outstanding cabin, large overhead bins, and an innovative slim seat designed for heightened passenger flying comfort.

# EXHIBIT 21



Q

**BUSINESS NEWS**

AUGUST 22, 2013 / 12:30 AM / 6 YEARS AGO

# Mitsubishi Aircraft delays regional jet delivery to 2017



Mitsubishi Aircraft Corp President Teruaki Kawai holds a model of a Mitsubishi Regional Jet (MRJ) after an interview with Reuters in Tokyo February 22, 2013. REUTERS/Yuya Shino

TOKYO (Reuters) - Mitsubishi Aircraft Corp, a unit of Mitsubishi Heavy Industries Ltd (7011.T), said on Thursday it would delay the initial delivery of its regional jet to the second-quarter of 2017 to ensure the company can meet Japanese safety regulations.

The Mitsubishi Regional Jet (MRJ), Japan's first commercial aircraft in half a century, was set to start being delivered to customers in 2015.

Mitsubishi Aircraft CEO Teruaki Kawai said the delay was due to the company's underestimation of the time it needed to sort out how to validate the safety of the manufacturing process of the jet and its components, and not from any issues with specific suppliers.

ADVERTISEMENT

A report by the Nikkei business daily had put the delays down to problems with the delivery of parts, including engines from Pratt & Whitney.

"We were late in noticing (how long this will take), and that is largely because this is new for us," Kawai told a news conference. "We are confident we can meet this schedule."

Pratt & Whitney, a unit of United Technologies Corp (UTX.N), also denied there were any delays on its part. "We are on track and on time to deliver the first engine as required by Mitsubishi's schedule," the company said in a statement.

ADVERTISEMENT



PAID FOR AND POSTED BY FISHER INVESTMENTS

Fisher Investments' Insights

Get a unique perspective on market movements and investment strategies from Fisher Investments

Get Them Here ›

Mitsubishi Aircraft already has 165 firm orders for the MRJ, and this is the third time the company has pushed back the jet's delivery schedule. The MRJ will now go on its first flight in 2015 instead of later this year, Kawai said.

The plane, which has 70-90 seats, has a sticker price of $42 million. It aims to compete with jets made by Brazil's Embraer (EMBR3.SA) and Canada's Bombardier (BBDb.TO). The first delivery of the jet, developed at a cost of $1.9 billion, will go to Japanese airline ANA Holdings (9202.T).

Reporting by Yoko Kubota; Editing by Miral Fahmy

*Our Standards:*   _The Thomson Reuters Trust Principles._

MORE FROM REUTERS



©2019 Yamaha Motor Corporation, U.S.A. All rights reserved. Follow instructional materials and obey all laws. Drive responsibly, wearing protective apparel. Always drive within your capabilities, allowing time and distance for maneuvers, and respect others around you. Don't drink and drive.

AD     00:08 / 00:15

PAID PROMOTIONAL LINKS

Promoted by **Dianomi**



Fast & Cheap Online Degrees For Seniors

Education | Sponsored Links



A Shockingly Lucrative Cash Back Card If You Have Excellent Credit

The Ascent



Nationwide VAs with L.inc rider: new rates, more retirement income.

Nationwide



Top 10 Credit Cards That Can't Be Beat In 2019

NerdWallet



Video Shows How Some Retirees Are Trading Options To Earn Income

TradeWins

**MORE FROM REUTERS**



Picture emerges of well-to-do young bombers behind Sri Lankan carnage

25 Apr



Islamists attack French church, slit priest's throat

27 Jul



Exclusive: Gold worth billions smuggled out of Africa

24 Apr



White supremacist executed in Texas for dragging death of black man

25 Apr



House oversight chairman cites 'massive' obstruction by Trump, Barr

24 Apr

**PAID PROMOTIONAL LINKS**                    Promoted by **Dianomi**



How TCCO Is Set To Capitalize On Trump's $700 Billion Spending Spree

Sponsored by Equity News Report



A Shockingly Lucrative Cash Back Card If You Have Excellent Credit

Sponsored by The Ascent



### When Is the Last Time You Upgraded Your Phone?

Sponsored by Samsung



### This Company's Invention Could Kill The Cell Phone As We Know It

Sponsored by The Motley Fool



### See How Some Retirees Use Options Trading As A Safe Way To Earn Income

Sponsored by TradeWins



### Which Travel Card Has The Most Valuable Miles?

Sponsored by NerdWallet



### Online Degrees For Seniors - Fast & Cheap

Sponsored by Education |



### Nationwide VAs with L.inc rider: new rates, more retirement income

Sponsored by NerdWallet

Sponsored by Education |
Sponsored Links

retirement income.

Sponsored by Nationwide

## MORE FROM REUTERS





House panel chair accuses Trump of 'massive'
obstruction; Trump...

25 Apr

Leader of self-styled U.S. citizen border patrol
attacked in jail

25 Apr







Explainer: Congress no longer runs
a jail, so just how powerful are...

25 Apr

Scaffolding firm says workers
smoked at Paris' Notre-Dame

24 Apr

Blood brothers: the wealthy family
behind Sri Lanka's suicide attacks

24 Apr

PAID PROMOTIONAL LINKS       Promoted by **Dianomi**





10 Credit Cards That Can't Be Beat In 2019      Why Investors Love This Defense Stock

NerdWallet                                  Equity News Report





See How Some Retirees Use Options Trading     #1 Cash Back Credit Card Has a Surprise
As A Safe Way To Earn Income                  Bonus

TradeWins                                     The Ascent

Case 2:18-cv-01543-JLR - Document 143-1 - Filed 04/30/19 - Page 106 of 184



## Why Investors Love This Defense Stock

Sponsored by Equity News Report



## Save Hundreds On Interest With A Top Balance Transfer Card

Sponsored by CompareCards.com



## 6 Credit Cards You Should Not Ignore If You Have Excellent Credit

Sponsored by NerdWallet



## A Shockingly Lucrative Cash Back Card If You Have Excellent Credit

Sponsored by The Ascent



## Here's What Beginners Should Know About Trading Options For Income

Sponsored by TradeWins

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies    Terms of Use    Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2019 Reuters. All Rights Reserved.

# EXHIBIT 22



print | close

# Certification Delegation Causes Latest MRJ Delay

*AWIN First*
 Bradley Perret

Bradley Perrett perrett@aviationweek.com (SINGAPORE)
Fri, 2013-08-30 13:00

The cause of the third delay to the MRJ program — getting delegation to perform certification processes — is now resolved, Mitsubishi Aircraft says, predicting only the usual challenges as the regional jet moves toward its new first-delivery target of early 2017.

The reason for the timing of the company's delay announcement, only months before the previously scheduled first flight, remains unclear, especially since Mitsubishi Aircraft has been working on the certification-delegation issue since 2009 and completed it almost a year ago. The task evolved over time, the company says.

Despite the delay, the order book, for 165 aircraft, is not likely to suffer cancellations, says Yuko Fukuhara, the project's head of sales.

Mitsubishi Aircraft has begun making six MRJ airframes, five for flight-test aircraft and one for static ground testing. For the most advanced airframe, that of the first prototype, 90% of parts have been made and fuselage sections are to be joined "in the near future," the company says. Final assembly of the whole aircraft is due in the northern fall. The first Pratt & Whitney PW1217G engines will arrive in spring and first flight should now take place in the second quarter of 2015.

Major shareholder Mitsubishi Heavy Industries is building the airframe for the aircraft, which will have standard seating for 92 and 78 passengers in two versions.

The latest delay to the MRJ extends development to nine years from the originally planned five and three quarter years. Its cause, not previously detailed, stems from 2009, Fukuhara told reporters in a conference call on Aug. 30. In that year Mitsubishi Aircraft learned that it needed company-wide organization delegation authorization (ODA), under which it would act on behalf of the certifying authority in the more routine aspects of approving designs and ensuring airworthiness standards. Mitsubishi Aircraft believes the MRJ program is the first to be fully covered by the ODA system.

Mitsubishi also underestimated the amount of effort in getting ODA from the Japan Civil Aviation Bureau, which locally instituted the FAA system to keep certification regulations internationally consistent. A key issue seems to be that achieving ODA is a once-only company effort. The company "was adopting the ODA-type system while our own program was also in development," says a Mitsubishi Aircraft spokesman. "Therefore we had to handle both tasks at once." Any later program by the company will rely on only updates to its ODA.

Still, it remains unclear why Mitsubishi Aircraft took until Aug. 22, more than five years after program launch and less than five months before its previous first-flight target, to announce that the ODA task, by then complete, had caused another delay of about 18 months. In 2009 Mitsubishi Aircraft delayed first delivery by about one quarter from the original target of late 2013 because of design changes. Last year it pushed the schedule out by an indefinite period—roughly a year and a half—because it found that it had not properly documented production processes. The ODA work was separate from that problem and ended in September 2012 when the authorization was received.

Delegation of aspects of certification work has a long history in aircraft certification, but the ODA system is more extensive than the traditional approach, demanding that a whole organization, not just certain individuals in it, show its competence and procedural compliance. At the level of a type-certificate holder, such as Mitsubishi Aircraft, the organization must also ensure that its suppliers comply. Satisfied that the manufacturer can be trusted for routine activities, the government authority can devote more of its resources to high-level supervision.

Since the MRJ's ODA work is complete and the earlier problem of undocumented processes rectified, the program now has no hurdles except the usual challenges of moving through manufacturing to flight testing and certification, Fukuhara says.

Although Mitsubishi Aircraft appears not to have sought special assistance for its ODA work, Boeing has been an adviser to the program and the Japanese company has hired many foreign experts, especially ex-Boeing people, to help it with such development challenges as relations with suppliers, ground tests, flight tests, and certification.

Since MRJ development is now due to last so much longer, the program must be greatly exceeding its original budget. The increased cost of delays can be absorbed within the business case, however, Fukuhara says.

Employing engineers and facilities on the MRJ for almost twice the intended period is probably not the only source of a cost blowout. A manufacturer would normally have to compensate customers for late deliveries and, although Mitsubishi Aircraft will not comment on the issue, suppliers are typically entitled to compensation when certification is greatly delayed. The causes of the three delays do not appear to be the fault of any supplier.





awx_08_30_2013_p0-611747

**Source URL:** https://aviationweek.com/commercial-aviation/certification-delegation-causes-latest-mrj-delay

# EXHIBIT 23





# MRJ Completes First Flight

Mitsubishi Aircraft Corporation
Mitsubishi Heavy Industries, Ltd.

---

**Nagoya, November 11, 2015 –**
Mitsubishi Aircraft Corporation and Mitsubishi Heavy Industries, Ltd. (MHI) today conducted the first flight of the first flight test aircraft for the MRJ (Mitsubishi Regional Jet), their next-generation regional jet.

The MRJ took off from Nagoya Airport and confirmed its basic characteristics and functionality in ascent, descent and turning in airspace off the Pacific coast during its 1.5-hour first flight.

"The MRJ successfully took to the sky today thanks to ongoing cooperation and support from all members involved," said Hiromichi Morimoto, President, Mitsubishi Aircraft Corporation. "We will make our utmost efforts towards type certificate acquisition, committing all our resources to develop and produce the finest regional jet aircraft to enter commercial service in 2017."

"Operational performance of the MRJ was far better than expected. We had a significantly comfortable flight," said Pilot Yasumura, who served as captain.

Mitsubishi Aircraft and MHI will continue to conduct flight tests for the first delivery scheduled for the second quarter of 2017. The flight tests in the US are scheduled to start in the second quarter of 2016, from the MRJ base at Grant County International Airport at Moses Lake in Washington State.

Going forward, Mitsubishi Aircraft and MHI continue to devote their collective resources towards the successful completion of the MRJ project.

# EXHIBIT 24

🔍 Search



**Ad**

On-Demand Private Jet Charter

▷ ✕

**Victor**

VISIT SITE

**Boeing & Aerospace**

# MRJ airliner delay won't disrupt jobs here, says local partner

f ✉ 🐦

Originally published December 24, 2015 at 1:23 am *Updated December 24, 2015 at 4:29 pm*



Mitsubishi Aircraft unveiled its MRJ jet during a roll out ceremony at the company's Komaki south plant in central Japan in October 2014. (AP)

**A surprise yearlong delay in the delivery date of Mitsubishi Aircraft's Regional Jet won't derail plans to create hundreds of jobs in Washington, according to the head of the Japanese company's local engineering partner.**

 By Ángel González
*Seattle Times business reporter*

A surprise yearlong delay in the delivery schedule of Mitsubishi Aircraft Corp.'s regional jet won't derail plans to create hundreds of jobs in Washington, according to the head of the Japanese company's local engineering partner.

In August, Mitsubishi and local partner AeroTec said employment at an engineering center in Georgetown for key testing and certification work would double to 150 jobs in 2016.

The companies also doubled to about 200 their estimate for the number of people to work at Moses Lake, where the Mitsubishi regional jet, known as the MRJ, is slated to conduct extensive flight testing.

Thursday's announcement that Mitsubishi has identified "several issues" that will delay its first delivery by a year won't affect the work here, said AeroTec CEO Lee Human.

**Featured Video**

Play Video

▶

1955 barrel roll in a Boeing 707 *(1:08)*

**Most Read Business Stories**

| 1 | A look at Seattle businesses facing the head tax |
|---|---|
| 2 | Amazon has been looking outside Seattle to add jobs for years — and now trend is accelerating |
| 3 | After head-tax vote, Amazon resuming work on one building, but unsure of plans for another |
| 4 | Albertsons closing two Seattle stores |
| 5 | Flipkart CEO steered around Amazon to deliver Indian consumers to Walmart | In Person |

Unlimited Digital Access: $1 for 4 weeks

"There will be no impact to the preparations in Seattle and Moses Lake," Human said in an interview. "No change in timeline for those."

Testing in the U.S. was supposed to start in the first half of 2016, with delivery expected by mid-2017, but now Mitsubishi says the flight-test work in Washington will start toward the end of next year, with delivery in 2018.

Senior Executive Vice President Nobuo Kishi said at a news conference in Nagoya, Japan, that Mitsubishi Aircraft plans to strengthen the jet's frame and upgrade software.

"Our initial expectations were too optimistic," Kishi said. "We found that things that we expected to take 10 days to do took 15 days. Tests that we thought we could do 20 times took 40."

Mitsubishi Aircraft President Hiromichi Morimoto said the plane's frame had passed strength tests for normal use, but there were concerns it wouldn't pass certification tests that check whether the frame can withstand 150 percent of normal use.

"This is Japan's first new passenger plane in 50 years and on paper everything looked fine," he told reporters. "However, when we built it we found places to improve that we hadn't banked on."



The Best Canadian Train Experience

Canadian Train Vacations          VISIT SITE

Mitsubishi Aircraft has received 407 orders, including options and purchase rights, for its two types of planes, which seat from 78 to 92 passengers.

It's the fourth delay in bringing the jet to market, according to Bloomberg News.

The delay is likely to make the U.S. side of the certification program more important, says Scott Hamilton, an Issaquah-based aviation analyst with Leeham.net.

"The Seattle engineering center is undoubtedly trying to work the problem along with their Japanese partners," Hamilton said. "When you have a situation like this it's all hands on deck."

More troublesome for Mitsubishi is the prospect that lengthy delays could send potential customers shopping elsewhere. A big chunk of the firm orders comes from three U.S. regional airlines, among them SkyWest and Trans States Airlines, Hamilton said. They could go buy similar regional jets from Brazil's Embraer, for example.

SkyWest, which has ordered 100 MRJs, is the biggest customer. In an emailed statement, spokeswoman Marissa Snow said SkyWest's orders "remain unchanged, and are dependent on flying contracts, scope and aircraft availability."



CLICK TO GET A

NOW!

ANA, Japan's largest airline, said that "whilst this latest delay is very disappointing, we remain confident of the benefits the MRJ will bring to the ANA fleet."

Japan's last homegrown passenger plane was the YS-11, a turboprop made by Nihon Aircraft Manufacturing, a consortium that included Mitsubishi Heavy, Kawasaki Heavy Industries and Fuji Heavy Industries. Only 182 were sold, and the production line was stopped in 1974 after little more than a decade.

The MRJ will use a geared turbofan engine built by United Technologies' Pratt & Whitney unit, which is expected to make the jets at least 20 percent more fuel-efficient than similar planes, the company has said.

Mitsubishi Aircraft estimates the cost of developing the MRJ at about $1.5 billion. The 92-seat MRJ90 has a list price of $47.3 million.

*Information from Bloomberg News and the Seattle Times archives is included in this story. Ángel González: 206-464-2250 or agonzalez@seattletimes.com. On Twitter @gonzalezseattle*

## We need your support

*In-depth journalism takes time and effort to produce, and it depends on paying subscribers. If you value these kinds of stories, consider subscribing.*

**Subscribe**

 View 4 Comments

Recommended in



Seattle's proposed head tax would affect more than...



Meghan Markle's parents to visit queen, have...



Analysis: Again, Trump is caught in a lie, but will it...



Amazon is not the villain

**Around the Web**



[Gallery] A Kid Was Missing For 2 Years. Then Someone Told Cops To Look Behind The Dresser
Sponsored | Absolutehistory



The Best Way To See Hawaii: Cruise 4 Islands in 7 Days With Norwegian Cruise Line
Sponsored | Norwegian Cruise Line



What is psoriatic arthritis? Look for symptoms, causes & more
Sponsored | Yahoo! Search



Search Europe Cruises And Book Your Vacation Today
Sponsored | Norwegian Cruise Line



Retirees Should Think Twice Before Living in These 10 States
Sponsored | Kiplinger



Amazon Doesn't Want You To Find This Site.
Sponsored | Tophatter

Recommended by



**Contact**

**About the company**

**Advertise**

**Subscriber Services**

**Today's Front Page**

f **Facebook**

🐦 **Twitter**

Copyright © 2018 The Seattle Times  |  Privacy statement  |  Terms of service

# EXHIBIT 25

Return To
News Search Results

# Mitsubishi expected to announce another MRJ delay

- 22 Jan 2017 21:10 GMT-05:00
- Mavis Toh (Singapore)

Mitsubishi Heavy Industries is expected to announce yet another delay to the MRJ regional jet programme at a press conference in Tokyo this afternoon.

The delivery of the first MRJ90 will be pushed back by two years from mid-2018 to mid-2020, says *Nikkei* in a report.

It adds that a design modification that requires the relocation of electronic equipment has forced Mitsubishi Aircraft to reconsider its delivery schedule.

Speculation that the Japanese manufacturer will delay its programme has been rife since last October, when it admitted that it had warned launch customer All Nippon Airways of a "risk of delay" to the first MRJ.

If confirmed, this will be the fifth delay to the the regional jet programme. In December 2015 the manufacturer pushed back delivery of the first aircraft by a year to mid-2018.

# EXHIBIT 26

Return To
News Search Results

# Mitsubishi delays MRJ deliveries by two years

- 23 Jan 2017 02:04 GMT-05:00
- Mavis Toh (Singapore)

Mitsubishi Heavy Industries has confirmed a two-year delay to the MRJ regional jet programme, the fifth time its schedule has been pushed back since launching in 2008.

The first MRJ90 is now targeted to be delivered to launch customer All Nippon Airways in mid-2020, from a former goal of mid-2018.

"The change is due to revisions of certain systems and electrical configurations on the aircraft to meet the latest requirements for certification," says MHI and Mitsubishi Aircraft in a joint statement.

It emphasised that the design changes will not affect the aircraft's structure, nor its performance, fuel consumption or the functionality of its systems.

"We will continue with [the] ongoing flight test programme with current test aircraft configuration and obtain certification flight test data of performance, flight characteristics for type certification," it adds.

The Japanese manufacturer says it has enhanced its business structure, with more foreign experts appointed to "fast track" the MRJ's development. A programme management system has also been put in place, and the type certification process clearly laid out.

It has also set up a business promotion committee, personally chaired by MHI president and chief executive Shunichi Miyanaga, to oversee the MRJ's development. This will also allow for quick decision-making and execution.

The MRJ90 is now expected to obtain type certification in mid-2019. Mitsubishi says the programme has made "significant progress" in both engineering and tests, with three flight test prototypes in the US.

The aircraft are now undergoing flight tests to determine its configuration for type certification. The jets are expected to be fully engaged in certification flight tests from the second quarter of the year, and throughout 2018.

In a presentation in Tokyo, Mitsubishi also acknowledged that the delay will raise development costs. It expects cash flow to "peak out" within two to three years, but assured that future cash demand can be met by the MHI group. Although the profit payback period will be prolonged, the impact on profit for each fiscal year will be minimal, it adds.

"MHI is committed to the development and delivery of the MRJ with world-class performance and compatibility with the latest industry certifications," it adds.

When the programme was launched in March 2008, the original target was for the first aircraft to enter service in the second half of 2013. The last time Mitsubishi announced a delay was in December 2015, pushing back delivery of the first aircraft by a year to mid-2018.

Mitsubishi has commitments for 427 aircraft, comprised of 233 firm orders, 170 options and 24 purchase rights.

# EXHIBIT 27



🔍 SIGN IN / REGISTER ☰

ADVERTISING

NEWS  ›  MANUFACTURER & MRO  ›  AIRCRAFT PROGRAMMES  ›  LATEST REVISIONS BRING MRJ BACK TO PRELIMINARY DESIGN WORK

# Latest revisions bring MRJ back to preliminary design work

 | 

24 JANUARY, 2017 | SOURCE: FLIGHT DASHBOARD | BY: MAVIS TOH | SINGAPORE

Mitsubishi Aircraft says the need to relocate components in the MRJ regional jet's avionics bay and reroute electrical wiring harnesses are the main reasons for the pushback of the programme by two years.

In a conference call with reporters, vice-president and general manager of sales and marketing Yugo Fukuhara disclosed that the issue first surfaced last autumn, when the manufacturer was conducting a design review in Nagoya.

That review found that some components in the avionics bay would need to be relocated and wiring moved to meet certification requirements for continued operation in extreme

Ads by ZEDO



Fukuhara stressed that the necessary design changes will not affect the MRJ's performance, fuel consumption or functionality of its systems. The Japanese manufacturer will however require an additional two years because the changes are required to undergo preliminary design work, where additional analysis and tests are required.

"We are conducting the preliminary design review for the design change area and will get into the critical design phase in a few months," he says.

Mitsubishi announced on 23 January that the delivery of the first MRJ90 to launch customer All Nippon Airways will be pushed to mid-2020, two years later than planned. The aircraft is now targeting to obtain type certification in mid-2019.

Mitsubishi adds that the four flight test aircraft will continue with the ongoing flight test programme in their current configuration. The manufacturer will however also use additional aircraft with the design changes incorporated at a later date. Three flight test aircraft are in already Moses Lake, and a fourth is expected to make its ferry flight to the US "very soon".

The airframer also has two to three production aircraft in final assembly, and admits that the latest delay will require some revision to its production rate.



Q    SIGN IN / REGISTER 

"We are committed to this business for the long-term and MHI is one of the biggest companies in Japan and can afford this long-term investment," he adds.

The firm would not say if its customer contracts stipulate penalties for delays, but stressed that it keeps in close communication with customers and that they understand the challenges, and support the programme. There will also be no cancellations, says Fukuhara.

"Building and certifying a new aircraft is a very complex process and include a lot of challenges. But this is a long-term business and we at Mitsubishi Aircraft and MHI are committed to the business. Our customers understand our challenges, appreciate MRJ values and support the MRJ," he adds.

When the regional jet programme was launched in March 2008, the original target was for the first aircraft to enter service in the second half of 2013. The last time Mitsubishi announced a delay was in December 2015, pushing back delivery of the first aircraft by a year to mid-2018.

Mitsubishi has commitments for 427 aircraft, comprised of 233 firm orders, 170 options and 24 purchase rights.

ADVERTISING



SIGN IN / REGISTER

## Related Content



SIGN IN / REGISTER

**ANA to lease four 737s to cope with MRJ delay**

**Mitsubishi takes "close look" at MRJ testing campaign**

**Mitsubishi still finalising new MRJ production schedule**

**Mitsubishi Aircraft appoints new president, CEO**

**Trans States 'disappointed' over latest MRJ delay**

**Mitsubishi delays MRJ deliveries by two years**

**Mitsubishi works to accelerate MRJ US flight tests**

**MRJ misses end 2016 US fleet size target**

**Mitsubishi evaluates MRJ programme schedule**

ADVERTISING

**MARKETPLACE RECOMMENDATIONS**



**Airline Pilot Training**



**Pilot Training Programmes**

Ads Powered with



🔍    SIGN IN / REGISTER    

PICTURE: United unveils blue take on globe livery

23 HOURS AGO

ANALYSIS: 737 Max grounding costs Boeing $1 billion

23 HOURS AGO

PICTURE: First ACJ319neo takes flight

5 HOURS AGO

US Army awards five FARA prototype contracts

23 HOURS AGO

PICTURES: ANA reveals new A380 interior

A DAY AGO

Two Cathay pilots suffer vision impairment during flights

A DAY AGO

Air Italy to suspend three transatlantic routes over the winter

A DAY AGO

Boeing Defense backlog hits $67bn on surveillance aircraft orders

20 HOURS AGO

Atlantic Airways to serve New York from autumn

A DAY AGO

Norwegian outlines expected cost of Max grounding

9 HOURS AGO


Part of rbi reed business information



Contact us

Media centre

Events

FAQs

RSS


FlightGlobal Brands

Diio

FlightStats

Flight Ascend Consultancy

Jobs at FlightGlobal

Disclaimer


Terms and conditions

Privacy Policy

Cookie Policy

Fair Processing Notice

Advertise

Site map

RELX™

# EXHIBIT 28

Return To
News Search Results

# Mitsubishi rationalises MRJ design change

- 01 May 2017 23:02 GMT-04:00
- Mavis Toh (Nagoya)

Mitsubishi Aircraft's decision to announce a design change to its MRJ regional jet programme that would push back delivery by two years, was mainly to mitigating the risk of not meeting certification criteria, or having to make changes even further down the aircraft's development.

In an interview with FlightGlobal, Mitsubishi's executive chief engineer Nobuo Kishi says the issues first arose last summer, when foreign experts joined the team and conducted a design audit of the jet.

"We found that in some small areas, it was very difficult to show the compliance of the avionics bay, so we decided to relocate components in the avionics bay and this also led to a change in the electrical wires routing," he says.

Asked why the issue was only discovered more than eight years into the MRJ's development, Kishi stresses that the manufacturer was already aware of the requirements, but explains that certification regulations do not "precisely define" the risk analysis that must be done. There was also the risk that it would "take a lot of time" to explain how the system meets compliance to Japan's Civil Aviation Bureau, which could further delay its schedule.

He adds that the original design of the location of the components and wiring were compliant, but that there was also room to further improve safety. This is if it considers emergency scenarios such as water in the avionics bay or a terrorism threat. An example is having all three components of the flight control system in the same avionics bay, which risks a complete shutdown in worst case scenarios.

"From some efficiency view point, our original design of the avionics bay components was very efficient. But at the same time we need a complex process to certify it. So from the viewpoint of how easy it is for certification, our original design was not so good," adds Mitsubishi's vice president and general manager of sales Yugo Fukuhara.

The issue was first identified sometime between summer and autumn last year, and Kishi says that as chief engineer, he made the tough call for a design change in December. The delay of the first MRJ90 to launch customer All Nippon Airways to mid-2020 was subsequently announced in January.

Preliminary design for the changes are underway. This involves swapping some components between the forward and aft avionics bays. Engineers also need to re-assess the routing of 23,000 wires.

"For the electrical wire systems, we will also decide on a new partner for the design and manufacture in the near future. We need a new partner which have the expertise to design," says Kishi, adding that the work is currently done in-house by Mitsubishi Heavy Industries.

With the design change, the manufacturer will also require additional aircraft to join its flight test campaign. Kishi says the plan has not been finalised, but he expects the need for between one and two additional aircraft, and about five hundred extra hours to certificate the MRJ. The new aircraft are expected to start flying between next spring and early summer.

"If we kept [the previous design] and, in one or two years, in the last moments of certification, we learned that this cannot be certified, the push back would be even bigger," says Fukuhara. "That will be at an even later stage of development, so an earlier decision was much better."

# EXHIBIT 29



# Job fair in Montreal




Mitsubishi Regional Jet

## WE ARE LOOKING TO HIRE

Over 200 Aircraft System Engineers who can work on Certification activities of MRJ aircraft in Japan! Especially for...

- Flight Dynamics (Stability & Control)
- Payloads
- Propulsion
- ECS / Anti-ice
- Fire protection
- Electronical power & Lightning
- Avionics

And also Engineers with major OEM experience and/or supplier experience are highly welcomed! See more openings at www.pasona.com/mrj

## ABOUT MRJ

The Mitsubishi Regional Jet is a family of 70-90 seat next-generation aircraft featuring Pratt & Whitney's PurePower® Geared Turbofan™ engine, and state-of-the-art aerodynamics to drastically reduce fuel consumption, noise, and emissions, while offering top-class operational benefits and an outstanding cabin designed for heightened passenger flying comfort with large overhead bins.

## DATE

Friday, July 15th at
3:00pm-7:30pm
Saturday, July 16th at
9:00am-6:00pm

## LOCATION

HOTEL BONAVENTURE MONTREAL
900 DE LA GAUCHETIERE W.,
MONTREAL, QUEBEC, H5A 1E4, CANADA
TOLL FREE: 1-800-267-2575
www.hotelbonaventure.com

## CONTENTS

Info Sessions

# Job fair in Montreal





**Mitsubishi Regional Jet**

## WE ARE LOOKING TO HIRE

Over 200 Aircraft System Engineers who can work on Certification activities of MRJ aircraft in Japan! Especially for…

- Flight Dynamics (Stability & Control)
- Payloads
- Propulsion
- ECS / Anti-Ice
- Fire protection
- Electronical power & Lightning
- Avionics

And also Engineers with major OEM experience and/or supplier experience are highly welcomed!
See more openings at www.pasona.com/mrj

## ABOUT MRJ

The Mitsubishi Regional Jet is a family of 70-90 seat next-generation aircraft featuring Pratt & Whitney's PurePower® Geared Turbofan™ engine, and state-of-the-art aerodynamics to drastically reduce fuel consumption, noise, and emissions, while offering top-class operational benefits and an outstanding cabin designed for heightened passenger flying comfort with large overhead bins.



## DATE

Friday, July 15th at
3:00pm-7:30pm
Saturday, July 16th at
9:00am-6:00pm

## LOCATION

HOTEL BONAVENTURE MONTREAL
900 DE LA GAUCHETIERE W.,
MONTREAL, QUEBEC, H5A 1E4, CANADA
TOLL FREE: 1-800-267-2575
www.hotelbonaventure.com

## CONTENTS

### Info Sessions
1-hour presentation on MRJ project, including the late updates on MRJ flight tests. Reserve a seat now at www.pasona.com/mrj/jobfair

### On-site Interviews
Have an opportunity to speak with our Engineering and Hiring managers about how you would be an asset.

# APPLY TODAY AT
# WWW.PASONA.COM/MRJ/JOBFAIR

CONTACT INFO 
Hiring team mrjhr@pasona.com / www.pasona.com/mrj/jobfair
© 2008-2016, Mitsubishi Aircraft Corporation. All Rights Reserved.

# EXHIBIT 30

**De:** Yvonne ███████████ @aero.bombardier.com>
**Envoyé:** 22 octobre 2015 12:55
**À:** Dominique ███████████
**Objet:** Fw:
**Pièces jointes:** IMG_1231.JPG.jpg; IMG_1230.JPG.jpg; IMG_1229.JPG.jpg

One of the trucks is back now.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Jeremy ███████████ @aero.bombardier.com>
**Sent:** Thursday, October 22, 2015 11:50 AM
**To:** Yvonne ███████
**Subject:** FW:

Here are pictures of the truck! Parked across the street on Tyler at the north end of the Golf Course.

Jeremy

**From:** Joel ███████████
**Sent:** Thursday, October 22, 2015 11:43 AM
**To:** Jeremy ███████
**Subject:** FW:

**From:** ███████ @vzwpix.com [mailto:███████ @vzwpix.com]
**Sent:** Thursday, October 22, 2015 11:43 AM
**To:** Joel ███████
**Subject:**









# EXHIBIT 31



**De :** zoombromsey@gmail.com [mailto:zoombromsey@gmail.com]
**Envoyé :** 17 septembre 2015 15:09
**À :** Alex Bellamy
**Objet :** Fw: Introduction

Coincidence?

Sent from my BlackBerry 10 smartphone on the Rogers network.

**From:** Nichelle Williams via LinkedIn <member@linkedin.com>
**Sent:** Thursday, September 17, 2015 3:02 PM
**To:** Andrew Bromsey
**Reply To:** Nichelle Williams via LinkedIn
**Subject:** Introduction



**Nichelle Williams**
Senior Recruiter at Velocity Consulting Solutions

Hi Andrew,

Thanks for connecting with me. I reached out to you because of your impressive experience in flight test and certification and your people and technical leadership skills. I'm a Seattle aerospace recruiter working with a client who needs a Director of Engineering. You may be a good fit for this position.

My client is a growing flight test and certification company in Seattle. They recently partnered with Mitsubishi on the MRJ project and need a Director to build their engineering team and direct the technical work associated with all the projects the company manages.

I don't know if a move to Seattle is even on your radar but given your background, I wanted to get this opportunity in front of you. If you are interested, I can send you more information on the company and the position or I'm free to talk over the phone at your convenience.

Thank you for your time and I look forward to your response.

Nichelle Williams
Sr. Recriuter/Velocity Consulting Solutions
nwilliams@velocity-cs.com
425-879-8233

**Reply to Nichelle**

Replying via your email application will message everyone in the conversation.

You are receiving member message notifications emails. Unsubscribe
This email was intended for Andrew Bromsey (Manager Flight Test Operations at Bombardier Aerospace). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2015, LinkedIn Corporation. 2029 Stierlin Ct. Mountain View, CA 94043, USA

# EXHIBIT 32

| | |
|---|---|
| e: | Alex Bellamy |
| Envoyé: | 20 octobre 2015 20:33 |
| À: | Andrew Bromsey |
| Objet: | Fw: Flight Test Opportunities in Seattle |

See answers below.

Alex Bellamy - Flight Test Team Manager (act)
+1 (514) ████████

**From:** Michel Korwin-Szymanowski <mkorwin@aerotec.com>
**Sent:** Tuesday, October 20, 2015 5:36 PM
**To:** Alex Bellamy
**Cc:** Dale Goulding
**Subject:** RE: Flight Test Opportunities in Seattle

Not quite.

**From:** Alex Bellamy [mailto:Alexander.Bellamy@aero.bombardier.com]
**Sent:** Tuesday, October 20, 2015 3:14 PM
**To:** Dale Goulding <Dale.Goulding@aero.bombardier.com>; Michel Korwin-Szymanowski <mkorwin@aerotec.com>
**Subject:** RE: Flight Test Opportunities in Seattle

Michel,

I can just feel that you:

- Came up with the idea << Marco Biondo actually, but it was too complicated at BA to make it happen
- Setup all the travel << yup
- Wrestled the existing team to follow along, despite their lack of enthusiasm << some enthusiasm, but did have to get one person onboard.
- Wrote the website (at night) << yup
- Pulled together the flyer (over cornflakes) << delegated -- hired an expert and got it done for $100
- Wrote the Q&A specifically targeting the weakness of the BA system ☺ << delegated. Just turned out that way.
- Set up the hotline which probably re-directs straight to your cell << yup. Give it a try! It will ring my cell and HR at the same time (and a whole bunch of other cool features. www.evoice.com )

That's why you are awesome! << Stop it! ☺ Need you to bring your own brand of awesome here!
Alex.

**From:** Dale Goulding
**Sent:** Tuesday, October 20, 2015 5:36 PM
**To:** Michel Korwin-Szymanowski; Alex Bellamy
**Subject:** RE: Flight Test Opportunities in Seattle

Alex's email bounced from the original...not sure if he got the first message, so correcting it here.

1

**Dale Goulding**
Bombardier Flight Test Center (BFTC)
Manager, Engineering (Systems)
Avions commerciaux / Commercial Aircraft
dale.goulding@aero.bombardier.com



**BOMBARDIER** ✈ **CSERIES**

T  514-███████████
C  438-█████████

---

**From:** Dale Goulding
**Sent:** Tuesday, October 20, 2015 5:35 PM
**To:** 'Michel Korwin-Szymanowski'; alex.bellamy@aero.bombardier.com
**Subject:** RE: Flight Test Opportunities in Seattle


There are known knowns. These are things we know that we know. There are known unknowns. That is to say, there are things that we know we don't know. But there are also unknown unknowns. There are things we don't know we don't know.


Donald Rumsfeld

Read more at http://www.brainyquote.com/quotes/quotes/d/donaldrums148142.html#ALWqzDGsXyPrUpi0.99

;-)

**Dale Goulding**
Bombardier Flight Test Center (BFTC)
Manager, Engineering (Systems)
Avions commerciaux / Commercial Aircraft
dale.goulding@aero.bombardier.com



**BOMBARDIER** ✈ **CSERIES**

T  514-███████████
C  438-█████████

---

**From:** Michel Korwin-Szymanowski [mailto:mkorwin@aerotec.com]
**Sent:** Tuesday, October 20, 2015 4:42 PM
**To:** alex.bellamy@aero.bombardier.com; Dale Goulding
**Subject:** FW: Flight Test Opportunities in Seattle

I thought I would let you know that I sent this to 247 Bombardier accounts (though their linked-in personal accounts). I guess I made a few friends over the years. ☺

you know someone who qualifies, let them know.

BTW: I used the word "know" 3 times in this email, which then leads us to this famous quote which beats me:

"I know that you know, and now, you know that I know that you know that…"

Cheers!

Michel

---

**From:** Michel Korwin-Szymanowski
**Sent:** Tuesday, October 20, 2015 12:54 PM
**Subject:** Flight Test Opportunities in Seattle

Hi,

I hope you are doing well.

**First off, I want to apologize for using a form letter – I have met just too many awesome professionals such as yourself to be able to craft an individual e-mail for everyone. If you are getting this, it is because you have made such a strong positive impression on me in the past.**

wanted to let you know that I will be visiting Wichita and Montréal, and I am hoping to reconnect with you to share flight test opportunities we have at AeroTEC, the company I recently joined in Seattle. The bigger project we have going on is, of course, the development and certification of the **Mitsubishi Regional Jet (MRJ)** which we plan to fly here in Moses Lake, just outside of Seattle. In addition, we always have a handful of STC projects on the go.

As a result, I have positions open immediately for Test Engineers, Flight Test Engineers, Instrumentation and Data System Engineers, Data Center Technicians, Project Managers, A&P Mechanics, Technicians, Supervisors. In addition, I expect to start hiring for experimental test pilots next month.

I would love to see you, either socially or **for a confidential interview**, and to answer any questions you may have about AeroTEC, the type of work we do, the MRJ program, our benefits, etc.

If you are interested, you can:

1. Read more details here: http://www.aerotec.com/content/mrj/index.html
   a. Our Q&A is located here: http://www.aerotec.com/content/mrj/MRJ_Q&A.pdf
   b. E-mail me with any questions you may have.

2. Call to setup a **confidential** interview
   a. Call us at our hiring hot line here: **1-888-791-3555**
   b. Call me directly at: **206-**███████
   c. Or send your resume to **careers@aerotec.com**
   d. Or send me an email to my address: **mkorwin@aerotec.com**

3. Meet me at our informal social event after work (drinks & food on me)
   a. Wichita: Thursday, 22 Oct at **Hangar One**, 4PM-9PM



  b. Montreal: Wednesday, 28 Oct at **Boston Pizza** in Mirabel, 4PM-9PM
     i. Located at Exit 31, Highway 15
  c. *Please note that this is strictly for socializing and is not a "hiring event". As such, I have invited Managers and Directors to this event as well. Do, however, come on over for a good time so that we can chat!*

4. Meet me at the Hyatt Regency in Wichita:
  a. Friday 10/23,  7AM – 7PM
  b. Saturday 10/24, 7AM – 4PM

5. Meet me at the Sheraton Hotel in Laval:
  a. Thursday 10/29, 7AM - 7PM
  b. Friday, 10/30, 7AM – 2:30 PM

And please, send a copy of this email to your friends and co-workers. ☺

I look forward to seeing you, and catch up with what is going on with you.

Cheers!

**Michel Korwin-Szymanowski**
Director, Test & Evaluation
Cell: 206-▮▮▮▮▮▮▮



**AeroTEC LLC**
6100 4th Ave S, Suite 300
Seattle, WA 98108



# EXHIBIT 33

**From:** Michel Korwin-Szymanowski <michel_k17@yahoo.com>
**Sent:** Sunday, October 25, 2015 10:12 PM
**To:** Stephen Stowe; Lanna Hermann; Ray Craig
**Cc:** Michel Korwin-Szymanowski
**Subject:** Re: Steve Stowe

Thanks Steve.

Lanna & Ray: please review and setup an interview for Mr Stowe.

Thanks,

Michel


On Saturday, October 24, 2015 2:14 PM, Stephen Stowe <Stephen.Stowe@aero.bombardier.com> wrote:


Michel-san,

Thanks for the opportunity to talk with you this afternoon.  Attached is my resume.  It doesn't list hours on different types but I've got about 750 hours in the Boeing 757 and of course rated on it.

Good seeing you again and good luck with the MRJ testing.


Best Regards,
Steve Stowe

# EXHIBIT 34

**De :** Michel Korwin-Szymanowski [mailto:mkorwin@aerotec.com]
**Envoyé :** Tuesday, October 20, 2015 4:03 PM
**Objet :** Michel K-17 upcoming visit to Montréal

Hi,

I just wanted to let you know that I will be in town for a hiring event, and would love the opportunity to catch up with you and see how things are going with you. I plan to be at at **Boston Pizza** in Mirabel (Exit 31, Highway 15), from 4PM-9PM on **Wednesday, 28 Oct**, and would be happy to buy you drinks & food.

I look forward to seeing you again! ☺

Cheers!

**Michel Korwin-Szymanowski**
Director, Test & Evaluation
Cell: 206-724-8414



**AeroTEC LLC**
6100 4th Ave S, Suite 300
Seattle, WA 98108

# EXHIBIT 35

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

https://blogs.wsj.com/japanrealtime/2014/10/17/qa-mitsubishi-aircraft-ceo-on-japans-new-jet/

JAPAN REAL TIME

# Q&A: Mitsubishi Aircraft CEO on Japan's New Jet

*By Eric Pfanner*

Oct 17, 2014 11:12 am JST



Teruaki Kawai, president of Mitsubishi Aircraft Corp., with a model of the Mitsubishi Regional Jet.
*ERIC PFANNER/THE WALL STREET JOURNAL*

On Saturday, Japan will show off the first commercial airliner it has developed in about half a century, the Mitsubishi Regional Jet.

The red-carpet event in Nagoya held by Mitsubishi Aircraft Corp. precedes the first test flight, which is scheduled for the second quarter of next year. The plane, initially offered in 76- and 88-seat versions, will compete with regional jets sold by Embraer SA of Brazil, Bombardier Inc. of Canada and a handful of smaller players, rather than the larger passenger jets made by Boeing Co. and Airbus Group NV.

Mitsubishi Aircraft is majority owned by Mitsubishi Heavy Industries Ltd., which builds wings for Boeing's 787 airliner, as well as making Japanese military aircraft. Other shareholders include Toyota Motor Corp. and several of Japan's big trading companies.

In an interview, the president of Mitsubishi Aircraft, Teruaki Kawai, provided an update on the project, which has suffered from several delays, and explained the challenges it still faces.

Case 2:18-cv-01543-JLR Document 143-1 Filed 04/30/19 Page 159 of 184

Edited excerpts:

**WSJ:** Why did Mitsubishi decide to make a passenger airliner?

**Mr. Kawai:** We have been building aircraft structures for Boeing for a long time. But in making a whole airplane, we have been limited to military aircraft for the Japanese Self Defense Forces. We haven't built such a large airplane, a commercial airplane. We want to be a total airplane manufacturer. But based on our capability we cannot make a large airplane like Boeing or Airbus, so we are making a relatively small airplane.

**WSJ:** There are a number of competitors in the market for regional jets. What kind of share can you obtain?

**Mr. Kawai:** Based on our surveys, there is demand for roughly 5,000 airplanes in this category of roughly 100-seater airplanes over the next 20 years. Five thousand is not a small number. The main players at this time are just Embraer and Bombardier. We may be able to get into that market.

**WSJ:** So how many of those 5,000 aircraft will you provide?

**Mr. Kawai:**I'm claiming we can get 50% of that. That's what we are aiming at right now. But in 20 years, I'm saying, not in three to five years, if our research is correct. We have to be ambitious.

**WSJ:** You've had orders and options for 375 planes, and Japan Airlines recently signed a letter of intent for 32 more, which would bring the total to more than 400. Still, analysts say that's a modest number. Do you see orders picking up as you gear up for the launch?



**Mr. Kawai:** It's a normal situation, because we have not flown this airplane yet. We're calling it a paper airplane. Even though it's only a paper airplane, we've sold more than 400 airplanes. At least our customers agree that our airplane is pretty good.

A part of the forward fuselage section for the Mitsubishi Regional Jet *BLOOMBERG*

**WSJ:** You're confident that the schedule will go as planned, with the first test flight taking place in second quarter of next year, despite the delays you've faced already?

**Mr. Kawai:** Yes. The main reason for the delays is that in Japan nobody has had any experience building a brand new airplane for a long time—neither the manufacturing side nor the government. There are a lot of rules and regulations in place but nobody has had to follow them. So the most difficult thing is how to apply a rule or requirement, or to show how we

comply. That involves a lot of discussions. We have no teachers. That kind of situation has made things worse, schedule-wise.

**WSJ:** What still needs to be done before the test flight? Pictures from the factory show what looks like a completed jet.

**Mr. Kawai:** There is still a lot of work to do. All the equipment we have installed, we have to check it one by one. There may be troubles that we have to solve. Even after the first flight, there may be troubles. That's natural. We have a very densely populated area here, and we have to fly over that area. Safety is the most important thing.

**WSJ:** How important is it for Japan that this project succeeds?

**Mr. Kawai:** It looks like a national project, but it's actually a private, Mitsubishi-led project. Of course the Japanese government is helping us a lot, but not for money. We have a chance to use government facilities, including test facilities.

For a long time, Japan has been successful in industries such as automobiles. It should last, but we need to find new industries. Aircraft manufacturing can be one of them.

**WSJ:** Beyond making airplanes, you have to sell them and service them. Your competitors have those capabilities in place. How will you go about it?

**Mr. Kawai:** That's why I don't think we can go into head-to-head competition with Embraer or Bombardier right now. It will take time. In various areas, including customer service and parts supply and of course the sales force, we have to do a lot of things.

**WSJ:** When will the project be profitable?

**Mr. Kawai:** Good question. That depends on how much we can market the aircraft to customers, and how much we can sell it. We have a prediction, of course--it's secret. Unfortunately we don't have any experience in this market. That's why I'm hesitant to tell you.



A Mitsubishi Regional Jet being assembled at a Mitsubishi Heavy Industries Ltd. plant in Nagoya. *MITSUBISHI AIRCRAFT CORP.*

**WSJ:** How much have you invested in development of this aircraft?

**Mr. Kawai:** The budget is roughly $1.8 billion. Big planes are much, much more.

**WSJ:** And how much does it cost?

**Mr. Kawai:** Our list price is $40-some million. There will be some escalation of the list price every year–5% or so. Everybody does it–we are doing the same thing.

**WSJ:** Once the Mitsubishi Regional Jet is flying, will you start thinking about bigger aircraft?

**Mr. Kawai:** I don't think so. There are two big boys. We don't want to compete with them. Mitsubishi Heavy is a supplier to Boeing. And we don't have the capability to compete head to head with Airbus or Boeing.

---

**Share this:** http://on.wsj.com/ZwQRCo

---

AVIATION     BOEING     BOMBARDIER     EMBRAER     MITSUBISHI HEAVY INDUSTRIES

MITSUBISHI REGIONAL JET

Copyright ©2017 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

EXHIBIT 36

Case 2:18-cv-01543-JLR   Document 143-1   Filed 04/30/19   Page 163 of 184





BUSINESS NEWS

APRIL 17, 2017 / 4:48 PM / 2 YEARS AGO

# Japan jet may not make money, but aims to revive dormant industry

Tim Kelly, Maki Shiraki

TOKYO (Reuters) - The Mitsubishi Regional Jet (MRJ) has been delayed five times and faces rising costs, yet its future as the vanguard of Japanese-built passenger jets seems assured by the corporate muscle behind it and a government set on reviving an aerospace industry dismantled after World War Two.

Case 2:18-cv-01543-JLR  Document 143-1  Filed 04/30/19  Page 164 of 184

FILE PHOTO: A visitor takes a picture of a poster of Mitsubishi Regional Jet (MRJ) during Japan Aerospace 2016 air show in Tokyo, Japan, October 12, 2016. REUTERS/Kim Kyung-Hoon/File Photo

The delays - the new 90-seat plane was due to take off in 2013, but the first delivery is not now seen until 2020 - have dented its chances of commercial success as established regional jet makers, Brazil's Embraer SA and Canada's Bombardier Inc, catch up with its innovations, and China and Russia flex their aerospace ambitions.

But the Japanese government's primary goal isn't to make money for Mitsubishi Aircraft, the MRJ's manufacturer, rather it's to have the plane cement an industry revival that failed to take off half a century ago with Japan's last passenger plane, the YS-11.

"Rather than a simple question of whether it makes a profit or loss, what is more important is will it over the longer term be the foundation of a strong aerospace industry," a government source who is helping the program told Reuters. He asked not to be identified as he is not authorized to talk to the media.

Presentation documents prepared by the Ministry of Economy, Trade and Industry, seen by Reuters, see the MRJ as the first in a three-generation program stretching beyond 2060.

ADVERTISEMENT



With the plane still awaiting U.S.-standard certification for commercial flights, signed-up customers are banking on the backing of big-name Japanese companies to see the project through.

Mitsubishi Aircraft Corp is 64 percent-owned by Mitsubishi Heavy Industries, with Toyota Motor Corp and Mitsubishi Corp each holding a 10 percent stake. Other shareholders include state-owned Development Bank of Japan, Sumitomo Corp and Mitsui & Co.

"Not a bad list," says Jep Thornton, a partner at Aerolease Aviation in Florida which has ordered 10 of the planes. "This is coming from the government sector, the financial sector and the investor sector."

Launch customer ANA Holdings, Japan's biggest carrier, says it won't walk away from its order for 15 MRJs even as it has to keep older aircraft flying and leases four Boeing 737-800 aircraft to make up for a capacity shortfall.

"We want this plane in our fleet and although we have been on stand-by for a while, we await it with anticipation," said Yuji Hirako, who runs All Nippon Airways.

A D V E R T I S E M E N T

RE-WIRING

The plane's latest delay, announced in January, can be dated back more than 20 years - six years before Mitsubishi even considered a passenger jet - when a Boeing 747 plunged into the Atlantic, killing 230 people.

Investigators blamed a short circuit that ignited a fuel tank fire, prompting the U.S. Federal Aviation Authority (FAA) to tighten wiring certification in 2007.

Mitsubishi, which had by then begun work on the MRJ, overlooked the change, said two people with knowledge of the project. "Mitsubishi was clearly aware of it but did not apply it to the

design," said one, who didn't want to be named as he is not authorized to talk to the media.

Hundreds of engineers wiring the MRJ did so without using a common design framework incorporating the new rule. So, when asked by Japanese regulators certifying the jet to FAA standards how it complied with the stricter standard, Mitsubishi Aircraft faced a time-consuming task to explain each twist and turn in the 23,000 wires snaking through the plane's fuselage.

"They decided it would be easier to start from scratch," the second person said.

In response to Reuters queries, Mitsubishi Aircraft said: "We were aware of the regulation in our early phase of design, so it is not accurate to say we overlooked the regulation. Our design was made reflecting the regulations, but we made a subsequent decision to relocate certain systems for a better design. System location was the main reason for requiring wiring changes and the re-routing ensures we meet the highest safety standards."

Slideshow (2 Images)

Four of the five delays so far have been caused to some degree by similar failures to document work for certification, forcing engineers to redo some of their work, said Yugo Fukuhara, vice president and general manager of sales and marketing at Mitsubishi Aircraft, adding the company is hiring ex-Boeing engineers and other foreign experts to help it better navigate FAA rules.

## BREAKING EVEN?

Mitsubishi Aircraft has orders for 233 MRJs, and aims to sell more than 1,000 of the planes over two decades. The company declined to say how many planes it has to sell to break even.

Based on presentations by Mitsubishi Heavy, the first four delays doubled the MRJ's development cost, and the latest delay could add another 30 percent - taking total spending to 350 billion yen ($3.17 billion), equivalent to the value of 67 list-price MRJs.

At the average operating margin of 7.84 percent at commercial planemakers including Embraer, Boeing and Airbus over the past three years, the profit per MRJ plane would be $3.7 million, according to Reuters calculations.

At that rate of return, Mitsubishi Aircraft would need to sell more than 800 of the planes to cover its costs.

"Assume a very conservative 30 percent discount to the list price, then re-do. That probably brings us to 1,200 jets, and they'll never get there," said Richard Aboulafia, an analyst at Teal Group, when asked about Reuters' estimate. A more realistic number, he says, would be 30 aircraft a year over 25 years, adding up to sales of around 750 MRJs.

"We understand that the commercial aircraft business is a long-term investment, and we expect to absorb the development costs over the long run," Mitsubishi Aircraft told Reuters.

"We see this as the creation of a new industry, establishing supply chains and a regulatory certification process," said Fukuhara, the sales and marketing manager, in his office at Nagoya Airport. "I don't think it will end with the MRJ."

(For graphic comparing regional jets, click: here)

Reporting by Tim Kelly and Maki Shiraki, with additional reporting by Allison Lampert in MONTREAL and Brad Haynes in SAO PAULO; Editing by Ian Geoghegan

*Our Standards:*   *The Thomson Reuters Trust Principles.*

**MORE FROM REUTERS**

Case 2:18-cv-01543-JLR Document 143-1 Filed 04/30/19 Page 168 of 184

**PAID PROMOTIONAL LINKS** Promoted by **Dianomi**



#1 Cash Back Credit Card Has a Surprise Bonus

The Ascent



Top 10 Credit Cards For People With Excellent Credit

CompareCards.com



Why This 1 Defense Stock Is Set To Soar

Equity News Report



This Company's Invention Could Kill The Cell Phone As We Know It

The Motley Fool



Help provide clients with protected income to last through retirement.

Nationwide

**MORE FROM REUTERS**



Picture emerges of well-to-do young bombers behind Sri Lankan carnage

25 Apr



Exclusive: In rare move, French warship passes through Taiwan Strait

25 Apr



Delek closing in on $2 billion deal for Chevron's North Sea...

24 Apr



Brexit discontent drives new grassroots push for Scottish independence

25 Apr



Conservatives to demand clear departure schedule from May

24 Apr

**PAID PROMOTIONAL LINKS**   Promoted by **Dianomi**



See Why TCCO Is The #1 Defense Stock

Sponsored by Equity News Report



A Shockingly Lucrative Cash Back Card If You Have Excellent Credit

Sponsored by The Ascent



Nationwide VAs with
L.inc rider: new rates,
more retirement
income.

Sponsored by
Nationwide



How Much Do People
Really Get From a
Reverse Mortgage?

Sponsored by Lending
Tree-Reverse Mortgage



Never Run out of Storage Again with the
New Samsung Galaxy S10

Sponsored by Samsung



See how
millions of
retirees use
option
trading to
safely earn



Credit Cards
with Massive
Rewards for
World
Travelers

Sponsored by



This 90-
Second Move
Could Add
284 Points to
Your Credit
Score

income
Sponsored by
TradeWins

NerdWallet

Sponsored by
The Penny
Hoarder

---

**MORE FROM REUTERS**



Scotland will prepare for
a second independence
vote regardless of...
24 Apr



Barclays first quarter
profit falls 10 percent as
investment bank...
25 Apr



Farah in dispute
with
Gebrselassie
over theft at
Ethiopian's hotel
25 Apr



Russian
pranksters
posing as
Ukraine
president-elect
trick France's...
24 Apr



UK minister:
Huawei leaks
'unacceptable',
criminal
investigation...
25 Apr

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies    Terms of Use    Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

4/25/2019
Japan jet may not make money, but aims to revive dormant industry - Reuters
Case 2:18-cv-01543-JLR   Document 143-1   Filed 04/30/19   Page 175 of 184

© 2019 Reuters. All Rights Reserved.

# EXHIBIT 37

## Company Profile



As of April1 , 2019

| | |
|---|---|
| **Company Name** | **Mitsubishi Aircraft Corporation** |
| **Commenced operation** | April, 2008 |
| **Employees** | Approximately 1,600 |
| **Business** | Development, Production, Sales and Customer Support of MRJ (Manufacture is to be commissioned to MHI) |
| **Location** | **Head Office** |

**Head Office**
Nagoya Airport, Toyoyama-cho, Nishikasugai-Gun, Aichi 480-0287
TEL +81-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   FAX +81-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
URL https://www.flythemrj.com/

**Oye office**
2-15, Oye-cho, Minato-ku, Nagoya-shi, Aichi Prefecture 455-8555
(Located at Nagoya Aerospace Systems Works within Mitsubishi Heavy Industries' Oye Plant)

**Tokyo Office**
Marunouchi-Nijubashi Bldg., 2-3 Marunouchi 3-Chome, Chiyoda-ku, Tokyo 100-8332
〈Mitsubishi Heavy Industries, Ltd.〉
TEL +81-(3) 6275-6197   FAX +81-(3) 6275-6478

**Mitsubishi Aircraft Corporation America, Inc. Seattle**
1601 East Valley Rd, 3rd Floor Renton, WA 98057 USA
TEL +1 (206) 513-7700   FAX +1 (425) 496-8459

**Mitsubishi Aircraft Corporation America, Inc. Dallas**
4965 Preston Park Blvd. Suite 90, Plano, TX 75093 USA
TEL +1 (469) 573-5800   FAX +1 (469) 573-5801

# EXHIBIT 38

Sign in    Join now



# Hirofumi Takahashi

Mitsubishi Aircraft Corporation - Manager
Corporate Planning

Dallas/Fort Worth Area

Airlines/Aviation

**Mitsubishi Aircraft
Corporation**

 **Mitsubishi Heavy Industries**

**Bond University**

500+ connections

## View Hirofumi Takahashi's full profile. It's free!

Your colleagues, classmates, and 500 million other professionals are
on LinkedIn.

**Sign in**

## Experience

### Manager Corporate Planning

Mitsubishi Aircraft Corporation

November 2017 – Present • 1 year 6 months

### President

Mitsubishi Aircraft Corporation America, Inc.

July 2010 – Present • 8 years 10 months
Dallas, TX, USA

Sign in        Join now

April 2008 – June 2010 • 2 years 3 months
Nagoya, Japan

Marketing, MRJ
(Aircraft OEM)

**Assistant Manager**
Mitsubishi Heavy Industries
April 1995 – March 2008 • 13 years

## Education


**Bond University**
Master, Business Administration
2003 – 2006


**Kobe University**
faculty, Legal
1987 – 1991


**奈良学園高等学校**
1984 – 1987

## Skills & Endorsements

Join LinkedIn to see Hirofumi's skills, endorsements, and full profile

## Groups

**Aviation Solutions Experts**

Sign in   Join now



Airlines Industry Professionals Worldwide

Blue Sky- Innovation and opportunity for traditional and low cost carriers and investors

Bond University Alumni

Aviation Professionals (180,000+ Members)

Show 2 more groups

## View Hirofumi Takahashi's full profile to...

- See who you know in common
- Get introduced
- Contact **Hirofumi Takahashi** directly

## Sign in

People also viewed



**Satomi McElroy**
Controller at Mitsui Bussan Aerospace Corp



**Mari Tanaka**

Case 2:18-cv-01543-JLR Document 143-1 Filed 04/30/19 Page 182 of 184

Sign in    Join now



**Mari Shibahara**

Recruitment Project Manager at Mitsubishi Aircraft Corporation Global Career



**Roger Marszalek**

Manager, Marketing at Mitsubishi Aircraft Corporation America



**Yoshikazu Akatsuka**

Mitsubishi Aircraft Corporation Global Career - Project Engineer



**Jonathan Radzicki**

Design Engineer for Cooling Systems R&D at DENSO, Inc.



**Nanae Barriga**

Manager, Customer Relations Sales

**Hiromi Parcasio**

Global Recruiting Team at Mitsubishi Aircraft Corporation Global Career

**Toshio Masaki**

Mitsubishi Aircraft Corporation America, Inc.

**George Fitzgerald**

Business Development Manager, Americas at Meggitt Control Systems

---

Search for other people you know

| First name | Last name |
|---|---|

---

Find a different Hirofumi Takahashi

**Hirofumi Takahashi**

IT Consultant at Network Resource Inc.

San Francisco Bay Area

**More professionals named Hirofumi Takahashi**

---

Sign in    Join now

Learn new skills with online courses

 判断力の高め方

 人を動かすには

 ジェームス・ホワイト：レーザーホースのイラストを描く

**View all online courses**

Hirofumi's public profile badge

Include this LinkedIn profile on other websites

 **Hirofumi Takahashi**

Mitsubishi Aircraft Corporation - Manager Corporate Planning

Manager Corporate Planning at Mitsubishi Aircraft Corporation

 Bond University

View profile



**View profile badges**

Case 2:18-cv-01543-JLR Document 143-1 Filed 04/30/19 Page 184 of 184

Sign in    Join now

About                        Brand Policy

User Agreement               Guest Controls

Privacy Policy               Community Guidelines

Cookie Policy                Language ⌄