# EXHIBIT O

| | |
|---|---|
| **From:** | Marc-Antoine Delarche |
| **To:** | marc_delarche@hotmail.com |
| **Subject:** | CS100 RAA for comparison with CS300 |
| **Date:** | Friday, May 06, 2016 11:31:00 AM |
| **Attachments:** | RAA-BA500-412 Rev A - Reduction of Temperature, Airspeed, Altitude and Mach Number Errors.pdf |
| | RAA-BA500-414-RevA-Lag_Effects_in_the_Production_and_Experimental_Pitot-Static_Systems.pdf |
| | RAA-BA500-418_signed.pdf |