THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>                     Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al.,<br><br>                     Defendants. | 2:18-cv-1543 JLR<br><br>DECLARATION OF JERRY A. RIEDINGER IN SUPPORT OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA INC.'S UPDATED OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Jerry A. Riedinger declares:

1.  I am a partner in the law firm of Perkins Coie LLP and lead counsel for Defendant Mitsubishi Aircraft Corporation America, Inc. ("MITAC America") in this action. I am responsible for monitoring and supervising all activities on behalf of MITAC America occurring in this matter. I make this declaration based on personal knowledge of the events and matters described herein.

2.  Attached hereto as Exhibit A is a true and correct copy of an excerpt of a document I received from MITAC America entitled "Services Agreement between Aerospace Testing Engineering & Certification LLC and Mitsubishi Aircraft Corporation America, Inc."

RIEDINGER DECL. ISO OF DEF. MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.'S UPDATED OPP'N TO PL.'S MOT. FOR PRELIM. INJ. (NO. 18-CV-1543 JLR) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

and is dated May 21, 2015. I understand that Exhibit A is an excerpt of the consulting agreement between MITAC America and AeroTEC, another defendant in this litigation.

3. Additionally, I met and conferred with counsel for Bombardier regarding MITAC America's proposal to file its Updated Opposition under seal. The discussion took place on the telephone on May 7, 2019. I spoke with Lindsay Calkins with Christensen O'Connor Johnson Kindness PLLC (on behalf of Bombardier). We agreed that the Updated Opposition should be filed under seal.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 7th day of May 2019.

*/s/ Jerry A. Riedinger*
Jerry A. Riedinger

RIEDINGER DECL. ISO OF DEF. MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.'S UPDATED OPP'N TO PL.'S MOT. FOR PRELIM. INJ. (NO. 18-CV-1543 JLR) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 7, 2019, a true and correct copy of the foregoing was served via e-mail on all counsel of record.

DATED this 7th day of May 2019.

                                                */s/ Jerry A. Riedinger*
Jerry A. Riedinger, WSBA No. 25828
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail: JRiedinger@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# EXHIBIT A

# SERVICES AGREEMENT

between

## AEROSPACE TESTING ENGINEERING & CERTIFICATION LLC

and

## MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.

May 21, 2015



MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.

MITACA15-006

**3.2   Denial of Representation**

**3.2.1**   Neither Party is the agent of the other Party nor is it authorized and shall not have any authority to make any representation, contract or commitment on behalf of the other Party, or otherwise bind the other Party in any respect whatsoever.

**3.2.2**   Each Party shall conduct its business in its own name and shall be solely responsible for its acts, conduct and expenses, and the acts, conduct and expenses of its employees and agents.