THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>                Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al.,<br><br>                Defendants. | No. 2:18-cv-1543 RAJ<br><br>DEFENDANT MITSUBISHI AIRCRAFT CORPORATION'S NOTICE TO WITHDRAW ITS PENDING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (DKT. 126)<br><br>*Pending Motion Noted for* **May 3, 2019** |

DEFENDANT MITSUBISHI AIRCRAFT CORPORATION'S NOTICE TO WITHDRAW PENDING MOTION (NO. 18-CV-1543 RAJ)

121153-0002/144354409.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

TO: Clerk for the U.S. District Court of Western Washington

All Parties and Their Counsel of Record

PLEASE TAKE NOTICE that Defendant Mitsubishi Aircraft Corporation hereby withdraws as moot its pending Motion to Dismiss for Failure to State a Claim pursuant to Fed. R. Civ. Proc. 12(b)(6) (Dkt.126) noted on the motion calendar for May 3, 2018.

RESPECTFULLY SUBMITTED this 10th day of May 2019.

*s/Mary Z. Gaston*
Jerry A. Riedinger, WSBA No. 25828
Mack H. Shultz, WSBA No. 27190
James Sanders, WSBA No. 24565
Mary Z. Gaston, WSBA No. 27258
Shylah R. Alfonso, WSBA No. 33138
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: JRiedinger@perkinscoie.com
E-mail: MShultz@perkinscoie.com
E-mail: MGaston@perkinscoie.com

Attorneys for Defendant Mitsubishi Aircraft Corporation

DEFENDANT MITSUBISHI AIRCRAFT CORPORATION'S
NOTICE TO WITHDRAW PENDING MOTION
(NO. 18-CV-1543 RAJ) – 2
121153-0002/144354409.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 10th day of May 2019.

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: mgaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

121153-0002/144354409.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000