THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., et al., <br><br> Defendants. | No. 2:18-cv-1543 RAJ <br><br> RE-NOTE OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION MOTION TO SEAL (Dkt. 125) <br><br> RE-NOTED ON MOTION CALENDAR: Friday, May 31, 2019 |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES

Please take notice that Defendant Mitsubishi Aircraft Corporation ("MITAC") is re-noting its Motion to Seal (Dkt No.125). Defendant MITAC requests that the Court update the docket accordingly with the new noting date of May 31, 2019.

RE-NOTE OF DEFENDANT MITSUBISHI
AIRCRAFT CORPORATION'S MOTION TO SEAL
(No. 2:18-cv-1543 RAJ) – 1
121153-0002/144361645.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

RESPECTFULLY SUBMITTED this 10th day of May 2019.

*s/Mary Z. Gaston*
Jerry A. Riedinger, WSBA No. 25828
Mack H. Shultz, WSBA No. 27190
James Sanders, WSBA No. 24565
Mary Z. Gaston, WSBA No. 27258
Shylah R. Alfonso, WSBA No. 33138
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: JRiedinger@perkinscoie.com
E-mail: MShultz@perkinscoie.com
E-mail: MGaston@perkinscoie.com

Attorneys for Defendant Mitsubishi Aircraft Corporation

RE-NOTE OF DEFENDANT MITSUBISHI AIRCRAFT
CORPORATION'S MOTION TO SEAL
(No. 2:18-cv-1543 RAJ) – 2
121153-0002/144361645.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that May 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

.

DATED this 10th day of May 2019.

*/s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: mgaston@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:18-cv-1543 RAJ) – 1

121153-0002/144361645.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000