THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>                   Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al.,<br><br>                   Defendants. | 2:18-cv-1543 JLR<br><br>STIPULATED NOTICE OF AGREEMENT TO EXTEND TIME FOR DEFENDANT MITSUBISHI AIRCRAFT CORPORATION TO ANSWER PLAINTIFF'S FIRST AMENDED VERIFIED COMPLAINT |

Defendant Mitsubishi Aircraft Corporation ("MITAC") and Plaintiff Bombardier Inc. ("Bombardier") and, by and through their respective counsel of record, hereby notify the Court that they have agreed to extend the deadline for MITAC to file its Answer and Counterclaim to Plaintiff's First Amended Verified Complaint to May 21, 2019.

STIPULATED NOTICE OF AGREEMENT TO EXTEND TIME
TO ANSWER PLAINTIFF'S AMENDED COMPLAINT
(NO. 18-CV-1543 JLR) – 1
33235-0021/LEGAL144373551.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

RESPECTFULLY SUBMITTED this 9th day of May 2019.

| *s/ Brian F. McMahon* | *s/Mary Z. Gaston* |
|---|---|
| John Denkenberger, WSBA No. 25907<br>Brian F. McMahon, WSBA No. 45739<br>**Christensen O'Connor Johnson Kindness PLLC**<br>1201 Third Avenue, Suite 3600<br>Seattle, WA 98101-3029<br>Telephone: 206.682.8100<br>Facsimile: 206.224.0779<br>E-mail: john.denkenberger@cojk.com,<br>E-mail: brian.mcmahon@cojk.com<br><br>Attorneys for Plaintiff Bombardier Inc. | Jerry A. Riedinger, WSBA No. 25828<br>Mack H. Shultz, WSBA No. 27190<br>James Sanders, WSBA No. 24565<br>Mary Z. Gaston, WSBA No. 27258<br>Shylah R. Alfonso, WSBA No. 33138<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>E-mail: JRiedinger@perkinscoie.com<br>E-mail: MShultz@perkinscoie.com<br>E-mail: MGaston@perkinscoie.com<br><br>Attorneys for Defendant Mitsubishi Aircraft Corporation |

STIPULATED NOTICE OF AGREEMENT TO EXTEND TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT (NO. 18-CV-1543 JLR) – 2

33235-0021/LEGAL144373551.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on May 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 10th day of May 2019.

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: MGaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

33235-0021/LEGAL144373551.1