Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88,<br><br>    Defendants. | No. 2:18-cv-01543-JLR<br><br>BOMBARDIER INC.'S RESPONSE TO AEROSPACE TESTING ENGINEERING & CERTIFICATION, INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, AND CINDY DORNEVAL'S MOTION FOR CLARIFICATION OF COURT'S ORDER ON MOTIONS TO DISMISS<br><br>**NOTE ON MOTION CALENDAR:**<br>**MAY 17, 2019** |

BOMBARDIER INC.'S RESPONSE TO MOTION
FOR CLARIFICATION (2:18-cv-01543-JLR) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1   Plaintiff Bombardier Inc. ("Bombardier") respectfully submits this response to Defendants' Aerospace Testing Engineering & Certification, Inc. ("AeroTEC"), Michel Korwin-Szymanowski, Laurus Basson, and Cindy Dornéval (collectively, the "AeroTEC Defendants") Motion for Clarification, Dkt. No. 140 ("Motion").

The AeroTEC Defendants submit that four statements in this Court's recent Order on Defendants' Motion to Dismiss, Dkt. No. 136 (the "Order") "may be construed as adjudicated facts, conclusions of law, or a binding determination that the documents at issue in this case are or contain trade secrets." Motion at 2. The statements at issue are: 1) "Nor do the parties challenge that the documents are, in fact, trade secrets," 2) "It is undisputed that Ms. Dornéval successfully transmitted some trade secrets to herself," 3) "[T]he court also finds that AeroTEC acquired and/or used Bombardier's trade secrets," and 4) "Mr. Basson did not already possess these documents *as an* employee." *See* Order at 13, 23, 26, 30.

Bombardier disagrees that the language identified by the AeroTEC Defendants is ambiguous or that the Court's Order needs clarification. The Order's conclusions are all based upon whether Bombardier "plausibly alleged" the claims it set out in its Complaint (Dkt. No. 1). While the AeroTEC Defendants complain that their reputation may be damaged by news publications' reporting on the Court's findings, those publications' interpretation of the Order should have no bearing on this Court's legal determinations. *See* Motion at 2 n. 1.

Bombardier respectfully asks the Court to deny the AeroTEC Defendants' Motion.


Dated this 13th day of May, 2019.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC

s/ John D. Denkenberger
John D. Denkenberger, WSBA No.: 25,907
Brian F. McMahon, WSBA No.: 45,739

BOMBARDIER INC.'S RESPONSE TO MOTION
FOR CLARIFICATION (2:18-cv-01543-JLR) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

E. Lindsay Calkins, WSBA No.: 44,127
Christensen O'Connor Johnson Kindness[PLLC]
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  john.denkenberger@cojk.com,
brian.mcmahon@cojk.com,
lindsay.calkins@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

BOMBARDIER INC.'S RESPONSE TO MOTION
FOR CLARIFICATION (2:18-cv-01543-JLR) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Jerry A. Riedinger<br>PERKINS COIE LLP<br>Email:<br>JRiedinger@perkinscoie.com<br>docketsea@perkinscoie.com<br>lshaw@perkinscoie.com<br>sporter@perkinscoie.com | Mack H. Shultz<br>PERKINS COIE LLP<br>Email:<br>MShultz@perkinscoie.com<br>docketseapl@perkinscoie.com<br>sbilger@perkinscoie.com | Mary Z. Gaston<br>PERKINS COIE LLP<br>Email:<br>MGaston@perkinscoie.com<br>docketsea@perkinscoie.com<br>jstarr@perkinscoie.com |
| James Sanders<br>PERKINS COIE LLP<br>Email:<br>JSanders@perkinscoie.com<br>RBecken@perkinscoie.com<br>docketsea@perkinscoie.com<br>jdavenport@perkinscoie.com | Shylah R. Alfonso<br>PERKINS COIE LLP<br>Email:<br>SAlfonso@perkinscoie.com<br>docketsea@perkinscoie.com | |

Attorneys for Mitsubishi Aircraft Corporation and Mitsubishi Aircraft Corporation America Inc.

| | |
|---|---|
| Richard J. Omata<br>KARR TUTTLE CAMPBELL<br>Email: romata@karrtuttle.com<br>jnesbitt@karrtuttle.com<br>swatkins@karrtuttle.com | Mark A. Bailey<br>KARR TUTTLE CAMPBELL<br>Email: mbailey@karrtuttle.com<br>jsmith@karrtuttle.com<br>mmunhall@karrtuttle.com<br>sanderson@karrtuttle.com |
| Daniel T. Hagen<br>KARR TUTTLE CAMPBELL<br>Email: dhagen@karrtuttle.com<br>ksagawinia@karrtuttle.com | |

Attorneys for Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowski, Laurus Basson, and Cindy Dornéval

BOMBARDIER INC.'S RESPONSE TO MOTION
FOR CLARIFICATION (2:18-cv-01543-JLR) - 4

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

| | |
|---|---|
| James P. Savitt | Jacob P. Freeman |
| SAVITT BRUCE & WILLEY LLP | SAVITT BRUCE & WILLEY LLP |
| Email: jsavitt@sbwLLP.com eservice@sbwllp.com | Email: jfreeman@sbwLLP.com |

Attorneys for Marc-Antoine Delarche and Keith Ayre

        s/ John D. Denkenberger
John D. Denkenberger, WSBA No.: 25,907
Brian F. McMahon, WSBA No.: 45,739
E. Lindsay Calkins, WSBA No.: 44,127
Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com, brian.mcmahon@cojk.com, lindsay.calkins@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

BOMBARDIER INC.'S RESPONSE TO MOTION FOR CLARIFICATION (2:18-cv-01543-JLR) - 5

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100