THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br>　　　　　　Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al., <br><br>　　　　　　Defendants. | No. 2:18-cv-1543 JLR <br><br> DECLARATION OF MARY Z. GASTON IN SUPPORT OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION'S MOTION TO FILE UNDER SEAL <br><br> NOTE ON MOTION CALENDAR: <br><br> May 31, 2019 |

Mary Z. Gaston declares as follows:

1. I am a partner in the law firm of Perkins Coie LLP and counsel for Defendant Mitsubishi Aircraft Corporation Japan ("MITAC") in this action. Unless otherwise stated, I make this declaration based on personal knowledge of the events and matters described herein or information provided to me by MITAC.

2. In previous filings, MITAC submitted its filings to Bombardier before filing, Bombardier proposed redactions based on information it claims is confidential, and MITAC filed a redacted version to the public docket and an unredacted version under seal.

GASTON DECLARATION ISO MOTION TO SEAL BY
MITSUBISHI AIRCRAFT CORPORATION
(NO. 2:18-CV-1543 JLR) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. However, because MITAC had one week to respond to Bombardier's updated motion for a preliminary injunction, the parties agreed there was not sufficient time to utilize the same process for this filing.

4. Thus, pursuant to Local Rule 5(g)(1)(A) and (3)(A), the parties met and conferred to reach an agreement on filing MITAC's response. This discussion took place on the telephone on May 10, 2019 and the primary participants were John Whitaker with Christensen O'Connor Johnson Kindness PLLC (on behalf of Bombardier) and Mary Gaston with Perkins Coie LLP (on behalf of MITAC America).

5. The parties agreed that MITAC would move to file its brief in opposition and supporting declarations under seal in their entirety on May 13, 2019, in compliance with the Court-ordered deadline. Bombardier would then have three days to use its best efforts to redact any information it claims is confidential and send a redacted copy to MITAC. MITAC would file a redacted copy with this Court on May 17, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of May.

*s/ Mary Z. Gaston*
Mary Z. Gaston

---

GASTON DECLARATION ISO MOTION TO SEAL
BY MITSUBISHI AIRCRAFT CORPORATION
(NO. 2:18-CV-1543 JLR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 13th day of May 2019.

*s/ Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: mgaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 2:18-CV-1543 JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000