THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., et al.,<br><br>Defendants. | 2:18-cv-1543 JLR<br><br>DECLARATION OF MELANIE CABOT IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>FILED UNDER SEAL |

I, MELANIE CABOT, declare as follows:

1. I am the Integrated Product Team Director of the Avionics Design Team of Defendant Mitsubishi Aircraft Corporation ("MITAC"), which is based in Nagoya, Japan. I have been working with MITAC since October 2016.

2. My primary responsibilities for MITAC include oversight of the design and certification of the avionics for the Mitsubishi Regional Jet ("MRJ"), including the air data system.

**Background**

3. In 2002 I earned a Masters of Engineering in electrical and electronic engineering from Paul Sabatier University in Toulouse, France.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. From 2002 until May 2010 I worked for Airbus as an avionics engineer. From May 2010 until September 2016 I worked for Bombardier in supply chain, and then in program management relating to avionics for the Challenger aircraft.

**Air Data System**

5. The MRJ air data system architecture was already designed when I joined MITAC. Since then, there have been some ancillary design changes in the MRJ's air data system. For example, we have made changes to the pitot static heater in order to comply with safety requirements. The decisions to make these changes were based on the general knowledge and experience of my team and other teams within MITAC, such as teams working on aircraft safety and aircraft performance.

6. I have not reviewed any Bombardier documents related to certifying air data systems. Thus, to my knowledge, I have never seen any of the documents that I understand Bombardier is claiming, in the case it filed against MITAC, contain trade secrets related to certifying air data systems.

7. I have not referenced any Bombardier documents or relied upon any Bombardier information in my work on the MRJ air data system. I am confident that nobody on my team has referenced any Bombardier documents or relied upon any Bombardier information in our work on the MRJ air data system.

8. Given the fundamental differences between the architecture of the air data system on the MRJ and the air data system on Bombardier aircraft, and the fact that air data systems are very aircraft-specific, I am highly confident that Bombardier documents would not provide any value relating to the MRJ air data system.

9. I have personal knowledge of all the facts stated in this Declaration and, if called to, could and would testify competently thereto.

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25 day of April 2019 at Nagoya, Japan.

/s/ M. Cabot
MELANIE CABOT

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on May 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 13th day of May, 2019.

*s/Jerry A. Riedinger*
Jerry A. Riedinger, WSBA No. 25828
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: JRiedinger@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:18-cv-1543 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000