THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., et al., <br><br> Defendants. | 2:18-cv-1543 JLR <br><br> DECLARATION OF MARIA REGINA PIACESI IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION <br><br> FILED UNDER SEAL |

I, MARIA REGINA PIACESI, declare as follows:

1. I am a Performance Engineer and Compliance Expert, Aircraft Performance on the Aircraft Performance Team for Defendant Mitsubishi Aircraft Corporation ("MITAC"), which is based in Nagoya, Japan. I joined MITAC in November 2017.

2. I am primarily responsible for supporting our certification work on the Mitsubishi Regional Jet ("MRJ") in the areas of Aircraft Performance and Engine Performance. My work involves working directly with authorities for the Japan Civil Aviation Bureau ("JCAB") to define software certification methodology, authoring technical and certification requirements, and defining how the tools will be integrated into operational use. I have significant experience in aircraft certification related to aircraft performance as described further below.

DECLARATION OF MARIA REGINA PIACESI – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

144165726.2

**Background**

3. After graduating with a degree in Aeronautical Engineering in 1982, I joined Embraer. I worked there for 34 years. While at Embraer, I was an aircraft performance engineer, and I worked on activities related to certifying aircraft. I was in charge of developing the Computerized Aircraft Flight Manual ("CAFM") for the EMB 120 turboprop aircraft. This was the first CAFM developed by Embraer. In the following years I have participated in other CAFM projects, either as a developer or as a checker and/or Designated Engineering Representative ("DER").

**Aircraft Performance Calculations**

4. MITAC is responsible for certifying the MRJ's aircraft performance. In order to certify aircraft performance, MITAC must first certify the performance calculation methodologies. In general, there are two different, but complementary, sets of methodologies to certify: data reduction and data expansion. Data reduction refers to the aircraft performance calculations used to measure performance of the MRJ during flight testing. Data expansion refers to the methods used to calculate aircraft performance to produce data for the airplane flight manual (discussed more below).

5. Aircraft performance calculations can be developed using basic physics equations that are taught in engineering school. Although performance methods are considered "proprietary information" by aircraft manufacturers, there are many public sources, such as papers, technical publications, courses among others that provide information on aircraft performance methods. Much of this information comes from aircraft manufacturers, certification authorities and universities that present it publicly in conferences, published papers or in specific courses about aircraft performance methods.

**Airplane Flight Manual**

6. An Airplane Flight Manual ("AFM") provides aircraft performance information to the pilots. Some of that information includes, for example, takeoff performance information

DECLARATION OF MARIA REGINA PIACESI – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

144165726.2

considering things like weather conditions and runway conditions. This information can allow pilots to determine, among other things, how much runway they need to takeoff safely given current conditions. The AFM uses the certified aircraft performance calculations just discussed to provide the relevant information.

7. More recently, planes are using CAFMs, which are computerized versions of the paper AFMs. At this time, however, MITAC is not developing a CAFM for the MRJ. Instead, at least for now, the MRJ will use an AFM, where performance information will be in the form of paper charts.

8. The aircraft performance calculation methods for the MRJ's AFM were established well before I started working for MITAC. In the course of my work, I had reason to learn that the aircraft performance calculation methods were originally developed by Mitsubishi Heavy Industries engineers. Since I joined MITAC, my team has changed some of the details of the performance methodologies.

9. In working on and developing the MRJ's AFM, and related aircraft performance calculation methodologies, I have never seen or heard anything that would lead me to believe that anyone on my team has used or relied on Bombardier information.

10. I have not reviewed any Bombardier documents related to aircraft performance calculation methodologies used in any Bombardier aircraft. Thus, to my knowledge, I have never seen any of the documents that I understand Bombardier is claiming, in the case it filed against MITAC, contain trade secrets related to Bombardier's CAFM calculation methodology.

11. I have personal knowledge of all the facts stated in this Declaration and, if called to, could and would testify competently thereto.

DECLARATION OF MARIA REGINA PIACESI – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

144165726.2

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>25</u> day of April 2019 at <u>NAGOYA</u>, Japan.

/s/ *Maria Regina Piacesi*
MARIA REGINA PIACESI

DECLARATION OF MARIA REGINA PIACESI – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

144165726.2

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 13th day of May, 2019.

*s/Jerry A. Riedinger*
Jerry A. Riedinger, WSBA No. 25828
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: JRiedinger@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:18-cv-1543 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000