1

The Honorable James L. Robart

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11    BOMBARDIER INC.,                                )
                                                      )
12                    Plaintiff,                      )
                                                      )    NO. 2:18-cv-1543-JLR
13            v.                                       )
                                                      )
14    MITSUBISHI AIRCRAFT CORPORATION,                )    AEROTEC DEFENDANTS'
      MITSUBISHI AIRCRAFT CORPORATION                 )    ANSWER AND AFFIRMATIVE
      AMERICA, INC.; AEROSPACE TESTING                )    DEFENSES TO FIRST AMENDED
      ENGINEERING & CERTIFICATION, INC.;              )    VERIFIED COMPLAINT
      MICHEL KORWIN-SZYMANOWSKI;                      )
      LAURUS BASSON; MARC-ANTOINE                     )    JURY TRIAL DEMANDED
      DELARCHE; CINDY DORNÉVAL; KEITH                 )
      AYRE; and JOHN AND/OR JANE DOES 1-88,)
                                                      )
      Defendants.                                     )
                                                      )
      _____)

15

16

17

18

19

20            Defendants Aerospace Testing Engineering & Certification, Inc. ("AeroTEC"), Michel

21    Korwin-Szymanowski, Laurus Basson and Cindy Dornéval (collectively, the "AeroTEC

22    Defendants"), by and through their undersigned counsel, and for their answer and affirmative

23    defenses to the First Amended Verified Complaint (the "Complaint") filed by plaintiff Bombardier

24    Inc. ("Plaintiff"), allege as follows.

25                                        **ANSWER**

26            1.      The AeroTEC Defendants admit Plaintiff brought this action for the claims recited

27    in paragraph 1 of the Complaint, but deny that Plaintiff has stated any valid or cognizable claims.

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

2.      The AeroTEC Defendants deny that they have misappropriated any trade secret or confidential information, and are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the Complaint, and therefore deny the same.

3.      The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the Complaint, and therefore deny the same.

4.      The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 of the Complaint, and therefore deny the same.

5.      The AeroTEC Defendants admit the allegations in paragraph 5 of the Complaint.

6.      The AeroTEC Defendants admit the allegations in paragraph 6 of the Complaint.

7.      The AeroTEC Defendants admit the allegations in paragraph 7 of the Complaint.

8.      The AeroTEC Defendants deny that Mr. Delarche works at AeroTEC, are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 8 of the Complaint, and therefore deny the same.

9.      The AeroTEC Defendants admit the allegations in paragraph 9 of the Complaint.

10.      The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Complaint, and therefore deny the same.

11.      The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint, and therefore deny the same.

12.      The AeroTEC Defendants admit the allegations in paragraph 12 of the Complaint.

13.      The allegations in paragraph 13 of the Complaint call for legal conclusions to which no response is required.

14.      The AeroTEC Defendant admit that they are subject to the Court's personal jurisdiction, and are without knowledge or information sufficient to form a belief as to the truth of

the remaining allegations in paragraph 14 of the Complaint, and therefore deny the same.

15.     The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the Complaint, and therefore deny the same.

16.     The AeroTEC Defendants admit that it is a Seattle-based company that was retained to assist and support MITAC's efforts for certification of the MRJ, and that it has employees who have provided flight-test and certification support for the MRJ.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 16 of the Complaint, and therefore deny the same.

17.     The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint, and therefore deny the same.

18.     The allegations in paragraph 18 of the Complaint call for legal conclusions to which no response is required. To the extent a response is required, the AeroTEC Defendants deny that they have misappropriated any trade secrets.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations in paragraph 18 of the Complaint, and therefore deny the same.

19.     The AeroTEC Defendants deny that Mr. Delarche has disclosed any trade secret information to them, are without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations in paragraph 19 of the Complaint, and therefore deny the same.  The remaining allegations in paragraph 19 of the Complaint call for legal conclusions to which no response is required.

20.     The AeroTEC Defendants deny that Mr. Ayre has disclosed any trade secret information to them, are without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations in paragraph 20 of the Complaint, and therefore deny the same.  The remaining allegations in paragraph 20 of the Complaint call for legal conclusions to which no response is required.

AEROTEC DEFENDANTS' ANSWER - 3
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1   21.     The AeroTEC Defendants admit that venue is proper in this judicial district.

2   22.     The AeroTEC Defendants are without knowledge or information sufficient to form

3   a belief as to the truth of the allegations in paragraph 22 of the Complaint, and therefore deny the

4   same.

5   23.     The AeroTEC Defendants are without knowledge or information sufficient to form

6   a belief as to the truth of the factual allegations in paragraph 23 of the Complaint, and therefore

7   deny the same.

8   24.     The AeroTEC Defendants admit that one of Plaintiff's aircrafts is the C-Series, a

9   turbofan twin engine airliner.  The AeroTEC Defendants are without knowledge or information

10  sufficient to form a belief as to the truth of the remaining factual allegations in paragraph 24 of the

11  Complaint, and therefore deny the same.

12  25.     The AeroTEC Defendants are without knowledge or information sufficient to form

13  a belief as to the truth of the factual allegations in paragraph 25 of the Complaint, and therefore

14  deny the same.

15  26.     The AeroTEC Defendants are without knowledge or information sufficient to form

16  a belief as to the truth of the factual allegations in paragraph 26 of the Complaint, and therefore

17  deny the same.

18  27.     The AeroTEC Defendants are without knowledge or information sufficient to form

19  a belief as to the truth of the factual allegations in paragraph 27 of the Complaint, and therefore

20  deny the same.

21  28.     The AeroTEC Defendants are without knowledge or information sufficient to form

22  a belief as to the truth of the factual allegations in paragraph 28 of the Complaint, and therefore

23  deny the same.

24  29.     The allegations in paragraph 29 of the Complaint call for legal conclusions to which

25  no response is required, and the referenced statutes and regulations speak for themselves.

26  30.     The allegations in paragraph 30 of the Complaint call for legal conclusions to which

27  no response is required, and the referenced documents speak for themselves.

AEROTEC DEFENDANTS' ANSWER - 4
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    31.    The allegations in paragraph 31 of the Complaint call for legal conclusions to which
2    no response is required.

3    32.    The allegations in paragraph 32 of the Complaint call for legal conclusions to which
4    no response is required, and the referenced statute speaks for itself.

5    33.    The allegations in paragraph 33 of the Complaint call for legal conclusions to which
6    no response is required, and the referenced statute speaks for itself.

7    34.    The allegations in paragraph 34 of the Complaint call for legal conclusions to which
8    no response is required, and the referenced standards, procedures, agreements and regulations
9    speak for themselves.

10    35.    The exhibits referenced in paragraph 35 of the Complaint speak for themselves, and
11    the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to
12    the truth of the remaining factual allegations in paragraph 35 of the Complaint, and therefore deny
13    the same.

14    36.    The AeroTEC Defendants admit that the Japanese government and MHI have been
15    investigating the feasibility of the MRJ, which is a narrow body, geared turbofan twin engine jet
16    aircraft that has not yet received certifications to enter into service.  The AeroTEC Defendants are
17    without knowledge or information sufficient to form a belief as to the truth of the remaining factual
18    allegations in paragraph 36 of the Complaint, and therefore deny the same.

19    37.    The documents referenced and quoted in paragraph 37 of the Complaint speak for
20    themselves.  The AeroTEC Defendants are without knowledge or information sufficient to form a
21    belief as to the truth of the remaining factual allegations in paragraph 37 of the Complaint, and
22    therefore deny the same.

23    38.    The documents referenced and quoted in paragraph 38 of the Complaint speak for
24    themselves.  The AeroTEC Defendants are without knowledge or information sufficient to form a
25    belief as to the truth of the remaining factual allegations in paragraph 38 of the Complaint, and
26    therefore deny the same.

27    39.    The documents referenced and quoted in paragraph 39 of the Complaint speak for

AEROTEC DEFENDANTS' ANSWER - 5
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

themselves.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations in paragraph 39 of the Complaint, and therefore deny the same.

40.     The documents referenced and quoted in paragraph 40 of the Complaint speak for themselves.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations in paragraph 40 of the Complaint, and therefore deny the same.

41.     The documents referenced and quoted in paragraph 41 of the Complaint speak for themselves.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations in paragraph 41 of the Complaint, and therefore deny the same.

42.     The documents referenced and quoted in paragraph 42 of the Complaint speak for themselves.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations in paragraph 42 of the Complaint, and therefore deny the same.

43.     The AeroTEC Defendants admit that in mid-2014, MITAC enlisted the assistance of AeroTEC for the MRJ project, and that AeroTEC provides flight testing and aircraft certification services.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations in paragraph 43 of the Complaint, and therefore deny the same.

44.     The AeroTEC Defendants admit that MITAC's MRJ project has experienced delays to the MRJ project schedule.  The documents referenced and quoted in paragraph 44 of the Complaint speak for themselves.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations in paragraph 44 of the Complaint, and therefore deny the same.

45.     The AeroTEC Defendants admit that MITAC's MRJ project has experienced delays to the MRJ project schedule.  The documents referenced and quoted in paragraph 45 of the

AEROTEC DEFENDANTS' ANSWER - 6
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1   Complaint speak for themselves.  The AeroTEC Defendants are without knowledge or information

2   sufficient to form a belief as to the truth of the remaining factual allegations in paragraph 45 of the

3   Complaint, and therefore deny the same.

4          46.     The documents referenced and quoted in paragraph 46 of the Complaint speak for

5   themselves.  The AeroTEC Defendants are without knowledge or information sufficient to form a

6   belief as to the truth of the remaining factual allegations in paragraph 46 of the Complaint, and

7   therefore deny the same.

8          47.     The documents referenced and quoted in paragraph 47 of the Complaint speak for

9   themselves.  The AeroTEC Defendants are without knowledge or information sufficient to form a

10  belief as to the truth of the remaining factual allegations in paragraph 47 of the Complaint, and

11  therefore deny the same.

12         48.     The documents referenced and quoted in paragraph 48 of the Complaint speak for

13  themselves.  The AeroTEC Defendants are without knowledge or information sufficient to form a

14  belief as to the truth of the remaining factual allegations in paragraph 48 of the Complaint, and

15  therefore deny the same.

16         49.     The documents referenced and quoted in paragraph 49 of the Complaint speak for

17  themselves.  The AeroTEC Defendants are without knowledge or information sufficient to form a

18  belief as to the truth of the remaining factual allegations in paragraph 49 of the Complaint, and

19  therefore deny the same.

20         50.     The AeroTEC Defendants admit that MITAC's MRJ project has experienced

21  delays to the MRJ project schedule, and that Mr. Korwin-Szymanowski and Alex Bellamy were

22  interviewed as set forth in Exhibit 16 to the Denkenberger Declaration.  The documents referenced

23  and quoted in paragraph 50 of the Complaint speak for themselves.  The AeroTEC Defendants are

24  without knowledge or information sufficient to form a belief as to the truth of the remaining factual

25  allegations in paragraph 50 of the Complaint, and therefore deny the same.

26         51.     The AeroTEC Defendants admit that AeroTEC began a recruiting effort for

27  employees to work on the MRJ's certification effort, and that MITAC and/or MITAC America

AEROTEC DEFENDANTS' ANSWER - 7
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1   organized a July 2016 job fair in Montréal, but deny that any recruiting was specifically directed

2   to Bombardier personnel. The documents referenced and quoted in paragraph 51 of the Complaint

3   speak for themselves.  The AeroTEC Defendants are without knowledge or information sufficient

4   to form a belief as to the truth of the remaining factual allegations in paragraph 51 of the

5   Complaint, and therefore deny the same.

6          52.     The AeroTEC Defendants admit that AeroTEC began a recruiting effort in 2015,

7   including organizing a job fair in Wichita, Kansas, and advertised the job fair with billboards on

8   flatbed trucks at a number of locations, including but not limited to ones near Plaintiff's flight test

9   center.  The AeroTEC Defendants deny that any of its recruiting efforts were specifically directed

10  to or targeted at Bombardier personnel.  The AeroTEC Defendants further deny that Mr. Korwin-

11  Szymanowski had authority to act or ever performed any acts on behalf of MITAC America. The

12  AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

13  truth of the remaining factual allegations in paragraph 52 of the Complaint, and therefore deny the

14  same.

15         53.     The AeroTEC Defendants admit that AeroTEC's efforts to recruit aircraft

16  development and certification personnel included retaining professional recruiting services such

17  as Velocity Consulting Solutions, and contacting industry contacts that included current and

18  former Bombardier employees.  The AeroTEC Defendants also admit that Michel Korwin-

19  Szymanowski sent an email as referenced in paragraph 53 of the Complaint, but deny that he did

20  so on behalf of MITAC America, that it was sent to 247 Bombardier email accounts, and that it

21  was targeted only to Bombardier personnel.  The documents referenced and quoted in paragraph

22  53 of the Complaint speak for themselves. The AeroTEC Defendants are without knowledge or

23  information sufficient to form a belief as to the truth of the factual allegations against other parties,

24  and therefore deny the same.  The AeroTEC Defendants deny the remaining allegations in

25  paragraph 53 of the Complaint.

26         54.     The exhibit referenced and quoted in paragraph 54 of the Complaint speaks for

27  itself.  The AeroTEC Defendants deny the remaining allegations in paragraph 54 of the Complaint,

AEROTEC DEFENDANTS' ANSWER - 8
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

including the allegations that they worked to recruit Bombardier personnel with trade secret knowledge, that Mr. Korwin-Szymanowski was an agent of MITAC America, and that Mr. Korwin-Szymanowski was authorized or performed any acts to hire anyone for MITAC America.

55.     The allegations in paragraph 55 of the Complaint concern parties other than the AeroTEC Defendants, and therefore no response is required.  To the extent a response is required, the AeroTEC Defendants believe the allegations are accurate.

56.     The AeroTEC Defendants deny the allegations in paragraph 56 of the Complaint.

57.     The AeroTEC Defendants deny the allegations in paragraph 57 of the Complaint.

58.     The AeroTEC Defendants admit that Plaintiff aggressively tried to stop AeroTEC from recruiting or soliciting its current and former employees beginning in October 2015, and that Plaintiff sent the letter attached to the Complaint as Exhibit B.  The document speaks for itself. The AeroTEC Defendants deny the remaining allegations in paragraph 58 of the Complaint.

59.     The AeroTEC Defendants admit that Plaintiff sent the letter attached to the Complaint as Exhibit C.  The documents referenced in paragraph 59 of the Complaint speak for themselves.  The AeroTEC Defendants deny the remaining allegations in paragraph 59 of the Complaint.

60.     The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 of the Complaint, and therefore deny the same.

61.     The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61 of the Complaint, and therefore deny the same.

62.     The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62 of the Complaint, and therefore deny the same.

63.     The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63 of the Complaint, and therefore deny the

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

same.

64.     The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64 of the Complaint, and therefore deny the same.

65.     The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65 of the Complaint, and therefore deny the same.

66.     The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66 of the Complaint, and therefore deny the same.

67.     The AeroTEC Defendants admit that AeroTEC now employs former Bombardier personnel whose job responsibilities include those that relate or have related to the development, certification, and/or commercialization of the MRJ, including Korwin-Szymanowski, Basson, and Dornéval. The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation that the corporate defendants collectively employ at least 92 such individuals in the aggregate.  The AeroTEC Defendants deny the remaining allegations in paragraph 67 of the Complaint.

68.     The AeroTEC Defendants admit that Basson has worked on the MRJ project as a mechanical systems engineer at AeroTEC, that he signed the document attached as Exhibit K to the Complaint, and that he sent the email attached as Exhibit J to the Complaint on his last day as a Bombardier employee.  The exhibits, the email, its attachments, and the other documents referenced and quoted in paragraph 68 of the Complaint speak for themselves.  The AeroTEC Defendants deny that the email was sent "without permission," that Plaintiff has identified any "highly sensitive, proprietary Bombardier trade secret information," and that the information contained in the referenced documents would be valuable to anyone involved in an effort to certify any part of the MRJ or other aircraft.  The AeroTEC Defendants further deny that Basson violated Plaintiff's Code of Ethics, which does not prohibit employees from emailing documents to

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    themselves.   The AeroTEC Defendants deny the remaining allegations in paragraph 68 of the

2    Complaint.

3        69.     The AeroTEC Defendants admit that Delarche used to work for AeroTEC as an

4    aircraft performance engineer before he went to work for MITAC.  The AeroTEC Defendants deny

5    that Plaintiff has identified any trade secrets and further deny that Plaintiff's Code of Ethics

6    prohibited employees from emailing documents to themselves.  The AeroTEC Defendants are

7    without knowledge or information sufficient to form a belief as to the truth of the remaining

8    allegations in paragraph 69 of the Complaint, and therefore deny the same.

9        70.     The AeroTEC Defendants deny that Plaintiff has identified any trade secrets in its

10   Complaint, and are without knowledge or information sufficient to form a belief as to the truth of

11   the allegations in paragraph 70 of the Complaint, and therefore deny the same.

12       71.     The AeroTEC Defendants admit that Dornéval is a former Bombardier employee

13   who has worked on the MRJ project for AeroTEC, that she signed the document attached as

14   Exhibit Q to the Complaint, and that on her last day with Bombardier was February 10, 2017.  The

15   AeroTEC Defendants further admit that Dornéval sent the email attached as Exhibit P to the

16   Complaint on November 18, 2016, which contained Production Flight Test Profiles as referenced

17   in paragraph 71 of the Complaint.  The email, its attachments, and the other documents referenced

18   and quoted in paragraph 71 of the Complaint speak for themselves.  The AeroTEC Defendants

19   deny that Plaintiff has identified any "highly sensitive, proprietary Bombardier trade secret

20   information" in the documents, and that the information contained therein would be valuable to

21   anyone involved in an effort to certify any part of the MRJ or other aircraft.  The AeroTEC

22   Defendants further deny that Dornéval ever violated Plaintiff's Code of Ethics, which does not

23   prohibit employees from emailing documents to themselves.  The AeroTEC Defendants deny the

24   remaining allegations in paragraph 71 of the Complaint.

25       72.     Dornéval does not recall attempting to send the emails referenced in paragraph 72

26   of the Complaint, and the AeroTEC Defendants respond that Exhibit R to the Complaint and the

27   other documents referenced in paragraph 72 of the Complaint speak for themselves.  The AeroTEC

AEROTEC DEFENDANTS' ANSWER - 11
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

Defendants admit that Dornéval's last day at Bombardier was February 10, 2017, that while employed at Bombardier, Dornéval maintained a personal "Carriere et training" folder, which she believes contained the ASIO Manuals and the CAFM document referenced in paragraph 72 of the Complaint.  The AeroTEC Defendants deny the remaining allegations in paragraph 72 of the Complaint.

73.   The AeroTEC Defendants admit that Dornéval's alleged attempts to send the emails referenced in paragraph 73 of the Complaint appear to have failed.  The AeroTEC Defendants deny that the documents referenced in paragraph 73 of the Complaint contain highly sensitive, trade secret or other confidential information, that Dornéval privately retained personal copies of the documents, or that she had any intention of using or misusing any of the information contained therein in her new role at AeroTEC.  The documents speak for themselves. The AeroTEC Defendants deny the remaining allegations in paragraph 73 of the Complaint.

74.   The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74 of the Complaint, and therefore deny the same.

75.   The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75 of the Complaint, and therefore deny the same.

76.   The AeroTEC Defendants deny that Plaintiff's Code of Ethics prohibited employees from emailing documents to themselves. The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 76 of the Complaint, and therefore deny the same.

77.   The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77 of the Complaint, and therefore deny the same.

78.   The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78 of the Complaint, and therefore deny the

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    same.

2         79.    The AeroTEC Defendants are without knowledge or information sufficient to form

3    a belief as to the truth of the allegations in paragraph 79 of the Complaint, and therefore deny the

4    same.

5         80.    The AeroTEC Defendants are without knowledge or information sufficient to form

6    a belief as to the truth of the allegations in paragraph 80 of the Complaint, and therefore deny the

7    same.

8         81.    The AeroTEC Defendants are without knowledge or information sufficient to form

9    a belief as to the truth of the allegations in paragraph 81 of the Complaint, and therefore deny the

10   same.

11        82.    The documents reference in paragraph 82 of the Complaint speak for themselves.

12   The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

13   the truth of the remaining allegations in paragraph 82 of the Complaint, and therefore deny the

14   same.

15        83.    The AeroTEC Defendants are without knowledge or information sufficient to form

16   a belief as to the truth of the allegations in paragraph 83 of the Complaint, and therefore deny the

17   same.

18        84.    The allegations in paragraph 84 of the Complaint concern other parties, and the

19   AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

20   truth of the allegations in paragraph 84, and therefore deny the same.

21        85.    The allegations in paragraph 85 of the Complaint concern other parties, and the

22   AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

23   truth of the allegations in paragraph 85, and therefore deny the same.

24        86.    The allegations in paragraph 86 of the Complaint concern other parties, and the

25   AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

26   truth of the allegations in paragraph 86, and therefore deny the same.

27        87.    The allegations in paragraph 87 of the Complaint concern other parties, and the

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1   AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

2   truth of the allegations in paragraph 87, and therefore deny the same.

3       88.     The allegations in paragraph 88 of the Complaint concern other parties, and the

4   AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

5   truth of the allegations in paragraph 88, and therefore deny the same.

6       89.     The allegations in paragraph 89 of the Complaint concern other parties, and the

7   AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

8   truth of the allegations in paragraph 89, and therefore deny the same.

9       90.     The allegations in paragraph 90 of the Complaint concern other parties, and the

10  AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

11  truth of the allegations in paragraph 90, and therefore deny the same.

12      91.     The allegations in paragraph 91 of the Complaint concern other parties, and the

13  AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

14  truth of the allegations in paragraph 91, and therefore deny the same.

15      92.     The allegations in paragraph 92 of the Complaint concern other parties, and the

16  AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

17  truth of the allegations in paragraph 92, and therefore deny the same.

18      93.     The allegations in paragraph 93 of the Complaint concern other parties, and the

19  AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

20  truth of the allegations in paragraph 93, and therefore deny the same.

21      94.     The allegations in paragraph 94 of the Complaint concern other parties, and the

22  AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

23  truth of the allegations in paragraph 94, and therefore deny the same.

24      95.     The allegations in paragraph 95 of the Complaint concern other parties, and the

25  AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

26  truth of the allegations in paragraph 95, and therefore deny the same.

27      96.     The allegations in paragraph 96 of the Complaint concern other parties, and the

1    AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the

2    truth of the allegations in paragraph 96, and therefore deny the same.

3        97.    The AeroTEC Defendants admit and deny the allegations referenced in paragraph

4    97 of the Complaint to the same extent set forth above.

5        98.    The allegations in paragraph 98 of the Complaint concern parties other than the

6    AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

7    the AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain

8    confidential, proprietary, and trade secret information, and that any such documents were illicitly

9    transmitted.  The AeroTEC Defendants are without knowledge or information sufficient to form a

10   belief as to the truth of the remaining allegations in paragraph 98 of the Complaint, and therefore

11   deny the same.

12       99.    The allegations in paragraph 99 of the Complaint concern parties other than the

13   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

14   the AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain

15   confidential, proprietary, and trade secret information.  The AeroTEC Defendants are without

16   knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

17   paragraph 99 of the Complaint, and therefore deny the same.

18       100.   The allegations in paragraph 100 of the Complaint concern parties other than the

19   AeroTEC Defendants and call for legal conclusions, and therefore no response is required. To the

20   extent a response is required, the AeroTEC Defendants are without knowledge or information

21   sufficient to form a belief as to the truth of the remaining allegations in paragraph 100 of the

22   Complaint, and therefore deny the same.

23       101.   The allegations in paragraph 101 of the Complaint concern parties other than the

24   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

25   the AeroTEC Defendants deny the allegations in paragraph 101 of the Complaint.

26       102.   The allegations in paragraph 102 of the Complaint concern parties other than the

27   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

AEROTEC DEFENDANTS' ANSWER - 15
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    the AeroTEC Defendants deny the allegations in paragraph 102 of the Complaint.

2            103.    The allegations in paragraph 103 of the Complaint concern parties other than the

3    AeroTEC Defendants and therefore no response is required.   To the extent a response is required,

4    the AeroTEC Defendants deny the allegations in paragraph 103 of the Complaint.

5            104.    The allegations in paragraph 104 of the Complaint concern parties other than the

6    AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

7    the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

8    the truth of the remaining allegations in paragraph 104 of the Complaint, and therefore deny the

9    same.

10           105.    The allegations in paragraph 105 of the Complaint concern parties other than the

11   AeroTEC Defendants and therefore no response is required. To the extent a response is required,

12   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

13   the truth of the remaining allegations in paragraph 105 of the Complaint, and therefore deny the

14   same.

15           106.    The allegations in paragraph 106 of the Complaint concern parties other than the

16   AeroTEC Defendants and therefore no response is required. To the extent a response is required,

17   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

18   the truth of the remaining allegations in paragraph 106 of the Complaint, and therefore deny the

19   same.

20           107.    The allegations in paragraph 107 of the Complaint concern parties other than the

21   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

22   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

23   the truth of the remaining allegations in paragraph 107 of the Complaint, and therefore deny the

24   same.

25           108.    The allegations in paragraph 108 of the Complaint concern parties other than the

26   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

27   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    the truth of the remaining allegations in paragraph 108 of the Complaint, and therefore deny the

2    same.

3        109.    The AeroTEC Defendants admit and deny the allegations referenced in paragraph

4    109 of the Complaint to the same extent set forth above.

5        110.    The allegations in paragraph 110 of the Complaint concern parties other than the

6    AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

7    the AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain

8    confidential, proprietary, and trade secret information, and that any such documents were illicitly

9    transmitted.  The AeroTEC Defendants are without knowledge or information sufficient to form a

10   belief as to the truth of the remaining allegations in paragraph 110 of the Complaint, and therefore

11   deny the same.

12       111.    The allegations in paragraph 111 of the Complaint concern parties other than the

13   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

14   the AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain

15   confidential, proprietary, and trade secret information.  The AeroTEC Defendants are without

16   knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

17   paragraph 111 of the Complaint, and therefore deny the same.

18       112.    The allegations in paragraph 112 of the Complaint concern parties other than the

19   AeroTEC Defendants and call for legal conclusions, and therefore no response is required. To the

20   extent a response is required, are without knowledge or information sufficient to form a belief as

21   to the truth of the remaining allegations in paragraph 112 of the Complaint, and therefore deny the

22   same.

23       113.    The allegations in paragraph 113 of the Complaint concern parties other than the

24   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

25   are without knowledge or information sufficient to form a belief as to the truth of the remaining

26   allegations in paragraph 113 of the Complaint, and therefore deny the same.

27       114.    The allegations in paragraph 114 of the Complaint concern parties other than the

AEROTEC DEFENDANTS' ANSWER - 17
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    AeroTEC Defendants and therefore no response is required. To the extent a response is required,

2    the AeroTEC Defendants deny the allegations in paragraph 114 of the Complaint.

3         115.     The allegations in paragraph 115 of the Complaint concern parties other than the

4    AeroTEC Defendants and therefore no response is required.   To the extent a response is required,

5    the AeroTEC Defendants deny the allegations in paragraph 115 of the Complaint.

6         116.     The allegations in paragraph 116 of the Complaint concern parties other than the

7    AeroTEC Defendants and therefore no response is required. To the extent a response is required,

8    the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

9    the truth of the remaining allegations in paragraph 116 of the Complaint, and therefore deny the

10   same.

11        117.     The allegations in paragraph 117 of the Complaint concern parties other than the

12   AeroTEC Defendants and therefore no response is required. To the extent a response is required,

13   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

14   the truth of the remaining allegations in paragraph 117 of the Complaint, and therefore deny the

15   same.

16        118.     The allegations in paragraph 118 of the Complaint concern parties other than the

17   AeroTEC Defendants and therefore no response is required. To the extent a response is required,

18   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

19   the truth of the remaining allegations in paragraph 118 of the Complaint, and therefore deny the

20   same.

21        119.     The allegations in paragraph 119 of the Complaint concern parties other than the

22   AeroTEC Defendants and therefore no response is required. To the extent a response is required,

23   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

24   the truth of the remaining allegations in paragraph 119 of the Complaint, and therefore deny the

25   same.

26        120.     The allegations in paragraph 120 of the Complaint concern parties other than the

27   AeroTEC Defendants and therefore no response is required. To the extent a response is required,

AEROTEC DEFENDANTS' ANSWER - 18
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 120 of the Complaint, and therefore deny the same.

121.    The AeroTEC Defendants admit and deny the allegations referenced in paragraph 121 of the Complaint to the same extent set forth above.

122.    The allegations in paragraph 122 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.  To the extent a response is required, are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 122 of the Complaint, and therefore deny the same.

123.    The allegations in paragraph 123 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.  To the extent a response is required, the AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain confidential, proprietary, and trade secret information, and that any such documents were illicitly transmitted.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 123 of the Complaint, and therefore deny the same.

124.    The allegations in paragraph 124 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain confidential, proprietary, and trade secret information.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 124 of the Complaint, and therefore deny the same.

125.    The allegations in paragraph 125 of the Complaint concern parties other than the AeroTEC Defendants and call for legal conclusions, and therefore no response is required. To the extent a response is required, are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 125 of the Complaint, and therefore deny the same.

AEROTEC DEFENDANTS' ANSWER - 19
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

126.    The allegations in paragraph 126 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.  To the extent a response is required, are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 126 of the Complaint, and therefore deny the same.

127.    The allegations in paragraph 127 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.  To the extent a response is required, the AeroTEC Defendants deny the allegations in paragraph 127 of the Complaint.

128.    The allegations in paragraph 128 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 128 of the Complaint, and therefore deny the same.

129.    The allegations in paragraph 129 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 129 of the Complaint, and therefore deny the same.

130.    The allegations in paragraph 130 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 130 of the Complaint, and therefore deny the same.

131.    The allegations in paragraph 131 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 131 of the Complaint, and therefore deny the same.

AEROTEC DEFENDANTS' ANSWER - 20
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

132. The allegations in paragraph 132 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 132 of the Complaint, and therefore deny the same.

133. The allegations in paragraph 133 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 133 of the Complaint, and therefore deny the same.

134. The allegations in paragraph 134 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 134 of the Complaint, and therefore deny the same.

135. The allegations in paragraph 135 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 135 of the Complaint, and therefore deny the same.

136. The AeroTEC Defendants admit and deny the allegations referenced in paragraph 136 of the Complaint to the same extent set forth above.

137. The allegations in paragraph 137 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 137 of the Complaint, and therefore deny the same.

138. The allegations in paragraph 138 of the Complaint concern parties other than the

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

2    the AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain

3    confidential, proprietary, and trade secret information, and that any such documents were illicitly

4    transmitted.  The AeroTEC Defendants are without knowledge or information sufficient to form a

5    belief as to the truth of the remaining allegations in paragraph 138 of the Complaint, and therefore

6    deny the same.

7        139.    The allegations in paragraph 139 of the Complaint concern parties other than the

8    AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

9    the AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain

10   confidential, proprietary, and trade secret information.  The AeroTEC Defendants are without

11   knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

12   paragraph 139 of the Complaint, and therefore deny the same.

13       140.    The allegations in paragraph 140 of the Complaint concern parties other than the

14   AeroTEC Defendants and call for legal conclusions, and therefore no response is required. To the

15   extent a response is required, are without knowledge or information sufficient to form a belief as

16   to the truth of the remaining allegations in paragraph 140 of the Complaint, and therefore deny the

17   same.

18       141.    The allegations in paragraph 141 of the Complaint concern parties other than the

19   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

20   are without knowledge or information sufficient to form a belief as to the truth of the remaining

21   allegations in paragraph 141 of the Complaint, and therefore deny the same.

22       142.    The allegations in paragraph 142 of the Complaint concern parties other than the

23   AeroTEC Defendants and therefore no response is required. To the extent a response is required,

24   the AeroTEC Defendants deny the allegations in paragraph 142 of the Complaint.

25       143.    The allegations in paragraph 143 of the Complaint concern parties other than the

26   AeroTEC Defendants and therefore no response is required. To the extent a response is required,

27   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

the truth of the remaining allegations in paragraph 143 of the Complaint, and therefore deny the same.

144. The allegations in paragraph 144 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 144 of the Complaint, and therefore deny the same.

145. The allegations in paragraph 145 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 145 of the Complaint, and therefore deny the same.

146. The allegations in paragraph 146 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 146 of the Complaint, and therefore deny the same.

147. The allegations in paragraph 147 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 147 of the Complaint, and therefore deny the same.

148. The allegations in paragraph 148 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 148 of the Complaint, and therefore deny the same.

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

149.     The allegations in paragraph 149 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 149 of the Complaint, and therefore deny the same.

150.     The allegations in paragraph 150 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required. To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 150 of the Complaint, and therefore deny the same.

151.     The AeroTEC Defendants admit and deny the allegations referenced in paragraph 151 of the Complaint to the same extent set forth above.

152.     The AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain confidential, proprietary, and trade secret information, and that any such documents were illicitly transmitted.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 152 of the Complaint, and therefore deny the same.

153.     The AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain confidential, proprietary, and trade secret information.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 153 of the Complaint, and therefore deny the same.

154.     The allegations in paragraph 154 of the Complaint call for legal conclusions.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 154 of the Complaint, and therefore deny the same.

155.     The AeroTEC Defendants deny the allegations in paragraph 155 of the Complaint.

156.     The AeroTEC Defendants deny the allegations in paragraph 156 of the Complaint.

AEROTEC DEFENDANTS' ANSWER - 24
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

157.     The AeroTEC Defendants admit that AeroTEC began its involvement with the MRJ project in mid-2015, that the Seattle Engineering Center was opened around that time, that AeroTEC was retained to assist with the design, development, and certification of the MRJ, a project that had experienced some delays from MITAC's original projections.  The AeroTEC Defendants further admit that it employs qualified personnel who formerly worked for Plaintiff and other aerospace companies, and that some of those employees have prior experience working on design and/or certification of narrow body, geared turbofan twin engine aircraft like the C-Series and the MRJ.  The AeroTEC Defendants deny the remaining allegations in paragraph 157 of the Complaint.

158.     The AeroTEC Defendants deny the allegations in paragraph 158 of the Complaint.

159.     The AeroTEC Defendants deny the allegations in paragraph 159 of the Complaint.

160.     The AeroTEC Defendants deny the allegations in paragraph 160 of the Complaint.

161.     The AeroTEC Defendants deny the allegations in paragraph 161 of the Complaint.

162.     The AeroTEC Defendants admit and deny the allegations referenced in paragraph 162 of the Complaint to the same extent set forth above.

163.     The AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain confidential, proprietary, and trade secret information, and that any such documents were illicitly transmitted.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 163 of the Complaint, and therefore deny the same.

164.     The AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain confidential, proprietary, and trade secret information.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 164 of the Complaint, and therefore deny the same.

165.     The allegations in paragraph 165 of the Complaint call for legal conclusions.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165 of the Complaint, and

AEROTEC DEFENDANTS' ANSWER - 25
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1   therefore deny the same.

2        166.    The AeroTEC Defendants deny the allegations in paragraph 166 of the Complaint.

3        167.    The AeroTEC Defendants deny the allegations in paragraph 167 of the Complaint.

4        168.    The AeroTEC Defendants admit that AeroTEC began its involvement with the MRJ

5   project in mid-2015, that the Seattle Engineering Center was opened around that time, that

6   AeroTEC was retained to assist with the design, development, and certification of the MRJ, a

7   project that had experienced some delays from MITAC's original projections.  The AeroTEC

8   Defendants further admit that it employs qualified personnel who formerly worked for Plaintiff

9   and other aerospace companies, and that some of those employees have prior experience working

10  on design and/or certification of narrow body, geared turbofan twin engine aircraft like the C-

11  Series and the MRJ.  The AeroTEC Defendants deny the remaining allegations in paragraph 168

12  of the Complaint.

13       169.    The AeroTEC Defendants deny the allegations in paragraph 169 of the Complaint.

14       170.    The AeroTEC Defendants deny the allegations in paragraph 170 of the Complaint.

15       171.    The AeroTEC Defendants deny the allegations in paragraph 171 of the Complaint.

16       172.    The AeroTEC Defendants deny the allegations in paragraph 172 of the Complaint.

17       173.    The AeroTEC Defendants admit and deny the allegations referenced in paragraph

18  173 of the Complaint to the same extent set forth above.

19       174.    The allegations in paragraph 174 of the Complaint concern parties other than the

20  AeroTEC Defendants and therefore no response is required.

21       175.    The allegations in paragraph 175 of the Complaint concern parties other than the

22  AeroTEC Defendants and therefore no response is required.

23       176.    The allegations in paragraph 176 of the Complaint concern parties other than the

24  AeroTEC Defendants and therefore no response is required.

25       177.    The allegations in paragraph 177 of the Complaint concern parties other than the

26  AeroTEC Defendants and therefore no response is required.

27       178.    The allegations in paragraph 178 of the Complaint concern parties other than the

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

AeroTEC Defendants and therefore no response is required.

179.    The allegations in paragraph 179 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.

180.    The allegations in paragraph 180 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.

181.    The allegations in paragraph 181 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.

182.    The allegations in paragraph 182 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.

183.    The AeroTEC Defendants admit and deny the allegations referenced in paragraph 183 of the Complaint to the same extent set forth above.

184.    The allegations in paragraph 184 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.

185.    The allegations in paragraph 185 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.

186.    The allegations in paragraph 186 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.

187.    The allegations in paragraph 187 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.

188.    The allegations in paragraph 188 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.

189.    The allegations in paragraph 189 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.

190.    The AeroTEC Defendants admit and deny the allegations referenced in paragraph 190 of the Complaint to the same extent set forth above.

191.    The AeroTEC Defendants deny the allegations in paragraph 191 of the Complaint.

192.    The AeroTEC Defendants admit that Basson and Dornéval signed the documents

AEROTEC DEFENDANTS' ANSWER - 27
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

attached as Exhibits K and Q to the Complaint.  The documents referenced in paragraph 192 of the Complaint speak for themselves, and the remaining allegations in paragraph 192 of the Complaint are denied.

193.     The AeroTEC Defendants deny the allegations in paragraph 193 of the Complaint.

194.     The AeroTEC Defendants deny the allegations in paragraph 194 of the Complaint.

195.     The AeroTEC Defendants deny the allegations in paragraph 195 of the Complaint.

196.     The AeroTEC Defendants deny the allegations in paragraph 196 of the Complaint.

197.     The AeroTEC Defendants deny the allegations in paragraph 197 of the Complaint.

198.     The AeroTEC Defendants deny the allegations in paragraph 198 of the Complaint.

199.     The AeroTEC Defendants admit and deny the allegations referenced in paragraph 199 of the Complaint to the same extent set forth above.

200.     The AeroTEC Defendants deny that the information contained in the "Bombardier Skew Detection TCCA Files" contain confidential, proprietary, sensitive or trade secret information.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 200 of the Complaint, and therefore deny the same.

201.     The AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain confidential, proprietary, and trade secret information.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 201 of the Complaint, and therefore deny the same.

202.     The allegations in paragraph 202 of the Complaint call for legal conclusions.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 202 of the Complaint, and therefore deny the same.

203.     The AeroTEC Defendants deny the allegations in paragraph 203 of the Complaint.

204.     The AeroTEC Defendants deny the allegations in paragraph 204 of the Complaint.

205.     The AeroTEC Defendants deny the allegations in paragraph 205 of the Complaint.

206.    The AeroTEC Defendants deny the allegations in paragraph 206 of the Complaint.

207.    The AeroTEC Defendants deny the allegations in paragraph 207 of the Complaint.

208.    The AeroTEC Defendants admit and deny the allegations referenced in paragraph 208 of the Complaint to the same extent set forth above.

209.    The AeroTEC Defendants deny that the information contained in the "Bombardier Skew Detection TCCA Files" contain confidential, proprietary, sensitive or trade secret information.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 209 of the Complaint, and therefore deny the same.

210.    The AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain confidential, proprietary, and trade secret information.   The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 210 of the Complaint, and therefore deny the same.

211.    The allegations in paragraph 211 of the Complaint call for legal conclusions.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 211 of the Complaint, and therefore deny the same.

212.    The AeroTEC Defendants deny the allegations in paragraph 212 of the Complaint.

213.    The AeroTEC Defendants deny the allegations in paragraph 213 of the Complaint.

214.    The AeroTEC Defendants deny the allegations in paragraph 214 of the Complaint.

215.    The AeroTEC Defendants deny the allegations in paragraph 215 of the Complaint.

216.    The AeroTEC Defendants deny the allegations in paragraph 216 of the Complaint.

217.    The AeroTEC Defendants admit and deny the allegations referenced in paragraph 217 of the Complaint to the same extent set forth above.

218.    The AeroTEC Defendants admits that Mr. Basson signed the document attached as Exhibit K to the Complaint.  The remaining allegations in paragraph 218 of the Complaint call for legal conclusions to which no response is required.  To the extent a response is required, the

AEROTEC DEFENDANTS' ANSWER - 29
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1   AeroTEC Defendants deny the remaining allegations in paragraph 218 of the Complaint.

2       219.    Because the allegations in paragraph 219 of the Complaint call for legal conclusions

3   and the Code of Ethics speaks for itself, no response to the allegations in paragraph 219 of the

4   Complaint is required.

5       220.    The AeroTEC Defendants deny the allegations in paragraph 220 of the Complaint.

6       221.    The AeroTEC Defendants deny the allegations in paragraph 221 of the Complaint.

7       222.    The AeroTEC Defendants admit and deny the allegations referenced in paragraph

8   222 of the Complaint to the same extent set forth above.

9       223.    The allegations in paragraph 223 of the Complaint concern parties other than the

10   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

11   the AeroTEC Defendants deny that the information contained in the "Bombardier Certification

12   Reports" contain confidential, proprietary, sensitive or trade secret information.  The AeroTEC

13   Defendants are without knowledge or information sufficient to form a belief as to the truth of the

14   remaining allegations in paragraph 223 of the Complaint, and therefore deny the same.

15       224.    The allegations in paragraph 224 of the Complaint concern parties other than the

16   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

17   the AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain

18   confidential, proprietary, and trade secret information.  The AeroTEC Defendants are without

19   knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

20   paragraph 224 of the Complaint, and therefore deny the same.

21       225.    Because the allegations in paragraph 225 of the Complaint concern parties other

22   than the AeroTEC Defendants and call for legal conclusions, no response is required.  To the extent

23   a response is required, the AeroTEC Defendants are without knowledge or information sufficient

24   to form a belief as to the truth of the allegations in paragraph 225 of the Complaint, and therefore

25   deny the same.

26       226.    The allegations in paragraph 226 of the Complaint concern parties other than the

27   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1   the AeroTEC Defendants deny the allegations in paragraph 226 of the Complaint.

2   227.   The allegations in paragraph 227 of the Complaint concern parties other than the

3   AeroTEC Defendants and therefore no response is required. To the extent a response is required,

4   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

5   the truth of the allegations in paragraph 227 of the Complaint, and therefore deny the same.

6   228.   The allegations in paragraph 228 of the Complaint concern parties other than the

7   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

8   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

9   the truth of the allegations in paragraph 228 of the Complaint, and therefore deny the same.

10   229.   The allegations in paragraph 229 of the Complaint concern parties other than the

11   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

12   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

13   the truth of the allegations in paragraph 229 of the Complaint, and therefore deny the same.

14   230.   The allegations in paragraph 230 of the Complaint concern parties other than the

15   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

16   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

17   the truth of the allegations in paragraph 230 of the Complaint, and therefore deny the same.

18   231.   The AeroTEC Defendants admit and deny the allegations referenced in paragraph

19   231 of the Complaint to the same extent set forth above.

20   232.   The allegations in paragraph 232 of the Complaint concern parties other than the

21   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

22   the AeroTEC Defendants deny that the information contained in the "Bombardier Certification

23   Reports" contain confidential, proprietary, sensitive or trade secret information.  The AeroTEC

24   Defendants are without knowledge or information sufficient to form a belief as to the truth of the

25   remaining allegations in paragraph 232 of the Complaint, and therefore deny the same.

26   233.   The allegations in paragraph 233 of the Complaint concern parties other than the

27   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

AEROTEC DEFENDANTS' ANSWER - 31
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

the AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain confidential, proprietary, and trade secret information.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 233 of the Complaint, and therefore deny the same.

234.  The allegations in paragraph 234 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 234 of the Complaint, and therefore deny the same.

235.  The allegations in paragraph 235 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 235 of the Complaint, and therefore deny the same.

236.  The allegations in paragraph 236 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 236 of the Complaint, and therefore deny the same.

237.  The allegations in paragraph 237 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 237 of the Complaint, and therefore deny the same.

238.  The allegations in paragraph 238 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 238 of the Complaint, and therefore deny the same.

239.  The allegations in paragraph 239 of the Complaint concern parties other than the AeroTEC Defendants and therefore no response is required.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1 the truth of the allegations in paragraph 239 of the Complaint, and therefore deny the same.

2   240. The AeroTEC Defendants admit and deny the allegations referenced in paragraph

3 240 of the Complaint to the same extent set forth above.

4   241. Because the allegations in paragraph 241 of the Complaint concern parties other

5 than the AeroTEC Defendants and call for legal conclusions, no response is required.  To the extent

6 a response is required, the AeroTEC Defendants are without knowledge or information sufficient

7 to form a belief as to the truth of the allegations in paragraph 241 of the Complaint, and therefore

8 deny the same.

9   242. The allegations in paragraph 242 of the Complaint concern parties other than the

10 AeroTEC Defendants and call for legal conclusions.  To the extent a response is required, the

11 AeroTEC Defendants respond that the Code of Ethics speaks for itself.

12   243. The allegations in paragraph 243 of the Complaint concern parties other than the

13 AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

14 the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

15 the truth of the allegations in paragraph 243 of the Complaint, and therefore deny the same.

16   244. The allegations in paragraph 244 of the Complaint concern parties other than the

17 AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

18 the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

19 the truth of the allegations in paragraph 244 of the Complaint, and therefore deny the same.

20   245. The AeroTEC Defendants admit and deny the allegations referenced in paragraph

21 245 of the Complaint to the same extent set forth above.

22   246. The AeroTEC Defendants deny that the information contained in the "Flight Test

23 Files and CAFM Methodology" contain confidential, proprietary, sensitive or trade secret

24 information.  The AeroTEC Defendants are without knowledge or information sufficient to form

25 a belief as to the truth of the remaining allegations in paragraph 246 of the Complaint, and therefore

26 deny the same.

27   247. The AeroTEC Defendants deny that the documents described in Plaintiff's

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1  Complaint contain confidential, proprietary, and trade secret information.  The AeroTEC

2  Defendants are without knowledge or information sufficient to form a belief as to the truth of the

3  remaining allegations in paragraph 247 of the Complaint, and therefore deny the same.

4  248.  The allegations in paragraph 248 of the Complaint call for legal conclusions.  To

5  the extent a response is required, the AeroTEC Defendants are without knowledge or information

6  sufficient to form a belief as to the truth of the allegations in paragraph 248 of the Complaint, and

7  therefore deny the same.

8  249.  The AeroTEC Defendants deny the allegations in paragraph 249 of the Complaint.

9  250.  The AeroTEC Defendants deny the allegations in paragraph 250 of the Complaint.

10  251.  The AeroTEC Defendants deny the allegations in paragraph 251 of the Complaint.

11  252.  The AeroTEC Defendants deny the allegations in paragraph 252 of the Complaint.

12  253.  The AeroTEC Defendants deny the allegations in paragraph 253 of the Complaint.

13  254.  The AeroTEC Defendants admit and deny the allegations referenced in paragraph

14  254 of the Complaint to the same extent set forth above.

15  255.  The AeroTEC Defendants deny that the information contained in the "Flight Test

16  Files and CAFM Methodology" contain confidential, proprietary, sensitive or trade secret

17  information.  The AeroTEC Defendants are without knowledge or information sufficient to form

18  a belief as to the truth of the remaining allegations in paragraph 255 of the Complaint, and therefore

19  deny the same.

20  256.  The AeroTEC Defendants deny that the documents described in Plaintiff's

21  Complaint contain confidential, proprietary, and trade secret information.  The AeroTEC

22  Defendants are without knowledge or information sufficient to form a belief as to the truth of the

23  remaining allegations in paragraph 256 of the Complaint, and therefore deny the same.

24  257.  The allegations in paragraph 257 of the Complaint call for legal conclusions.  To

25  the extent a response is required, the AeroTEC Defendants are without knowledge or information

26  sufficient to form a belief as to the truth of the allegations in paragraph 257 of the Complaint, and

27  therefore deny the same.

AEROTEC DEFENDANTS' ANSWER - 34
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

258.    The AeroTEC Defendants deny the allegations in paragraph 258 of the Complaint.

259.    The AeroTEC Defendants deny the allegations in paragraph 259 of the Complaint.

260.    The AeroTEC Defendants deny the allegations in paragraph 260 of the Complaint.

261.    The AeroTEC Defendants deny the allegations in paragraph 261 of the Complaint.

262.    The AeroTEC Defendants deny the allegations in paragraph 262 of the Complaint.

263.    The AeroTEC Defendants admit and deny the allegations referenced in paragraph 263 of the Complaint to the same extent set forth above.

264.    The AeroTEC Defendants admits that Ms. Dornéval signed the document attached as Exhibit Q to the Complaint.  The remaining allegations in paragraph 264 of the Complaint call for legal conclusions to which no response is required.  To the extent a response is required, the AeroTEC Defendants deny the remaining allegations in paragraph 264 of the Complaint.

265.    Because the allegations in paragraph 265 of the Complaint call for legal conclusions and the Code of Ethics speaks for itself, no response to the allegations in paragraph 265 of the Complaint is required.

266.    The AeroTEC Defendants deny the allegations in paragraph 266 of the Complaint.

267.    The AeroTEC Defendants deny the allegations in paragraph 267 of the Complaint.

268.    The AeroTEC Defendants admit and deny the allegations referenced in paragraph 268 of the Complaint to the same extent set forth above.

269.    The AeroTEC Defendants deny that the information contained in the documents referenced in the Complaint contain confidential, proprietary, sensitive or trade secret information, and that those documents were illicitly transmitted.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 269 of the Complaint, and therefore deny the same.

270.    The AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain confidential, proprietary, and trade secret information.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 270 of the Complaint, and therefore deny the same.

271.   The allegations in paragraph 271 of the Complaint call for legal conclusions.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 271 of the Complaint, and therefore deny the same.

272.   The AeroTEC Defendants deny the allegations in paragraph 272 of the Complaint.

273.   The AeroTEC Defendants deny the allegations in paragraph 273 of the Complaint.

274.   The AeroTEC Defendants deny the allegations in paragraph 274 of the Complaint.

275.   The AeroTEC Defendants deny the allegations in paragraph 275 of the Complaint.

276.   The AeroTEC Defendants deny the allegations in paragraph 276 of the Complaint.

277.   The AeroTEC Defendants deny the allegations in paragraph 277 of the Complaint.

278.   The AeroTEC Defendants admit and deny the allegations referenced in paragraph 278 of the Complaint to the same extent set forth above.

279.   The AeroTEC Defendants deny that the information contained in the AeroTEC Defendants deny that the information contained in the documents referenced in the Complaint contain confidential, proprietary, sensitive or trade secret information, and that those documents were illicitly transmitted.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 279 of the Complaint, and therefore deny the same.

280.   The AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain confidential, proprietary, and trade secret information.  The AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 280 of the Complaint, and therefore deny the same.

281.   The allegations in paragraph 281 of the Complaint call for legal conclusions.  To the extent a response is required, the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 281 of the Complaint, and therefore deny the same.

282.   The AeroTEC Defendants deny the allegations in paragraph 282 of the Complaint.

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1     283.   The AeroTEC Defendants deny the allegations in paragraph 283 of the Complaint.

2     284.   The AeroTEC Defendants deny the allegations in paragraph 284 of the Complaint.

3     285.   The AeroTEC Defendants deny the allegations in paragraph 285 of the Complaint.

4     286.   The AeroTEC Defendants deny the allegations in paragraph 286 of the Complaint.

5     287.   The AeroTEC Defendants deny the allegations in paragraph 287 of the Complaint.

6     288.   The AeroTEC Defendants admit and deny the allegations referenced in paragraph

7     288 of the Complaint to the same extent set forth above.

8     289.   The AeroTEC Defendants deny the allegations in paragraph 289 of the Complaint.

9     290.   The AeroTEC Defendants admit that Basson and Dornéval signed the documents

10    attached as Exhibits K and Q to the Complaint.  The documents referenced in paragraph 290 of

11    the Complaint speak for themselves, and the remaining allegations in paragraph 290 of the

12    Complaint are denied

13    291.   The AeroTEC Defendants deny the allegations in paragraph 291 of the Complaint.

14    292.   The AeroTEC Defendants deny the allegations in paragraph 292 of the Complaint.

15    293.   The AeroTEC Defendants deny the allegations in paragraph 293 of the Complaint.

16    294.   The AeroTEC Defendants deny the allegations in paragraph 294 of the Complaint.

17    295.   The AeroTEC Defendants deny the allegations in paragraph 295 of the Complaint.

18    296.   The AeroTEC Defendants deny the allegations in paragraph 296 of the Complaint.

19    297.   The AeroTEC Defendants admit and deny the allegations referenced in paragraph

20    297 of the Complaint to the same extent set forth above.

21    298.   The allegations in paragraph 298 of the Complaint concern parties other than the

22    AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

23    the AeroTEC Defendants deny that the information contained in the documents referenced in the

24    Complaint contain confidential, proprietary, sensitive or trade secret information.  The AeroTEC

25    Defendants are without knowledge or information sufficient to form a belief as to the truth of the

26    remaining allegations in paragraph 298 of the Complaint, and therefore deny the same.

27    299.   The allegations in paragraph 299 of the Complaint concern parties other than the

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1  AeroTEC Defendants and therefore no response is required.  To the extent a response is required,
2  the AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain
3  confidential, proprietary, and trade secret information.  The AeroTEC Defendants are without
4  knowledge or information sufficient to form a belief as to the truth of the remaining allegations in
5  paragraph 299 of the Complaint, and therefore deny the same.

6       300.    Because the allegations in paragraph 300 of the Complaint concern parties other
7  than the AeroTEC Defendants and call for legal conclusions, no response is required.  To the extent
8  a response is required, the AeroTEC Defendants are without knowledge or information sufficient
9  to form a belief as to the truth of the allegations in paragraph 300 of the Complaint, and therefore
10  deny the same.

11       301.    The allegations in paragraph 301 of the Complaint concern parties other than the
12  AeroTEC Defendants and therefore no response is required.  To the extent a response is required,
13  the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to
14  the truth of the allegations in paragraph 301 of the Complaint, and therefore deny the same.

15       302.    The allegations in paragraph 302 of the Complaint concern parties other than the
16  AeroTEC Defendants and therefore no response is required. To the extent a response is required,
17  the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to
18  the truth of the allegations in paragraph 302 of the Complaint, and therefore deny the same.

19       303.    The allegations in paragraph 303 of the Complaint concern parties other than the
20  AeroTEC Defendants and therefore no response is required.  To the extent a response is required,
21  the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to
22  the truth of the allegations in paragraph 303 of the Complaint, and therefore deny the same.

23       304.    The allegations in paragraph 304 of the Complaint concern parties other than the
24  AeroTEC Defendants and therefore no response is required.  To the extent a response is required,
25  the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to
26  the truth of the allegations in paragraph 304 of the Complaint, and therefore deny the same.

27       305.    The allegations in paragraph 305 of the Complaint concern parties other than the

AEROTEC DEFENDANTS' ANSWER - 38
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

2    the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

3    the truth of the allegations in paragraph 305 of the Complaint, and therefore deny the same.

4         306.    The allegations in paragraph 306 of the Complaint concern parties other than the

5    AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

6    the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

7    the truth of the allegations in paragraph 306 of the Complaint, and therefore deny the same.

8         307.    The AeroTEC Defendants admit and deny the allegations referenced in paragraph

9    307 of the Complaint to the same extent set forth above.

10        308.    The allegations in paragraph 308 of the Complaint concern parties other than the

11   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

12   the AeroTEC Defendants deny that the information contained in the documents referenced in the

13   Complaint contain confidential, proprietary, sensitive or trade secret information.  The AeroTEC

14   Defendants are without knowledge or information sufficient to form a belief as to the truth of the

15   remaining allegations in paragraph 308 of the Complaint, and therefore deny the same.

16        309.    The allegations in paragraph 309 of the Complaint concern parties other than the

17   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

18   the AeroTEC Defendants deny that the documents described in Plaintiff's Complaint contain

19   confidential, proprietary, and trade secret information.  The AeroTEC Defendants are without

20   knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

21   paragraph 309 of the Complaint, and therefore deny the same.

22        310.    The allegations in paragraph 310 of the Complaint concern parties other than the

23   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

24   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

25   the truth of the allegations in paragraph 310 of the Complaint, and therefore deny the same.

26        311.    The allegations in paragraph 311 of the Complaint concern parties other than the

27   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

AEROTEC DEFENDANTS' ANSWER - 39
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1   the AeroTEC Defendants deny the allegations in paragraph 311 of the Complaint.

2   312.   The allegations in paragraph 312 of the Complaint concern parties other than the

3   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

4   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

5   the truth of the allegations in paragraph 312 of the Complaint, and therefore deny the same.

6   313.   The allegations in paragraph 313 of the Complaint concern parties other than the

7   AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

8   the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

9   the truth of the allegations in paragraph 313 of the Complaint, and therefore deny the same.

10  314.   The allegations in paragraph 314 of the Complaint concern parties other than the

11  AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

12  the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

13  the truth of the allegations in paragraph 314 of the Complaint, and therefore deny the same.

14  315.   The allegations in paragraph 315 of the Complaint concern parties other than the

15  AeroTEC Defendants and therefore no response is required.  To the extent a response is required,

16  the AeroTEC Defendants are without knowledge or information sufficient to form a belief as to

17  the truth of the allegations in paragraph 315 of the Complaint, and therefore deny the same.

18  To the extent Plaintiff's Prayer for Relief requires a response, the AeroTEC Defendants

19  deny that Plaintiff is entitled to any of the relief requested.

20  **<u>AFFIRMATIVE DEFENSES</u>**

21  By way of affirmative defenses, the AeroTEC Defendants allege as follows:

22  1.   Plaintiff has failed to state a claim upon which relief may be granted.

23  2.   Plaintiff has failed to properly plead their claims with the requisite specificity.

24  3.   Plaintiff's alleged trade secrets were not the subject of reasonable efforts to

25  maintain their secrecy, and/or are in the public domain.

26  4.   Plaintiff's breach of contract and tortious interference claims are preempted by

27  RCW § 19.108.900.

AEROTEC DEFENDANTS' ANSWER - 40
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

5.      Plaintiff's claims are frivolous and advanced in bad faith, for anticompetitive reasons, and without reasonable cause.

6.      Plaintiff's claims are barred because the relief sought would impose an unreasonable restraint of trade.

7.      Plaintiff's claims are barred by the doctrines of estoppel, waiver and laches.

8.      Plaintiff has forfeited and/or abandoned its alleged trade secrets and other rights.

9.      Plaintiff lacks standing to assert its trade secret misappropriation claims.

10.     Plaintiff has not suffered any damages from the AeroTEC Defendants' acts or omissions.

11.     Plaintiff failed to mitigate its damages, if any.

12.     Plaintiff has an adequate remedy at law for any past or future injuries, and any such injuries are not irreparable.

13.     Plaintiff authorized and ratified the AeroTEC Defendants' acts and omissions.

14.     Plaintiff acted illegally and with unclean hands.

15.     Plaintiff's damages, if any, were caused by its own acts or omissions, or Plaintiff was contributorily negligent in causing its alleged damages.

16.     Plaintiffs damages, if any, were cause by the acts or omissions of others for whom the AeroTEC Defendants are not liable or responsible.

17.     The AeroTEC Defendants' acts and omissions were justified.

The AeroTEC Defendants reserve the right to assert any claims and additional defenses that may now exist or in the future become available based on discovery and further investigation in this case.

## **PRAYER FOR RELIEF**

WHEREFORE, the AeroTEC Defendants pray for the following relief:

A.      Dismissal of Plaintiff's Complaint with prejudice;

B.      An award of the AeroTEC Defendants' attorney fees and costs as allowed by law; and

AEROTEC DEFENDANTS' ANSWER - 41
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    C.      Such other and further relief as the Court finds just and proper.

2    The AeroTEC Defendants demand a trial by jury on all issues so triable.

3

4    Dated this 14th day of May, 2019.

5                                            KARR TUTTLE CAMPBELL
                                             *Attorneys for Defendants AeroTEC, Basson,*
6                                            *Dornéval and Korwin-Szymanowski*

7                                            s/ Richard J. Omata
                                             _____
8                                            Richard J. Omata, WSBA #7032
                                             Mark A. Bailey, WSBA #26337
9                                            Daniel T. Hagen, WSBA #54015
                                             701 Fifth Avenue, Suite 3300
10                                           Seattle, WA 98104
                                             Phone: 206-223-1313
11                                           Fax: 206-682-7100
                                             Email: romata@karrtuttle.com
12                                                  mbailey@karrtuttle.com
                                                    dhagen@karrtuttle.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

CERTIFICATE OF SERVICE

2

I, Sherelyn Anderson, affirm and state that I am employed by Karr Tuttle Campbell in King

3   County, in the State of Washington. I am over the age of 18 and not a party to the within action.

4   My business address is: 701 Fifth Avenue, Suite 3300, Seattle, WA 98101. On this day, I

5   electronically filed the foregoing AeroTEC Defendants' Answer and Affirmative Defenses to

6   Verified Complaint with the Clerk of the Court and caused it to be served upon the below counsel

7   of record using the CM/ECF system.

8

| | |
|---|---|
| Brian F. McMahon, WSBA #45739<br>John D. Denkenberger, WSBA #25907<br>Christensen O'Connor Johnson & Kindness<br>1201 Third Avenue, Suite 3600<br>Seattle, WA 98101-3029<br>Phone: 206-682-8100<br>Fax: 206-224-0779<br>Email: brian.mcmahon@cojk.com<br>        denkenj@cojk.com<br>*Attorneys for Plaintiff* | Jerry A. Riedinger, WSBA #25828<br>Mack H. Shultz, Jr., WSBA #27190<br>James Sanders, WSBA #24565<br>Mary Z. Gaston, WSBA #27258<br>Shylah R. Alfonso, WSBA #33138<br>Perkins Coie LLP<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Phone: 206-359-8000<br>Fax: 206-359-9000<br>Email: jriedinger@perkinscoie.com<br>        mshultz@perkinscoie.com<br>        jsanders@perkinscoie.com<br>        mgaston@perkinscoie.com<br>        salfonso@perkinscoie.com<br>*Attorneys for Mitsubishi Aircraft<br>Corporation America, Inc.* |

James P. Savitt, WSBA #16847
Savitt Bruce & Willey LLP
1425 4th Avenue, Suite 800
Seattle, WA 98101-2272
Phone: (206) 749-0500
Fax:    (206) 749-0600
Email: jsavitt@sbwllp.com
*Attorneys for Keith Ayre and
Marc-Antoine Delarche*

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct, to the best of my knowledge. Dated this 14th day of May, 2019, at Seattle,

Washington.

*s/ Sherelyn Anderson*
Sherelyn Anderson
Litigation Legal Assistant

AEROTEC DEFENDANTS' ANSWER - 43
(No. 18-cv-1543 JLR)
#1215599 v3 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100