| | |
|---|---|
| | The Honorable James L. Robart |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOMBARDIER INC.,

    Plaintiff,

    v.

MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC.; AEROSPACE TESTING ENGINEERING & CERTIFICATION, INC.; MICHEL KORWIN-SZYMANOWSKI; LAURUS BASSON; MARC-ANTOINE DELARCHE; CINDY DORNÉVAL; KEITH AYRE; and JOHN AND/OR JANE DOES 1-88,

    Defendants.

NO. 2:18-cv-1543-JLR

AEROTEC DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR CLARIFICATION OF COURT'S ORDER ON MOTIONS TO DISMISS

NOTED ON MOTION CALENDAR:
May 17, 2019

Aerospace Testing Engineering & Certification, Inc. ("AeroTEC"), Michel Korwin-Szymanowski, Laurus Basson, and Cindy Dornéval (collectively, the "AeroTEC Defendants") respectfully submit this reply in support of their Motion for Clarification, Dkt. # 140 (the "Clarification Motion").

In opposing the Clarification Motion, Plaintiff Bombardier Inc. ("Plaintiff") does not dispute the fact that the four statements at issue in the Court's Order on Motion to Dismiss, Dkt. # 136 (the "Order"), literally read as findings and conclusions that the AeroTEC Defendants

REPLY RE CLARIFICATION MOTION - 1
NO. 2:18-cv-1543-JLR
#1247226 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

misappropriated trade secrets. Nor does Plaintiff dispute that such findings and conclusions cannot be made under the legal standards applicable to motions to dismiss under Fed. R. Civ. P. 12(b)(6).

Plaintiff has identified no prejudice that would result from granting the Clarification Motion. The fact that Plaintiff opposes clarification demonstrates its belief that the four statements at issue are advantageous, at least optically, to Plaintiff. The allegations in this case are being monitored in the aerospace industry and of themselves have tarnished the reputations of the AeroTEC Defendants amongst their peers. It is important to them that this Court make clear that its Order has made no determinations of any wrongdoing or liability. The AeroTEC Defendants therefore ask this Court to grant the Motion.

Dated this 17th day of May, 2019.

KARR TUTTLE CAMPBELL
*Attorneys for Defendants AeroTEC, Basson, Dornéval and Korwin-Szymanowski*

*s/ Richard J. Omata*
Richard J. Omata, WSBA #7032
Mark A. Bailey, WSBA# 26337
Daniel T. Hagen, WSBA# 54015
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: 206-223-1313
Fax: 206-682-7100
Email: romata@karrtuttle.com
       mbailey@karrtuttle.com
       dhagen@karrtuttle.com

REPLY RE CLARIFICATION MOTION - 2
NO. 2:18-cv-1543-JLR
#1247226 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

CERTIFICATE OF SERVICE

I, Sherelyn Anderson, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, WA 98101. On this day, I electronically filed the foregoing Reply in Support of Motion for Clarification with the Clerk of the Court and caused it to be served upon the below counsel of record using the CM/ECF system.

Brian F. McMahon, WSBA #45739
John D. Denkenberger, WSBA #25907
Christensen O'Connor Johnson & Kindness
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Phone: 206-682-8100
Fax: 206-224-0779
Email: brian.mcmahon@cojk.com
       denkenj@cojk.com
*Attorneys for Plaintiff*

James P. Savitt, WSBA #16847
Jacob P. Freeman, WSBA #54123
Savitt Bruce & Willey LLP
1425 4th Avenue, Suite 800
Seattle, WA 98101-2272
Phone: 206-749-0500
Fax: 206-749-0600
Email: jsavitt@sbwllp.com
*Attorneys for Keith Ayre and Marc-Antoine Delarche*

Jerry A. Riedinger, WSBA #25828
Mack H. Shultz, Jr., WSBA #27190
James Sanders, WSBA #24565
Mary Z. Gaston, WSBA #27258
Shylah R. Alfonso, WSBA #33138
Perkins Coie LLP
1201 3rd Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000
Email: jriedinger@perkinscoie.com
       mshultz@perkinscoie.com
       jsanders@perkinscoie.com
       mgaston@perkinscoie.com
       salfonso@perkinscoie.com
*Attorneys for Mitsubishi Aircraft Corporation and Mitsubishi Aircraft Corporation America, Inc.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge. Dated this 17th day of May, 2019, at Seattle, Washington.

*s/ Sherelyn Anderson*
Sherelyn Anderson
Litigation Legal Assistant

REPLY RE CLARIFICATION MOTION - 3
NO. 2:18-cv-1543-JLR
#1247226 v1 / 45898-028

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100