Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88,<br><br>    Defendants. | No. 2:18-cv-01543-JLR<br><br>DECLARATION OF BORIS MEISLITZER IN SUPPORT OF BOMBARDIER INC.'S REPLY TO DEFENDANT'S KEITH AYRE AND MARC-ANTOINE DELARCHE'S OPPOSITION TO BOMBARDIER INC.'S UPDATED MOTION FOR PRELIMINARY INJUNCTION AGAINST MITSUBISHI AIRCRAFT CORPORATION, MARC-ANTOINE DELARCHE, AND KEITH AYRE<br><br>**NOTE ON MOTION CALENDAR:**<br>**MAY 17, 2019** |

I, Boris Meislitzer, declare as follows:

1. I am an individual and over the age of twenty one. I have personal knowledge of the matters addressed herein.

2. This declaration is being submitted in support of Bombardier Inc.'s ("Bombardier's") Reply to Defendants Keith Ayre and Marc-Antoine Delarche's Opposition to

DECLARATION OF BORIS MEISLITZER
(2:18-cv-01543-JLR) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

Bombardier's Updated Motion for Preliminary Injunction Against Mitsubishi Aircraft Corporation ("MITAC"), Marc-Antoine Delarche, and Keith Ayre.

3. I am currently Section Chief for Air Systems and Fire Detection and Extinguishing ("FIDEEX" or "FIDEX") at Bombardier. I have held the Section Chief role since 2009.

4. I earned a Bachelor of Engineering degree in aerospace from the University of Applied Sciences Aachen in Germany in 1992. Following that, I worked for the German Aerospace Center until 1998, and then joined Fairchild Dornier as an engineer in 1999 and was employed there until 2002.

5. In 2002, I joined Bombardier. That was also the year I met Keith Ayre; Mr. Ayre hired me into the role of engineering specialist in the pneumatics department, where he was Section Chief at the time. I reported to Mr. Ayre for several years when I first joined the company.

6. When Mr. Ayre left the company, in August 2016, he was a Principal Engineering Specialist for pneumatics. We collaborated on different projects related to different systems in various aircraft, but I was not reporting to him or vice-versa. When he left the company, Mr. Ayre reported to Mathieu Guenette, a Manager. I recall that a "handover meeting" took place for Mr. Ayre on August 26, 2016. I called the meeting, and there was a short agenda related to maintaining continuity for Mr. Ayre's deliverables and responsibilities. This was an informal meeting intended to ensure that any remaining responsibilities that Mr. Ayre had at Bombardier would be sufficiently covered when he left the company.

7. I have searched my records and was able to locate an Outlook calendar invitation. I recall that the meeting took place from 10:30-11:30 a.m. To the best of my

DECLARATION OF BORIS MEISLITZER (2:18-cv-01543-JLR) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

recollection, aside from myself and Mr. Ayre, the others in attendance were Jean Brousseau, Mario Roma and Carlos Lima.

8. I have not heard of anyone sending him or herself documents in preparation for this "handover" meeting. I do not have any information as to the reason that Mr. Ayre may have sent himself Bombardier documents in preparation for the handover meeting on August 26.

9. I have reviewed several emails that Mr. Ayre sent to himself. I do not recall seeing those emails or documents previously, and I cannot make a connection between any of the emails and any of the projects we were working on at the time of his departure.

10. To the best of my knowledge and recollection, and based on a review of my records, Mr. Ayre did not have deliverables due in the area of FIDEEX when he departed Bombardier.

11. To the best of my knowledge and recollection, during the handover meeting we did not discuss issues or open work tasks related to FIDEEX systems, smoke generators, or smoke detection or testing systems.

DECLARATION OF BORIS MEISLITZER (2:18-cv-01543-JLR) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at _St. Laurent_, this _17_ day of _May_, 2019.

_____
Boris Meislitzer

DECLARATION OF BORIS MEISLITZER (2:18-cv-01543-JLR) - 4

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

# CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Jerry A. Riedinger<br>PERKINS COIE LLP<br>Email:<br>JRiedinger@perkinscoie.com<br>docketsea@perkinscoie.com<br>lshaw@perkinscoie.com<br>sporter@perkinscoie.com | Mack H. Shultz<br>PERKINS COIE LLP<br>Email:<br>MShultz@perkinscoie.com<br>docketscapl@perkinscoie.com<br>sbilger@perkinscoie.com | Mary Z. Gaston<br>PERKINS COIE LLP<br>Email:<br>MGaston@perkinscoie.com<br>dockctsca@pcrkinscoic.com<br>jstarr@perkinscoie.com |
| James Sanders<br>PERKINS COIE LLP<br>Email:<br>JSanders@perkinscoie.com<br>RBecken@perkinscoie.com<br>docketsea@perkinscoie.com<br>jdavenport@perkinscoie.com | Shylah R. Alfonso<br>PERKINS COIE LLP<br>Email:<br>SAlfonso@perkinscoie.com<br>docketsea@perkinscoie.com | |

Attorneys for Mitsubishi Aircraft Corporation and Mitsubishi Aircraft Corporation America Inc.

| | |
|---|---|
| Richard J. Omata<br>KARR TUTTLE CAMPBELL<br>Email: romata@karrtuttle.com<br>jnesbitt@karrtuttle.com<br>swatkins@karrtuttle.com | Mark A. Bailey<br>KARR TUTTLE CAMPBELL<br>Email: mbailey@karrtuttle.com<br>jsmith@karrtuttle.com<br>mmunhall@karrtuttle.com<br>sanderson@karrtuttle.com |
| Daniel T. Hagen<br>KARR TUTTLE CAMPBELL<br>Email: dhagen@karrtuttle.com<br>ksagawinia@karrtuttle.com | |

Attorneys for Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowski, Laurus Basson, and Cindy Dornéval

DECLARATION OF BORIS MEISLITZER (2:18-cv-01543-JLR) - 5

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1 206.682.8100

1 | James P. Savitt
2 | SAVITT BRUCE & WILLEY LLP
3 | Email: jsavitt@sbwLLP.com
  | eservice@sbwllp.com
4 |
5 | Attorneys for Marc-Antoine Delarche and Keith Ayre

Jacob P. Freeman
SAVITT BRUCE & WILLEY LLP
Email: jfreeman@sbwLLP.com

s/John D. Denkenberger
John D. Denkenberger, WSBA No.: 25,907
Brian F. McMahon, WSBA No.: 45,739
E. Lindsay Calkins, WSBA No.: 44,127
Christensen O'Connor Johnson Kindness$^{PLLC}$
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com,
brian.mcmahon@cojk.com,
lindsay.calkins@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

DECLARATION OF BORIS MEISLITZER (2:18-cv-01543-JLR) - 6

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100