Honorable James L. Robart

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9
BOMBARDIER INC.,

                Plaintiff,

10

        v.

11

12
MITSUBISHI AIRCRAFT CORPORATION,
MITSUBISHI AIRCRAFT CORPORATION
AMERICA INC., AEROSPACE TESTING
ENGINEERING & CERTIFICATION INC.,
MICHEL KORWIN-SZYMANOWSKI,
LAURUS BASSON, MARC-ANTOINE
DELARCHE, CINDY DORNÉVAL, KEITH
AYRE, AND JOHN AND/OR JANE DOES 1-
88,

13

14

15

16

17

             Defendants.

18

19

No. 2:18-cv-01543-JLR

DECLARATION OF MICHAEL
BORFITZ IN SUPPORT OF
BOMBARDIER INC.'S REPLY TO
DEFENDANTS KEITH AYRE
AND MARC-ANTOINE
DELARCHE'S OPPOSITION TO
BOMBARDIER INC.'S UPDATED
MOTION FOR PRELIMINARY
INJUNCTION AGAINST
MITSUBISHI AIRCRAFT
CORPORATION, MARC-
ANTOINE DELARCHE, AND
KEITH AYRE

**NOTE ON MOTION
CALENDAR:
MAY 17, 2019**

20

21

22

23
    I, Michael Borfitz, declare as follows:

24
    1.    I am an individual and over the age of twenty one.  I have personal knowledge

25
of the matters addressed herein.

26
    2.    This declaration is being submitted in support of Bombardier Inc.'s

27
("Bombardier's") Reply ("Reply") to Defendants Keith Ayre and Marc-Antoine Delarche's

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

Opposition (Dkt. No. 159, "Opposition") to Bombardier Inc.'s Updated Motion for Preliminary Injunction Against Mitsubishi Aircraft Corporation, Marc-Antoine Delarche, and Keith Ayre.

## BACKGROUND AND QUALIFICATIONS

3.      I am a Federal Aviation Administration ("FAA")- Designated Engineering Representative (DER), authorized to approve engineering data for the FAA in the areas of Flight Test and Powerplant Installations on both Transport Category and Small Airplanes. I have further FAA delegation from the FAA as a Management DER, authorized to perform FAA certification project management duties for the Agency, acting as an FAA project manager. I am authorized to organize an applicant's certification program, directing, overseeing, and managing the task of technical assessments and findings of compliance. There are currently only 80 Management DERs in the United States. It is a position of trust and responsibility that requires the highest degree of integrity, knowledge and experience in aircraft certification.

4.      I received a Bachelor's Degree in Aeronautical Engineering from Rensselaer Polytechnic Institute in 1980, and have been actively engaged in aircraft type and production certification since then, including approximately 20 years with the FAA and 13 years with Boeing. I started my career as a Flight Test Engineer for the Boeing 757, 767 and 737-300 type certification (TC) programs, and since then have been directly involved in dozens of airplane and engine TC programs and hundreds of Supplemental Type Certificate (STC) programs, from small airplane engine changes to winglet STC programs on Boeing 737, 757 and 767 airplanes and the recent conversion of a Boeing 737-300 from a passenger airplane to a firefighting water bomber.

5.      I have held a variety of senior positions at the FAA and Boeing, including FAA Aircraft Certification Office manager, Standards Staff manager responsible for

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

development and international coordination of federal aviation regulations, and Program Manager with responsibility for FAA acceptance of foreign type certificated aircraft such as the Gulfstream G150 and G280. In the Boeing Company I was Senior Manager of Group Quality, the office responsible for maintaining the integrity of the entire Boeing production system as authorized by the FAA-issued Production Certificate #700, and became an Associate Technical Fellow for Safety and Certification, acting as an internal consultant for Boeing in matters related to continued operational safety as well as type and production certification regulations.

## TASK REQUESTED OF ME

6.      I have been asked to review, analyze, and opine on several documents that I understand were in the possession of Mr. Ayre ("Mr. Ayre's emails"). I also reviewed the Declaration of Keith Ayre, Dkt. No. 160.

7.      Specifically, I was asked to give my opinion, based on my technical and practical experience, about a) the relationship between Mr. Ayre's emails and the Scope of Work ("SOW") Mr. Ayre outlined for himself for his new role at Mitsubishi Aircraft Corporation ("MITAC") in July 2016, as he prepared to leave Bombardier (*see* First Amended Complaint, Dkt. # 143 ("FAC") Ex. S at 5), and b) the nature of the commercial value the substance of Mr. Ayre's emails would have for a competitor of Bombardier's in the aerospace industry. My opinions are as follows:

8.      **"RE: Technical Knowledge gaps"** (June 26, 2015 email from Danilo Verrelli to Mr. Ayre that Mr. Ayre forwarded from his Bombardier email address to keithayre1@gmail.com on August 24, 2016) (Danley Decl. Ex. K.): This email has value to competitors in the aircraft industry because it identifies specific gaps in knowledge and experience, such as understanding leak detection within pneumatics systems. *See* id. p. 2. Competitors could use that information to target specific individuals for hiring and capitalize on recruitment efforts within a limited pool of qualified engineers.

DECLARATION OF MICHAEL BORFITZ
(2:18-cv-01543-JLR) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

9.    **"FAA Policy"** (August 24, 2016 email from Mr. Ayre at his Bombardier email address to keithayre1@gmail.com) (Danley Decl. Ex. L.). This email appears directly connected to Mr. Ayre's anticipated MITAC SOW in several ways. First, Section 3(b) of the SOW indicates that Mr. Ayre should be able to "Support the preparation of the Airplane Flight Manual (AFM)." FAC Ex. S at 5. In reference to the "AFM," the FAA policy Mr. Ayre cites in his email instructs, "[REDACTED]." Danley Decl. Ex. L. In addition, Section 3(b) of Mr. Ayre's SOW states "MSG-3/MMEL Analysis from the Reliability group review and acceptance." FAC Ex. S at 5. The "MMEL" is the "Master Minimum Equipment List," which allows an airplane to dispatch with certain systems or components inoperative. In the context of Mr. Ayre's email, the FAA guideline instructs that dispatching with a particular failed system or component may prevent an airplane from descending at a rate fast enough to assure passenger oxygen lasts long enough to assure passenger safety in the event of a decompression and emergency descent.

10.    **"RE_Supplier CID"** (August 24, 2016 email from Mr. Ayre at his Bombardier email address to keithayre1@gmail.com, forwarding chain of emails among Mr. Ayre, Michele Emond, Catherine Auger, and Damien Toulouse, dated October 15, 2015 ) (Danley Decl. Ex. H). This email, along with the emails referenced in Paragraphs 11, 12, and 13 below, all pertain to fire detection and extinguishing, or "FIDEX" / "FIDEEX." One indicator that the documents in Paragraphs 10, 11, and 12, relate to those systems is the use of the word "[REDACTED]," which is understood in the industry to relate to [REDACTED]; [REDACTED] is a [REDACTED]. Together, the documents in this and the following three paragraphs relate directly to Section 3(c) of the SOW, which states "Define and support flight test for all smoke test detection, smoke penetration and smoke evacuation activities and systems effects related to Unit 5 systems." *See* FAC Ex. S at 6. Further, this document provides value to competitors in the aviation industry, because it relates to FIDEX and provides certification insight, as in the sentence "[REDACTED]," the chart below it, and the detailed discussion of [REDACTED]. (*See* Danley Decl. Ex. H at 2.)

DECLARATION OF MICHAEL BORFITZ
(2:18-cv-01543-JLR) - 4

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

11. **"FW_Ducted Smoke Det Spec"** (August 24, 2016 email from Mr. Ayre at his Bombardier email address to keithayre1@gmail.com, forwarding chain of emails among Mr. Ayre, Michele Emond, and Jean Brousseau, Dated May 14, 2014) (Danley Decl. Ex. F). This document both assists Mr. Ayre with the requirements in Section 3(c) of the SOW, as discussed in Paragraph 10, and also provides valuable guidance for potential competitors of Bombardier. In particular, his document identifies a particular [REDACTED] to use, and includes a proprietary [REDACTED] (Danley Decl. Ex. F.)

12. **"FW_Acceptable Use of Alternate [REDACTED]** (August 24, 2016 email from Mr. Ayre at his Bombardier email address to keithayre1@gmail.com, forwarding chain of emails among Mr. Ayre, David Johns, Mark Eley, Ian Moody, J. Hugh O'Connor, Chris Schofield, and Bench Wedi, Dated December 9, 2013) (Danley Decl. Ex. A - Also included in FAC Ex. S at 7-8). This document both assists Mr. Ayre with the requirements in Section 3(c) of the SOW, as discussed in Paragraph 10, and also provides valuable information for other potential competitors of Bombardier. Specifically, this email discusses the use of an alternative [REDACTED] for [REDACTED] with Mr. Johns, an official with Transport Canada, the Canadian regulatory agency responsible for certifying aircraft. The "alternative" sought is a deviance from the [REDACTED] previously used by Bombardier and is discussed in view of applicable regulations. Dialogue such as this between a regulatory agency official and an aircraft company, discussing particular steps that may or may not be taken to ensure compliance with regulations, is typically treated as confidential and it is generally understood on both sides that the information will not be disclosed or otherwise disseminated.

13. **"SSA Analysis"** (August 24, 2016 email from Mr. Ayre at his Bombardier email address to keithayre@me.com, and addressed to "Frederic") (Danley Decl. Ex. G). This document both assists Mr. Ayre with the requirements in Section 3(c) of the SOW, as discussed in Paragraph 10, and also provides valuable information for potential competitors of Bombardier. Specifically, while this schematic appears to be particular to Bombardier aircraft,

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1   the analysis of its flaws and potential improvements would be useful to others attempting to

2   overcome the design challenges leading to failures in FIDEX systems.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Seaford DE, this 17th day of May, 2019.


Michael Borfitz

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on May 17, 2019, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4

following:

5

Jerry A. Riedinger          Mack H. Shultz          Mary Z. Gaston
PERKINS COIE LLP          PERKINS COIE LLP          PERKINS COIE LLP

6

Email:                    Email:                    Email:

7

JRiedinger@perkinscoie.com   MShultz@perkinscoie.com   MGaston@perkinscoie.com
docketsea@perkinscoie.com    docketseapl@perkinscoie.com   docketsea@perkinscoie.com

8

lshaw@perkinscoie.com        sbilger@perkinscoie.com   jstarr@perkinscoie.com
sporter@perkinscoie.com

9

10

James Sanders          Shylah R. Alfonso
PERKINS COIE LLP          PERKINS COIE LLP

11

Email:                    Email:

12

JSanders@perkinscoie.com   SAlfonso@perkinscoie.com
RBecken@perkinscoie.com    docketsea@perkinscoie.com

13

docketsea@perkinscoie.com
jdavenport@perkinscoie.com

14

15

Attorneys for Mitsubishi Aircraft Corporation and Mitsubishi Aircraft Corporation America
Inc.

16

17

Richard J. Omata                    Mark A. Bailey
KARR TUTTLE CAMPBELL                KARR TUTTLE CAMPBELL

18

Email: romata@karrtuttle.com        Email: mbailey@karrtuttle.com

19

jnesbitt@karrtuttle.com             jsmith@karrtuttle.com
swatkins@karrtuttle.com             mmunhall@karrtuttle.com

20

                                    sanderson@karrtuttle.com

21

Daniel T. Hagen
KARR TUTTLE CAMPBELL

22

Email: dhagen@karrtuttle.com
ksagawinia@karrtuttle.com

23

24

Attorneys for Aerospace Testing Engineering & Certification Inc., Michel Korwin-
Szymanowski, Laurus Basson, and Cindy Dornéval

25

26

27

DECLARATION OF MICHAEL BORFITZ
(2:18-cv-01543-JLR) - 8

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

James P. Savitt
SAVITT BRUCE &
WILLEY LLP
Email: jsavitt@sbwLLP.com
eservice@sbwllp.com

Jacob P. Freeman
SAVITT BRUCE &
WILLEY LLP
Email:
jfreeman@sbwLLP.com

Attorneys for Marc-Antoine Delarche and Keith Ayre

s/Jeffrey E. Danley
Jeffrey E. Danley, WSBA No.: 52,747
John D. Denkenberger, WSBA No.:  25,907
Brian F. McMahon, WSBA No.:  45,739
Erin Lindsay Calkins, WSBA No.: 44,217
Christensen O'Connor Johnson Kindness[PLLC]
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail: Jeffrey.Danley@cojk.com,
john.denkenberger@cojk.com,
brian.mcmahon@cojk.com,
lindsay.calkins@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100