The Honorable James L. Robart

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9
10

BOMBARDIER, INC.,

NO.   2:18-cv-01543-JLR

11

        Plaintiff,

12

        v.

13
14

MITSUBISHI AIRCRAFT CORPORATION,
MITSUBISHI AIRCRAFT CORPORATION
AMERICA INC., AEROSPACE TESTING
ENGINEERING & CERTIFICATION INC.,
MICHEL KORWIN-SZYMANOWSKI,
LAURUS BASSON, MARC-ANTOINE
DELARCHE, CINDY DORNÉVAL, KEITH
AYRE, AND JOHN AND/OR JANE DOES 1-
88,

**NOTICE OF INTENT PER
LCR 7(g)(1) TO FILE SURREPLY
REQUEST TO STRIKE**

15
16
17
18
19

        Defendants.

20
21

        PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 7(g), Defendants Keith

22

Ayre and Marc-Antoine Delarche intend to file a surreply to Bombardier Inc.'s Reply to

23

Defendant's [sic] Keith Ayre and Marc-Antoine Delarche's Opposition to Bombardier Inc.'s

24

Updated Motion for Preliminary Injunction Against Mitsubishi Aircraft Corporation, Marc-

25

Antoine Delarche, and Keith Ayre (ECF No. 192) asking the Court to strike new material that

26

Bombardier Inc. submitted with that reply.

27

DEFENDANT KEITH AYRE AND MARC-ANTOINE
DELARCHE'S NOTICE OF INTENT PER LCR 7(g)(1) TO
FILE SURREPLY REQUEST TO STRIKE - 1
No. 2:18-cv-01543-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

1    DATED: May 20, 2019.

2                                SAVITT BRUCE & WILLEY LLP

3

4                          By    s/James P. Savitt
                                _____
5                              James P. Savitt, WSBA #16847
                               Jacob P. Freeman, WSBA #54123
6                              1425 Fourth Avenue Suite 800
                               Seattle, Washington  98101-2272
7                              Telephone:  206.749.0500
                               Facsimile:   206.749.0600
8                              Email:  jsavitt@sbwLLP.com
                               Email:  jfreeman@sbwLLP.com
9

10                             Attorneys for Defendants Keith Ayre and
                               Marc-Antoine Delarche
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DEFENDANT KEITH AYRE AND MARC-ANTOINE
DELARCHE'S NOTICE OF INTENT PER LCR 7(g)(1) TO
FILE SURREPLY REQUEST TO STRIKE - 2
No. 2:18-cv-01543-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on May 20, 2019 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Dated this 20th day of May, 2019 at Seattle, Washington.

Gabriella Sanders

CERTIFICATE OF SERVICE
No. 2:18-cv-01543-JLR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500