THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al., <br><br> Defendants. | 2:18-cv-1543 JLR <br><br> NOTICE OF INTENT TO FILE SUR-REPLY |

    Defendant Mitsubishi Aircraft Corporation ("MITAC") hereby provides notice to the Court and to Plaintiff Bombardier Inc., pursuant to W.D. Washington Local Rule 7(g), that MITAC America intends to file a sur-reply seeking to strike certain parts of Bombardier Inc.'s Reply to MITAC's Updated Opposition to Plaintiff's Motion for Preliminary Injunction against Mitsubishi Aircraft Corporation, Marc-Antoine Delarche and Keith Ayre (Dkt. 190).

NOTICE OF INTENT TO FILE SURREPLY
(NO. 18-CV-1543 JLR) – 1

144449638.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

RESPECTFULLY SUBMITTED this 20th day of May, 2019.

*s/ James Sanders*
Jerry A. Riedinger, WSBA No. 25828
Mack H. Shultz, WSBA No. 27190
James Sanders, WSBA No. 24565
Mary Z. Gaston, WSBA No. 27258
Shylah R. Alfonso, WSBA No. 33138
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  JRiedinger@perkinscoie.com
E-mail:  MShultz@perkinscoie.com
E-mail:  JSanders@perkinscoie.com
E-mail:  MGaston@perkinscoie.com
E-mail:  SAlfonso@perkinscoie.com

Attorneys for Defendant Mitsubishi Aircraft Corporation and Mitsubishi Aircraft Corporation America, Inc.

NOTICE OF INTENT TO FILE SURREPLY
(NO. 18-CV-1543 JLR) – 2

144449638.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 20th day of May, 2019.

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: mgaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 JLR) – 1

144449638.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000