Honorable Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88. <br><br> Defendants. | No. 2:18-cv-01543-JLR <br><br> BOMBARDIER INC.'S RESPONSE TO MITSUBISHI AIRCRAFT CORPORATION AMERICA INC.'S MOTION TO SEAL UPDATED OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION <br><br> **NOTE ON MOTION CALENDAR:** <br> **MAY 24, 2019** |

### INTRODUCTION AND ARGUMENT

Plaintiff Bombardier Inc. ("Bombardier") hereby responds to Defendant Mitsubishi Aircraft Corporation America, Inc.'s ("MITAC America") Motion to Seal Updated Opposition to Plaintiff's Motion for Preliminary Injunction, filed on May 7, 2019. (Dkt. No. 147, "Motion to Seal.")  Pursuant to the Stipulated Protective Order (Dkt. No. 109), Fed. R. Civ. P. 26, and Local Civil Rule 5, Bombardier respectfully requests to keep under seal certain information referenced in MITAC America's Updated Opposition to Bombardier's Updated Motion for Preliminary Injunction, Dkt. No. 148 ("Redacted Updated Opposition"), subsequently re-filed as Dkt. No. 198.

BOMBARDIER'S RESPONSE TO MITAC AMERICA MOTION TO SEAL (2:18-cv-01543-JLR) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1  As MITAC America correctly notes (Dkt. No. 147, at 2), this Court already ruled that certain portions of MITAC America's earlier Opposition to Bombardier's Motion for Preliminary Injunction should remain sealed from the public record. (*See generally,* Dkt. No. 111.) MITAC America requests that the "same language [from the previous Opposition] be redacted in its updated Opposition." (Dkt. No. 147, at 2.) Bombardier agrees that at least this information, as well as the additional redactions identified in Dkt. No. 198, should remain redacted and accordingly sealed from public viewing consistent with and for the same reasons outlined by this Court in its earlier Order on the Motions to Seal. (Order, Dkt. No. 111.)

**CONCLUSION**

For the foregoing reasons, Bombardier respectfully requests to keep under seal certain information referenced and redacted in MITAC America's Updated Opposition to Bombardier's Updated Motion for Preliminary Injunction, Dkt. No. 198.

Dated this 20th day of May, 2019.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS[PLLC]

s/John D. Denkenberger
John D. Denkenberger, WSBA No.: 25,907
Brian F. McMahon, WSBA No.: 45,739
E. Lindsay Calkins, WSBA No.: 44,127
Jeffrey E. Danley, WSBA No.: 52,747
Christensen O'Connor Johnson Kindness[PLLC]
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  john.denkenberger@cojk.com,
brian.mcmahon@cojk.com,
lindsay.calkins@cojk.com,
jeffrey.danley@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

BOMBARDIER'S RESPONSE TO MITAC AMERICA MOTION TO SEAL (2:18-cv-01543-JLR) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jerry A. Riedinger  
PERKINS COIE LLP  
Email: JRiedinger@perkinscoie.com  
docketsea@perkinscoie.com  
lshaw@perkinscoie.com  
sporter@perkinscoie.com

Mack H. Shultz  
PERKINS COIE LLP  
Email: MShultz@perkinscoie.com  
docketseapl@perkinscoie.com  
sbilger@perkinscoie.com

Mary Z. Gaston  
PERKINS COIE LLP  
Email: MGaston@perkinscoie.com  
docketsea@perkinscoie.com  
jstarr@perkinscoie.com

James Sanders  
PERKINS COIE LLP  
Email: JSanders@perkinscoie.com  
RBecken@perkinscoie.com  
docketsea@perkinscoie.com  
jdavenport@perkinscoie.com

Shylah R. Alfonso  
PERKINS COIE LLP  
Email: SAlfonso@perkinscoie.com  
docketsea@perkinscoie.com

Attorneys for Mitsubishi Aircraft Corporation and Mitsubishi Aircraft Corporation America Inc.

Richard J. Omata  
KARR TUTTLE CAMPBELL  
Email: romata@karrtuttle.com  
jnesbitt@karrtuttle.com  
swatkins@karrtuttle.com

Mark A. Bailey  
KARR TUTTLE CAMPBELL  
Email: mbailey@karrtuttle.com  
jsmith@karrtuttle.com  
mmunhall@karrtuttle.com  
sanderson@karrtuttle.com

Daniel T. Hagen  
KARR TUTTLE CAMPBELL  
Email: dhagen@karrtuttle.com  
ksagawinia@karrtuttle.com

Attorneys for Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowski, Laurus Basson, and Cindy Dornéval

BOMBARDIER'S RESPONSE TO MITAC AMERICA MOTION TO SEAL (2:18-cv-01543-JLR) - 3

CHRISTENSEN | O'CONNOR  
JOHNSON | KINDNESS  
1201 Third Avenue  
Suite 3600  
Seattle, WA 98101-3029  
1.206.682.8100

| | | |
|---|---|---|
| 1 | James P. Savitt | Jacob P. Freeman |
| 2 | SAVITT BRUCE & WILLEY LLP | SAVITT BRUCE & WILLEY LLP |
| 3 | Email: jsavitt@sbwLLP.com  eservice@sbwllp.com | Email: jfreeman@sbwLLP.com |

Attorneys for Marc-Antoine Delarche and Keith Ayre

s/John D. Denkenberger
John D. Denkenberger, WSBA No.: 25,907
Brian F. McMahon, WSBA No.: 45,739
E. Lindsay Calkins, WSBA No.: 44,127
Jeffrey E. Danley, WSBA No.: 52,747
Christensen O'Connor Johnson Kindness$^{PLLC}$
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  john.denkenberger@cojk.com,
brian.mcmahon@cojk.com,
lindsay.calkins@cojk.com,
jeffrey.danley@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

---

BOMBARDIER'S RESPONSE TO MITAC AMERICA MOTION TO SEAL (2:18-cv-01543-JLR) - 4

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100