1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOMBARDIER INC.,

          Plaintiff,

v.

MITSUBISHI AIRCRAFT
CORPORATION, MITSUBISHI
AIRCRAFT CORPORATION AMERICA,
INC., et al.,

          Defendants.

No. 2:18-cv-1543 RAJ

DEFENDANT MITSUBISHI AIRCRAFT
CORPORATION'S NOTICE TO
WITHDRAW IN PART ITS PENDING
MOTION TO SEAL (DKT NO. 163)

***Pending Motion Noted for***
**May 31, 2019**

DEFENDANT MITSUBISHI AIRCRAFT CORPORATION'S
NOTICE TO WITHDRAW IN PART ITS PENDING
MOTION TO SEAL

121153-0002/144459107.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

TO:    Clerk for the U.S. District Court of Western Washington

All Parties and Their Counsel of Record

PLEASE TAKE NOTICE that Defendant Mitsubishi Aircraft Corporation ("MITAC") hereby withdraws in part its pending Motion to File Under Seal Its Opposition to Bombardier's Updated Motion for Preliminary Injunction and Supporting Materials Thereto (Dkt.163), noted on the motion calendar for May 31, 2018.  Specifically, MITAC withdraws its Motions to Seal as to the following filings only: Dkt Nos. 165, 169, 170, 172,173, 174, 175, 176, 177 and 178,

A motion to clarify the motion to seal will be filed contemporaneously with this notice to identify the filings that are still subject to the motion to seal.

RESPECTFULLY SUBMITTED this 20th day of May 2019.

*s/Mary Z. Gaston*
Jerry A. Riedinger, WSBA No. 25828
Mack H. Shultz, WSBA No. 27190
James Sanders, WSBA No. 24565
Mary Z. Gaston, WSBA No. 27258
Shylah R. Alfonso, WSBA No. 33138
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  JRiedinger@perkinscoie.com
E-mail:  MShultz@perkinscoie.com
E-mail:  MGaston@perkinscoie.com

Attorneys for Defendant Mitsubishi Aircraft Corporation

DEFENDANT MITSUBISHI AIRCRAFT CORPORATION'S
NOTICE TO WITHDRAW PENDING MOTION
(NO. 18-CV-1543 RAJ) – 2
121153-0002/144459107.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on May 20, 2019, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 20th day of May 2019.

*s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: mgaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 18-CV-1543 RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000