THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT<br>CORPORATION, MITSUBISHI<br>AIRCRAFT CORPORATION AMERICA,<br>INC., et al.,<br><br>                    Defendants. | No. 2:18-cv-1543 JLR<br><br>DECLARATION OF JAMES SANDERS IN<br>SUPPORT OF DEFENDANT MITSUBISHI<br>AIRCRAFT CORPORATION'S SUR-REPLY<br>IN OPPOSITION TO PLAINTIFF'S<br>UPDATED MOTION FOR PRELIMINARY<br>INJUNCTION<br><br>ORIGINAL NOTE ON MOTION<br>CALENDAR:<br><br>MAY 17, 2019 |

James Sanders declares as follows:

1.      I am a partner in the law firm of Perkins Coie LLP and one of the attorneys representing Mitsubishi Aircraft Corporation Japan ("MITAC") in this action. I make this declaration based on personal knowledge of the events and matters described here.

2.      On May 20, 2019, I and several other counsel for MITAC met with Bombardier's counsel in their offices.  During this meeting, we provided Bombardier counsel with highlighted copies of the two erroneous statements quoted on page 3 of MITAC's Sur-Reply and asked that they file an amended brief correcting the misstatements.  Counsel for Bombardier stated that they would raise the issue with Bombardier and then get back to us.

DECLARATION OF JAMES SANDERS
(NO. 2:18-CV-1543 JLR) – 1

144476529.1

3.      Later that day, Bombardier's counsel emailed us to report that they had conferred with Bombardier and had decided they would not correct the reply brief.  Attached as Exhibit A is a true and correct copy of that correspondence.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of May.

*s/ James Sanders*
James Sanders, WSBA No. 24565

DECLARATION OF JAMES SANDERS
(NO. 2:18-CV-1543 JLR)
144476529.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

**CERTIFICATE OF SERVICE**

2    I certify under penalty of perjury that on May 22, 2019, I electronically filed the

3 foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

4 such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

5

6    DATED this 22nd day of May 2019.

               *s/ James Sanders*

7                James Sanders, WSBA No. 24565

                **Perkins Coie LLP**

8                1201 Third Avenue, Suite 4900

                Seattle, WA  98101-3099

9                jsanders@perkinscoie.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(NO. 2:18-CV-1543 JLR) – 1

144476529.1

# Exhibit A

**Sanders, James (SEA)**

| | |
|---|---|
| **From:** | John Denkenberger <john.denkenberger@cojk.com> |
| **Sent:** | Monday, May 20, 2019 6:05 PM |
| **To:** | Riedinger, Jerry A. (SEA); John Whitaker; Brian McMahon; Gaston, Mary Z. (SEA) |
| **Cc:** | Jeffrey Danley; Todd Ziegenbein; Sanders, James (SEA); Shultz, Mack H. (SEA); Alfonso, Shylah R. (SEA) |
| **Subject:** | RE: Redactions |

Jerry,

Thank you for your time today.  As promised, I spoke with Bombardier about your request for us to file an amended reply brief.  We respectfully decline to amend.

Please let me know if you have questions.

Thanks,
John

**From:** Riedinger, Jerry A. (Perkins Coie) [mailto:JRiedinger@perkinscoie.com]
**Sent:** Monday, May 20, 2019 10:59 AM
**To:** John Whitaker; Brian McMahon; Gaston, Mary Z. (Perkins Coie)
**Cc:** John Denkenberger; Jeffrey Danley; Todd Ziegenbein; Sanders, James (Perkins Coie); Shultz, Mack H. (Perkins Coie); Alfonso, Shylah R. (Perkins Coie)
**Subject:** RE: Redactions

Thanks John.  We can meet at 2:30.  See you then.

Jerry

**Jerry A. Riedinger | Perkins Coie LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
Direct 206.359.8664
Cell 425.985.9469
Fax 206.359.9664
Email JRiedinger@perkinscoie.com

**From:** John Whitaker <John.Whitaker@cojk.com>
**Sent:** Monday, May 20, 2019 10:18 AM
**To:** Riedinger, Jerry A. (SEA) <JRiedinger@perkinscoie.com>; Brian McMahon <brian.mcmahon@cojk.com>; Gaston, Mary Z. (SEA) <MGaston@perkinscoie.com>
**Cc:** John Denkenberger <john.denkenberger@cojk.com>; Jeffrey Danley <Jeffrey.Danley@cojk.com>; Todd Ziegenbein <Todd.Ziegenbein@cojk.com>; Sanders, James (SEA) <JSanders@perkinscoie.com>; Shultz, Mack H. (SEA) <MShultz@perkinscoie.com>; Alfonso, Shylah R. (SEA) <SAlfonso@perkinscoie.com>
**Subject:** Re: Redactions

Hello again Counsel,

Following up on my message below. We have secured a court reporter for 2:30pm here in our offices.  Please confirm that you will be able to attend this meet and confer.

1

Regards,

John


------ Original Message ------
From: "John Whitaker" <John.Whitaker@cojk.com>
To: "Riedinger, Jerry A. (Perkins Coie)" <JRiedinger@perkinscoie.com>; "Brian McMahon"
<brian.mcmahon@cojk.com>; "Gaston, Mary Z. (Perkins Coie)" <MGaston@perkinscoie.com>
Cc: "John Denkenberger" <john.denkenberger@cojk.com>; "Jeffrey Danley"
<Jeffrey.Danley@cojk.com>; "Todd Ziegenbein" <Todd.Ziegenbein@cojk.com>; "Sanders, James
(Perkins Coie)" <JSanders@perkinscoie.com>; "Shultz, Mack H. (Perkins Coie)"
<MShultz@perkinscoie.com>; "Alfonso, Shylah R. (Perkins Coie)" <SAlfonso@perkinscoie.com>
Sent: 5/20/2019 7:58:13 AM
Subject: Re: Redactions

Hello Jerry,

It seems that there are several important things we need to confer about soon.  So we think it makes
the most sense to meet in person and have a court reporter capture the meeting so we can all refer
back to what was discussed and decided without relying on anyone's memories or notes.  We are
attempting to line up the court reporter for this afternoon, so please let us know if there are any times
that work best for you.

Regards,

John


------ Original Message ------
From: "Riedinger, Jerry A. (Perkins Coie)" <JRiedinger@perkinscoie.com>
To: "Brian McMahon" <brian.mcmahon@cojk.com>; "Gaston, Mary Z. (Perkins Coie)"
<MGaston@perkinscoie.com>; "John Whitaker" <John.Whitaker@cojk.com>
Cc: "John Denkenberger" <john.denkenberger@cojk.com>; "Jeffrey Danley"
<Jeffrey.Danley@cojk.com>; "Todd Ziegenbein" <Todd.Ziegenbein@cojk.com>; "Sanders, James
(Perkins Coie)" <JSanders@perkinscoie.com>; "Shultz, Mack H. (Perkins Coie)"
<MShultz@perkinscoie.com>; "Alfonso, Shylah R. (Perkins Coie)" <SAlfonso@perkinscoie.com>
Sent: 5/19/2019 7:36:40 PM
Subject: RE: Redactions

Brian, I just asked John for a meet-and-confer regarding erroneous assumptions in Bombardier's May 17 Preliminary
Injunction Reply.  We can discuss all three subjects in that meeting.

Regards,

Jerry

**Jerry A. Riedinger | Perkins Coie LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
Direct 206.359.8664
Cell 425.985.9469
Fax 206.359.9664
Email JRiedinger@perkinscoie.com