THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., | 2:18-cv-1543 JLR |
| Plaintiff, | DECLARATION OF DUC NGUYEN IN SUPPORT OF DEFENDANT MITSUBISHI AIRCRAFT CORPORATION'S SUR-REPLY TO BOMBARDIER'S RESPONSE TO MITAC'S OPPOSITION TO BOMBARDIER'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al., | |
| Defendants. | |

I, Duc Nguyen, declare as follows:

I am an individual resident of Bayonne, New Jersey. I am over 18 years of age. Unless otherwise stated, I have personal and firsthand knowledge of the facts set forth in this declaration. I can and will testify competently to such facts if called to do so as a witness.

1.     On May 13, 2019, I submitted a declaration in support of Mitsubishi Aircraft Corporation's ("MITAC") Opposition to Bombardier's Motion for a Preliminary Injunction. (*See* Dkt. 178).

2.     I understand Bombardier contends that "Ms. Dorneval's personal computer" discussed in paragraph 7 of my declaration is a reference to a laptop or other computer provided by MITAC America to Cindy Dorneval.  (*See* Dkt. 190 at 6.) Bombardier is incorrect.

DECLARATION OF DUC NGUYEN IN SUPPORT OF MITAC'S
SUR-REPLY TO BOMBARDIER'S MOTION FOR
PRELIMINARY INJUNCTION (No. 18-cv-1543 JLR) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

2      3.      The "personal computer" referenced in paragraph 7 is a home computer owned by

3  Ms. Dorneval.  She provided it to Fronteo in my presence for forensic imaging.  The serial

4  number for Ms. Dorneval's personal computer is R9Z08358 (a Fujitsu Lifebook AH550).

5      4.      The referenced personal computer is not a MITAC America device.  It is not

6  either MITAC America device YSMTA0017 or device YSMTA0217, the two Dorneval devices

7  referenced in paragraph 6 of my declaration. (*See* Dkt. 178 at ¶ 6).

8      5.      I understand document "BM7002.02.15.02-Flight Performances.pdf" is one of the

9  documents at issue in this case.  The document was present on Ms. Dorneval's personal

10  computer, serial number R9Z08358.  I generated an MD5 hash value, which is a method to

11  uniquely identify a file, for the document.  (*See id.* at ¶ 7).  I compared the hash value against all

12  MITAC America devices and servers I was provided.  (*See id.*)  I did not find document

13  "BM7002.02.15.02-Flight Performances.pdf" on any MITAC America device or server.  (*See*

14  *id.*)

15      6.      I also did not find any other of the eleven documents that I understand are at issue

16  in this case on any MITAC America device or server.

17

18

19

20

21

22

23

24

25

26

27

28  DECLARATION OF DUC NGUYEN IN SUPPORT OF MITAC'S
    SUR-REPLY TO BOMBARDIER'S MOTION FOR PRELIMINARY
29  INJUNCTION (No. 18-cv-1543 JLR) – 2

30

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct**

Executed at _11:41 am_____ this _22nd_ day of May 2019.

Duc Nguyen

DECLARATION OF DUC NGUYEN IN SUPPORT OF MITAC'S SUR-REPLY TO BOMBARDIER'S MOTION FOR PRELIMINARY INJUNCTION (No. 18-cv-1543 JLR) – 3

PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on May 22, 2019, I electronically served the foregoing via email.

DATED this 22nd day of May, 2019.

      *s/*  Mary Z. Gaston
      Mary Z. Gaston, WSBA No. 27258
      **Perkins Coie LLP**
      1201 Third Avenue, Suite 4900
      Seattle, WA  98101-3099
      Telephone:  206.359.8000
      Facsimile:  206.359.9000
      E-mail: MGaston@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 2:18-CV-1543 JLR) – 1