THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., et al.,<br><br>    Defendants. | No. 2:18-cv-1543 JLR<br><br>DEFENDANT MITSUBISHI AIRCRAFT CORPORATION AMERICA INC.'S REPLY IN SUPPORT OF MOTION TO FILE UNDER SEAL ITS UPDATED OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>NOTE ON MOTION CALENDAR:<br>May 24, 2019 |

Defendant Mitsubishi Aircraft Corporation America Inc. ("MITAC America") filed a Motion to Seal (Dkt. 147) its Updated Opposition to Bombardier's Motion for a Preliminary Injunction ("the Opposition") (Dkt. 150) because Plaintiff Bombardier Inc. ("Bombardier") requested that certain information in the Opposition be shielded from the public.  In response to MITAC America's motion to seal, Bombardier requests that the unredacted version of the Opposition remain under seal and that only the redacted version of the Opposition (Dkt. 198) remain available for public viewing.  (*See* Dkt. 201.)  In light of the Court's original ruling on the redactions requested by Bombardier, *see generally* Dkt. 111, MITAC America does not oppose Bombardier's request at this time.

DEFENDANT MITAC AMERICA'S REPLY ISO MOTION TO SEAL UPDATED OPPOSITION (No. 2:18-cv-1543) RAJ) – 1
121153-0002/142622430.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

To be clear, though, MITAC America maintains its position that Bombardier has not shown—and cannot show—a compelling reason to withhold the currently redacted information for multiple reasons, not the least of which is that much of what is redacted is public information. For example, among other redactions, Bombardier requests that MITAC America redact sentences from the Opposition that reference public documents, including a standard engineering textbook and a NASA memorandum available on the Internet. (*Compare* Dkt. 147 *with* Dkt. 198.) As MITAC America has previously explained, there is no legal basis for such references to be shielded from public view. (*See* Dkt. 103, at 4-5.) Accordingly, while MITAC America does not oppose Bombardier's request given the Court's original ruling (Dkt. 111), MITAC America respectfully maintains its position that Bombardier has not carried its burden to justify sealing the information (*see* LCR 5(g)(3)), as MITAC America will show as this litigation progresses.

RESPECTFULLY SUBMITTED this 24th day of May 2019.

*/s/ Mary Z. Gaston*
Jerry A. Riedinger, WSBA No. 25828
Mack H. Shultz, WSBA No. 27190
Mary Z. Gaston, WSBA No. 27258
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: JRiedinger@perkinscoie.com
E-mail: MShultz@perkinscoie.com
E-mail: MGaston@perkinscoie.com

Attorneys for Defendant Mitsubishi Aircraft Corporation America Inc.

DEFENDANT MITAC AMERICA'S REPLY ISO MOTION TO SEAL UPDATED OPPOSITION (No. 2:18-cv-1543 JLR) – 2
121153-0002/142622430.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that May 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

.

DATED this 24th day of May, 2019.

*/s/Mary Z. Gaston*
Mary Z. Gaston, WSBA No. 2725
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: mgaston@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:18-cv-1543 JLR) – 1

121153-0002/142622430.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000