UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC., <br><br>  Plaintiff, <br> v. <br><br> MITSUBISHI AIRCRAFT CORPORATION, et al., <br><br> Defendants. | CASE NO. C18-1543JLR <br><br> ORDER DIRECTING RESPONSES TO SURREPLIES |

Pursuant to Local Rule 7(g)(4), the court ORDERS Plaintiff Bombardier Inc. ("Bombardier") to respond to Defendant Mitsubishi Aircraft Corporation's surreply (MITAC Surreply (Dkt. # 210)) and Defendants Keith Ayre and Marc-Antoine Delarche's surreply (A&D Surreply (Dkt. # 213)); *see also* Local Rules W.D. Wash. LCR 7(g)(4). Bombardier shall file its responses no later than June 3, 2019, at 5:00 p.m. and shall limit each response to three pages. If the court finds that misconduct

//

ORDER - 1

1  necessitated the surreplies, the court will consider sanctions.  Likewise, if the court finds
2  that the surreplies are unnecessarily litigious, the court will consider sanctions.
3        Dated this 28th day of May, 2019.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2