Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88,<br><br>　　　　　　　Defendants. | No. 2:18-cv-01543-JLR<br><br>NOTICE OF WITHDRAWAL |

TO: The Clerk of the Court

AND TO: All Counsel of Record

PLEASE TAKE NOTICE that E. Lindsay Calkins hereby withdraws as counsel for Plaintiff Bombardier Inc. John D. Denkenberger, Brian F. McMahon, and Jeffrey E. Danley of the law firm of CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC continue to represent said Plaintiff.

NOTICE OF WITHDRAWAL (2:18-cv-01543-JLR)
1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

Dated this 7th day of June, 2019.

    s/E. Lindsay Calkins
E. Lindsay Calkins, WSBA No.: 44,127
2038 Eastlake Ave E
Seattle, WA  98102-3510
Telephone:  206.604-8878
E-mail: lindsay.dell.calkins@gmail.com

*Withdrawing Attorney for Plaintiff Bombardier Inc.*

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

    s/John D. Denkenberger
John D. Denkenberger, WSBA No.:  25,907
Brian F. McMahon, WSBA No.:  45,739
Jeffrey E. Danley, WSBA No.: 52,747
Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  john.denkenberger@cojk.com,
brian.mcmahon@cojk.com,
jeffrey.danley@cojk.com, litdoc@cojk.com

*Attorneys for Plaintiff Bombardier Inc.*

NOTICE OF WITHDRAWAL (2:18-cv-01543-JLR)
2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Jerry A. Riedinger<br>PERKINS COIE LLP<br>Email:<br>JRiedinger@perkinscoie.com<br>docketsea@perkinscoie.com<br>lshaw@perkinscoie.com<br>sporter@perkinscoie.com | Mack H. Shultz<br>PERKINS COIE LLP<br>Email:<br>MShultz@perkinscoie.com<br>docketseapl@perkinscoie.com<br>sbilger@perkinscoie.com | Mary Z. Gaston<br>PERKINS COIE LLP<br>Email:<br>MGaston@perkinscoie.com<br>docketsea@perkinscoie.com<br>jstarr@perkinscoie.com |
| James Sanders<br>PERKINS COIE LLP<br>Email:<br>JSanders@perkinscoie.com<br>RBecken@perkinscoie.com<br>docketsea@perkinscoie.com<br>jdavenport@perkinscoie.com | Shylah R. Alfonso<br>PERKINS COIE LLP<br>Email:<br>SAlfonso@perkinscoie.com<br>docketsea@perkinscoie.com | |

Attorneys for Mitsubishi Aircraft Corporation and Mitsubishi Aircraft Corporation America Inc.

| | |
|---|---|
| Richard J. Omata<br>KARR TUTTLE CAMPBELL<br>Email: romata@karrtuttle.com<br>jnesbitt@karrtuttle.com<br>swatkins@karrtuttle.com | Mark A. Bailey<br>KARR TUTTLE CAMPBELL<br>Email: mbailey@karrtuttle.com<br>jsmith@karrtuttle.com<br>mmunhall@karrtuttle.com<br>sanderson@karrtuttle.com |
| Daniel T. Hagen<br>KARR TUTTLE CAMPBELL<br>Email: dhagen@karrtuttle.com<br>ksagawinia@karrtuttle.com | |

Attorneys for Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowski, Laurus Basson, and Cindy Dornéval

NOTICE OF WITHDRAWAL (2:18-cv-01543-JLR)
3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

| | | |
|---|---|---|
| 1 | James P. Savitt | Jacob P. Freeman |
| 2 | SAVITT BRUCE & WILLEY LLP | SAVITT BRUCE & WILLEY LLP |
| 3 | Email: jsavitt@sbwLLP.com eservice@sbwllp.com | Email: jfreeman@sbwLLP.com |

Attorneys for Marc-Antoine Delarche and Keith Ayre

          s/John D. Denkenberger
          John D. Denkenberger, WSBA No.: 25,907
          Brian F. McMahon, WSBA No.: 45,739
          Jeffrey E. Danley, WSBA No.: 52,747
          Christensen O'Connor Johnson Kindness$^{PLLC}$
          1201 Third Avenue, Suite 3600
          Seattle, WA  98101-3029
          Telephone:  206.682.8100
          Fax:  206.224.0779
          E-mail:  john.denkenberger@cojk.com,
          brian.mcmahon@cojk.com,
          jeffrey.danley@cojk.com, litdoc@cojk.com

          *Attorneys for Plaintiff Bombardier Inc.*

NOTICE OF WITHDRAWAL (2:18-cv-01543-JLR)
4

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100