The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOMBARDIER, INC., | NO.   2:18-cv-01543-JLR |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88, | |
| Defendants. | |

PLEASE TAKE NOTICE that effective immediately, James P. Savitt and Jacob P. Freeman of SAVITT BRUCE & WILLEY LLP hereby appear on behalf of Defendant Cindy Dornéval in this matter.

Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE - 1
No. 2:18-cv-01543-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

DATED: May 15, 2020.

**SAVITT BRUCE & WILLEY LLP**

By   *s/James P. Savitt*
By   *s/Jacob P. Freeman*
James P. Savitt, WSBA #16847
Jacob P. Freeman, WSBA #54123
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile:   206.749.0600
Email:   jsavitt@sbwLLP.com
Email:   jfreeman@sbwLLP.com

Attorneys for Defendants Keith Ayre,
Marc-Antoine Delarche and Cindy Dornéval

NOTICE OF APPEARANCE - 2
No. 2:18-cv-01543-JLR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 15, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 15th day of May, 2020 at Seattle, Washington.

*/s/ Rae Burruss*
Rae Burruss

CERTIFICATE OF SERVICE
No. 2:18-cv-01543-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500