The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BOMBARDIER, INC.,

    Plaintiff,

v.

MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA INC., AEROSPACE TESTING ENGINEERING & CERTIFICATION INC., MICHEL KORWIN-SZYMANOWSKI, LAURUS BASSON, MARC-ANTOINE DELARCHE, CINDY DORNÉVAL, KEITH AYRE, AND JOHN AND/OR JANE DOES 1-88,

    Defendants.

NO. 2:18-cv-01543-JLR

**ORDER PERMITTING STIPULATED WITHDRAWAL OF COUNSEL**

THIS MATTER comes before the Court on the parties' Stipulated Withdrawal of Counsel. The Court, having received and considered the Stipulation and being familiar with the files and pleadings in this matter, is fully advised.

**NOW THEREFORE,** it is hereby **ORDERED** that:

1.    Attorneys Mark A. Bailey, Richard J. Omata and Daniel T. Hagen of Karr Tuttle Campbell are permitted to withdraw as counsel of record for Defendant Cindy Dornéval.

2.   Attorneys Mark A. Bailey, Richard J. Omata and Daniel T. Hagen of Karr Tuttle Campbell remain counsel of record for Defendants Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowski and Laurus Basson.

**IT IS SO ORDERED.**

DATED this  27th  day of          May         , 2020.

_____
The Honorable James L. Robart

PRESENTED BY:

**KARR TUTTLE CAMPBELL**

By: *s/ Mark A. Bailey*
   Mark A. Bailey, WSBA #26337
   Richard J. Omata, WSBA #7032
   Daniel T. Hagen, WSBA #54015
   701 Fifth Avenue, Suite 3300
   Seattle, Washington 98104
   Telephone: 206.223.1313
   Facsimile: 206.682.7100
   Email: mbailey@karrtuttle.com
          romata@karrtuttle.com
          dhagen@karrtuttle.com

*Withdrawing Counsel for Defendant Cindy Dornéval*

*Counsel for Defendants Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowski and Laurus Basson*