THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOMBARDIER INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MITSUBISHI AIRCRAFT CORPORATION, MITSUBISHI AIRCRAFT CORPORATION AMERICA, INC., et al.,<br><br>　　　　Defendants. | No. 2:18-cv-1543 JLR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL |

**JOINT STIPULATED MOTION**

On July 10, 2019 the Court stayed this matter, based upon the parties' agreement to stay and preliminary settlement agreement. (Dkt. 237). The preliminary settlement having become final on June 1, 2020, all parties hereby stipulate to dismissal with prejudice of all claims and counterclaims in this action.

STIPULATED MOTION AND
ORDER OF DISMISSAL (NO. 2:18-
CV-1543 JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

| | |
|---|---|
| */s/ John D. Denkenberger* | */s/ Jerry A. Riedinger* |
| John D. Denkenberger, WSBA No. 25907 | Jerry A. Riedinger, WSBA No. 25828 |
| Brian F. McMahon, WSBA No. 45739 | Mack H. Shultz, WSBA No. 27190 |
| CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC | James Sanders, WSBA No. 24565 |
| | Mary Z. Gaston, WSBA No. 27258 |
| 1201 Third Avenue, Suite 3600 | Shylah R. Alfonso, WSBA No. 33138 |
| Seattle, WA 98101-3029 | PERKINS COIE LLP |
| Telephone: 206.682.8100 | 1201 Third Avenue, Suite 4900 |
| Facsimile: 206.224.0779 | Seattle, WA 98101-3099 |
| E-mail: john.denkenberger@cojk.com | Telephone: 206.359.8000 |
| E-mail: brian.mcmahon@cojk.com | Facsimile: 206.359.9000 |
| | E-mail: JRiedinger@perkinscoie.com |
| **Attorneys for Plaintiff Bombardier Inc.** | E-mail: MShultz@perkinscoie.com |
| | E-mail: JSanders@perkinscoie.com |
| | E-mail: MGaston@perkinscoie.com |
| | E-mail: SAlfonso@perkinscoie.com |
| | |
| | ***Attorneys for Defendants Mitsubishi Aircraft Corporation and Mitsubishi Aircraft Corporation America, Inc.*** |
| */s/ Mark A. Bailey* | |
| Mark A. Bailey, WSBA No. 26337 | |
| Richard J. Omata, WSBA No. 7032 | |
| Daniel T. Hagen, WSBA No. 54015 | |
| KARR TUTTLE CAMPBELL | */s/ James P. Savitt* |
| 701 Fifth Avenue, Suite 3300 | James P. Savitt, WSBA No. 16847 |
| Seattle, WA 98104 | Jacob P. Freeman, WSBA No. 54123 |
| Telephone: 206-223-1313 | SAVITT BRUCE & WILLEY LLP |
| Facsimile: 206-682-7100 | 1425 Fourth Ave, Suite 800 |
| E-mail: mbailey@karrtuttle.com | Seattle, WA 98101-2272 |
| E-mail: romata@karrtuttle.com | Telephone: 206-749-0500 |
| E-mail: dhagen@karrtuttle.com | Facsimile: 206-749-0600 |
| | E-mail: jsavitt@sbwllp.com |
| ***Attorneys for Defendants Aerospace Testing Engineering & Certification Inc., Michel Korwin-Szymanowski, and Laurus Basson*** | E-mail: jfreeman@sbwllp.com |
| | ***Attorneys for Defendants Keith Ayre, Marc-Antoine Delarche and Cindy Dornéval*** |

STIPULATED MOTION AND
ORDER OF DISMISSAL (NO. 2:18-
CV-1543 JLR) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER OF DISMISSAL**

The Court, having been notified of the settlement of this matter and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims and counterclaims asserted herein are DISMISSED with prejudice, with each party bearing its own costs and attorneys' fees.

DATED   June 2, 2020

_____
James L. Robart
United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL (NO. 2:18-CV-1543 JLR) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000